UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VASSILIOS KUKORINIS,**
individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.                                       No. 8:22-cv-02402

**WALMART, INC.,**

    *Defendant.*

___

**MOTION FOR SPECIAL ADMISSION
OF NON-RESIDENT ATTORNEY**

Zachary P. Beatty of the law firm of Chimicles Schwartz Kriner & Donaldson-Smith LLP, as counsel for the Plaintiff, Vassilios Kukorinis ("Plaintiff"), hereby respectfully requests that this Court enter an Order granting Nicholas E. Chimicles special admission to appear as co-counsel for Plaintiff in this action. In support of this Motion, the undersigned states as follows:

1. This application is made pursuant to Local Rule 2.01 of this Court.

2. Mr. Chimicles is not a resident of Florida and is not a member in good standing of The Florida Bar.

3. Mr. Chimicles is a member in good standing of the bar of the Commonwealth of Pennsylvania.

4. Mr. Chimicles does not make frequent or regular appearances in separate cases to such a degree to constitute the maintenance of a regular practice of law in the State of Florida.

5. Mr. Chimicles has not abused the privilege of special admission by maintaining a regular law practice in Florida, and has not appeared in the last thirty-six months in any case in state or federal court in Florida.

6. Mr. Chimicles resides in Devon, Pennsylvania. His office address is 361 West Lancaster Avenue, Haverford, Pennsylvania 19041; Telephone: (610) 642-8500; Facsimile: (610) 649-3633; E-mail nick@chimicles.com.

7. Mr. Chimicles attended the following schools and universities for his undergraduate and legal education: University of Pennsylvania, B.A. and University of Virginia School of Law, J.D.

8. Mr. Chimicles is in good standing in the United States Court of Appeals for the Second, Third, Sixth, Ninth, Tenth and Eleventh Circuits, and the United States District Courts in the District of Colorado, Northern District of Illinois, Eastern District of Michigan, Southern District of New York, Eastern District of Pennsylvania, and Eastern District of Wisconsin. There are no pending disciplinary proceedings against Mr. Chimicles in any state or federal court. Mr. Chimicles has never been convicted of a felony. Mr.

Chimicles has ever been censured, suspended, disbarred, or denied admission or readmission by any court.

9. Mr. Chimicles is familiar with the Rules of this Court, including 28 U.S.C. § 1927, and will comply with the Federal Rules of Civil Procedure and the Middle District of Florida local rules, and will be governed by the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida bar.

10. Mr. Chimicles has complied with the special admission fee and the Court's CM/ECF system registration requirements as required by Local Rule 2.01(b)(1)(F) and (G).

11. Mr. Chimicles' Affirmation of the Oath as required by Local Rule 2.01(b)(1)(E) is attached.

## Rule 3.01(g) Certification

Counsel for Defendant has not entered an appearance, therefore pursuant to Local Rule 3.01(g), the undersigned is unable to confer with opposing counsel to determine if they have any objection to the relief sought in this motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order permitting Nicholas E. Chimicles to practice before this Court for the limited purposes of representing the Plaintiff in this action.

Dated: October 20, 2022

Respectfully submitted,

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

<u>By: /s/ Zachary P. Beatty</u>
Zachary P. Beatty
361 West Lancaster Avenue
Haverford, PA 19041
Phone: 610-642-8500
Fax: 610-649-3633
zpb@chimicles.com

***Counsel for Plaintiff and the proposed classes***

4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VASSILIOS KUKORINIS,**
individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.   No. 8:22-cv-02402

**WALMART, INC.,**

    *Defendant.*

_____

## OATH ON ADMISSION

I, Nicholas E. Chimicles, do solemnly swear or affirm that as an attorney and as a counselor of this Court I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States.

Dated: October 20, 2022

_____
Nicholas E. Chimicles
PA Bar No. 17928