UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS, *etc.*
Plaintiff,

v.                                                    Case No. 8:22-cv-2402-VMC-TGW

WALMART, INC.
Defendant.
_____/

O R D E R

THIS CAUSE came on for consideration upon the Motions for Special Admission of Non-Resident Attorney (Docs. 7, 8).    Attorneys Nicholas E. Chimicles and Kimberly M. Donaldson-Smith have complied with the requirements of Local Rule 2.01(c).

It is, therefore, upon consideration,

ORDERED:

That the Motions for Special Admission of Non-Resident Attorney (Docs. 7, 8) are **GRANTED**, and attorneys Nicholas E. Chimicles and Kimberly M. Donaldson-Smith are authorized to appear <u>pro hac vice</u>.

DONE and ORDERED at Tampa, Florida, this 21st day of October, 2022.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE