AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:22-cv-02402-VMC-TGW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>WALMART, INC. c/o CT CORPORATION SYSTEM</u> was received by me on *(date)* <u>Oct 21, 2022, 12:37 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Sari Miller</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>WALMART, INC.</u> on *(date)* <u>Fri, Oct 21 2022</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>-</u>.

I declare under penalty of perjury that this information is true.

Date: 10.21.22

_____
Server's signature
David McCreery

_____
Printed name and title

ALMA, Pulaski County, Arkansas
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 21, 2022, 2:11 pm CDT at 124 W Capitol Ave Suite 1900, Little Rock, AR 72201 received by Sari Miller. Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 110; Height: 5'6"; Hair: Salt & Pepper;

Title: Authorized Agent