UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS,
individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.

WALMART, INC.,

    *Defendant.*

No. 8:22-cv-02402

## PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff, Vassilios Kukorinis ("Plaintiff"), by and through his counsel and pursuant to the Court's Order granting the Motion for Special Admission of Kimberly M. Donaldson-Smith (ECF No. 9), hereby designates Kimberly M. Donaldson-Smith, Esq. as lead counsel for Plaintiff.

Dated: October 24, 2022

Respectfully submitted,

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

*By: /s/Kimberly M. Donaldson-Smith*
Nicholas E. Chimicles
Kimberly M. Donaldson-Smith
Zachary P. Beatty
361 West Lancaster Avenue
Haverford, PA 19041

Phone: 610-642-8500
Fax: 610-649-3633
nec@chimicles.com
kmd@chimicles.co
zpb@chimicles.com

***Counsel for Plaintiff and the proposed classes***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

Dated: October 24, 2022             */s/Kimberly M. Donaldson-Smith*
                                    Kimberly M. Donaldson-Smith