UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VASSILIOS KUKORINIS,**
individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.                                                    NO. 8:22-CV-02402

**WALMART, INC.,**

    *Defendant.*

___

### CERTIFICATE OF INTERESTED PERSONS AND CORPORTE DISCLOSURE STATEMENT

Plaintiff, Vassilios Kukorinis ("Plaintiff"), by and through his underlying counsel, hereby disclose the following pursuant to this Court's interested persons' order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation, that has or might have an interest in the outcome of the above-captioned Action, including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    **A. <u>Plaintiff:</u>** Vassilios Kukorinis

    **B. <u>Plaintiff's Counsel</u>**:
- Chimicles Schwartz Kriner & Donaldson-Smith LLP
- Nicholas E. Chimicles
- Kimberly M. Donaldson-Smith
- Zachary P. Beatty

    **C. <u>Defendant</u>**
- Walmart, Inc.

    **D. <u>Affiliates of Defendant</u>**
- Walmart U.S.
- Walton Enterprises, LLC
- Alice L. Walton
- Jim C. Walton
- John T. Walton Estate Trust
- S. Robson Walton

    2.    The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of proceedings: N/A.

    3.    The name of every other entity that is likely to be an active participant in the proceedings: N/A.

    4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Plaintiff Vassilios Kukorinis, individually and on behalf of himself, and putative classes consisting of all absent members of the putative classes defined as:

- "All persons in the State of Florida who purchased Sold-by-Weight Products, Bagged Produce, and/or Clearance Products

("Products") from or at Walmart in the United States, within the statutes of limitations for each cause of action alleged and until the date notice is disseminated, and paid higher prices for the Products than advertised on the Rollback Stickers, Price Stickers, and/or Yellow Stickers associated with the Products," and who were damaged thereby;

- "All persons who purchased Sold-by-Weight Products, Bagged Produce, and/or Clearance Products ("Products") from or at Walmart in the United States, within the statutes of limitations for each cause of action alleged and until the date notice is disseminated, and paid higher prices for the Products than advertised on the Rollback Stickers, Price Stickers, and/or Yellow Stickers associated with the Products," and who were damaged thereby; and,

- "All persons who purchased Sold-by-Weight Products, Bagged Produce, and/or Clearance Products ("Products") from or at Walmart in Florida and any state with similar laws, within the applicable statutes of limitations and until the date notice is disseminated, and paid higher prices for the Products than advertised on the Rollback Stickers, Price Stickers, and/or

3

Yellow Stickers associated with the Products," and who were damaged thereby.

No class has been certified.

I certify that, except as disclosed, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated: October 25, 2022                     Respectfully submitted,

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

*By: /s/Kimberly M. Donaldson-Smith*
Nicholas E. Chimicles
Kimberly M. Donaldson-Smith
Zachary P. Beatty
361 West Lancaster Avenue
Haverford, PA 19041
Phone: 610-642-8500
Fax: 610-649-3633
nec@chimicles.com
kmd@chimicles.com
zpb@chimicles.com

*Counsel for Plaintiff and the proposed classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

Dated:  October 25, 2022             /s/ Kimberly M. Donaldson-Smith
                                     Kimberly M. Donaldson-Smith