**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VASSILIOS KUKORINIS,**
individually and on behalf of
all others similarly situated,

                    **Plaintiff,**

v.                                        Case No.  8:22-CV-02402-VMC

**WALMART, INC.**
                    **Defendant.**
_____

**PLAINTIFF'S NOTICE OF RELATED ACTION**

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." Counsel and unrepresented parties must also inform the Court about related cases previously filed with any court or administrative agency.[1]

I hereby inform the Court about the case captioned *Vassilios Kukorinis, et al. v. Walmart, Inc.*, Case No. 1:19-cv-20592-JEM which was filed in 2019 in the United States District Court, Southern District of Florida (Miami Division) and involved the same parties to this Action; after a settlement was reached, the court entered a final judgment on September 21, 2021 (*id.*, ECF No. 99). I certify that *Vassilios Kukorinis, et al. v. Walmart, Inc.*, Case No. 1:19-cv-20592-JEM (S.D. Fla.) is not a related case because this Action alleges different

---

[1] Source: https://www.flmd.uscourts.gov/local-rules/rule-107-successive-and-other-related-actions, https://tgww.flmd.uscourts.gov/judges/virginia-covington and https://www.flmd.uscourts.gov/judges/virginia-covington (last visited 10/24/2022).

misconduct by Walmart, Inc.[2]

I certify that I am not presently aware of any other related pending or closed civil or criminal case filed with any other court or administrative agency asserting the misconduct and allegations set forth in the complaint filed in this Action against Walmart, Inc.[3]

I further certify that I will serve a copy of this **PLAINTIFF'S NOTICE OF RELATED ACTION** upon each party no later than fourteen days after appearance of the party.

Dated: October 25, 2022  Respectfully submitted,

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

*By: /s/Kimberly M. Donaldson-Smith*
Nicholas E. Chimicles
Kimberly M. Donaldson-Smith
Zachary P. Beatty
361 West Lancaster Avenue
Haverford, PA 19041
Phone: 610-642-8500
Fax: 610-649-3633
nec@chimicles.com
kmd@chimicles.com
zpb@chimicles.com

*Counsel for Plaintiff*

---

[2] None of Plaintiff's counsel in this Action were counsel in *Vassilios Kukorinis, et al. v. Walmart, Inc.*, Case No. 1:19-cv-20592-JEM (S.D. Fla.)

[3] *Kahn, et al, v. Walmart, Inc.,* Case No. 22-cv-4177, pending in the United States District Court, Northern District of Illinois (Eastern Division), alleges different misconduct on the part of Walmart, Inc. than what is alleged in this Action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

Dated:  October 25, 2022                            /s/ Kimberly M. Donaldson-Smith
                                                                      Kimberly M. Donaldson-Smith