# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.<br><br>    Defendant. | Case No. 8:22-cv-02402-VMC-TGW |

## NOTICE OF APPEARANCE

Christopher Torres of the law firm of Greenberg Traurig, P.A. appears as counsel for Walmart Inc., and requests copies of all pleadings, papers, orders, letters, emails, and other documents that are filed or served in this case.

Dated: November 9, 2022

/s/Christopher Torres
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
**GREENBERG TRAURIG, P.A.**
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Secondary email: farrark@gtlaw.com;
FLService@gtlaw.com

*Attorney for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Christopher Torres
Attorney