## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.<br><br>    Defendant. | Case No. 8:22-cv-02402-VMC-TGW |

## NOTICE OF APPEARANCE

Raymond Jackson of the law firm of Greenberg Traurig, P.A. appears as co-counsel for Walmart Inc., and requests copies of all pleadings, papers, orders, letters, emails, and other documents that are filed or served in this case.

Dated: November 9, 2022

    /s/ Raymond Jackson
    Christopher Torres (FBN 0716731)
    torresch@gtlaw.com
    Raymond Jackson (FBN 1028350)
    jacksonra@gtlaw.com
    **GREENBERG TRAURIG, P.A.**
    Bank of America Plaza
    101 E. Kennedy Blvd., Suite 1900
    Tampa, FL 33602
    Telephone: (813) 318-5700
    Facsimile:  (813) 318-5900
    Secondary email: ramosr@gtlaw.com;
    FLService@gtlaw.com

    *Attorneys for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Raymond Jackson
Attorney