# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>WALMART INC.<br><br>　　Defendant. | Case No. 8:22-cv-02402-VMC-TGW |

## WALMART INC.'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR RESPONDING TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and the Court's inherent authority to control its docket, Defendant, Walmart Inc. ("Walmart") moves to extend its deadline for responding to Plaintiff's Complaint (Doc. 1) by thirty days to December 14, 2022.  Plaintiff does not oppose.

Plaintiff filed his Complaint in this Court on October 19, 2022.  Walmart was served with the Complaint on October 21, 2022.  Pursuant to Fed. R. Civ. P. 12, Walmart's deadline to answer or otherwise respond to the Complaint is November 14, 2022.[1]  As that deadline has not yet passed, Rule 6(b)(1)(A) affords this Court discretion to extend it "for good cause."  Discretionary extensions "should be liberally granted absent a showing of bad faith . . . or undue prejudice." *Lizarazo v. Miami-Dade*

---

[1] The 21st day after service is Friday, November 11, 2022, but that is Veterans' Day which is a Court holiday so the deadline is Monday, November 14, 2022.  Fed. R. Civ. P. 6(a).

*Corr. & Rehab. Dep't*, 878 F.3d 1008, 1012 (11th Cir. 2017) (quoting *United States v. Miller Bros. Const. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)).

Good cause exists for the requested extension. Plaintiff's class action Complaint is 84 pages long. Plaintiff has also filed a Notice of Related Case (Doc. 13) that takes the position that his claims in this class action are not related to class claims he asserted – and settled on a class-wide basis – in a prior action he filed against Walmart in the Southern District of Florida, *Kukorinis v. Walmart Inc.,* Case No. 1:19-cv-20592-JEM (S.D .Fl.). Walmart disagrees that the two matters are unrelated.

Affording Walmart a brief extension would facilitate careful analysis and attention to the issues raised in the Complaint, comparison of the allegations in this action to those in the prior action and settlement and related case-management issues, including to meet and confer with Plaintiff's counsel regarding the scope of this action and the relationship between this action and the prior action. Plaintiff will not be prejudiced, as evidenced by Plaintiff's consent to this Motion.

Accordingly, Defendant Walmart Inc., respectfully requests an extension of its deadline for responding to Plaintiff's Complaint through December 14, 2022, which would help the parties work toward a "just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1.

Dated: November 9, 2022

Naomi G. Beer*
beern@gtlaw.com
**GREENBERG TRAURIG, LLP**
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Robert J. Herrington*
robert.herrington@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East Suite 1900
Los Angeles CA 90067
Telephone: (310) 586-7700
Facsimile: (312) 586-7800

*Motions for Special Admission Forthcoming*

/s/Christopher Torres
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Raymond Jackson (FBN 1028350)
jacksonra@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Secondary email: farrark@gtlaw.com;
FLService@gtlaw.com

*Attorneys for Defendant Walmart Inc.*

## LOCAL RULES 3.01(g) CERTIFICATION

Counsel for Walmart conferred with counsel for Plaintiff, who agrees on the resolution of all parts of this Motion as Walmart has agreed that it will not oppose a reasonable request by Plaintiff to extend the deadline by which Plaintiff must respond to Walmart's motion to dismiss, if any, after Plaintiff has had an opportunity to review such motion.

/s/Christopher Torres
Attorney

## CERTIFICATE OF SERVICE

I certify that on November 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

<u>/s/ Christopher Torres</u>
Attorney