UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VASSILIOS KUKORINIS,**
individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.                                                                        NO. 8:22-CV-02402

**WALMART, INC.,**

    *Defendant.*

_____

### MOTION FOR SPECIAL ADMISSION
### OF NON-RESIDENT ATTORNEY

    Zachary P. Beatty of the law firm of Chimicles Schwartz Kriner & Donaldson-Smith LLP, as counsel for the Plaintiff, Vassilios Kukorinis ("Plaintiff"), hereby respectfully requests that this Court enter an Order granting Zachary P. Beatty special admission to appear as co-counsel for Plaintiff in this action. In support of this Motion, the undersigned states as follows:

    1.    This application is made pursuant to Local Rule 2.01 of this Court.

    2.    Mr. Beatty is not a resident of Florida and is not a member in good standing of The Florida Bar.

3. Mr. Beatty is a member in good standing of the bar of the Commonwealth of Pennsylvania.

4. Mr. Beatty does not make frequent or regular appearances in separate cases to such a degree to constitute the maintenance of a regular practice of law in the State of Florida.

5. Mr. Beatty has not abused the privilege of special admission by maintaining a regular law practice in Florida. He has appeared in the last thirty-six months in the case of *Nguyen v. Raymond James, Inc.*, No. 8:20-cv-00195-CEH-AAS (M.D. Fla.).

6. Mr. Beatty resides in Ardmore, Pennsylvania. His office address is 361 West Lancaster Avenue, Haverford, Pennsylvania 19041; Telephone: (610) 642-8500; Facsimile: (610) 649-3633; E-mail zpb@chimicles.com.

7. Mr. Beatty attended the following schools and universities for his undergraduate and legal education: York College of Pennsylvania, B.A. magna cum laude and Michigan State University College of Law, J.D. summa cum laude.

8. Mr. Beatty is in good standing in the United States Court of Appeals for the Ninth Circuit and the Eastern District of Pennsylvania. There are no pending disciplinary proceedings against Mr. Beatty in any state or federal court. Mr. Beatty has never been convicted of a felony. Mr. Beatty has

never been censured, suspended, disbarred, or denied admission or readmission by any court.

9. Mr. Beatty is familiar with the Rules of this Court, including 28 U.S.C. § 1927, and will comply with the Federal Rules of Civil Procedure and the Middle District of Florida local rules, and will be governed by the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida bar.

10. Mr. Beatty has complied with the special admission fee and the Court's CM/ECF system registration requirements as required by Local Rule 2.01(b)(1)(F) and (G).

11. Mr. Beatty's Affirmation of the Oath as required by Local Rule 2.01(b)(1)(E) is attached.

### **Rule 3.01(g) Certification**

Counsel for Plaintiff has conferred with counsel for Defendant, who agrees on the resolution of all parts of this motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order permitting Zachary P. Beatty to practice before this Court for the limited purposes of representing the Plaintiff in this action.

Dated: November 10, 2022         Respectfully submitted,

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

*By: /s/ Zachary P. Beatty*
Zachary P. Beatty
361 West Lancaster Avenue
Haverford, PA 19041
Phone: 610-642-8500
Fax: 610-649-3633
zpb@chimicles.com

*Counsel for Plaintiff and the proposed classes*

4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VASSILIOS KUKORINIS,**
**individually and on behalf of all**
**others similarly situated,**

     *Plaintiff,*

v.     NO. 8:22-CV-02402

**WALMART, INC.,**

     *Defendant.*

---

## OATH ON ADMISSION

I, Zachary P. Beatty, do solemnly swear or affirm that as an attorney and as a counselor of this Court I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States.


Dated:  November 10, 2022          */s/ Zachary P. Beatty*
                                              Zachary P. Beatty
                                              PA Bar No. 324106