UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS
Plaintiff,

v.                                    CASE No. 8:22-cv-2402-VMC-TGW

WALMART, INC.
Defendant.
_____/

ORDER

THIS CAUSE came on for consideration upon the Motion for Special Admission of Non-Resident Attorney (Doc. 19). Attorney Zachary P. Beatty has complied with the requirements of Local Rule 2.01(c).

It is, therefore, upon consideration,

ORDERED:

That the Motion for Special Admission of Non-Resident Attorney (Doc. 19) is **GRANTED**.

DONE and ORDERED at Tampa, Florida, this 14th day of November, 2022.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE