UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 8:22-cv-02402-VMC-TGW |

### JOINT MOTION BY PLAINTIFF AND WALMART INC. FOR EXTENSION OF DEADLINE TO SUBMIT CASE MANAGEMENT REPORT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and the Court's inherent authority to control its docket, Plaintiff Vassilios Kukorinis ("Plaintiff") and Defendant Walmart Inc. ("Walmart") (collectively the "Parties") jointly move to extend the deadline for submitting a scheduling order by forty-five days to January 9, 2022. In support of this Motion the Parties jointly state as follows:

Plaintiff filed his Complaint in this Court on October 19, 2022. On October 25, 2022, the Court entered an Order requiring the Parties to meet and confer and submit a Completed Case Management Report by November 25, 2022. (Doc. 12.) The Parties jointly seek to extend that deadline by forty-five days, to January 9, 2023. As that deadline has not yet passed, Rule 6(b)(1)(A) affords this Court discretion to extend it "for good cause." Discretionary extensions "should be liberally granted absent a showing of bad faith . . . or undue prejudice." *Lizarazo v. Miami-Dade Corr. & Rehab.*

*Dep't*, 878 F.3d 1008, 1012 (11th Cir. 2017) (quoting *United States v. Miller Bros. Const. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)).

Good cause exists for the requested extension. First, the current deadline falls on the Friday after Thanksgiving Day. Counsel for the Parties have pre-existing commitments that limit their ability to fully meet and confer in advance of that deadline, and counsel's offices are also each closed on November 24-25, 2022. Second, there are numerous issues for the Parties to discuss in meet and confer conferences, some of which may need to be addressed in the Case Management Report, including the impact, if any, of the settled prior class action Plaintiff filed against Walmart in the Southern District of Florida, *Kukorinis v. Walmart Inc.,* Case No. 1:19-cv-20592-JEM (S.D. Fla.).

Third, Walmart's answer or other response to the Complaint is due December 14, 2022. (Doc. 18). Walmart presently anticipates that it will file a Motion to Dismiss. While the Parties are holding initial meet and confer discussions prior to Walmart filing its responsive pleading, the Parties believe their meet and confer discussions will be more productive if they can be completed after Walmart's responsive pleading deadline has passed. Given that the Christmas and New Year's holidays occur shortly thereafter, a forty-five-day extension is reasonable so as to allow the Parties sufficient time to meet and confer and prepare the Case Management Report.

Accordingly, the Parties jointly respectfully request an extension of its deadline to meet and confer and submit their Case Management Report until January 9, 2023,

which would help the parties work toward a "just, speedy, and inexpensive determination" of this action.  Fed. R. Civ. P. 1.

| | |
|---|---|
| Dated: November 17, 2022 | Respectfully submitted, |

/s/ Kimberly Donaldson-Smith
Kimberly M. Donaldson-Smith
Kds@chimicles.com
Nicholas E. Chimicles
Nec@chimicles.com
Zachary P. Beatty
Zpb@chimicles.com
**Chimicles Schwartz Kriner & Donaldson-Smith LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633

*Attorneys for Plaintiff Vassilios Kukorinis*

/s/Raymond D. Jackson
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Raymond D. Jackson (FBN 1028350)
jacksonra@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Secondary email: farrark@gtlaw.com;
FLService@gtlaw.com

Naomi G. Beer*
beern@gtlaw.com
**GREENBERG TRAURIG, LLP**
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Robert J. Herrington*
robert.herrington@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East Suite 1900 Los Angeles CA 90067
Telephone: (310) 586-7700
Facsimile: (312) 586-7800

*\*Motions for Special Admission Forthcoming*

*Attorneys for Defendant Walmart Inc.*

## LOCAL RULES 3.01(g) CERTIFICATION

I certify that the Parties have conferred and agreed to submit this Motion jointly.

*/s/Raymond D. Jackson*
Attorney
