UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 8:22-cv-02402-VMC-TGW |

**UNOPPOSED MOTION BY WALMART TO EXTEND ITS TIME TO RESPOND TO THE COMPLAINT AND JOINT MOTION BY PLAINTIFF AND WALMART INC. FOR EXTENSION OF DEADLINE TO SUBMIT CASE MANAGEMENT REPORT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and the Court's inherent authority to control its docket, Plaintiff Vassilios Kukorinis ("Plaintiff") and Defendant Walmart Inc. ("Walmart") (collectively the "Parties") move to extend the deadlines for Walmart to respond to the complaint (which Plaintiff does not oppose) and for the Parties to submit a scheduling order by forty-five days each. In support of this Motion the Parties jointly state as follows:

Plaintiff filed his Complaint in this Court on October 19, 2022.

On November 10, 2022, the Court granted Walmart's Unopposed Motion for extension of the deadline to respond to the Complaint and allowed Walmart until December 14, 2022 to answer or otherwise respond. (Doc. 18)

On November 18, 2022, the Court granted the Parties' Joint Motion to extend the deadline for the Parties to submit their Case Management Report until January 9, 2023. (Doc. 22).

The Parties now jointly seek to extend both of these deadlines by forty-five days, such that Walmart's answer or other response to the Complaint will be due January 30, 2023, and the Case Management Report will be due February 23, 2023. As these deadlines have not yet passed, Rule 6(b)(1)(A) affords this Court discretion to extend it "for good cause." Discretionary extensions "should be liberally granted absent a showing of bad faith . . . or undue prejudice." *Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008, 1012 (11th Cir. 2017) (quoting *United States v. Miller Bros. Const. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)).

Good cause exists for the requested extensions. As explained in the Parties' prior Motions, Walmart has been and is continuing to investigate the allegations in the 84 page Complaint. The Parties have also been meeting and conferring and are exchanging, and anticipate continuing to exchange, additional information to further those meet and confer discussions and allow the Parties to determine whether an early mediation might be fruitful. The requested extensions will allow the Parties to continue these discussions.

Accordingly, the Parties respectfully request an extension of Walmart's deadline to answer or otherwise respond to the Complaint to its deadline to January 30, 2023, and the deadline to meet and confer and submit their Case Management

Report until February 23, 2023, both of which would help the Parties work toward a "just, speedy … determination" of this action. Fed. R. Civ. P. 1.

Dated: December 9, 2022  Respectfully submitted,

/s/ Kimberly Donaldson-Smith
Kimberly M. Donaldson-Smith
Kds@chimicles.com
Nicholas E. Chimicles
Nec@chimicles.com
Zachary P. Beatty
Zpb@chimicles.com
**Chimicles Schwartz Kriner & Donaldson-Smith LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633

*Attorneys for Plaintiff Vassilios Kukorinis*

/s/Raymond D. Jackson
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Raymond D. Jackson (FBN 1028350)
jacksonra@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Secondary email: farrark@gtlaw.com;
FLService@gtlaw.com

Naomi G. Beer*
beern@gtlaw.com
**GREENBERG TRAURIG, LLP**
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Robert J. Herrington*
robert.herrington@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East Suite 1900 Los Angeles CA 90067
Telephone: (310) 586-7700
Facsimile: (312) 586-7800

*\*Motions for Special Admission Forthcoming*

*Attorneys for Defendant Walmart Inc.*

## LOCAL RULES 3.01(g) CERTIFICATION

I certify that the Parties have conferred and agreed to submit this Motion jointly and unopposed.

*/s/Raymond D. Jackson*
Attorney
