Walmart  /  Help Center  /  Returns & Refunds  /  Walmart Standard Return Policy

## Hello,  How can we help you?



Track Your Order



Edit or Cancel an Order



Returns & Refunds

🔍 Search help topics

### Help Topics

- Online Experience
- Account & Payments
- Manage Orders
- Where's my order?
- Returns & Refunds
- Marketplace
- In-Store Purchases
- COVID-19
- Gaming Consoles
- Walmart Services

### Walmart Standard Return Policy

Returns are available for nearly everything Walmart sells. Your purchase history on Walmart.com displays the latest eligible date for a return or replacement, however, we recommend keeping track of all manufacturer packaging and your receipt for a minimum of 90 days after purchase.

The following **policy** applies to returns of products purchased in Walmart U.S. stores, Walmart.com, Walmart Business, or from Marketplace sellers on Walmart.com.

**Your order**

Items purchased from dealers or resellers and not Walmart or Walmart.com directly aren't eligible for return, refund, or exchange.

**Returning items purchased on Walmart.com**

Holiday Help

Other

**Didn't find what you were looking for?**

Customer Service

Items sold and shipped by Walmart can be returned or replaced, when available, by mail within 90 days of receipt.

For items sold by Marketplace Sellers, find more details about Marketplace returns.

## In store purchases

Yo're able to return or replace items purchased in store at your nearest Walmart store within 90 days of receipt. To ensure your in-store item may be returned, review the exceptions on our corporate Return Policy page.

## Extended holiday returns

Most items purchased in-store or online from October 1, 2022, through December 31, 2022, are returnable until January 31st, 2023. Marketplace seller participation varies. See the Return Policy for details.

## Damaged or defective items

If an item you received from Walmart.com is damaged or defective, you can return by mail for a refund or replacement or at any Walmart store for a refund.

## Walmart Financial Services

Express Bill Payments and fees associated with Walmart Financial Services products are non-refundable.

**Was this answer helpful?**

Yes     No

## Related help topics

Refunds

Walmart Standard Return Policy

Start Return Online

Walmart.com Terms of Use

Quantity Limits and Bulk Purchases

Walmart Marketplace Return Policy