# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

Case No. 8:22-cv-02402-VMC-TGW

## WALMART INC.'S DISCLOSURE STATEMENT

In accordance with Local Rule 3.03, Walmart Inc. discloses the following information:

1. Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome:

    A.    Plaintiff, Vassilios Kukorinis

    B.    Defendant, Walmart Inc.

    C.    Chimicles Schwartz Kriner & Donaldson-Smith LLP, counsel for Plaintiff

        a.    Nicholas Chimicles

        b.    Kimberly M Donaldson-Smith

        c.      Zachary Beatty

    D.      Greenberg Traurig, P.A., counsel for Defendant

        a.      Christopher Torres

        b.      Raymond D. Jackson

    E.      Greenberg Traurig, LLP, counsel for Defendant

        a.      Naomi Beer

        b.      Robert Herrington

2. Each entity with publicly traded shares or debt potentially affected by the outcome: Walmart Inc. is a publicly traded company listed on the New York Stock Exchange (NYSE: WMT).

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: None.

4. Each person arguably eligible for restitution: Walmart Inc. is not aware of any such person.

[*Attorney signature and Local Rule 3.03(b) certification below.*]

## LOCAL RULE 3.03(b) CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: January 10, 2023

Respectfully submitted,

*/s/ Raymond D. Jackson*
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Raymond D. Jackson (FBN 1028350)
jacksonra@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Secondary email: farrark@gtlaw.com;
FLService@gtlaw.com

Naomi G. Beer*
beern@gtlaw.com
**GREENBERG TRAURIG, LLP**
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Robert J. Herrington*
robert.herrington@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Facsimile: (312) 586-7800

*Motions for Special Admission Forthcoming

*Attorneys for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Raymond D. Jackson
Attorney