UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

Case No. 8:22-cv-02402-VMC-TGW

### WALMART INC.'S UNOPPOSED MOTION FOR SPECIAL ADMISSION OF NAOMI G. BEER

Pursuant to Local Rule 2.01(c), the undersigned counsel for Walmart Inc., respectfully applies for the Special Admission of Naomi G. Beer on the grounds set forth below.

1. Ms. Beer is not a Florida resident and is not a member of the Florida Bar.

2. Ms. Beer is a shareholder of Greenberg Traurig, LLP, a member in good standing of the Colorado, New York, Virginia, and District of Columbia Bars, and admitted to practice in the U.S. Court of Appeals for the Fourth, Ninth, and Tenth Circuits, and the United States District Court for the Districts of Colorado. There are no disciplinary proceedings pending against Ms. Beer in any state or federal court.

3. Ms. Beer does not maintain a regular practice of law within Florida.

4. Ms. Beer has initially appeared in the following cases in state or federal court in Florida in the last thirty-six months:

- *Kukorinis v. Walmart Inc.*, Case No. 19-20592-CIV-MARTINEZ-OTAZO-REYES (S.D. Fla)

5. Ms. Beer satisfies the requirements for obtaining and maintaining general admission, except the requirements of membership in The Florida Bar, submission of an application, and payment of a periodic fee.

6. Ms. Beer is submitting the Middle's District's Attorney Special Admission Fee to the Clerk contemporaneously with this Application, and Ms. Beer will complete and submit her E-Filer Registration Form within fourteen days of an order granting this application.

7. Attached as **Exhibit A** is a copy of a January 6, 2023, Certificate of Good Standing for Ms. Beer from the Clerk of the U.S. District Court for the District of Colorado, which is being filed with the Clerk contemporaneously with this Application.

Accordingly, the undersigned counsel respectfully requests that the Court enter an order permitting Naomi G. Beer to appear specially as counsel of record for Walmart Inc. in this action.

| | |
|---|---|
| Dated: January 10, 2023 | Respectfully submitted,<br><br>/s/ Raymond D. Jackson<br>Christopher Torres (FBN 0716731)<br>torresch@gtlaw.com<br>Raymond D. Jackson (FBN 1028350)<br>jacksonra@gtlaw.com<br>**GREENBERG TRAURIG, P.A.**<br>101 E. Kennedy Blvd., Ste. 1900<br>Tampa, Florida 33602<br>Telephone: (813) 318-5700<br>Facsimile: (813) 318-5900<br>Secondary email: farrark@gtlaw.com; FLService@gtlaw.com<br><br>Naomi G. Beer*<br>beern@gtlaw.com<br>**GREENBERG TRAURIG, LLP**<br>1144 15th Street, Ste. 3300<br>Denver, Colorado 80202<br>Telephone: (303) 572-6500<br>Facsimile: (303) 572-6540<br><br>Robert J. Herrington*<br>robert.herrington@gtlaw.com<br>**GREENBERG TRAURIG, LLP**<br>1840 Century Park East Suite 1900<br>Los Angeles CA 90067<br>Telephone: (310) 586-7700<br>Facsimile: (312) 586-7800<br><br>*Motions for Special Admission Forthcoming*<br><br>*Attorneys for Defendant Walmart Inc.* |

## LOCAL RULES 3.01(g) CERTIFICATION

I certify that Walmart's counsel conferred with counsel for Plaintiff, who does not oppose the requested relief.

*/s/ Raymond D. Jackson*
Raymond D. Jackson

## CERTIFICATE OF SERVICE

I certify that on January 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Raymond D. Jackson*
Raymond D. Jackson