

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Naomi G. Beer

Admission date: 10/15/1998

was admitted to practice in this court
and is in good standing.

Dated: January 6, 2023    *Jeffrey P. Colwell* (signature)

Exhibit A