UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS, *etc.*
Plaintiff,

v.   Case No. 8:22-cv-2402-VMC-TGW

WALMART, INC.
Defendant.
_____/

## ORDER

THIS CAUSE came on for consideration upon Wal-Mart Inc.'s Unopposed Motion for Special Admission of Naomi G. Beer (Doc. 28). She has complied with the requirements of Local Rule 2.01(c).

It is, therefore, upon consideration,

ORDERED:

That Wal-Mart Inc.'s Unopposed Motion for Special Admission of Naomi G. Beer (Doc. 28) is **GRANTED**, and attorney Naomi G. Beer is authorized to appear pro hac vice.

DONE and ORDERED at Tampa, Florida, this 11th day of January, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE