## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VASSILIOS KUKORINIS, on behalf
of himself and any others similarly
situated,

     Plaintiff,

v.

WALMART INC.,

     Defendant.

Case No. 8:22-cv-02402-VMC-TGW

## JOINT NOTICE REGARDING CONFERRAL

Undersigned counsel for Plaintiff and Walmart Inc. hereby supplement their respective prior submissions with respect to conferral, and state that they have met and conferred about the relief sought in Walmart's Motion to Dismiss in a good faith effort to resolve the issues raised in the Motion and are continuing these discussions.

[*Attorney signature page follows*]

Dated: January 13, 2023

_/s/ Kimberly Donaldson-Smith_
Kimberly M. Donaldson-Smith
Kds@chimicles.com
Nicholas E. Chimicles
Nec@chimicles.com
Zachary P. Beatty
Zpb@chimicles.com
**Chimicles Schwartz Kriner &
Donaldson-Smith LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633

_Attorneys for Plaintiff Vassilios
Kukorinis_

Respectfully submitted,

_/s/ Raymond D. Jackson_
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Raymond D. Jackson (FBN 1028350)
jacksonra@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Secondary email: farrark@gtlaw.com;
FLService@gtlaw.com

Naomi G. Beer*
beern@gtlaw.com
**GREENBERG TRAURIG, LLP**
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Robert J. Herrington**
robert.herrington@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East Suite 1900
Los Angeles CA 90067
Telephone: (310) 586-7700
Facsimile: (312) 586-7800

_*Specially Admitted_

_**Motion for Special Admission
Forthcoming_

_Attorneys for Defendant Walmart Inc._