UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

Case No. 8:22-cv-02402-VMC-TGW

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (Dkt. 25) AND UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE OF MORE THAN TWENTY PAGES**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and the Court's inherent authority to control its docket, Plaintiff, Vassilios Kukorinis, moves for a short, seven-day extension of time to respond to Defendant's, Walmart Inc.'s, motion to dismiss (Dkt. 25), which moves Plaintiff's deadline from January 27 to February 3, 2023. In addition, pursuant to Local Rule 3.01(b), Plaintiff requests an additional five pages (for a total of twenty-five pages) for his response in opposition to Defendant's motion to dismiss. Defendant does not oppose these requests.

On November 10, 2022, the Court granted Defendant's motion to extend its deadline to respond to the complaint by thirty days to December 14, 2022. Dkt. 18. On December 9, the Court granted in part Defendant's second motion to extend its

1

deadline to respond to the complaint by twenty-three days to January 6, 2023. Dkt. 24. Under Local Rule 3.01(c), Plaintiff's response is currently due on January 27, 2023.

As that deadline has not yet passed, Rule 6(b)(1)(A) affords this Court discretion to extend it "for good cause." Discretionary extensions "should be liberally granted absent a showing of bad faith . . . or undue prejudice." *Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008, 1012 (11th Cir. 2017) (citation omitted). Good cause exists here because Plaintiff has not previously requested an extension and because Defendant's motion raises over a half-dozen arguments, includes eighteen footnotes, and appends two exhibits in support. Moreover, Plaintiff's modest seven-day request will not materially impede the advancement of this case. Accordingly, Plaintiff respectfully requests a seven-day extension to respond to Defendant's motion to dismiss for a deadline of February 3, 2023.

Likewise, in order to adequately address Defendant's numerous arguments in its twenty-five-page brief, Plaintiff requests an additional five pages for his response. Granting this request would bring Plaintiff's total responsive brief to twenty-five pages.

Dated: January 13, 2023　　　　　　　　　　*/s/ Kimberly M. Donaldson-Smith*

　　　　　　　　　　　　　　　　　　　　Kimberly M. Donaldson-Smith
　　　　　　　　　　　　　　　　　　　　Kds@chimicles.com
　　　　　　　　　　　　　　　　　　　　Nicholas E. Chimicles
　　　　　　　　　　　　　　　　　　　　Nec@chimicles.com
　　　　　　　　　　　　　　　　　　　　Zachary P. Beatty
　　　　　　　　　　　　　　　　　　　　Zpb@chimicles.com
　　　　　　　　　　　　　　　　　　　　**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
　　　　　　　　　　　　　　　　　　　　361 W. Lancaster Avenue
　　　　　　　　　　　　　　　　　　　　Haverford, PA 19041
　　　　　　　　　　　　　　　　　　　　Telephone: (610) 642-8500

Fax: (610) 649-3633

*Attorneys for Plaintiff Vassilios Kukorinis*

## LOCAL RULE 3.01(g) CERTIFICATE

The undersigned certified that counsel for Plaintiff conferred with counsel for Defendant via telephone on January 11, 2023 regarding the relief sought in this Motion. Defendant does not oppose the relief sought herein.

*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith

## Certificate of Service

I hereby certify that on January 13, 2023, the foregoing document was served on Defendant's counsel by the Court's electronic filing system.

*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith