# EXHIBIT A

**Return Policy exceptions**

## Our refund & exchange exceptions:

Walmart reserves the right to limit or decline returns or exchanges regardless of whether the customer has a receipt. All returns without a receipt are subject to a refund verification process. Refunds issued for lost items are subject to recharge if Walmart or the seller can verify delivery or frequent abuse. All decisions regarding returns are subject to applicable laws. The store manager retains final authority to accept or decline any item that is eligible for return. Under no circumstance may a store manager accept return of an ineligible item. Store managers may always, at their discretion, refuse return of an item they deem to present a potential health or safety risk to any individual.

Walmart also reserves the right to close Walmart.com accounts, or to cancel or refuse orders or returns for violations or abuse of our returns policy, or any fraudulent activities relating to returns.

Below are exceptions to the general 90-day rule. All the exceptions listed below require the merchandise be returned with a receipt. Below are exceptions to the general ninety 90-day rule. All the exceptions listed below require the merchandise be returned with a receipt.

**Must be returned within 14 days with a receipt to obtain a refund or exchange:**

- Prepaid wireless cellular phones may be returned in undamaged condition to any store.
- Most postpaid (contract) cellular phones may only be returned to the original store of purchase, in undamaged condition. Other contractually specified requirements may apply.
- Opened or used unlocked wireless phones may only be exchanged for another item of equal or greater value when returned with a receipt.

**Must be returned within 30 days with a receipt to obtain a refund or exchange:**

- Most electronics, including but not limited to: Verizon postpaid (contract) cellular phones, camcorders, digital cameras, digital music players, e-readers, tablets, laptops, PCs, televisions, portable video players, video game hardware, GPS units, audio systems, hoverboards, electric bicycles, electric scooters & radio-controlled vehicles.
- PC components (e.g., motherboards, RAM, graphics cards) must be returned with a receipt within 30 days, in original packaging. After 30 days, contact manufacturer for warranty assistance. Open, used drones are exchange-only within 30 days
- New, unused drones can be returned for a full refund. Walmart Protection Plans & AppleCare+ can be

- New, unused drones can be returned for a full refund. Walmart Protection Plans & AppleCare+ can be returned or canceled within 30 days of purchase. Learn how to cancel a Walmart Protection Plan or AppleCare+

**Must be returned within 60 days, with a receipt, to obtain a refund or exchange:**

- Prescription glasses
- Prescription contacts
- Hearing aids

**Must be returned within 90 days, with a receipt, to obtain a refund or exchange:**

- **Fresh guarantee:** Receive a refund on produce, fresh flowers, meat, bakery, deli, dairy & frozen* items with a receipt. Start a return on the Walmart app, online at Walmart.com/returns, or in your account on Business.Walmart.com. *Some items may not be returnable but may be refundable.*
- **Not 100% satisfied with a Walmart Private Brand item?** We'll replace it or refund your money. All you need is the package
- ***Note: Perishable online orders** cannot be returned by mail. To receive a refund, go to Walmart.com or the app to start the return
- **Tires:** New tires that have not been mounted or installed are returnable within 90 days to any store with an Auto Care Center. Stores without an Auto Care Center cannot accept tire returns.
- **90-day automotive battery guarantee:** Money back refund or exchange to original purchaser if battery tests bad within 90 days. After 90 days, the original purchaser can only exchange the battery per the warranty terms.
- **Photo prints, personalized items & photo products (e.g., blankets, mugs, calendars):** Return to a Walmart store within 90 days or contact us at walmart.com/help. Please do not return by mail
- **Home & garden equipment:** Returnable within 90 days. Please drain gasoline or other flammable materials prior to returning. These include lawn mowers, line trimmers, hedge trimmers, chainsaws, generators, air conditioners, evaporators, dehumidifiers, compressors & pressure washers. DO NOT remove Freon from A/C units. For Walmart.com items, please check the item page to confirm it is returnable by mail.
- **Funeral products (e.g., caskets, coffins):** Can be exchanged within 90 days if damaged or defective & unused. New or used items are nonrefundable unless the return is due to manufacturer defect or damaged
- **Major appliances (e.g., large refrigerators, ranges, washing machines):** Are returnable within 90 days of accepted delivery, in like-new condition, not installed & includes all original packaging. Please start your return in the Walmart app or go to walmart.com/returns. Major appliance returns are

- Major appliances (e.g., large refrigerators, ranges, washing machines): Are returnable within 90 days of accepted delivery, in like-new condition, not installed & includes all original packaging. Please start your return in the Walmart app or go to walmart.com/returns. Major appliance returns are not accepted in stores
- Toilets, toilet bowls & urinals: Are returnable within 90 days, if uninstalled & unused & includes original packaging. New, damaged, or defective toilets, toilet bowls & urinals are returnable

Must be returned within one year, with a receipt, to obtain a refund or exchange:

- All perennials, trees & shrubs

### Exchange-only items

Financial & home services return/refund /replacement policy

Items ineligible for return/refund /replacement

Ineligible service & digital items

How to get your refund

Returning gifts

How to return gifts or registry items

Returning damaged or incorrect items

Returning a recalled item

Returning a WIC- / SNAP-eligible item

Returning large items

Returning items over $300 that are jewelry, gems or a luxury watch sold by Walmart

### Exchange-only items:

Some open/used products can only be exchanged for an exact or similar item, as follows:

- Open, used drones within 30 days*
- Unlocked opened wireless phones within 14 days*
- Airbeds, air mattresses within 90 days* (product exchange available if item is opened/used)
- Opened/used durable medical equipment within 90 days* (e.g., crutches, walkers, slings, mobility scooters, pulse oximeters).
- *Note: New, unopened items in these categories can be returned for a full refund.



