UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 8:22-cv-02402-VMC-TGW |

## WALMART INC.'S UNOPPOSED MOTION FOR SPECIAL ADMISSION OF ROBERT J. HERRINGTON

Pursuant to Local Rule 2.01(c), the undersigned counsel for Walmart Inc., respectfully applies for the Special Admission of Robert J. Herrington on the grounds set forth below.

1.    Mr. Herrington is not a Florida resident and is not a member of the Florida Bar.

2.    Mr. Herrington is a shareholder of Greenberg Traurig, LLP, a member in good standing of the California and Colorado Bars, and admitted to practice in the United States Supreme Court, the U.S. Court of Appeals for the Sixth and Ninth Circuits, and several federal district courts. There are no disciplinary proceedings pending against Mr. Herrington in any state or federal court.

3. Mr. Herrington does not maintain a regular practice of law within Florida.

4. Mr. Herrington has initially appeared in the following cases in state or federal court in Florida in the last thirty-six months:

- *Jarrell v. Hyundai Motor America Corporation, et al.*, Case No. 6:22-cv-00990-CEM-EJK (M.D. Fl)

5. Mr. Herrington satisfies the requirements for obtaining and maintaining general admission, except the requirements of membership in The Florida Bar, submission of an application, and payment of a periodic fee.

6. Mr. Herrington is submitting the Middle's District's Attorney Special Admission Fee to the Clerk contemporaneously with this Application, and Mr. Herrington will complete and submit his E-Filer Registration Form within fourteen days of an order granting this application.

Accordingly, the undersigned counsel respectfully request that the Court enter an order permitting Robert J. Herrington to appear specially as counsel of record for Walmart Inc. in this action.

[*Attorney signature and Local Rule 3.01(g) certification below.*]

Dated: February 13, 2023                    Respectfully submitted,

*/s/ Raymond Jackson*
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Raymond Jackson (FBN 1028350)
jacksonra@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Secondary email: farrark@gtlaw.com;
FLService@gtlaw.com

Naomi G. Beer*
beern@gtlaw.com
**GREENBERG TRAURIG, LLP**
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Robert J. Herrington**
robert.herrington@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East Suite 1900 Los Angeles CA 90067
Telephone: (310) 586-7700
Facsimile: (312) 586-7800

*\*Specially Admitted*
*\*\* Motion for Special Admission Pending*

*Attorneys for Defendant, Walmart Inc.*

## LOCAL RULES 3.01(g) CERTIFICATION

I certify that Walmart's counsel conferred with counsel for Plaintiff, who does not oppose the requested relief.

<i>/s/ Raymond D. Jackson</i><br>
Raymond D. Jackson

## CERTIFICATE OF SERVICE

I certify that on February 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

<i>/s/ Raymond D. Jackson</i><br>
Raymond D. Jackson