UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS, *etc.*
Plaintiff,

v.   Case No. 8:22-cv-2402-VMC-TGW

WALMART, INC.
Defendant.
_____/

ORDER

THIS CAUSE came on for consideration upon Wal-Mart Inc.'s Unopposed Motion for Special Admission of Robert J. Herrington (Doc. 40). He has complied with the requirements of Local Rule 2.01(c).

It is, therefore, upon consideration,

ORDERED:

That Wal-Mart Inc.'s Unopposed Motion for Special Admission of Robert J. Herrington (Doc. 40) is **GRANTED**, and attorney Robert J. Herrington is authorized to appear pro hac vice.

DONE and ORDERED at Tampa, Florida, this 15th day of February, 2023.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE