UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

Case No. 8:22-cv-02402-VMC-TGW

### JOINT MOTION FOR ENTRY OF THE STIPULATED AGREEMENT RE: PROTOCOL FOR THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION ("ESI")

Plaintiff Vassilios Kukorinis ("Plaintiff") and Defendant Walmart Inc. ("Walmart") (collectively the "Parties") by their undersigned counsel, jointly move for the entry of the Parties' Stipulated Agreement re: Protocol for the Discovery of Electronically Stored Information, attached as Exhibit A (the "ESI Protocol").

In support of this Motion the Parties state as follows:

1. The Parties have spent considerable time conferring and negotiating drafts of the now-final and executed ESI Protocol (Exhibit A) and a Confidentiality Agreement.

2. The Parties are mindful of Section I.E. of the Court's January 25, 2023 Case Management and Scheduling Order [DE 34], which states that "there is no need for the Court to endorse the [Parties'] confidentiality agreement" and, consistent with

that, the Parties do not seek the Court's endorsement of their Confidentiality Agreement.

3. The Parties do, however, seek the Court's endorsement as to the ESI Protocol which provides that it shall be interpreted to provide the maximum protection allowed by Rule 502(d).

4. Pursuant to Federal Rule of Evidence 502(d) ("Rule 502(d)"), "[a] federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court - in which event the disclosure is also not a waiver in any other federal or state proceeding."

5. The Parties intend to be diligent in preserving their respective privileges, however in an abundance of caution and as Rule 502(d) permits, the Parties request the Court endorse Paragraphs 43-45 of the ESI Protocol to ensure the privileges are not waived by inadvertent disclosure.

6. Endorsement of Paragraphs 43-45 of the ESI Protocol will enable the Parties to freely exchange information in this Action without the risk of a prejudicial effect arising from the inadvertent disclosure of privileged or work-product protected documents.

7. "Federal courts, including those in Florida[,] routinely enter [Rule 502(d)] orders upon request of the parties." *John v. Chapters Health Sys.*, No. 8:18-cv-3052-T-36-SPF, 2019 U.S. Dist. LEXIS 62677, at *2 (M.D. Fla. Apr. 1, 2019)(collecting cases).

8.      Endorsement of Paragraphs 43-45 of the ESI Protocol would also promote the "just, speedy … determination" of this action. Fed. R. Civ. P. 1.

| | |
|---|---|
| Dated: March 23, 2023 | Respectfully submitted, |

/s/ Kimberly Donaldson-Smith
Kimberly M. Donaldson-Smith*
Kds@chimicles.com
Nicholas E. Chimicles*
Nec@chimicles.com
Zachary P. Beatty
Zpb@chimicles.com
**Chimicles Schwartz Kriner & Donaldson-Smith LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633

*Attorneys for Plaintiff Vassilios Kukorinis*

/s/Raymond D. Jackson
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Raymond D. Jackson (FBN 1028350)
jacksonra@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Secondary email: farrark@gtlaw.com;
FLService@gtlaw.com

Naomi G. Beer*
beern@gtlaw.com
**GREENBERG TRAURIG, LLP**
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Robert J. Herrington*
robert.herrington@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East Suite 1900 Los Angeles CA 90067
Telephone: (310) 586-7700
Facsimile: (312) 586-7800

*Specially Admitted*

*Attorneys for Defendant Walmart Inc.*

## LOCAL RULES 3.01(g) CERTIFICATION

I certify that the Parties have conferred and agreed to submit this Motion jointly.

                                                */s/Kimberly M. Donaldson-Smith*
                                                Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

Dated: March 23, 2023                                     /s/ Kimberly M. Donaldson-Smith
                                                                          Kimberly M. Donaldson-Smith