UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS, *etc.*
Plaintiffs,
v.                                      CASE NO. 8:22-cv-2402-VMC-TGW

WALMART, INC.
Defendant.
_____/

### O R D E R

THIS CAUSE came on for consideration upon the Joint Motion for Entry of the Stipulated Agreement Re: Protocol for the Discovery of Electronically Stored Information ("ESI") (Doc. 44). The motion will be granted, with the caveat that any dispute brought to the court which involves the filing of confidential documents must comply with Local Rule 1.11.

It is, upon consideration,

ORDERED:

That the Joint Motion for Entry of the Stipulated Agreement Re: Protocol for the Discovery of Electronically is hereby **GRANTED** (Doc. 44). The Clerk is directed to docket the Stipulated Agreement Re: Protocol for the Discovery of Electronically Stored Information (Doc. 44-1).

DONE and ORDERED at Tampa, Florida, this 24th day of March, 2023.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE