# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

Case No. 8:22-cv-02402-VMC-TGW

## DEFENDANT WALMART INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Walmart Inc. ("Walmart"), by and through the undersigned counsel and pursuant to Local Rule 3.01(i), hereby gives notice of the following ruling as supplemental authority in support of Defendant's Motion to Dismiss the Class Action Complaint filed by Plaintiff Vassilios Kukorinis ("Plaintiff"):

1. Opinion and Order granting motion to dismiss in *Kahn v. Walmart, Inc.*, 1:22-cv-04177, 2023 WL 2599858 (N.D. Ill. Mar. 21, 2023) (dismissing with prejudice the plaintiff's putative class action complaint based on similar state consumer protection statutes and unjust enrichment because "Walmart provided Kahn with a receipt, reflecting the incorrectly scanned prices. Kahn could, and indeed did, use this receipt to compare the prices Walmart charged him with the advertised shelf pricing. This comparison revealed the discrepancy and dispelled

any potential deception.").

2. Pursuant to Local Rule 3.01(i)(2), this authority supplements the arguments in Sections I(B) and III of Walmart's Motion to Dismiss. *See* Doc. 25 at 12-14 (Plaintiff fails to allege an unfair or deceptive practice); 16-18 (Plaintiff cannot assert a claim for violation of various state statutes allegedly "similar . . . to that of Florida").

| | |
|---|---|
| Dated: April 5, 2023 | Respectfully submitted, |

*/s/ Raymond D. Jackson*
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Raymond D. Jackson (FBN 1028350)
jacksonra@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Secondary email: farrark@gtlaw.com;
FLService@gtlaw.com

Naomi G. Beer*
beern@gtlaw.com
**GREENBERG TRAURIG, LLP**
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Robert J. Herrington*
robert.herrington@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East Suite 1900
Los Angeles CA 90067
Telephone: (310) 586-7700

Facsimile: (312) 586-7800

*Specially Admitted*
*Attorneys for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record.

*/s/ Raymond D. Jackson*
Raymond D. Jackson