UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 8:22-cv-02402-VMC-TGW |

**JOINT STATUS REPORT**

Consistent with the Parties' statements to the Court in prior motions (*e.g.* Dkt. No. 23 at 2) and in their proposed Case Management Report filed on January 13, 2023 (Dkt. 33 at 2) reflecting their belief that an early mediation in this Action could be helpful and productive, the Parties retained a private mediator, Robert A. Meyer, Esquire of JAMS, who is a well-respected, experienced mediator in complex business litigation, including consumer class actions.[1]

On May 23, 2023, the Parties conducted an all-day, in-person mediation with Mr. Meyer in Los Angeles, California. The May 23 mediation was preceded by, among other things the Parties holding several meetings (including an in-person meeting in Philadelphia) to discuss the claims and pertinent facts and data and the

---

[1] The Parties note that the Parties also scheduled, and this Court set, this case for mediation on November 14, 2023 with the Honorable (Ret.) Gregory Holder. (Dkts. 38, 39).

Parties exchanging a substantial amount of relevant information, documents, and data. The Parties independently conducted, and Plaintiff retained a data consultant to perform, analyses of the data produced by Walmart. Due to the Parties' efforts leading up to and at the May 23 mediation, the Parties have scheduled a second mediation session with Mr. Meyer to occur on June 16, 2023.

Over the past 90 days, the Parties' exchanges of substantial information, documents, and data have occurred largely in connection with confidential settlement communications and under the protection of Federal Rule of Evidence 408, which, as expected, facilitated the expeditious and efficient exchange of such information and data. If the Parties' efforts with Mr. Meyer, nevertheless, do not result in a settlement in principle of the Action in full, then formal discovery (including pursuant to Rules 30, 33 and 34) will largely mirror and be materially informed and facilitated by the settlement-related discovery. The Parties are mindful of the Court's endorsed order dated January 25, 2023, regarding schedule extensions (Dkt. 35), but submit this Joint Status Report now to inform the Court regarding their efforts at early mediation and to alert the Court that some delays in conducting and completing formal discovery may ensue from the Parties' focus on an early mediation.

The Parties intend to provide the Court with a further Status Report after the upcoming mediation session with Mr. Meyer.

Dated: June 6, 2023                                                  Respectfully submitted,

 /s/ Kimberly M. Donaldson-Smith                      /s/ Naomi G. Beer
Kimberly M. Donaldson-Smith                           Naomi G. Beer
Kds@chimicles.com                                            beern@gtlaw.com

| | |
|---|---|
| Nicholas E. Chimicles<br>Nec@chimicles.com<br>Zachary P. Beatty<br>Zpb@chimicles.com<br>**Chimicles Schwartz Kriner &**<br>**Donaldson-Smith LLP**<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>Telephone: (610) 642-8500<br>Fax: (610) 649-3633<br><br>*Attorneys for Plaintiff Vassilios*<br>*Kukorinis* | **GREENBERG TRAURIG, LLP**<br>1144 15th Street, Ste. 3300<br>Denver, Colorado 80202<br>Telephone: (303) 572-6500<br>Facsimile: (303) 572-6540<br><br>Christopher Torres (FBN 0716731)<br>torresch@gtlaw.com<br>Raymond D. Jackson (FBN 1028350)<br>jacksonra@gtlaw.com<br>**GREENBERG TRAURIG, P.A.**<br>101 E. Kennedy Blvd., Ste. 1900<br>Tampa, Florida 33602<br>Telephone: (813) 318-5700<br>Facsimile: (813) 318-5900<br>Secondary email: farrark@gtlaw.com;<br>FLService@gtlaw.com<br><br>Robert J. Herrington<br>robert.herrington@gtlaw.com<br>**GREENBERG TRAURIG, LLP**<br>1840 Century Park East Suite 1900 Los Angeles CA 90067<br>Telephone: (310) 586-7700<br>Facsimile: (312) 586-7800<br><br>*Attorneys for Defendant Walmart Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

Dated:  June 6, 2023                                      /s/ Kimberly M. Donaldson-Smith
                                                                        Kimberly M. Donaldson-Smith