## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VASSILIOS KUKORINIS, on behalf
of himself and any others similarly
situated,

     Plaintiff,

v.

WALMART INC.,

     Defendant.

Case No. 8:22-cv-02402-VMC-TGW

## JOINT STATUS REPORT

Pursuant to the Court's endorsed Order of June 30, 2023 (Dkt. No. 50), the Parties submit this Joint Status Report.

As scheduled, the Parties participated in an all day mediation session on Friday, June 16, 2023, with JAMS Mediator Robert A. Meyer. The Parties made progress in their discussions during that session and, at the recommendation of the Mediator, adjourned the mediation in order to allow the Parties the opportunity to gather additional information to set the stage for further conferrals. Following the June 16 session, the Parties engaged in further written and telephonic communications with each other and each separately with the Mediator.

The Parties intended to resume further settlement discussions with each other and with the Mediator after the Independence Day holiday; however, an immediate family member of Walmart's lead counsel sadly, suddenly passed away on June 29, 2023, which will effectively delay such further discussions until the week of July 9.

The Parties appreciate (and share) the Court's desire to move this case forward and would respectfully suggest that they be permitted to submit another status report no later than July 14, 2023.

Dated: July 1, 2023

Respectfully submitted,

*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith
Kds@chimicles.com
Nicholas E. Chimicles
Nec@chimicles.com
Zachary P. Beatty
Zpb@chimicles.com
**Chimicles Schwartz Kriner &
Donaldson-Smith LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633

*Attorneys for Plaintiff Vassilios
Kukorinis*

*/s/ Christopher Torres*
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Raymond D. Jackson (FBN 1028350)
jacksonra@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Secondary email: farrark@gtlaw.com;
FLService@gtlaw.com

Naomi G. Beer
beern@gtlaw.com
GREENBERG TRAURIG, LLP
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Robert J. Herrington
robert.herrington@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East Suite 1900 Los
Angeles CA 90067
Telephone: (310) 586-7700
Facsimile: (312) 586-7800

*Attorneys for Defendant Walmart Inc.*