# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

Case No. 8:22-cv-02402-VMC-TGW

## DEFENDANT WALMART INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

Defendant Walmart Inc. ("Walmart") respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b), for an enlargement of time within which to respond to the Class Action Complaint ("Complaint") filed by Plaintiff Vassilios Kukorinis ("Plaintiff"). In support of this motion, Walmart states as follows:

1. On July 6, 2023, this Court granted in part and denied in part Walmart's Motion to Dismiss the Class Action Complaint, and granted Plaintiff leave to amend as to Count III within 14 days—until July 20, 2023. (Doc. # 52.)

2. Under Federal Rule of Civil Procedure 12(a)(4)(A), Walmart's Answer to the existing Complaint is currently due on July 20, 2023. *See* Fed. R. Civ. P 12(a)(4)(A).

3. Walmart has conferred with Plaintiff's counsel, and Plaintiff advised that he will be filing an amended complaint on July 20, 2023, per the Court's Order. Thus,

Walmart's Answer to the existing Complaint is currently due on the same day as Plaintiff's planned amended complaint.

4. Accordingly, Walmart respectfully requests that it not be required to prepare and file an Answer to the existing Complaint, which will be superseded by Plaintiff's forthcoming amended complaint, and that Walmart be permitted to answer or otherwise respond to the forthcoming amended complaint within 21 days of the filing of the amended complaint—or by August 10, 2023.

5. Walmart's counsel has conferred with Plaintiff's counsel to obtain approval for the extension sought herein. Plaintiff's counsel does not oppose the relief requested.

6. This motion is made in good faith and is not intended to hamper or delay the prosecution of this cause. As demonstrated above, Walmart has good cause for this motion. Permitting the requested enlargement will serve the court's goals of efficiency and preserving resources, as it will avoid the need to prepare and file an answer to a pleading that will be superseded on the same day. Neither the parties nor the Court will be prejudiced by the relief requested.

**WHEREFORE**, for the foregoing reasons, Walmart respectfully requests that the Court enter an Order granting Walmart an enlargement of time to answer or otherwise respond to Plaintiff's operative complaint through and including August 10, 2023, and granting any such other relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

This certifies that Walmart's counsel conferred with Plaintiff's counsel regarding this Motion and Plaintiff's counsel does not oppose the relief requested herein.

Dated: July 14, 2023

Respectfully submitted,

/s/ Raymond D. Jackson
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Raymond D. Jackson (FBN 1028350)
jacksonra@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Secondary email: farrark@gtlaw.com;
FLService@gtlaw.com

Naomi G. Beer*
beern@gtlaw.com
**GREENBERG TRAURIG, LLP**
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Robert J. Herrington*
robert.herrington@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East Suite 1900
Los Angeles CA 90067
Telephone: (310) 586-7700
Facsimile: (312) 586-7800

*Specially Admitted*

*Attorneys for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

<em>/s/ Raymond D. Jackson</em><br>
Raymond D. Jackson