# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

Case No. 8:22-cv-02402-VMC-TGW

## FURTHER JOINT STATUS REPORT

In accordance with the Parties' Joint Status Report of June 30, 2023 (Dkt. No. 51), the Parties submit this Further Joint Status Report.

As explained in the Parties' prior Joint Status Reports (Dkt. Nos. 49, 51) the Parties have been engaged in settlement discussions, including two all day mediation sessions (on May 24, 2023, and on June 16, 2023), with JAMS Mediator Robert A. Meyer. The Parties made progress in their discussions and have had continued discussions since those sessions. The Parties anticipate continuing to discuss settlement over the coming weeks.

Further, on July 6, 2023, the Court entered its Order granting in part and denying in part Walmart's Motion to Dismiss. (Dkt. No. 52). As permitted by the Court's Order, Plaintiff intends to file an Amended Complaint as to Count III on July 20, 2023. Walmart has filed a motion with the Court requesting that it be relieved of the obligation to answer the existing Complaint (which will be superseded by the

Amended Complaint) and that it be permitted to answer or otherwise respond to the Amended Complaint by August 10, 2023. (Dkt. No. 53).

Finally, while the Parties are mindful of the Court's endorsed order dated January 25, 2023, regarding schedule extensions (Dkt. No. 35), the Parties anticipate that they likely will require a reasonable extension of the existing case schedule in light of the Parties' focus on early mediation (as noted in the Parties' Joint Status Report of June 6, 2023 (Dkt. No. 49)), the amendment of the Complaint, and that the amendment may result in further motion practice.

The Parties are meeting and conferring regarding the schedule and request that they be permitted to submit a proposed amended schedule to the Court within fifteen days of the filing of the Amended Complaint, or by August 4, 2023.

| | |
|---|---|
| Dated: July 14, 2023 | Respectfully submitted, |
| /s/ *Kimberly M. Donaldson-Smith* | /s/ *Raymond D. Jackson* |
| Kimberly M. Donaldson-Smith | Christopher Torres (FBN 0716731) |
| Kds@chimicles.com | torresch@gtlaw.com |
| Nicholas E. Chimicles | Raymond D. Jackson (FBN 1028350) |
| Nec@chimicles.com | jacksonra@gtlaw.com |
| Zachary P. Beatty | **GREENBERG TRAURIG, P.A.** |
| Zpb@chimicles.com | 101 E. Kennedy Blvd., Ste. 1900 |
| **Chimicles Schwartz Kriner &** | Tampa, Florida 33602 |
| **Donaldson-Smith LLP** | Telephone: (813) 318-5700 |
| 361 W. Lancaster Avenue | Facsimile: (813) 318-5900 |
| Haverford, PA 19041 | Secondary email: farrark@gtlaw.com; |
| Telephone: (610) 642-8500 | FLService@gtlaw.com |
| Fax: (610) 649-3633 | |
| | Naomi G. Beer |
| *Attorneys for Plaintiff Vassilios* | beern@gtlaw.com |
| *Kukorinis* | **GREENBERG TRAURIG, LLP** |
| | 1144 15th Street, Ste. 3300 |
| | Denver, Colorado 80202 |

Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Robert J. Herrington
robert.herrington@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East Suite 1900 Los Angeles CA 90067
Telephone: (310) 586-7700
Facsimile: (312) 586-7800

*Attorneys for Defendant Walmart Inc.*