# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 8:22-cv-02402-VMC-TGW |

## NOTICE REGARDING MEDIATION DATE AND TIME

Pursuant to the Court's Amended Case Management and Scheduling Order filed on August 8, 2023 [D.E. 59, at pg. 2], undersigned Designated Lead Counsel for Plaintiff Vassilios Kukorinis hereby notifies the Court that the parties have reserved Wednesday, February 28, 2024, starting at 9:00 am, for an in-person mediation conference with the Hon. Gregory P. Holder (Retired Judge).

Dated: August 16, 2023

Respectfully submitted,

*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith
Kds@chimicles.com
Nicholas E. Chimicles
Nec@chimicles.com
Zachary P. Beatty
Zpb@chimicles.com
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633

*Attorneys for Plaintiff Vassilios Kukorinis*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

Dated: August 16, 2023                                                    */s/ Kimberly M. Donaldson-Smith*
                                                                                         Kimberly M. Donaldson-Smith