UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

Case No. 8:22-cv-02402-VMC-TGW

**JOINT STATUS REPORT AND MOTION:
NOTIFYING COURT OF SETTLEMENT-IN-PRINCIPLE AND
REQUESTING A SUSPENSION OF DEADLINES AND RULING ON THE
PARTIAL MOTION TO DISMISS**

    The parties respectfully submit this joint status report and motion requesting the relief sought herein.

    The parties are pleased to report that, with the assistance of Robert A. Meyer, Esquire, an experienced mediator with JAMS, this week they reached a settlement-in-principle that will resolve all claims asserted in the Action against Defendant by Plaintiff and on behalf of the putative class Plaintiff seeks to represent. The settlement will provide meaningful monetary benefits to the class that are fair, reasonable, and adequate in exchange for a release of Defendant.

    The parties are working on preparing a formal settlement agreement that will memorialize the terms of the settlement and all attendant documentation, which includes the form of settlement notice, the plan for disseminating the settlement notice

to the class, and the plan to allocate and distribute the monetary settlement fund. The parties also will be conducting additional discovery and exchanging information to aid in the preparation of the formal settlement documentation and the submission and presentation of the settlement to the Court for approval pursuant to Fed. R. Civ. P. Rule 23.

The settlement is subject to the completion of the formal settlement documentation and the Court's preliminary and then final approval pursuant to Fed. R. Civ. P. Rule 23.

The parties intend to <u>file by November 16, 2023,</u> the settlement documentation, accompanied by a motion requesting preliminary approval of the settlement pursuant to Fed. R. Civ. P. Rule 23(e).

Based on the foregoing, the parties respectfully request that the Court:

(1) Suspend current litigation deadlines provided for in the August 7, 2023 Case Management and Scheduling Order, Dkt. 58.

(2) Hold in abeyance the decision on the partial motion to dismiss (Dkt. 60) until the parties file the settlement documentation and motion for preliminary approval, or, in the alternative, deny the motion without prejudice to Walmart being able to re-file.

The parties are available to answer any questions the Court may have.

Dated: September 22, 2023                                    Respectfully submitted,

*/s/ Kimberly M. Donaldson-Smith*                            */s/ Christopher Torres*
Kimberly M. Donaldson-Smith                                  Christopher Torres (FBN 0716731)

<table>
<tr><td>

Kds@chimicles.com
Nicholas E. Chimicles
Nec@chimicles.com
Zachary P. Beatty
Zpb@chimicles.com
**Chimicles Schwartz Kriner & Donaldson-Smith LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633

*Attorneys for Plaintiff Vassilios Kukorinis*

</td><td>

torresch@gtlaw.com
Raymond D. Jackson (FBN 1028350)
jacksonra@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Secondary email: farrark@gtlaw.com;
FLService@gtlaw.com

Naomi G. Beer
beern@gtlaw.com
**GREENBERG TRAURIG, LLP**
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Robert J. Herrington
robert.herrington@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East Suite 1900 Los Angeles CA 90067
Telephone: (310) 586-7700
Facsimile: (312) 586-7800

*Attorneys for Defendant Walmart Inc.*

</td></tr>
</table>

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that the Parties have conferred and agreed to submit this Motion jointly.

*/s/ Kimberly M. Donaldson-Smith*
Attorney

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

Dated:  September 22, 2023                                            */s/ Kimberly M. Donaldson-Smith*
                                                                                       Kimberly M. Donaldson-Smith