UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

Case No. 8:22-cv-02402-VMC-TGW

PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE A MOTION FOR PRELIMINARY APPROVAL OF
MORE THAN TWENTY-FIVE PAGES

Pursuant to Local Rule 3.01(b), Plaintiff, Vassilios Kukorinis, requests an additional five pages (for a total of thirty pages, excluding the caption page, table of contents, and table of authorities) for his forthcoming Motion for Preliminary Approval of the Class Action Settlement and Memorandum of Law in Support thereof. Defendant does not oppose this request.

In order to adequately explain the proposed nationwide settlement and to address the numerous preliminary approval factors under Rule 23(e) and *Bennett v. Behring Corp.*, 737 F.2d 982 (11th Cir. 1984), Plaintiff requests an additional five pages for his motion. Granting this request would bring Plaintiff's total motion to thirty pages, excluding the caption page, table of contents, and table of authorities.

1

| | |
|---|---|
| Dated: November 13, 2023 | /s/ *Kimberly M. Donaldson-Smith*<br>Kimberly M. Donaldson-Smith<br>Kimdonaldsonsmith@chimicles.com<br>Nicholas E. Chimicles<br>Nick@chimicles.com<br>Zachary P. Beatty<br>Zacharypbeatty@chimicles.com<br>**Chimicles Schwartz Kriner &**<br>**Donaldson-Smith LLP**<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>Telephone: (610) 642-8500<br>Fax: (610) 649-3633<br><br>*Attorneys for Plaintiff Vassilios Kukorinis* |

## LOCAL RULE 3.01(g) CERTIFICATE

The undersigned certified that counsel for Plaintiff conferred with counsel for Defendant regarding the relief sought in this Motion. Defendant does not oppose the relief sought herein.

/s/ *Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith

## Certificate of Service

I hereby certify that on November 13, 2023, the foregoing document was served on Defendant's counsel by the Court's electronic filing system.

/s/ *Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith