# EXHIBIT A

DocuSign Envelope ID: C662891F-728F-4742-AA27-PCD1A6F17FCF

**EXECUTION VERSION**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS,
individually and on behalf of all
others similarly situated,

            *Plaintiff,*

v.                                              CASE NO.  8:22-CV-02402-VMC-TGW

WALMART, INC.,

            *Defendant.*

## STIPULATION AND AGREEMENT OF CLASS ACTION SETTLEMENT

| Index of Exhibits | |
|---|---|
| Exhibit 1 | [Proposed] Preliminary Approval Order |
| Exhibit 1A | Notice |
| Exhibit 1B | Claim Form |
| Exhibit 1C | Summary Notice |
| Exhibit 2 | Judgment and Order of Dismissal |
| **Index of Addenda** | |
| Addendum A | Weighted Goods |
| Addendum B | Bagged Citrus |

DocuSign Envelope ID: C662891F-728F-4748-AA27-BCD1A6H7FCE

## 1.    PREAMBLE

**1.1.**    This Stipulation and Agreement of Class Action Settlement ("Agreement") is made and entered into in this Litigation as of the date of Execution, by and between Plaintiff, Vassilios Kukorinis, individually and on behalf of the Settlement Class Members, and Defendant, Walmart Inc. (collectively the "Parties"), by and through their counsel.

**1.2.**    This Agreement memorializes the terms on which the Parties have agreed to resolve this Litigation (the "Settlement"), and is intended to fully, finally, and forever resolve, discharge, and settle the Released Claims, subject to approval of the Court and the terms and conditions in this Stipulation.

## 2.    DEFINITIONS

**2.1.**    "Agreement" or "Settlement Agreement" means this Stipulation and Agreement of Class Action Settlement.

**2.2.**    "Amended Complaint" means the operative complaint in the Litigation filed at Dkt. No. 52.

**2.3.**    "Approved Claimant" means any Claimant whose Claim is approved by the Claims Administrator pursuant to the terms of this Agreement.

**2.4.**    "Attorneys' Fees, Costs, and Expenses" means (a) attorneys' fees; plus (b) expenses or charges in connection with prosecuting the Litigation; plus (c) any interest on such attorneys' fees and expenses at the same rate and for the same periods as earned by the Class Settlement Fund (until paid), as may be awarded by the Court, to be paid from the Class Settlement Fund.

**2.5.**    "Bagged Citrus" means the organic oranges, grapefruit, tangerines, and navel oranges sold in bulk in mesh or plastic bags and bearing UPC Codes listed on Addendum B. The Parties agree that Addendum B may be updated to bring current through a date up to the grant of preliminary approval.

**2.6.**    "Claim" means a claim submitted by a Settlement Class Member by way of a Claim Form to receive a payment in accordance with the procedures set forth in this Agreement.

**2.7.**    "Claim Form" means a form substantially similar to the form attached hereto as Exhibit 1B, which Settlement Class Members shall use to submit their Claim to the Claims Administrator.

**2.8.**    "Claimant" means any Settlement Class Member who submits a Claim.

**2.9.**    "Claims Administrator" means, subject to Court approval, Angeion Group, the entity who shall perform notice and claims administration functions in accordance with this Agreement.

**2.10.**    "Class Counsel" means Kimberly M. Donaldson-Smith, Nicholas E. Chimicles, and Zachary P. Beatty of Chimicles Schwartz Kriner & Donaldson-Smith, LLP, 361 W. Lancaster Avenue, Haverford, Pennsylvania 19041.

EXECUTION VERSION

**2.11.** "Class Settlement Amount" means forty-five million dollars ($45,000,000.00) in cash to be paid by Walmart into the Escrow Account, as required by ¶¶5.1-5.2 of this Agreement. Under no circumstances shall Walmart be obligated to pay more than the Class Settlement Amount in connection with this Settlement.

**2.12.** "Class Settlement Fund" means the Class Settlement Amount plus all interest and accretions thereto. The Class Settlement Fund is non-reversionary.

**2.13.** "Complaint" means the initial complaint filed in the Litigation at Dkt. No.1.

**2.14.** "Court" means the United States District Court for the Middle District of Florida and any appellate court which may review any orders entered by the United States District Court for the Middle District of Florida related to this Settlement.

**2.15.** "Days" as used to calculate dates for events provided herein (unless the date is expressed in terms of "business days") has the same meaning as used when calculating days under the Federal Rules of Civil Procedure.

**2.16.** "Effective Date" or "the date upon which this Settlement becomes Effective," means the first day following the last of the following occurrences:

      (a)      The Settlement Amount has been deposited into the Escrow Account;

      (b)      The Court has entered the Preliminary Approval Order, substantially in the form set forth in Exhibit 1 attached hereto;

      (c)      The Court has granted final approval to the Settlement, following notice to the Class as required by Rule 23;

      (d)      The Court has entered the Judgment and Order of Dismissal approving the Settlement and dismissing this Litigation; and

      (e)      The Judgment has become Final.

**2.17.** "Escrow Account" means the Qualified Settlement Fund to be established in accordance with ¶¶11.1-11.12 of this Agreement.

**2.18.** "Escrow Agent" means Huntington National Bank.

**2.19.** "Escrow Agreement" means the agreement between Class Counsel and Escrow Agent setting forth the terms under which the Escrow Agent shall maintain the Escrow Account.

**2.20.** "Execution" means the signing of this Agreement by all signatories hereto.

**2.21.** "Judgment and Order of Dismissal" or "Judgment" means the Judgment and Order of Dismissal approving the Settlement and dismissing the Litigation with prejudice as against Walmart, to be entered by the Court, substantially in the form attached hereto as Exhibit 2.

**2.22.** "Final" with respect to the Judgment and Order of Dismissal, or any other court order, means:

      (a)    The date the time to appeal or seek permission to appeal or seek other judicial review of the entry of the Judgment and Order of Dismissal approving the Settlement and dismissing this Litigation with prejudice as to Walmart has expired with no appeal or other judicial review having been taken or sought; or

      (b)    If an appeal or other judicial review has been taken or sought, the latest of: (i) the date the Judgment and Order of Dismissal is finally affirmed by an appellate court with no possibility of subsequent appeal or other judicial review therefrom; or (ii) the date the appeal(s) or other judicial review therefrom are finally dismissed with no possibility of subsequent appeal or other judicial review; or (iii) if remanded to the Court or to a lower appellate court following an appeal or other review, the date the Judgment and Order of Dismissal is entered by the Court after remand and the time to appeal or seek permission to appeal or seek other judicial review of the entry of that Judgment and Order of Dismissal has expired with no further appeal or other judicial review having been taken or sought. If further appeal is sought after a remand, the time periods in this Subsection shall apply.

      (c)    Any appeal or proceeding seeking subsequent judicial review concerning only the issue of Attorneys' Fees, Costs, or Expenses shall not in any way delay or preclude the Judgment and Order of Dismissal from becoming Final.

**2.23.** "Final Approval Hearing" means the hearing to be held by the Court to consider, *inter alia,* whether the proposed Settlement is fair, reasonable, and adequate and should be approved, whether to enter the Judgment and Order of Dismissal, and Plaintiff's motion for Attorneys' Fees, Costs, and Expenses.

**2.24.** "Litigation" or "Action" means the case of *Kukorinis v. Walmart Inc.*, No. 8:22-CV-02402-VMC-TGW (M.D. Fla.). "Dkt. No." citations are to the docket in this Litigation.

**2.25.** "Net Class Settlement Fund" means the Class Settlement Fund less (i) all Court-awarded Attorneys' Fees, Costs, and Expenses, (ii) Notice and Administration Costs; (iii) Taxes and Tax Expenses, and (iv) any other Court-approved fees, expenses or deductions.

**2.26.** "Notice and Administration Costs" means all costs, fees, and expenses incurred in connection with effectuating the Notice Plan and the administration of the Settlement, including but not limited to: (i) providing notice of the proposed Settlement to the Settlement Class Members; (ii) receiving and reviewing Claims; (iii) communicating with Persons regarding the proposed Settlement and claims administration process; (iv) distributing the Net Settlement Fund; (v) fees related to the Escrow Account, taxes, and investment of the Settlement Fund; and (vi) performing other settlement administration functions in accordance with this Agreement.

**2.27.** "Notice" means the long-form notice of pendency and proposed settlement of class action, substantially in the form of Exhibit 1A, and shall include information about the Settlement, how to submit a Claim, the opt-out and objection processes, and Attorneys' Fees, Costs, and Expenses.

DocuSign Envelope ID: C662891F-729F-4748-AA27-9CD1A6417FCE

**2.28.**   "Notice Plan" means the document describing: (i) the various methods by which notice will be provided to Settlement Class Members, including through direct and digital notice, publication of the Summary Notice, and the Settlement Website, and (ii) the time during which the notice will begin and conclude. The Notice Plan will be provided by Plaintiff to the Court as part of the Motion for Preliminary Approval of the Settlement seeking entry of the Preliminary Approval Order, or in a supplemental filing, if necessary, subject to Walmart's right of approval as set forth in Section 6.2.

**2.29.**   "Objection Deadline" means the last day on which a Settlement Class Member may file an objection to the Settlement, including Class Counsel's request for Attorneys' Fees, Costs, and Expenses, which deadline will be twenty-one (21) Days before the Final Approval Hearing.

**2.30.**   "Opt-Out Deadline" means the last day on which a Settlement Class Member must mail their Opt-Out Request to be excluded from the Settlement Class, which will be twenty-one (21) Days before the Final Approval Hearing.

**2.31.**   "Opt-Out Request" means a request by a Settlement Class Member to exclude himself or herself from the Settlement Class using the procedures set forth in this Agreement.

**2.32.**   "Parties" means the Settlement Class Representative and Walmart.

**2.33.**   "Person" means an individual, corporation, limited liability corporation, professional corporation, partnership, limited partnership, limited liability partnership, limited liability company, joint venture, association, joint stock company, estate, legal representative, trust, unincorporated association, government or any political subdivision or agency thereof, and any business or legal entity and their spouses, heirs, predecessors, successors, representatives, or assignees.

**2.34.**   "Plaintiff" or "Settlement Class Representative" means Vassilios Kukorinis, the named Plaintiff in the Litigation, who is a member of the Settlement Class.

**2.35.**    "Plaintiff's Individual Release" means the release set forth in in ¶12.9 of this Agreement.

**2.36.**   "Preliminary Approval Order" means the order of the Court substantially in the form of Exhibit 1 attached hereto, to be entered by the Court preliminarily approving the Settlement, approving and directing the Notice Plan, setting deadlines by which Class Members must Opt-Out from the Settlement Class or object to the Settlement, and approving the certification of this Action under Fed. R. Civ. P. 23 for settlement purposes only.

**2.37.**   "Purchased" or "Purchasing" means the purchase of Weighted Goods and/or Bagged Citrus in person, at a Walmart Store, and not for resale, that were not returned by the Settlement Class Member.

**2.38.**   "Released Claims" means Settlement Class Member Released Claims, Walmart Released Claims and Plaintiff's Individual Release.

**2.39.**   "Released Parties" means Walmart's Released Parties and Plaintiff's Released Parties.

DocuSign Envelope ID: C66289-1F-728F-4748-AA27-B6D1A6617FCE

**2.40.**   "Releases" means the releases set forth in ¶12 of this Agreement.

**2.41.**   "Releasing Parties" means Plaintiff, Releasing Settlement Class Members and Walmart Releasing Parties.

**2.42.**   "Releasing Settlement Class Members" and "Released Settlement Class Members" means Plaintiff, Class Counsel, and Settlement Class Members, excluding any Settlement Class Member who submits a timely and valid Opt-Out Request.

**2.43.**   "Settlement" means the compromise and settlement of the Litigation as set forth in this Agreement.

**2.44.**   "Settlement Class" means all Persons who Purchased Weighted Goods and/or Bagged Citrus in-person at a Walmart retail store, supercenter, or neighborhood market in the United States or Puerto Rico (collectively "Walmart Store") during the Settlement Class Period. Excluded from the Settlement Class are: (1) the judges presiding over this Litigation and members of their direct families; (2) Walmart Inc.'s directors, officers, and executives; (3) Class Counsel; and (4) Settlement Class Members who submit a valid and timely Opt-Out Request approved by the Court.

**2.45.**   "Settlement Class Member Released Claims" means the claims, demands, rights, liabilities, obligations, damages (including attorneys' fees and expenses), and causes of action of every nature and description, whether known or unknown claims, in law or equity, whether arising under federal, state, common or foreign law, that Plaintiff and any and all Settlement Class Members asserted in the Complaint or Amended Complaint or could have asserted the Complaint, Amended Complaint or in any other forum that arise out of, relate to, or are based upon the allegations, transactions, facts, matters or occurrences, representations or omissions, set forth in the Complaint or Amended Complaint relating to or arising out of Settlement Class Members allegations that they paid more than the lowest price advertised in the Walmart Store for Weighted Goods and/or Bagged Citrus during the Settlement Class Period. Settlement Class Member Released Claims do not include: (i) any claims relating to the enforcement of the Settlement; (ii) any claims of Persons who submit a valid and timely Opt-Out Request; and (iii) claims related to personal injury or wrongful death.

**2.46.**   "Settlement Class Members" or "Member of the Settlement Class" means a Person who falls within the definition of the Settlement Class.

**2.47.**   "Settlement Class Period" means the period from October 19, 2018 through and including the date the Court grants the Preliminary Approval Order.

**2.48.**   "Settlement Website" means the website created and managed by the Claims Administrator which will provide Settlement Class Members with access to the Notice, the Claim Form, case documents, and other information regarding the Settlement, to be established as set forth in the Notice Plan and Preliminary Approval Order. The Settlement Website will be located at www.WalmartWeightedGroceriesSettlement.com.

**2.49.**   "Shelf Tag(s)" means the tag situated on the shelf in a Walmart retail store, supercenter or neighborhood market that is typically within close proximity of a product, that typically provides

DocuSign Envelope ID: C662891F-728E-4748-AA27-PGD4A6H7FCE

a Person with an abbreviated description of the product, the product's retail price, and (in some instances) the unit price (the per ounce or per pound price) of the product.

2.50.    "Summary Notice" means a short form of the Notice, substantially similar to the form attached hereto as Exhibit 1C, to be published as set forth in the Notice Plan and Preliminary Approval Order.

2.51.    "Tax" or "Taxes" mean any and all taxes, fees, levies, duties, tariffs, imposts, and other charges of any kind (together with any and all interest, penalties, additions to tax and additional amounts imposed with respect thereto) imposed by any governmental authority incurred in connection with the operation and implementation of the Escrow Account and Class Settlement Fund.

2.52.    "Tax Expenses" means expenses and costs incurred in connection with the operation and implementation of the Escrow Account and Class Settlement Fund (including, without limitation, expenses of tax attorneys and/or accountants and mailing and distribution costs and expenses relating to filing (or failing to file) the returns described in ¶¶11.1-11.12).

2.53.    "Walmart" means Walmart Inc.

2.54.    "Walmart's Counsel" means Naomi G. Beer, of Greenberg Traurig, LLP, 1144 15th Street, Ste. 3300, Denver, Colorado 80202, and; Christopher Torres and Raymond D. Jackson of Greenberg Traurig, P.A., 101 E. Kennedy Blvd., Ste. 1900, Tampa, Florida 33602.

2.55.    "Walmart Released Claims" means all claims, demands, rights, liabilities and causes of action of every nature and description, whether known or unknown claims, whether arising under federal, state, common or foreign law, that arise out of or relate in any way to the institution, prosecution, or settlement of the Settlement Class Member Released Claims against Walmart, except for claims relating to the enforcement of the Settlement.

2.56.    "Walmart Released Parties" and "Walmart Releasing Parties" means Walmart and its predecessors and successors in interest, parents, subsidiaries, affiliates, and assigns; and its past, present, and future officers, directors, agents, representatives, servants, employees, attorneys, and insurers.

2.57.    "Walmart Store(s)" means Walmart retail store, supercenter or neighborhood market in the United States and Puerto Rico.

2.58.    "Weighted Goods" means variable weight meat, poultry, pork and seafood products that are labeled with a price embedded bar code and designated by Walmart as part of its Department 93 products. At times, Weighted Goods that are nearing their expiration dates may have been labelled with a yellow sticker that provided a discounted "You Pay!" price. The Weighted Goods and their UPCs are listed on Addendum A. The Parties agree that Addendum A may be updated to bring current through a date up to the grant of preliminary approval.

DocuSign Envelope ID: C662891F-728F-4748-AA27-PCD4A6H7FCE

**3.**     **RECITALS**

**3.1.**     On October 19, 2022, Plaintiff brought this putative class action against Walmart in the United States District Court for the Middle District of Florida, Case Number 8:22-cv-02402-VMC-TGW.

**3.2.**     In the Litigation, Plaintiff alleges that the following conduct caused a Person who Purchased Weighted Goods or Bagged Citrus at a Walmart Store during the Settlement Class Period to pay more than the lowest in-store advertised price for those products: (1) With respect to Weighted Goods, Plaintiff alleged that when the per unit price (*e.g.* the per pound or per ounce price) appearing on a Shelf Tag and/or in Walmart's point-of-sale system in the store was lower than what appeared on the price label affixed to the product, Walmart's in-store point-of-sale system would instead charge a Person at checkout the higher total price for the product by inflating the products' weight; (2) With respect to Bagged Citrus, Plaintiff alleged that the Shelf Tags in Walmart Stores displayed a weight that was higher than the weight of the Bagged Citrus appearing on its label and that Persons were charged for more Bagged Citrus than purchased; (3) With respect to Weighted Goods that were nearing expiration, Plaintiff alleged that the yellow sticker on the product that advertised the product's reduced price could state a lower per unit price than what the Person was charged for the product in the store. Plaintiff, on behalf of the Settlement Class, brought claims under Florida's Deceptive and Unfair Trade Practices Act, Florida Statute Section 501.201, *et seq.* ("FDUTPA") and similar state consumer protection statutes, and for unjust enrichment.

**3.3.**     On July 6, 2023, the Court granted in part and denied in part Walmart's motion to dismiss Plaintiff's Complaint (the "MTD Order"). The Court held in the MTD Order that a prior settlement in *Kukorinis, et al. v. Walmart Inc., et al*., No. 1:19-cv-20592-JEM (S.D. Fla.) barred certain claims prior to August 26, 2020; the Parties disagree as to extent of the Plaintiff's claims that were barred. In the MTD Order, the Court also dismissed Plaintiff's unjust enrichment claim with prejudice and dismissed Plaintiff's multistate consumer protection claims with leave to amend.

**3.4.**     On July 20, 2023, Plaintiff filed the Amended Complaint, which re-alleged claims under state consumer protection statutes on behalf of a nationwide class, a multistate class, and a Florida class. On August 10, 2023, Walmart filed its partial motion to dismiss the Amended Complaint, and on August 31, 2023, Plaintiff filed his opposition to Walmart's motion. On September 23, 2023, upon notification by the Parties that they had reached a settlement-in-principle, the Court denied without prejudice Walmart's partial motion to dismiss the Amended Complaint.

**3.5.**     Walmart denied and continues to deny all of Plaintiff's material allegations including, but not limited to, those made in the Complaint and the Amended Complaint.

**3.6.**     Plaintiff engaged in fact and expert discovery with respect to the claims, including but not limited to: obtaining over 100 gigabytes of transactional data from Walmart consisting of hundreds of millions of lines of transaction data for Weighted Goods and Bagged Citrus during the Settlement Class Period; engaging a forensic data and damages expert to, among other things, interpret and analyze the data, and calculate damages from the transaction data; serving discovery, including requests for production to which Walmart responded with written discovery and document productions; conducting numerous exchanges of information and discovery on the claims in accordance with Middle District Discovery, Section IV.A.1; preparing and serving a Fed.

EXECUTION VERSION

R. Civ. P. 30(b)(6) notice of deposition calling for the depositions of Walmart's designees on numerous subject matters; engaging in substantial informal discovery in connection with settlement negotiations; and, after a settlement-in-principle was reached, engaging in confirmatory discovery.

**3.7.** Plaintiff and Walmart participated in a private mediation with Mr. Robert A. Meyer of JAMS, including two all-day sessions and several months of negotiations facilitated by Mr. Meyer. As a result of mediation, the mediator facilitated negotiations, and other arms-length discussions and negotiations between the Parties, and on September 18, 2023, the Parties reached an agreement-in-principle to settle the Litigation.

**3.8.** Plaintiff believes the claims asserted in the Litigation have merit and that evidence exists to support them. Plaintiff and Class Counsel, however, recognize and acknowledge the expense and length of continued proceedings necessary to prosecute the Litigation through trial and appeals. They have also taken into account the uncertainty and risk of continued litigation through discovery, expert discovery, class certification, summary judgment, and trial, including the difficulties and delays inherent in complicated consumer class actions, and have taken into account the availability to Walmart of defenses to and arguments against class certification. Accordingly, Plaintiff and Class Counsel believe that the Settlement confers substantial benefits on the Settlement Class while eliminating the risk and uncertainty of continued litigation, including the possibility that Walmart might prevail, in whole or in part. Thus, Plaintiff and Class Counsel have concluded, after due investigation and carefully considering the relevant circumstances, including, without limitation, the claims asserted in the Litigation, the legal and factual defenses thereto, and the applicable law, that (i) it is in the best interests of the Settlement Class to enter into this Settlement Agreement in order to avoid the uncertainties of litigation and to ensure that the benefits reflected herein are obtained for the Settlement Class, and (ii) the terms and conditions of this Settlement Agreement are fair, reasonable, and adequate, and in the best interests of the Settlement Class Members.

**3.9.** Walmart denies any liability or wrongdoing of any kind associated with the claims alleged and contends that this Litigation is not appropriate for class action treatment pursuant to Rule 23 of the Federal Rules of Civil Procedure or any other federal or state rule, statute, law, or provision. Walmart continues to assert that the Litigation fails to meet the prerequisites necessary for class action treatment under applicable law, especially, but not solely, with respect to predominance and manageability. Walmart further asserts that it has complied with all applicable provisions of federal or state statutory and common law. Walmart further states that despite its good faith belief that it is not liable for any of the claims asserted, and despite its good faith belief that certification is not appropriate, Walmart will not oppose the Court's certification of the Settlement Class contemplated by this Agreement solely for purposes of effectuating this Settlement.

**3.10.** The Parties agree to cooperate and take all steps necessary and appropriate to seek the Court's approval to stay and suspend all activity and deadlines in this Litigation, except as necessary to present the Settlement to the Court, upon execution of this Agreement.

**3.11.** The Parties agree to cooperate and take all steps necessary and appropriate to effectuate and implement all terms and conditions of this Settlement Agreement, to exercise their best efforts to accomplish the following terms and conditions of this Settlement Agreement, including to obtain

preliminary and final approval of this Settlement, to effectuate its terms, and, to the extent of the obligations set forth herein, to dismiss this Litigation against Walmart with prejudice.

**3.12.** The entry of Judgment in this Litigation shall dismiss with prejudice all claims that were or could have been alleged in the Litigation against Walmart, with the exception of any claims which might be retained by Settlement Class Members who exclude themselves from the Settlement, if any, in accordance with the Opt-Out Request process described in this Agreement. Walmart can and expressly does retain any defenses to such excluded claims.

## 4.    CERTIFICATION OF THE SETTLEMENT CLASS

**4.1.** The Parties shall request that the Court enter an order (as part of the Preliminary Approval Order, substantially in the form of Exhibit 1) conditionally certifying the Settlement Class, solely for purposes of Settlement, to cover the Settlement Class Period and all claims and individuals covered by this Settlement.

**4.2.** This Settlement is conditioned on the Court's certifying the Settlement Class for settlement purposes. Walmart and Class Counsel may jointly request that the Court certify additional settlement subclasses if appropriate.

**4.3.** Any certification of the Settlement Class is a conditional certification for settlement purposes only, and if for any reason the Court does not grant final approval of the Settlement, or if final approval is not granted following the appeal of any order by the Court, or if for any reason the Effective Date does not occur, the certification of the  Settlement Class for settlement purposes shall be deemed null and void, and each Party shall retain all of their respective rights as they existed prior to execution of this Settlement Agreement, and neither this Settlement Agreement, nor any of its accompanying exhibits or any orders entered by the Court in connection with this Settlement Agreement, shall be admissible or used for any purpose in this Litigation.

**4.4.** Any certification of the Settlement Class for settlement purposes is in no way an admission by Walmart that class certification is proper in this Litigation or any other litigation against Walmart. The Parties and Class Counsel further agree that, other than to effectuate the Settlement of this Litigation in this jurisdiction, the certification of the Settlement Class for settlement purposes and all documents related thereto, including this Agreement and all accompanying exhibits and all orders entered by the Court in connection with this Agreement, are only intended to be used under the specific facts and circumstances of this case and are not intended to be used in any other  judicial, arbitral, administrative, investigative, or other court, tribunal, forum, or other proceeding against Walmart.

## 5.    MONETARY RELIEF TO THE SETTLEMENT CLASS

**5.1.** Walmart will pay forty-five million dollars ($45,000,000) (the "Class Settlement Amount") into the Escrow Account within thirty (30) Days after entry of the Preliminary Approval Order or the date on which Walmart's Counsel receives the information necessary to transfer the Class Settlement Amount into the Escrow Account, whichever is later.

**5.2.**     Upon the Effective Date, any and all remaining interest or right of Walmart in or to the Escrow Account and the Class Settlement Amount and Class Settlement Fund, if any, shall be absolutely and forever extinguished.

**5.3.**     The Class Settlement Fund shall be applied as follows:

(a)     To pay all Notice and Administration Costs, which shall be paid promptly and on a non-recourse basis from the Class Settlement Fund upon Class Counsel's receipt of invoices from the Claims Administrator;

(b)     To pay all Taxes and Tax Expenses, which shall be paid promptly and on a non-recourse basis from the Class Settlement Fund;

(c)     To pay an award of Attorneys' Fees, Costs, and Expenses to Class Counsel approved by the Court and in accordance with ¶¶8.1-8.5 below; and

(d)     After the Effective Date, to distribute the Net Class Settlement Fund to all Approved Claimants in accordance with ¶5.4 below.

**5.4.**     The Claims Administrator will process the Claims and pay Approved Claimants from the Net Class Settlement Fund in accordance with the following parameters:

(a)     An Approved Claimant shall be entitled to receive only one of the following individual payment amounts in ¶5.4(a)(i)-(v) from the Net Class Settlement Fund, ***except that all amounts are subject to a potential pro rata increase or decrease and to a supplemental distribution*** as set forth at ¶5.4(b).

(i)     If the Approved Claimant does not have receipts, proof of purchase, or other documentation but attests to Purchasing up to 50 Weighted Goods and/or Bagged Citrus in-person in a Walmart Store during the Settlement Class Period, then that Approved Claimant will be entitled to ten dollars ($10.00);

(ii)     If the Approved Claimant does not have receipts, proof of purchase, or other documentation but attests to Purchasing 51 up to 75 Weighted Goods and/or Bagged Citrus in-person in a Walmart Store during the Settlement Class Period, then that Approved Claimant will be entitled to fifteen dollars ($15.00);

(iii)     If the Approved Claimant does not have receipts, proof of purchase, or other documentation but attests to Purchasing 76 up to 100 Weighted Goods and/or Bagged Citrus in-person in a Walmart Store during the Settlement Class Period, then that Approved Claimant will be entitled to twenty dollars ($20.00);

(iv)     If the Approved Claimant does not have receipts, proof of purchase, or other documentation but attests to Purchasing 101 or more Weighted Goods and/or Bagged Citrus in-person in a Walmart Store

during the Settlement Class Period, then that Approved Claimant will be entitled to twenty-five dollars ($25.00); or

(v)     If the Approved Claimant has receipts, proof of purchase, or other documentation that substantiates (a) each Weighted Good and/or Bagged Citrus Purchased in-person in a Walmart Store during the Settlement Class Period, <u>and</u> (b) the amount paid for each Weighted Good and/or Bagged Citrus Purchased, then that Approved Claimant will be entitled to receive 2% of the total cost of the substantiated Weighted Goods and/or Bagged Citrus Purchased, capped at five hundred dollars ($500.00).

(b)     In the event that the amount due to Approved Claimants exceeds the Net Class Settlement Fund, then the payment due to each Approved Claimant shall be decreased on a pro rata basis. In the event that the amount due to Approved Claimants is less than the Net Class Settlement Fund, then the Claims Administrator shall make supplemental distributions on a pro rata basis to all Approved Claimants until such distributions are no longer economically feasible.  In the event that supplemental distributions are no longer economically feasible, Class Counsel shall, after consultation with Walmart regarding the appropriate non-profit organizations, apply to the Court for approval of the payment of such residual to one or more non-profit organizations.

(c)     Claims shall be made by mailing, emailing, or submitting via the Settlement Website a fully completed and signed Claim Form to the Claims Administrator.

i.     The Claim Form shall be substantially similar to the form attached hereto as Exhibit 1B and shall include a statement by the Claimant verifying that she is a Settlement Class Member.

ii.     To be timely, a Claim Form must be submitted to the Claims Administrator via email, the Settlement Website, or, if mailed, postmarked, on or before the Claim Filing Deadline, as approved by the Court.

iii.     To be valid, a Claim Form must be completed in full and be signed under penalty of perjury.

(d)     The Claims Administrator shall distribute settlement payments to Approved Claimants within a reasonable time after the Effective Date. Payments shall be made to the best practicable extent by electronic means through either Venmo, Zelle, ACH or virtual pre-paid MasterCard at each Approved Claimant's election, but an Approved Claimant can request a paper check if they are unable to receive an electronic payment.

(e)     Each Class Member can only submit one Claim Form. The Claims Administrator will limit the number of payments per household absent sufficient documentation or proof of separate purchases by individual Claimants residing at the same address.

DocuSign Envelope ID: 56628915-7295-4743-AA27-BCD4A6417ECE

(f)     To the extent the Claims Administrator determines a claim is deficient in whole or part, within a reasonable time of making such a determination, the Claims Administrator shall notify the Settlement Class Member of the deficiencies ("Deficiency Notice") and give the Claimant twenty-one (21) Days to cure the deficiencies by informing the Claims Administrator of the reasons the claimant contests the rejection along with supporting documentation. The Deficiency Notice shall be sent via email, unless the claimant did not provide an email address, in which case it shall be sent via U.S. mail. If the Claimant attempts to cure the deficiencies but, at the sole discretion and authority of the Claims Administrator, fails to do so, the Claims Administrator shall notify the Claimant of that determination in a reasonable time. The Claims Administrator may consult jointly with Class Counsel and Defense Counsel in making such determinations. The Deficiency Notice will inform the claimant that if an issue concerning a claim cannot otherwise be resolved, the claimant may thereafter present the request for review to the Court.

(g)     No discovery shall be allowed on the merits of the Action or the Settlement in connection with processing any Claim Form.

(h)     As part of the Claim Form, each Settlement Class Member shall submit to the jurisdiction of the Court with respect to the claim submitted, and shall, upon the Effective Date, release all Released Claims.

(i)     The Claims Administrator will be bound by Walmart's requirements with respect to the data security of any data or other information that Walmart provides to the Claims Administrator in connection with this Settlement.

## 6.     **NOTICE TO THE CLASS**

**6.1.**     The Parties agree that a combination of direct (including by email), digital, and publication notice is the best practicable notice of this Settlement to the Settlement Class Members. The Notice and Summary Notice to be provided shall be substantially similar to the forms attached hereto as Exhibits 1A and 1C.

**6.2.**     The Parties shall confer regarding the Notice Plan prior to its submission to the Court and Walmart has the right to approve the proposed Notice Plan prior to its submission to the Court, which approval Walmart shall not unreasonably withheld.

**6.3.**     The Claims Administrator shall provide notice of the Settlement to Settlement Class Members in accordance with the Notice Plan as approved by the Court.

**6.4.**     Settlement Class Members shall also be notified of the Settlement via the establishment of a Settlement Website. The Settlement Website shall be established by the Claims Administrator and shall contain information about the Settlement, including electronic copies of this Agreement as well as the Exhibits, including a long form Notice of the Settlement substantially in the form attached hereto as Exhibit 1A.

**6.5.**     The Claims Administrator will effectuate notice to the Settlement Class Members and establish the Settlement Website as described in the Notice Plan.

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6417ECE

**7.**    **CAFA NOTICE**

**7.1.**    Walmart shall provide notice to the appropriate governmental authorities pursuant to 28 U.S.C. § 1715(b) not later than ten (10) Days after the Agreement is filed with the Court.

**8.**    **PLAINTIFF'S ATTORNEYS' FEES, COSTS, AND EXPENSES**

**8.1.**    Class Counsel intends to apply to the Court for an award of Attorneys' Fees, Costs, and Expenses seeking fees up to, but not to exceed, 20% of the Class Settlement Amount plus reimbursement of costs and expenses incurred in connection with prosecuting the Action, plus any interest on such attorneys' fees, costs, and expenses at the same rate and for the same periods as earned by the Class Settlement Fund (until paid).

**8.2.**    Any Court-awarded Attorneys' Fees, Costs, and Expenses to Class Counsel will be paid solely from the Class Settlement Fund to an account designated by Class Counsel within five (5) business days after the Court enters both the Judgement and Order of Dismissal and an order awarding such Attorneys' Fees, Costs, and Expenses, notwithstanding the existence of any timely filed objections thereto or to the Settlement, the potential for appeal therefrom, collateral attack on Plaintiff's motion for Attorneys' Fees, Costs, and Expenses or the Settlement or any part thereof, or any appeal therefrom.

**8.3.**    Each Party shall have the right of appeal to the extent the award is inconsistent with the Settlement Agreement.

**8.4.**    If the Effective Date does not occur, or the Judgment and Order of Dismissal does not become Final, or the order awarding Attorneys' Fees, Costs, and Expenses does not become Final, and if the Court-awarded Attorneys' Fees, Costs, and Expenses have been paid to Class Counsel to any extent pursuant to ¶¶8.1-8.2, then Class Counsel shall make the appropriate refund or repayment to the Class Settlement Fund (plus interest at the same rate as earned during that time by the Class Settlement Fund on the amount Class Counsel must refund to the Class Settlement Fund, if any) no later than thirty (30) Days after receiving notice of the termination of the Settlement pursuant to this Agreement, or the entry of a Final order from a court of appropriate jurisdiction disapproving the Settlement, or the entry of a Final order from a court of appropriate jurisdiction reducing or reversing the award of Attorneys' Fees, Costs, and Expenses.

**8.5.**    The approval of the Settlement, and it becoming Final, shall not be contingent on any fee or expense award to Class Counsel or any appeals, or the outcome of such appeals, from such awards. Any order or proceeding relating to the motion for award of Attorneys' Fees, Costs, and Expenses, or any appeal from any order relating thereto or reversal or modification thereof shall not operate to terminate or cancel the Settlement Agreement or affect or delay the finality of the Judgment and Order of Dismissal and effectuation of the terms of the Settlement set forth therein.

**9.**    **OPT-OUT PROCEDURE**

**9.1.**    A Settlement Class Member who wishes to exclude himself or herself from the Settlement Class, this Settlement, and from the Releases, shall submit an Opt-Out Request. For an Opt-Out Request to be accepted it must be timely and valid. To be timely it must be submitted to the Claims Administrator by the Opt-Out Deadline. To be valid, the Opt-Out Request must (i) be signed; (ii)

DocuSign Envelope ID: 566289415-7205-4743-AA27-BCD4A6117ECE

state the full name, current address, email address, and telephone number of the Person requesting exclusion; and (iii) contain a statement that the Person requests to be excluded from the Settlement Class. The Opt-Out Request shall not be effective unless it provides the required information and is made within the time stated above, or the exclusion is otherwise accepted by the Court.

**9.2.**     The Claims Administrator may invalidate mass-generated Opt-Out Requests. "Mass" or "class" requests for exclusion will not be allowed unless signed by each Settlement Class Member who seeks to opt out.

**9.3.**     Settlement Class Members may not submit both an Opt-Out Request and a Claim Form. If a Settlement Class Member submits both an Opt-Out Request and a Claim Form, the Claim Form will govern and the Opt-Out Request will be considered invalid.

**9.4.**     A Settlement Class Member who has submitted an Opt-Out Request has excluded themselves from the Settlement Class and therefore cannot also submit an objection to the Settlement. Only Persons who are Settlement Class Members can object to the Settlement.

**9.5.**     The Claims Administrator shall maintain a list of persons who have submitted Opt-Out Requests and shall provide such list to the Parties on a weekly basis. Seven (7) Days after the Opt-Out Deadline, the Claims Administrator shall provide to counsel for Defendant and Class Counsel a complete list of the names and addresses of the members of the Settlement Class who have opted out.

**10.**     <u>**COMMENTING ON OR OBJECTING TO THE SETTLEMENT**</u>

**10.1.**     A Settlement Class Member who does not submit a timely and valid Opt-Out Request may comment on or object to the Settlement before or on the Objection Deadline by filing a written objection with the Court and serving by first-class mail copies of the objection upon:

> Kimberly M. Donaldson-Smith
> Chimicles Schwartz Kriner & Donaldson-Smith, LLP
> One Haverford Centre
> 361 West Lancaster Avenue
> Haverford, PA 19041
>
> and
>
> Naomi G. Beer
> Greenberg Traurig, LLP
> 1144 15th Street, Ste. 3300
> Denver, Colorado 80202

**10.2.**     The objection must (a) be personally signed by the Settlement Class Member; and, (b) include the following information: (i) the full name, current address, and current telephone number of the Settlement Class Member; (ii) documentation sufficient to establish membership in the Settlement Class; (iii) a statement of the position the objector wishes to assert, including the factual and legal grounds for the position and objection; and (iv) copies of any other documents that the

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6417ECE

objector wishes to submit in support of his/her/its position. In addition, the objecting Settlement Class Member must identify any previously filed objections filed by the Settlement Class Member and/or his/her/its counsel in any state or federal court. This listing must contain (i) the name of the case; (ii) the case number; (iii) the court in which the objection was filed; and (iv) the outcome of the objection.

**10.3.**   Subject to approval of the Court, any objecting Settlement Class Member may appear in person or by counsel at the Final Approval Hearing held by the Court to show cause why the proposed Settlement should not be approved as fair, reasonable, and adequate, or to object to any petition for Attorneys' Fees, Costs, and Expenses. The Parties will request that the Court enter an order requiring any Settlement Class Member who wishes to be heard orally at the Final Approval Hearing must, by the Objection Deadline, file with the Court a written notice of objection and a notice of intention to appear at the Final Approval Hearing. The notice of intention to appear must include copies of any papers, exhibits, or other evidence that the objecting Settlement Class Member (or his/her/its counsel) will present to the Court at the Final Approval Hearing.

**10.4.**   Any Settlement Class Member who does not provide a notice of intention to appear in complete accordance with the deadlines and other specifications set out in the Notice, and who has not filed an objection in complete accordance with the deadlines and other specifications set forth in this Settlement and the Notice, subject to the approval of the Court, will be deemed to have waived any objections to the Settlement and can be barred from speaking or otherwise presenting any views at the Final Approval Hearing.

**10.5.**   Settlement Class Members who do not file and serve timely written objections in accordance with the procedures set forth in this Agreement will be deemed to have waived any objections to the Settlement and are forever foreclosed from making any objection (whether by appeal or otherwise) to the Settlement, or any aspect of the Settlement, or any aspect of the settlement, including, without limitation, the fairness, reasonableness, or adequacy of the proposed settlement, or any award of Attorneys' Fees, Costs or Expenses.

## 11.   ESCROW ACCOUNT/QUALIFIED SETTLEMENT FUND

**11.1**   As required in ¶¶5.1-5.2, Walmart shall transfer the required Class Settlement Amount to the Escrow Account, which will be a qualified settlement fund ("QSF"), to be held as a separate trust as described in Treasury Regulation §1.468B-1, 26 C.F.R. §1.468B-1. Class Counsel and, as required by law, Walmart, shall jointly and timely make such elections as necessary or advisable to fulfill the requirements of such Treasury Regulation, including the "relation-back election" under Treas. Reg. § 1.468B-1(j)(2) if necessary to the earliest permitted date. Walmart shall be considered the "transferor" within the meaning of Treasury Regulation §1.468B- 1(d)(1).  For purposes of §468B of the Internal Revenue Code of 1986, as amended, and the regulations promulgated thereunder, the "administrator" of the Class Settlement Fund shall be Class Counsel. Class Counsel shall timely and properly prepare, deliver to all necessary parties for signature, and file all necessary documentation for any elections required under Treas. Reg. §1.468B-1.  Class Counsel, through the Claims Administrator, shall timely and properly prepare and file any informational and other tax returns necessary or advisable with respect to the Settlement Funds and the distributions and payments therefrom including without limitation the returns described in Treas. Reg. §1.468B-2(k), and to the extent applicable Treas. Reg. §1.468B-2(1).

**EXECUTION VERSION**

**11.2**    The Parties shall cooperate in securing an order of the Court to establish the Escrow Account in accordance with the terms hereof in conjunction with its preliminary approval of the Settlement as described in this Settlement Agreement.

**11.3**    The Class Settlement Fund shall remain subject to the jurisdiction of the Court until such time as the Class Settlement Fund shall be fully distributed, pursuant to this Settlement Agreement.

**11.4**    Walmart shall supply to the Claims Administrator and to the Internal Revenue Service the statement described in Treasury Regulation §1.468B-3(e)(2) no later than February 15th of the year following each calendar year in which Walmart makes a transfer to the Escrow Account. It is intended that the transfers to the Escrow Account will satisfy the "all events test" and the "economic performance" requirement of §461(h)(1) of the Internal Revenue Code and Treasury Regulation §1.461-1(a)(2). Accordingly, Walmart shall not include the income of the Class Settlement Fund in its income. Rather, the Class Settlement Fund shall be taxed on its modified gross income, excluding the sums transferred to it, and shall make payment of resulting taxes from its own funds. In computing the Class Settlement Fund's modified gross income, deductions shall be allowed for its administrative costs and other deductible expenses incurred in connection with the operation of the Class Settlement Fund, including, without limitation, state and local taxes and legal, accounting, and other fees relating to the operation of the Class Settlement Fund.

**11.5**    Upon establishment of the Escrow Account, the Claims Administrator shall apply for an employer identification number utilizing Internal Revenue Service Form SS-4 and in accordance with Treasury Regulation §1.468B-2(k)(4).

**11.6**    Following its deposit of the Class Settlement Amount into the Escrow Account, as described in this Settlement Agreement, Walmart shall have no financial obligation or liability whatsoever with respect to the notifications to the Class required hereunder, the processing of Claims and Opt-Out Requests, the allowance or disallowance of claims by Claimants, payments to Settlement Class Counsel, investment of funds in the Escrow Account, payment of federal, state, and local income, employment, unemployment, excise, and other taxes imposed on the Class Settlement Fund or its disbursements, or payment of the administrative, legal, accounting, or other costs occasioned by the use or administration of the Class Settlement Fund, since it is agreed that such deposits shall fully discharge Walmart's obligations to Claimants and Class Counsel and for expenses of administration with  respect to the disposition of the Class Settlement Amount hereunder. Rather, the Claims Administrator shall have sole authority and responsibility for the administration of such funds and income thereon, disbursement to Claimants and Settlement Class Counsel, and payment of taxes and administrative costs in accordance with the provisions hereof, subject only to the rights of Walmart or Class Counsel to seek redress for any breach of the terms hereof.

**11.7**    The Claims Administrator shall cause to be filed, on behalf of the Class Settlement Fund, all required federal, state, and local tax returns, information returns and tax withholdings statements in accordance with the provisions of Treasury Regulation §1.468B-2(k)(1) and Treasury Regulation §1.468B- 2(l)(2)(ii). All Taxes with respect to the Settlement Fund shall be treated as and considered to be a cost of administration of the Class Settlement Fund and the Escrow Agent

EXECUTION VERSION

shall timely pay such Taxes out of the Class Settlement Fund without prior order of the Court, as directed by Class Counsel. Class Counsel shall be responsible for the timely and proper preparation and delivery of any necessary documentation for signature by all necessary parties, and the timely filing of all tax returns and other tax reports required by law. The Claims Administrator may, at the expense of the Class Settlement Fund, retain legal counsel and an independent, certified public accountant to consult with and advise the Claims Administrator or the Trustee with respect to the preparation and filing of such materials and the federal, state and local tax compliance of the Class Settlement Fund.

11.8    Either Walmart or the Claims Administrator, independently or jointly, may, but are not required to, apply to the Internal Revenue Service and/or any applicable state taxing authority for an advance ruling as to any issue pertinent to the qualification of the QSF under Internal Revenue Code §468B and Treasury Regulations promulgated thereunder, its tax status under applicable state law, and/or its tax payment, reporting and withholding duties, so long as Walmart and the remaining Parties are reasonably satisfied that such application and ruling will not compromise the confidentiality of settlement evidenced herein as required by this Agreement. Subject to any contrary holdings in any such ruling, Settlement Class Members shall be responsible for payment of appropriate federal, state, and local income taxes on any claim paid out pursuant to this Agreement. The Parties agree that no portion of any distributions from the Class Settlement Fund to the Settlement Class Members is made in satisfaction of any excluded liability as described in Treasury Regulation § 1.468B-1(g), related to QSFs.

11.9    The taxable year of the QSF shall be the calendar year in accordance with Treasury Regulation §1.468B-2(j). The QSF shall utilize the accrual method of accounting within the meaning of § 446(c) of the Internal Revenue Code.

11.10    At the written direction of Class Counsel, Custodian/Escrow Agent shall invest the Class Settlement Fund exclusively in instruments or accounts backed by the full faith and credit of the United States Government or fully insured by the United States Government or an agency thereof, including a U.S. Treasury Fund or a bank account that is either (a) fully insured by the Federal Deposit Insurance Corporation ("FDIC") or (b) secured by instruments backed by the full faith and credit of the United States Government. Walmart shall not bear any responsibility for or liability related to the investment of the Class Settlement Fund by the Custodian/Escrow Agent.

11.11    If the Settlement Fund is returned to Walmart pursuant to the terms of this Settlement Agreement, Walmart shall provide Escrow Agent with a properly completed Form W-9.

11.12    Any administrative provision of this Section 11 or the trust instrument through which the QSF is established may be amended in whole or part to maintain the qualification of the QSF pursuant to the above-described authorities, provided that the rights and liabilities of the Parties hereto and the Settlement Class are not altered thereby in any material respect.

12.    **COMPREHENSIVE WAIVER, RELEASE, AND DISMISSAL**

12.1.    Upon the Effective Date, and by operation of the Judgment, Settlement Class Member Releasing Parties shall have fully and forever released, compromised, settled, resolved,

EXECUTION VERSION

relinquished, waived and discharged each and every Settlement Class Member Released Claim against Walmart Released Parties.

**12.2.**    Upon the Effective Date, and by operation of the Judgment, Walmart Releasing Parties shall have fully and forever released, compromised, settled, resolved, relinquished, waived and discharged each and every Walmart Released Claim against Settlement Class Member Released Parties.

**12.3.**    Notwithstanding any provision in this Agreement, Plaintiff and Settlement Class Members are not releasing any claims for personal injury or wrongful death. Further, this agreement does not affect claims by any governmental authority.

**12.4.**    Releasing Parties agree that the provisions of this Agreement and any claim thereunder constitute a good faith settlement under California Code of Civil Procedure §§ 877 and 877.6, Hawaii Revised Statutes 663-15.5, and comparable laws in other states, that Releasing Parties shall cooperate fully in any effort of Released Parties to establish such good faith settlement before any court (including without limitation, by joining in any motion or other procedure and providing declarations and other evidence to establish such good faith settlement where requested by any Released Party) and that all payments made under this Agreement relate to claims arising out of or related to any or all of the alleged acts, omissions, facts, matters, transactions, circumstances, and occurrences that were directly or indirectly alleged, asserted, described, set forth, or referred to in the Litigation, whether such allegations were or could have been based on common law or equity, or on any statute, rule, regulation, order, or law, whether federal, state, or local.

**12.5.**    In the event that any Releasing Party seeks to invoke California Civil Code § 1542, which provides that:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN TO HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

(or any other like provision or principle of law of any jurisdiction) in connection with the alleged acts, omissions, facts, matters, transactions, circumstances, and occurrences that were directly or indirectly alleged, asserted, described, set forth, or referred to in the Litigation, whether such allegations were or could have been based on common law or equity, or on any statute, rule, regulation, order, or law, whether federal, state, or local, the Releasing Parties and each of them now expressly waive the provision of California Civil Code § 1542 (or any other like provision or principle of law of any jurisdiction) to the full extent that these provisions may be applicable to this release. Each of the Releasing Parties hereby does consider, and shall be deemed to have considered, the possibility that the number or magnitude of all claims may not currently be known; nevertheless, each of the Releasing Parties assumes the risk that claims and facts additional, different, or contrary to the claims and facts that each believes or understands to exist, may now exist, or may be discovered after this Agreement becomes effective. Each of the Releasing Parties agrees that any such additional, different, or contrary claims and facts shall in no way limit, waive, or reduce the foregoing release, which shall remain in full force and effect.

**12.6.** In exchange for the good and valuable consideration set forth herein, all Releasing Settlement Class Members further waive any and all rights or benefits that they as individuals or the classes may now have as a result of the alleged facts, circumstances, and occurrences underlying the claims set forth in the Litigation.

**12.7.** The Settlement Class Member Released Claims also includes a release of all claims for Attorneys' Fees, Costs, and Expenses incurred by Releasing Settlement Class Members or by Class Counsel or any other attorney in connection with the Litigation, and this Settlement, and all claims related to conduct in discovery in the Litigation.

**12.8.** The Parties acknowledge that this Settlement, including the releases provided in this Section, reflects a compromise of disputed claims.

**12.9.** Plaintiff's Individual Release:

i. Subject to the Court's final approval of the Settlement, and for good and valuable consideration set forth herein, the receipt and sufficiency of which is hereby acknowledged, and in addition to the Settlement Class Member Released Claims, the Plaintiff on behalf of himself and any and all spouses, representatives, heirs, successors, assigns, devisees, and executors (excluding the Releasing Settlement Class Members he seeks to represent), releases, acquits, and forever discharges the Walmart Released Parties from any and all allegations, claims, causes of action, demands, obligations, or liability, of whatever kind or nature, whether for injunctive relief, damages, penalties, or any other form of recovery, in this Court or in any other court or forum, whether known or unknown, suspected or unsuspected, that he may now have, has ever had, or hereafter may have, and whether such allegations were or could have been based on common law or equity, or on any statute, rule, regulation, order, or law, whether federal, state, or local, relating to items of any kind he purchased or attempts to purchase at Walmart or at or from any Walmart affiliated entity, up through the date on which the Judgment becomes Final;

ii. Plaintiff covenants that he will not in the future, directly or indirectly, initiate, assign, maintain or prosecute, or in any way aid or assist in the initiation, maintenance, or prosecution of individual or class claims related to overcharges related to the purchase of items of any kind at Walmart or at or from any Walmart affiliated entity; and,

iii. Plaintiff represents and warrants that he has knowledge and an understanding of the price and weight discrepancies alleged in the Complaint and Amended Complaint;

*provided, however*, that (a) nothing in this ¶12.9 and Plaintiff's Individual Release shall preclude Plaintiff from being an Approved Claimant in this Litigation or being an absent class member in a class action and submitting a claim as an absent class member in other class action settlements involving Walmart that are not covered by the Release in this Litigation; and (b) Plaintiff is not releasing any claims for personal injury or wrongful death.

iv. Plaintiff's execution of this Agreement signifies that he has read and understood this ¶12.9.

**12.10.**   The Judgment and Order of Dismissal shall dismiss the Litigation with prejudice and shall incorporate the terms of the Releases.

## 13.   DUTIES OF THE PARTIES REGARDING PRELIMINARY COURT APPROVAL

**13.1.**   Class Counsel shall apply to the Court for the entry of an order granting preliminary approval of the Settlement substantially in the following form (and substantially similar to the form of the Preliminary Approval Order attached hereto as Exhibit 1):

(a)     Preliminarily approving the Settlement pursuant to Rule 23;

(b)     Conditionally certifying the Settlement Class for settlement purposes in accordance with applicable legal standards and this Agreement;

(c)     Appointing Nicholas E. Chimicles, Esq., Kimberly M. Donaldson-Smith, Esq., and Zachary P. Beatty, Esq. as Settlement Class Counsel;

(d)     Approving Vassilios Kukorinis as Settlement Class Representative;

(e)     Approving Angeion Group, as Claims Administrator;

(f)     Approving the establishment of the Escrow Account;

(g)     Approving as to content and form the proposed Notice Plan, including the proposed Notice and Summary Notice (Exhibits 1A-1C, hereto);

(h)     Staying all proceedings in the Litigation other than proceedings necessary to carry out or enforce the terms and conditions of the Settlement and Settlement Agreement; and

(i)     Scheduling the Final Approval Hearing to determine whether the proposed Settlement should be finally approved as fair, reasonable, and adequate as to the Settlement Class.

**13.2.**   Walmart shall cooperate in good faith with Class Counsel to obtain preliminary approval of the Settlement.

**13.3.**   The Parties shall continue to take any steps necessary to stay any pending proceedings so as to preserve the status quo until either the Effective Date occurs, or the Settlement Agreement is finally voided.

## 14.   DUTIES OF THE PARTIES FOLLOWING PRELIMINARY COURT APPROVAL

**14.1.**   Plaintiff will request that the Court hold a Final Approval Hearing.

**14.2.**   With the motion for final approval of the Settlement, Plaintiff will submit a proposed Judgment and Order of Dismissal, substantially in the form attached hereto as Exhibit 2, which shall:

DocuSign Envelope ID: 56628915-7295-4743-AA27-BCD4A6417ECE

(a)     Approve the Settlement, adjudging the terms thereof to be fair, reasonable, and adequate;

(b)     Direct the consummation of the Settlement in accordance with the terms and provisions of this Settlement Agreement;

(c)     Certify the Settlement Class for settlement purposes in accordance with applicable legal standards and this Agreement; and,

(d)     Dismiss the Litigation as between the Settlement Class Representative and the Settlement Class Members, on the one hand, and Walmart on the other hand, on the merits and with prejudice, and permanently bar the Released Parties from further prosecuting any of the Released Claims as set forth in ¶12.

**14.3.**   Walmart shall cooperate with Class Counsel to obtain final approval and entry of the Judgment and Order of Dismissal.

## 15.     MUTUAL FULL COOPERATION

**15.1.**   The Parties agree to cooperate fully with each other to accomplish the terms of this Settlement, including but not limited to execution of all necessary documents and to take such other action as may reasonably be necessary to implement the terms of this Settlement. The Parties shall use their best efforts, including all efforts contemplated by this Settlement and any other efforts that may become necessary by order of the Court or otherwise, to effectuate the terms of this Settlement. As soon as practicable after execution of this Settlement, Class Counsel shall, with the assistance and cooperation of Walmart and its counsel, take all necessary steps to secure entry by the Court of the Preliminary Approval Order and then the Judgment and Order of Dismissal.

## 16.     STATEMENT OF NO ADMISSION

**16.1.**   Nothing contained in this Agreement shall be construed against Walmart or deemed an admission of liability, culpability, or wrongdoing on the part of Walmart, and Walmart denies liability for any alleged wrongdoing. Walmart expressly denies liability for the claims asserted and specifically denies and does not admit any of the pleaded facts not admitted in its pleadings in the Litigation. Nor shall this Agreement constitute an admission by Walmart as to any interpretation of laws or as to the merits, validity, or accuracy of any claims made against it in the Litigation. Likewise, nothing in this agreement shall be construed or deemed an admission by Plaintiff or the Settlement Class with regards to the validity of any of Walmart's defenses or affirmative defenses. Each of the Parties has entered into this Settlement with the intention to avoid further disputes and litigation with the attendant inconvenience and expenses.

**16.2.**   This Agreement, and all related documents, including the Settlement Agreement, the certification for settlement purposes entered pursuant to this Agreement, and any Claims, Requests to Opt-Out, Objections, or other materials submitted by Settlement Class Members and all other actions taken in implementation of the Settlement, including any statements, discussions, or communications, and any materials prepared, exchanged, issued, or used during the course of the negotiations leading to this Agreement are settlement documents and shall be inadmissible in evidence and shall not be used for any purpose in this Litigation or in any other judicial, arbitral,

DocuSign Envelope ID: 56628915-7295-4743-AA27-BCD4A6117ECE

administrative, investigative, or other court, tribunal, forum, or proceeding, or any other litigation against Walmart, for any purpose, except in an action or proceeding to approve, interpret, or enforce the terms of this Agreement.

**16.3.**   The Claims Forms, Requests to Opt-Out, Objections, and any other evidence produced or created by any Settlement Class Member in connection with the claims resolutions procedures pursuant to this Settlement, and any actions taken by Walmart in response to such materials do not constitute, are not intended to constitute, and will not be deemed to constitute an admission by Walmart of any violation of any federal, state, or local law, statute, ordinance, regulation, rule, or executive order, or any obligation or duty at law or in equity.

**16.4.**   Any certification of the Settlement Class in accordance with the terms of this Agreement is for settlement purposes only. Nothing in this Agreement will be construed as an admission or acknowledgement of any kind that any class should be certified in this Litigation or in any other action or proceeding. Further, neither this Agreement, nor the Court's actions with regard to this Agreement, will be deemed admissible in this Litigation and are not intended to be admissible (and Plaintiff and Class Counsel shall not seek their admission), in any other judicial, arbitral, administrative, investigative, or other court, tribunal, forum, or proceeding, or in any other litigation, regarding the propriety of class certification or collective treatment. In the event that this Agreement is not approved by the Court or any appellate court, or otherwise fails to become effective and enforceable, or is terminated, or the Settlement Effective Date does not occur for any reason, Walmart will not be deemed to have waived, limited, or affected in any way any of its objections or defenses in the Litigation. Such objections and defenses include, but are not limited to, Walmart's objections and defenses to any class-wide treatment and nothing in this Agreement or any document related to this Agreement shall be construed as a waiver by Walmart of its contention that class certification is not appropriate and is contrary to law in this Litigation or any other case or proceeding.

## 17.   <u>**VOIDING THE AGREEMENT**</u>

**17.1.**   If this Settlement is not approved, or if for any reason the Settlement Effective Date does not occur, the Settlement Agreement shall be deemed null, void, and unenforceable and shall not be used nor shall it be admissible in any subsequent proceedings either in this Court or in any other judicial, arbitral, administrative, investigative, or other court, tribunal, forum, or other proceeding, or other litigation against Walmart, and the Parties shall return to their respective positions prior to the Court's consideration of this Settlement.

**17.2.**   If the payment called for by ¶5.1 is not timely received into the Escrow Account, Walmart shall have fourteen (14) Days after Class Counsel has notified Walmart's Counsel of such occurrence to transfer into the Escrow Account the payment called for by ¶5.1, otherwise Class Counsel may void the Settlement and Agreement pursuant to this Section.

**17.3.**   If the Court does not approve the Attorneys' Fees, Costs, and Expenses in the amount requested by Class Counsel, or in the event that the Attorneys' Fees, Costs, and Expenses requested by Class Counsel is reduced, that finding shall not be a basis for rendering the entire Settlement

EXECUTION VERSION

Agreement null, void, or unenforceable. Settlement Class Counsel retains their right to appeal any decision by the Court regarding the Attorneys' Fees, Costs, and Expenses.

**17.4.** If the Settlement and Agreement are voided pursuant to this Section, within twenty-one (21) business days after such event, the Class Settlement Fund *less* expenses and costs that have been disbursed or are chargeable to the Class Settlement Fund pursuant to ¶¶5.3(a)-(b) hereof, shall be refunded from the Escrow Account pursuant to written instructions from Walmart's Counsel. The Escrow Agent or its designee shall apply for any tax refund owed on the Class Settlement Fund and pay the proceeds, after deduction of any fees or expenses incurred in connection with such application(s) for refund, pursuant to written instructions from Walmart's Counsel.

**17.5.** If the Effective Date does not occur, or if the Settlement is terminated pursuant to its terms, neither Plaintiff nor Class Counsel shall have any obligation to repay any amounts disbursed pursuant to ¶¶5.3(a)-(b) hereof.  In addition, any expenses already incurred pursuant to ¶¶5.3(a)-(b) hereof, hereof at the time of such termination or cancellation but which have not been paid, shall be paid by the Escrow Agent in accordance with the terms of the Settlement Agreement prior to the balance being refunded in accordance with ¶17.4 hereof.

## 18.  <u>SIGNATORIES AUTHORITY</u>

**18.1.** The respective signatories to this Agreement each represent that they are fully authorized to enter into this Settlement on behalf of the respective Parties for submission to the Court for preliminary and final approval.

## 19.  <u>NO PRIOR ASSIGNMENTS</u>

**19.1.** The Parties represent, covenant, and warrant that they have not directly or indirectly, assigned, transferred, encumbered, or purported to assign, transfer, or encumber to any person or entity any portion of any liability, claim, demand, action, cause of action, or right released and discharged in this Settlement.

## 20.  <u>NOTICES</u>

**20.1.** Unless otherwise specifically provided herein, all notices, demands, or other communications given hereunder shall be in writing and shall be deemed to have been duly given: (i) on the date given, if given by hand delivery; (ii) within one (1) business day, if sent by overnight delivery services such as Federal Express or similar courier; (iii) on the third business day after mailing by United States registered or certified mail, return receipt requested, or (iv) on the day received for delivery by email. All notices given under this Agreement shall be addressed as follows:

(a)     To the Settlement Class:

Kimberly M. Donaldson-Smith
Chimicles Schwartz Kriner & Donaldson-Smith, LLP
One Haverford Centre
361 West Lancaster Avenue

Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
Email: Kds@chimicles.com

(b)     To Walmart:

Naomi G. Beer
Greenberg Traurig, LLP
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
Email: BeerN@gtlaw.com

## 21.   **CONFIDENTIALITY**

**21.1.**   The negotiations related to the Settlement, this Agreement (including the drafting of this Agreement), and any negotiations prior to preliminary approval or between the time of preliminary and final approval will remain strictly confidential and shall not be discussed with anyone other than the Parties, their retained attorneys, their accountants and financial or tax advisers, their retained consultants, the Court, and the mediator Mr. Robert Meyer and his staff, unless otherwise agreed to by Class Counsel and Walmart or unless otherwise ordered by the Court.

## 22.   **PRESS RELEASE AND NEWS INQUIRIES**

**22.1.**   The Parties shall agree to language to be used in the event of inquiries from the media regarding this Settlement. Neither the Parties nor their counsel shall contact the media regarding this Settlement. In the event that the Parties or their counsel receive inquiries from the media regarding this Settlement, they shall refer such inquiries to the agreed statement and shall not make any other statements to the media regarding this Settlement. This provision shall not prohibit notice in accordance with the Notice Plan, including through an agreed release of the Summary Notice through PR Newswire.

## 23.   **DOCUMENTS AND DISCOVERY**

**23.1.**   Class Counsel will maintain confidentiality of documents and data produced by Walmart in the Litigation pursuant to the protective order entered in the Litigation, and within ninety (90) Days following the Settlement Effective Date, Class Counsel shall either return such documents and data or certify that such documents and data have been destroyed.

## 24.   **MISCELLANEOUS PROVISIONS**

**24.1.**   <u>Construction</u>. The Parties agree that the terms and conditions of this Agreement are the result of lengthy, intensive arms-length negotiations between the Parties and that this Agreement shall not be construed in favor of or against any party by reason of the extent to which any party or her or his counsel participated in the drafting of this Agreement.

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6117ECE

**24.2.** <u>Captions and Interpretations</u>. Paragraph titles or captions contained in this Agreement are a matter of convenience and for reference, and in no way define, limit, extend, or describe the scope of this Settlement or any provision of this Agreement. Each term of this Agreement is contractual and not merely a recital.

**24.3.** <u>Modification</u>. This Agreement may not be changed, altered, or modified, except in a writing signed by the Parties and approved by the Court. Notwithstanding the foregoing, the Parties agree that any dates contained in this Agreement may be modified by agreement of the Parties without Court approval if the Parties agree and cause exists for such modification. This Settlement may not be discharged except by performance in accordance with its terms or by a writing signed by the Parties.

**24.4.** <u>Integration Clause</u>. This Agreement, the Exhibits hereto, and any other documents delivered pursuant hereto contain the entire agreement between the Parties relating to the resolution of the Litigation. No rights under this Settlement may be waived except in writing and signed by the Party against whom such waiver is to be enforced.

**24.5.** <u>Binding on Assigns</u>. This Agreement shall be binding upon, and inure to the benefit of, the Parties and their respective heirs, trustees, executors, administrators, successors, and assigns.

**24.6.** <u>Counterparts</u>. This Agreement may be executed by signature sent via facsimile or email, and in any number of counterparts, and when each party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts, shall constitute one and the same Agreement, which shall be binding upon and effective as to all Parties.

**24.7.** <u>Mediation</u>. The Parties agree to mediation with Mr. Robert A. Meyer to resolve any disagreements over the implementation of the terms of this Agreement or any other documents necessary to effectuate the Settlement. Unless otherwise ordered by Mr. Meyer, the Parties will split the costs of any such mediation and all Parties will bear their own attorneys' fees.  If any such mediation is unsuccessful, the dispute shall be decided by the Court, which shall retain jurisdiction with respect to implementing and enforcing the terms of the Agreement, and the Parties agree to submit to the Court's jurisdiction for purposes of implementing and enforcing the Settlement embodied in the Settlement Agreement and matters related to it.

**24.8.** <u>Applicable Law</u>. This Agreement shall be governed by Florida law without regard to its choice of law or conflicts of law principles or provisions.

[The remainder of this page is intentionally left blank.]

DocuSign Envelope ID: 56628915-7295-4743-AA27-BCD4A6117ECE

**EXECUTION VERSION**

**IN WITNESS WHEREOF**, Plaintiff and Walmart have executed this Settlement Agreement as of the date(s) indicated on the lines below.

Dated: *November 15, 2023*      Dated: November 16, 2023

Nicholas E. Chimicles
Kimberly M. Donaldson-Smith
Zachary P. Beatty
**Chimicles Schwartz Kriner &
Donaldson-Smith LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
nick@chimicles.com
kmds@chimicles.com
zpb@chimicles.com

*Attorneys for Plaintiff Vassilios Kukorinis*

Naomi G. Beer
**GREENBERG TRAURIG, LLP**
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Fax: (303) 572-6540
beern@gtlaw.com

Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Raymond D. Jackson (FBN 1028350)
jacksonra@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Fax: (813) 318-5900
Secondary email: farrark@gtlaw.com;
FLService@gtlaw.com

Robert J. Herrington*
robert.herrington@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East Suite 1900 Los
Angeles CA 90067
Telephone: (310) 586-7700
Fax: (312) 586-7800
*Specially Admitted*

*Attorney for Defendant Walmart Inc.*

26

 

**IN WITNESS WHEREOF**, Defendant Walmart, Inc., by and through its authorized representative, has executed this Settlement Agreement as of the date(s) indicated on the line(s) below.

DATED: ___November 15, 2023 | 16:34 CST___

Name: Rachel Brand

Title: EVP for Global Governance

EXECUTION VERSION

**IN WITNESS WHEREOF**, Plaintiff and Class Representative, Vassilios Kukorinis, has executed this Settlement Agreement as of the date indicated on the line below:

DATED: Nov 15th 2023

_____
Vassilios Kukorinis

**Exhibit 1** to the Settlement Agreement

Proposed Preliminary Approval Order

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6117FCE

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> WALMART, INC., <br><br> *Defendant.* | CASE NO. 8:22-CV-02402-VMC-TGW |

## [PROPOSED] ORDER
## PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT

**WHEREAS**, an action is pending before this Court entitled *Kukorinis v. Walmart Inc.*, No. 8:22-CV-02402-VMC-TGW (M.D. Fla.) ("Litigation");

**WHEREAS**, Plaintiff has made application, pursuant to Federal Rule of Civil Procedure 23(e), for an order preliminarily approving the Settlement of this Litigation, in accordance with a Stipulation and Agreement of Class Action Settlement dated as of November 15, 2023 ("Agreement" or "Settlement Agreement"), which, together with the Exhibits annexed thereto, sets forth the terms and conditions for a proposed Settlement of the Litigation and for dismissal of the Litigation with prejudice upon the terms and conditions set forth therein; and the Court having read and considered the Stipulation and the Exhibits annexed thereto; and

**WHEREAS**, unless otherwise defined, all terms used herein have the same

DocuSign Envelope ID: 56628915-7295-4743-AA27-8CD4A6117ECE

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

meanings as set forth in the Settlement Agreement.

**WHEREAS**, the Court preliminarily finds that the proposed Settlement should be approved as:

(i)    the result of informed, serious, extensive arm's-length and non-collusive negotiations between experienced counsel following mediation under the direction of an experienced mediator;

(ii)    eliminating the risks to the Parties of continued litigation;

(iii)   has no obvious deficiencies;

(iv)   it does not provide undue preferential treatment to the Settlement Class Representative or segments of the Settlement Class; and

(v)    it appears to fall within the range of possible approval and is therefore sufficiently fair, reasonable, and adequate to warrant providing notice of the proposed Settlement to Settlement Class Members and further consideration of the Settlement at the Final Approval Hearing described below.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1.    The Court has reviewed the Settlement Agreement and preliminarily approves the Settlement set forth therein as fair, reasonable, and adequate to the Settlement Class, subject to further consideration at the Final Approval Hearing described below.

2.    Pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure, and for purposes of this Settlement only, the Court preliminarily certifies

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

the following Settlement Class: means all Persons who Purchased Weighted Goods and/or Bagged Citrus in-person at a Walmart retail store, supercenter, or neighborhood market in the United States or Puerto Rico ("Walmart Store") during the Settlement Class Period. Excluded from the Settlement Class are: (1) the judges presiding over this Litigation and members of their direct families; (2) Walmart Inc.'s directors, officers, and executives; (3) Class Counsel; and (4) Settlement Class Members who submit a valid and timely Opt-Out Request approved by the Court.

3.     The Court finds, for the purposes of the Settlement only, that the prerequisites for a class action under Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure have been satisfied in that: (a) the Settlement Class is so numerous that joinder of all Settlement Class Members is impracticable; (b) there are questions of law and fact common to the Class; (c) Plaintiff's claims are typical of those of the Settlement Class; (d) Plaintiff and Class Counsel have fairly and adequately represented the Settlement Class's interests and will continue to do so; (e) questions of law and fact common to Settlement Class Members predominate over any questions affecting only individual Settlement Class Members; and (f) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

4.     Pursuant to Rule 23 of the Federal Rules of Civil Procedure, and for the purposes of the Settlement only, Plaintiff is preliminarily certified as Class Representative and Kimberly M. Donaldson-Smith, Nicholas E. Chimicles, and Zachary P. Beatty of Chimicles Schwartz Kriner & Donaldson-Smith, LLP is

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

preliminarily certified as Class Counsel.

### Final Approval Hearing

5.     A hearing ("Final Approval Hearing") shall be held before this Court on

_____, 2024 [a date approximately **XXX** calendar days from the date of this

Order], at the United States District Court for the Middle District of Florida, Tampa

Division, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue,

Tampa, Florida 33602, to determine: whether the proposed Settlement on the terms

and conditions provided for in the Agreement is fair, reasonable, and adequate to

the Settlement Class and should be approved; whether the proposed Judgment

and Order of Dismissal should be entered; whether the Settlement Class should be

finally certified for purposes of the Settlement only; whether Plaintiff and Class

Counsel should be finally appointed as Class Representative and Class Counsel,

respectively, for purposes of the Settlement only; the amount of Attorneys' Fees, Costs,

or Expenses to be awarded to Class Counsel; and, such other matters relating to this

Settlement as may properly be before the Court.

6.     The Court may adjourn the Final Approval Hearing, or hold the hearing

electronically via Zoom, without further notice to Settlement Class Members,

provided that the time or the date of the Final Approval Hearing shall not be set at a

time or date earlier than the time and date set forth in ¶ 5 and any new date / time will

be promptly posted on the Settlement Website upon being ordered.

7.     The Court retains jurisdiction to consider all applications arising out of

or connected with the proposed Settlement.

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

8.      The Court may approve the Settlement, with such modifications as may be agreed to by the Parties, if appropriate, without further notice to the Settlement Class.

## Notice and Claims Administration

9.      Pursuant to Fed. R. Civ. P. 23(c), the firm of Angeion Group is hereby appointed to supervise and administer the Notice Plan as well as the processing of Claims as more fully set forth below ("Claims Administrator").

10.     The Notice Plan, including the form of the notices and methods for notifying the Settlement Class of the Settlement and its terms and conditions, and the Attorneys' Fees, Costs and Expenses to be sought by Class Counsel:

    a.  meet the requirements of the Federal Rules of Civil Procedure (including Rules 23(c)-(e) the United States Constitution (including the Due Process Clause), and the Rules of this Court;

    b.  constitute the best notice to Settlement Class Members practicable under the circumstances;

    c.  are reasonably calculated, under the circumstances, to apprise the Settlement Class Members of (i) the proposed Settlement of this Litigation; (ii) their right to exclude themselves from the Class; (iii) their right to object to any aspect of the proposed Settlement; (iv) their right to appear at the Final Approval Hearing, either on their own or through counsel hired at their own expense, if they did not exclude themselves from the Settlement Class; and (v) the binding effect of the proceedings,

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6417FCE

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

rulings, orders and judgments in this Litigation, whether favorable or unfavorable, on all persons not excluded from the Settlement Class; and,

d.  are reasonable and constitute due, adequate and sufficient notice to all Persons entitled thereto.

11.  Not later than **XX** Days after the Court signs and enters this Order (the "Notice Date"), the Claims Administrator shall:

a.  commence dissemination of direct notice as set forth in the Notice Plan;

b.  commence digital and media notice as set forth in the Notice Plan;

c.  cause  the  Settlement  Website (www.WalmartWeightedGroceriesSettlement.com) to go live and post on the Settlement Website the Settlement Agreement and exhibits, including the Notice and Claim Form, substantially in the form of Exhibits 1A and 1B, hereto.

12.  Not later than **XX** Days after the Court signs and enters this Order, the Claims Administrator shall cause the publication over PRNewswire the Summary Notice substantially in the form of Exhibit 1C, hereto, and publish notice of the Settlement in *People* Magazine, as set forth in the Notice Plan.

13.  At least seven (7) Days prior to the Final Approval Hearing, Class Counsel shall serve on Walmart's Counsel and file with the Court proof, by affidavit or declaration, of effectuating the Notice Plan in accordance with ¶¶9-12.

14.  All Notice and Administration Costs shall be paid promptly and on a

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6417ECE

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

non-recourse basis from the Class Settlement Fund upon Class Counsel's receipt of invoices from the Claims Administrator. All Taxes and Tax Expenses shall be paid promptly and on a non-recourse basis from the Class Settlement Fund.

### Effect of the Judgment and Order of Dismissal

15.     All Settlement Class Members (which excludes Persons who timely and validly request exclusion pursuant to ¶ 23 below) shall be bound by all determinations and judgments in the Litigation concerning the Settlement, including, but not limited to, the Releases provided for therein, whether favorable or unfavorable to the Settlement Class regardless of whether such Persons seek or obtain by any means, including, without limitation, by submitting a Claim Form or any similar document, any distribution from the Class Settlement Fund or the Net Class Settlement Fund.

### Claim Form

16.     Class Members who wish to participate in the Settlement shall complete and submit a Claim Form (Exhibit 1B hereto) in accordance with the terms of the Settlement Agreement and the instructions contained in the Claim Form.

17.     Unless the Court orders otherwise, all Claim Forms must be postmarked or submitted electronically no later than XXX Days from the Notice Date.

18.     Any Settlement Class Member who files a Claim Form shall reasonably cooperate with the Claims Administrator, including by promptly responding to any inquiry made by the Claims Administrator. Any Settlement Class Member who does not timely submit a Claim Form within the time provided for, shall be barred from sharing in the distribution of the proceeds of the Class Settlement Fund but shall

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6417ECE

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

nonetheless be bound by entry of the Judgment by the Court. Notwithstanding the foregoing, Class Counsel may, in its discretion, accept late-submitted Claims for processing by the Claims Administrator so long as distribution of the Net Class Settlement Fund to Approved Claimants is not materially delayed thereby, but shall not incur any liability for declining to do so.

19.     The Claim Form submitted by each Settlement Class Member must satisfy the following conditions, unless otherwise ordered by the Court: (i) it must be properly completed, signed and submitted in a timely manner; (ii) to the extent applicable, it must be accompanied by adequate supporting documentation as identified in Claim Form; (iii) if the person executing the Claim Form is acting in a representative capacity, a certification of his, her, or its current authority to act on behalf of the Settlement Class Member must be included therein; (iv) it must be complete and contain no material deletions or modifications of any of the printed matter contained therein; and (v) it must be signed under penalty of perjury.

20.     Once the Claims Administrator has considered a timely submitted Claim Form, it shall determine whether such Claim is valid, deficient, or rejected. For each Claim determined to be either deficient or rejected, the Claims Administrator shall notify the Settlement Class Member of the deficiencies ("Deficiency Notice") and give the Settlement Class Member twenty-one (21) Days to cure the deficiencies by informing the Claims Administrator of the reasons the Claimant contests the rejection along with supporting documentation. The Deficiency Notice shall be sent via e-mail, unless the Claimant did not provide an e-mail address, in which case it shall be sent

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

via U.S. mail. If the Settlement Class Member attempts to cure the deficiencies but, at the sole discretion and authority of the Claims Administrator, fails to do so, the Claims Administrator shall notify the Settlement Class Member of that determination within a reasonable time. The Settlement Administrator may consult jointly with Class Counsel and Defense Counsel in making such determinations. The Deficiency Notice will inform the Claimant that if an issue concerning a Claim cannot otherwise be resolved, the Claimant may thereafter present the request for review to the Court.

21.     No discovery shall be allowed on the merits of the Action or the Settlement in connection with processing any Claim Form.

22.     As part of the Claim Form, each Settlement Class Member shall submit to the jurisdiction of the Court with respect to the Claim submitted, and shall, upon the Effective Date, release all Released Claims as provided in the Settlement Agreement.

### Request for Exclusion

23.     Any Person falling within the definition of the Settlement Class may, upon request, be excluded or "opt out" from the Settlement Class.

    a.   Any such Person must submit to the Claims Administrator a request for exclusion ("Opt-Out Request"), by First-Class Mail such that it is postmarked no later than twenty-one (21) calendar days before the Final Approval Hearing ("Opt-Out Deadline").

    b.   An Opt-Out Request must (i) be signed; (ii) state the full name, current address, email address, and telephone number of the Person requesting

9

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6417ECE

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

exclusion; and (iii) contain a statement that the Person wishes to be excluded from the Settlement Class. The Opt-Out Request shall not be effective unless it provides the required information and is made within the time stated above, or the exclusion is otherwise accepted by the Court.

c.  The Claims Administrator may invalidate mass-generated Opt-Out Requests. "Mass" or "class" requests for exclusion will not be allowed unless signed by each Settlement Class Member who seeks to opt out.

d.  All Persons who submit valid and timely Opt-Out Request in the manner set forth in this paragraph shall have no rights under the Settlement Agreement, shall not share in the distribution of the Net Class Settlement Fund, and shall not be bound by the Settlement Agreement or any Final Judgment. Walmart retains any defenses to such excluded claims

e.  Settlement Class Members may not submit both an Opt-Out Request and a Claim Form. If a Settlement Class Member submits both an Opt-Out Request and a Claim Form, the Claim Form will govern and the Opt-Out Request will be considered invalid.

f.  The Claims Administrator shall maintain a list of persons who have submitted Opt-Out Requests and shall provide such list to the Parties on a weekly basis. Seven (7) days after the Opt-Out Deadline, the Claims Administrator shall provide to counsel for Defendant and Class Counsel a complete list of the names and addresses of the members of the

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

Settlement Class who have opted out.

**Commenting on or Objecting to the Settlement**

24.    A Settlement Class Member who does not submit a timely and valid Opt-Out Request may comment on or object to the Settlement on or before twenty-one (21) calendar days before the Final Approval Hearing (the "Objection Deadline") by: (i) filing such objections, papers, and briefs with the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, <u>and</u> (ii) serving by first-class mail copies of the same papers upon Counsel for the parties:

> Kimberly M. Donaldson-Smith
> Chimicles Schwartz Kriner & Donaldson-Smith, LLP
> One Haverford Centre
> 361 West Lancaster Avenue
> Haverford, PA 19041
>
> and
>
> Naomi G. Beer
> Greenberg Traurig, LLP
> 1144 15th Street, Ste. 3300
> Denver, Colorado 80202

25.    The objection must (a) be personally signed by the Settlement Class Member; and, (b) include the following information: (i) the full name, current address, and current telephone number of the Settlement Class Member; (ii) documentation sufficient to establish membership in the Settlement Class; (iii) a statement of the position the objector wishes to assert, including the factual and legal grounds for the position and objection; and (iv) copies of any other documents that the objector wishes

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6117FCE

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

to submit in support of his/her/its position. In addition, the objecting Settlement Class Member must identify any previously filed objections filed by the Settlement Class Member and/or his/her/its counsel in any state or federal court. This listing must contain (i) the name of the case; (ii) the case number; (iii) the court in which the objection was filed; and (iv) the outcome of the objection.

26.     The objection must be filed with the Court and received (not just postmarked) by the Parties' Counsel on or before the Objection Deadline.

27.     The Court will consider a Settlement Class Member's objection only if the Settlement Class Member has complied with the above requirements.

28.     Any Settlement Class Member who does not provide a notice of intention to appear in complete accordance with the deadlines and other specifications set out in the Notice, and who has not filed an objection in complete accordance with the deadlines and other specifications set forth in this Settlement and the Notice, subject to the approval of the Court, will be deemed to have waived any objections to the Settlement and can be barred from speaking or otherwise presenting any views at the Final Approval Hearing.

29.     Settlement Class Members who do not file and serve timely written objections in accordance with the procedures set forth above will be deemed to have waived any objections to the Settlement and are forever foreclosed from making any objection (whether by appeal or otherwise) to the Settlement, or any aspect of the Settlement, or any aspect of the settlement, including, without limitation, the fairness, reasonableness, or adequacy of the proposed settlement, or any award of Attorneys'

DocuSign Envelope ID: 56628915-7295-4743-AA27-BCD4A6417FCE

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

Fees, Costs or Expenses.

30.    Attendance at the Final Approval Hearing is not necessary. Subject to approval of the Court, any objecting Settlement Class Member may appear in person or by counsel at the Final Approval Hearing to show cause why the proposed Settlement should not be approved as fair, reasonable, and adequate, or to object to any petition for Attorneys' Fees, Costs, and Expenses. Any Settlement Class Member who wishes to be heard orally at the Final Approval Hearing must, by the Objection Deadline, file with the Court a written notice of objection and a notice of intention to appear at the Final Approval Hearing. The notice of intention to appear must include copies of any papers, exhibits, or other evidence that the objecting Settlement Class Member (or his/her/its counsel) will present to the Court at the Final Approval Hearing.

**Escrow Account**

31.    All funds held by the Escrow Agent in the Escrow Account shall be deemed and considered to be *in custodia legis* of the Court, and shall remain subject to the jurisdiction of the Court, until such time as such funds shall be distributed pursuant to the Settlement Agreement, Judgment, and/or further order(s) of the Court.

**Filings in Support of the Settlement**

32.    All opening briefs and supporting documents in support of the Settlement and Plaintiff's Attorneys' Fees, Costs, and Expenses, shall be filed and served by a date thirty-five (35) Days before the Final Approval Hearing.    Replies to any objections shall be filed and served a date seven (7) Days before the Final Approval

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6417FCE

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

Hearing.

### Notice and Claims Administration Expenses

33.     All reasonable expenses incurred in identifying and notifying Class Members, as well as administering the Escrow Account and Class Settlement Fund, shall be paid as set forth in the Settlement Agreement. If the Settlement is not approved by the Court or the Effective Date otherwise does not occur, neither Plaintiff nor its Counsel shall have any obligation to repay any amounts incurred and properly disbursed pursuant to ¶¶5.2(a)-(b) of the Stipulation.

### No Admissions

34.     Neither this Order, the Settlement Agreement, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be construed an admission or concession by any Party or its counsel, of any fault, liability or wrongdoing whatsoever, as to any facts or claims alleged or asserted in the Litigation, or any other actions or proceedings, or as to the validity or merit of any of the claims or defenses alleged or asserted in any such action or proceeding.

35.     Neither this Order, the Settlement Agreement, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be used by any person in the Litigation, or in any other action or proceeding, whether civil, criminal, or administrative, in any court, administrative agency, or other tribunal, except in connection with any proceeding to enforce the terms of the Stipulation.  The Released Parties and each of their counsel may file the Settlement Agreement and/or the Judgment in any action that may be brought against them in order to support a

*Exhibit 1 to Settlement Agreement*
**EXECUTION VERSION**

defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

### Additional Matters

36.  If the Settlement and Settlement Agreement are not approved or consummated for any reason whatsoever, the Settlement, Settlement Agreement, and all proceedings had in connection therewith shall be without prejudice to the rights of the Parties *status quo ante* as set forth in ¶17.1 of the Stipulation.

37.  Until otherwise ordered by the Court, the Court stays all proceedings in the Litigation other than proceedings necessary to carry out or enforce the terms and conditions of the Settlement and Settlement Agreement.  Pending final determination of whether the proposed Settlement should be approved, neither Plaintiff nor any Settlement Class Member, directly or indirectly, representatively, or in any other capacity, shall commence or prosecute against Walmart, any action or proceeding in any court or tribunal asserting any of the Released Claims.

38.  The Court retains exclusive jurisdiction over the Litigation to consider all further matters arising out of or connected with the Settlement.

**IT IS SO ORDERED.**

DATED: _____          _____
                              VIRGINIA M. HERNANDEZ COVINGTON
                              UNITED STATES DISTRICT JUDGE

DocuSign Envelope ID: 566289315-7205-4743-AA27-BCD4A6117ECE

# **Exhibit 1A** to the Settlement Agreement
# Notice

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6417FCE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

### *KUKORINIS V. WALMART INC.*, CASE NO. 8:22-CV-02402-VMC-TGW

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

**TO:**   **All Persons[1] who Purchased Weighted Goods and/or Bagged Citrus in-person at a Walmart retail store, supercenter, or neighborhood market in the United States or Puerto Rico ("Walmart Store") from October 19, 2018 through and including [date preliminary approval order granted] (the "Settlement Class Period"). YOU MAY BE ELIGIBLE FOR A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

- A Settlement was reached in a class action that alleged that persons who purchased at Walmart Stores certain sold-by-weight meat, poultry, pork, and seafood products (referred to as "Weighted Goods") and certain organic oranges, grapefruit, tangerines, and navel oranges sold in bulk in mesh or plastic bags (referred to as "Bagged Citrus") paid more than the lowest in-store advertised price for those products. **Weighted Goods and Bagged Citrus are described in Question 5.**

- Walmart denies these allegations and denies that it did anything wrong.

- **Your legal rights are affected even if you do nothing. Read this Notice carefully.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | | DEADLINE |
|---|---|---|
| **SUBMIT A CLAIM** | You <u>must</u> submit a Claim to get a cash payment.<br><br><u>No documentation is required to be eligible to receive a payment:</u> You may submit a Claim even if you no longer have receipts.<br><br>You can submit your Claim Form online at www.WalmartWeightedGroceriesSettlement.com. You may also download the Claim Form from the Settlement Website, or call the Claims Administrator to receive a paper copy of the Claim Form, and mail your Claim Form to the Claims Administrator.<br><br>For more information see **Questions 5, 8-9.** | **Submitted online or, if mailed, postmarked no later than:**<br><br>**MONTH 00, 2024** |

---

[1] All capitalized terms in this Notice have the same meanings as defined in the Settlement Agreement, which can be viewed at www.WalmartWeightedGroceriesSettlement.com.

| EXCLUDE YOURSELF FROM THE SETTLEMENT | You can choose to exclude yourself from the Settlement and receive no payment. This is also called "opting out" and submitting an "opt-out request." This is the only option that allows you to keep your right to sue Walmart about the legal claims resolved by this Settlement. You can elect your own legal counsel at your own expense.<br><br>For more information see **Question 12**. | POSTMARKED NO LATER THAN:<br><br>MONTH 00, 2024 |
|---|---|---|
| OBJECT TO THE SETTLEMENT AND/OR ATTEND A HEARING | If you do not exclude yourself from the Settlement, you may object to it by writing to the Court about why you do not like the Settlement. You may also ask the Court for permission to speak about your objection at the Final Approval Hearing. If you object, you may file a Claim Form for a payment.<br><br>For more information see **Question 17**. | POSTMARKED NO LATER THAN:<br><br>MONTH 00, 2024 |
| DO NOTHING | Unless you exclude yourself from the Settlement, you are automatically part of the Settlement.  If you do nothing, you will get no payment from this Settlement and you will give up the right to sue, continue to sue, or be part of another lawsuit against Walmart related to the legal claims resolved by this Settlement. | **No Deadline** |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the Settlement.

- This notice summarizes the proposed Settlement. The terms of the Settlement are in the Settlement Agreement, which is available at www.WalmartWeightedGroceriesSettlement.com or by contacting Class Counsel (whose contact information is listed in Question 15 below).

- **PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE PROCESS TO SUBMIT A CLAIM FORM.**

*Exhibit 1A to the Settlement Agreement*
**EXECUTION VERSION**

<div style="border:1px solid; text-align:center;">

## WHAT THIS NOTICE CONTAINS

</div>

INFORMATION ABOUT THE LITIGATION

1.   Why was this Notice issued?.................................................................................5

2.   What is this Litigation about?  ..............................................................................5

3.   Why is this a class action?....................................................................................5

4.   Why is there a settlement?....................................................................................6

WHO IS INCLUDED IN THE SETTLEMENT

5.   How do I know if I am part of the settlement?.......................................................6

6.   I'm still not sure if I am included in the Settlement .............................................. 7

THE SETTLEMENT BENEFITS

7.   What are the benefits of the Settlement?..............................................................7

8.   Who can get money from the Settlement, and how much will the payment be? ....................7

9.   How can I get a payment? ....................................................................................9

10.  When will I get my payment? ...............................................................................9

11.  What am I giving up to stay in the class?............................................................10

EXCLUDING YOURSELF FROM THE SETTLEMENT

12.  How do I exclude myself from this Settlement? ..................................................10

13.  If I do not exclude myself, can I sue Walmart for the same thing later? ..............11

14.  If I exclude myself, can I get the benefits of this Settlement? ............................11

THE LAWYERS REPRESENTING YOU AND THE SETTLEMENT CLASS

15.  Do I have a lawyer in this case? .........................................................................11

16.  How will the lawyers be paid? ............................................................................11

SUPPORTING OR OBJECTING TO THE SETTLEMENT

17.  How do I tell the Court that I like or dislike the Settlement?................................12

18.  What is the difference between objecting and excluding? ...................................13

FINAL APPROVAL HEARING

19.  When and where will the Court decide whether to approve the Settlement?........................13

20.  Do I have to come to the hearing?......................................................................14

21.  May I speak at the hearing?................................................................................14

IF YOU DO NOTHING

22.  What happens if I do nothing at all?....................................................................14

*Exhibit 1A to the Settlement Agreement*
**EXECUTION VERSION**

23.  No Further Notices. ....................................................................................................14

ADDITIONAL INFORMATION

24.  How can I obtain more information? ....................................................................................14

**Questions?**
**Visit** www.WalmartWeightedGroceriesSettlement.com **or call toll-free 0-000-000-0000**

*Exhibit 1A to the Settlement Agreement*
**EXECUTION VERSION**

| INFORMATION ABOUT THE LITIGATION |
|---|

**1.      Why was this Notice issued?**

A federal court authorized this Notice because all Persons who Purchased Weighted Goods and/or Bagged Citrus in-person at a Walmart Store from October 19, 2018 through and including [date preliminary approval order granted] you have a right to know about the proposed Settlement of this class action lawsuit and about all of their options before the Court decides whether to grant final approval of the Settlement.

This Notice explains the lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

If you qualify as a Settlement Class Member, then you can get a payment if you submit a Claim Form. To find out if you qualify, see **Questions 5 and 8** below.

The Honorable Virginia M. Hernandez Covington of the United States District Court for the Middle District of Florida is in charge of this case. The case is *Kukorinis v. Walmart Inc.*, No. 8:22-CV-02402-VMC-TGW (M.D. Fla.), and is referred to as the "Litigation" or "Action." The person who filed the case is the called the "Plaintiff."

**2.      What is this Litigation about?**

The Plaintiff alleges that the following conduct caused a Person who purchased Weighted Goods or Bagged Citrus at a Walmart Store during the Settlement Class Period to pay more than the lowest in-store advertised price for those products: (1) With respect to Weighted Goods, Plaintiff alleged that when the per unit price (*e.g.* the per pound or per ounce price) appearing on a Shelf Tag and/or in Walmart's point-of-sale system in the store was lower than what appeared on the price label affixed to the product, Walmart's in-store point-of-sale system would instead charge a Person at checkout the higher total price for the product, by inflating the products' weight; (2) With respect to Bagged Citrus, Plaintiff alleged that the Shelf Tags in Walmart Stores displayed a weight that was higher than the weight of the Bagged Citrus appearing on its label and that Persons were charged for more Bagged Citrus than purchased; and (3) With respect to Weighted Goods that were nearing expiration, Plaintiff alleged that the yellow sticker on the product that advertised the product's reduced price could state a lower per unit price than what the Person was charged for the product in the store.

Walmart denies the Plaintiff's allegations and denies any and all wrongdoing or liability with respect to the claims asserted in the Litigation.

Neither the Court nor a jury have considered or decided the merits of the allegations in the lawsuit. The parties have negotiated and entered into the proposed Settlement to avoid the risk, uncertain outcome, and expense of continued litigation.

**3.      Why is this a class action?**

In a class action, one or more people called "class representatives" sue on behalf of people with similar claims. Together, the people included in the class action are called a "class" or "class members." One court resolves the lawsuit for all class members, except for those who exclude themselves from the settlement. In this Settlement, the Settlement Class Representative is Vassilios Kukorinis.

*Exhibit 1A to the Settlement Agreement*
**EXECUTION VERSION**

**4.      Why is there a settlement?**

The Court did not decide in favor of Plaintiff or Walmart. Instead, both sides agreed to this Settlement to avoid the costs and risks of a trial and allow the Settlement Class Members to receive payments from the Settlement. The Settlement Class Representative and his attorneys believe the Settlement is in the best interests of the Settlement Class Members.

| WHO IS INCLUDED IN THE SETTLEMENT |
| :---: |

**5.      How do I know if I am part of the settlement?**

The Settlement Class includes all Persons who Purchased Weighted Goods and Bagged Citrus in-person at a Walmart Store during the Settlement Class Period. The following Persons are excluded from the Settlement Class: the judges presiding over this Litigation and members of their direct families; (2) Walmart Inc.'s directors, officers, and executives; (3) Class Counsel; and (4) Settlement Class Members who submit a valid and timely Opt-Out Request approved by the Court.

- "***Bagged Citrus***" means organic oranges, grapefruit, tangerines, and navel oranges sold in Walmart Stores that were sold in bulk in mesh or plastic bags. **Examples of the types of products that are representative of Bagged Citrus can be viewed in the Plaintiff's Amended Complaint [LINK].**

- "***Purchased***" *or* **"*Purchasing*"** means the purchase of Weighted Goods and/or Bagged Citrus in person, at a Walmart Store, and not for resale, that were not returned by the Settlement Class Member. **Purchases of the Weighted Goods and Bagged Citrus products online or for resale are not part of the Litigation and Settlement and are NOT eligible for payment from the Class Settlement Fund.**

- **"*Settlement Class Period*"** means from October 19, 2018 through and including [insert the date the Court grants the Preliminary Approval Order].

- "*Walmart Store*" means a Walmart retail store, supercenter, or neighborhood market in the United States and Puerto Rico.

- "***Weighted Goods***" means variable weight meat, poultry, pork and seafood products that are labeled with a price embedded bar code and designated by Walmart as part of its Department 93 products. At times, Department 93 Weighted Goods that are nearing their expiration dates may have been labelled with a yellow sticker that provided a discounted "You Pay!" price. **Examples of the types of products that are representative of Weighted Goods can be viewed in the Plaintiff's Amended Complaint [LINK].**

**Product descriptions and a searchable list of UPC Codes for the Weighted Goods and Bagged Citrus are on the Settlement Website,** www.WalmartWeightedGroceriesSettlement.com**.**

The Settlement, and your being part of the Settlement Class, depends on the Court granting final approval of the Settlement. This means that, if the Settlement does not receive final approval by the Court, then there is no Settlement Class and Settlement Class Members will not get any

DocuSign Envelope ID: 566289415-7205-4743-AA27-BCD4A6117ECE

payment, and Plaintiff would need to go back to Court to seek to certify the case as a class action and prove his case through trial.

**6.     I'm still not sure if I am included in the Settlement.**

If you have any questions, you may contact the claims administrator at **000-000-0000**.

| THE SETTLEMENT BENEFITS |
|:---:|

**7.     What are the benefits of the Settlement?**

The Settlement provides that Walmart will pay $45,000,000, which is referred to the Class Settlement Amount.

The Class Settlement Amount, plus all interest, less (i) all Court-awarded Attorneys' Fees, Costs, and Expenses, (ii) Notice and Administration Costs; (iii) Taxes and Tax Expenses associated with the Settlement Fund, and (iv) any other Court-approved fees, expenses or deductions, is referred to as the Net Class Settlement Fund.

The Net Class Settlement Fund will be distributed to Settlement Class Members as explained in **Question 8.** The Class Settlement Fund is non-reversionary, meaning that if there is any remaining balance in the Class Settlement Fund that cannot be economically distributed to Settlement Class Members who submitted valid Claim Forms, the remaining balance does not go back to Walmart.

In exchange for the Class Settlement Amount, the Settlement Class Representative and each Settlement Class Member who has not validly and timely requested exclusion from the Settlement shall be deemed to have released claims against Walmart, as explained in **Question 11.**

**If the Court does not approve the Settlement, or the Effective Date of the Settlement does not otherwise occur, then there is no Settlement and Settlement Class Members will not get any payment.**

**8.     Who can get money from the Settlement, and how much will the payment be?**

Only Settlement Class Members are eligible to receive a payment from the Settlement. **See Question 5.**

To receive a payment from the Net Class Settlement Fund, Settlement Class Members must submit a valid and timely Claim Form. A "Claimant" is a Settlement Class member who submits a Claim by way of a Claim Form. **See Question 9**. An "Approved Claimant" is any Claimant whose Claim is approved by the Claims Administrator.

The amount that a Settlement Class Member will receive and what they must do to get a payment depends on the amount of Weighted Goods or Bagged Citrus they Purchased during the Settlement Class Period. **In addition, the amount that a Settlement Class Member will receive depends on the number of people who submit valid Claim Forms because** *all amounts are subject to a potential pro rata increase or decrease and to a supplemental distribution.*

An Approved Claimant shall be entitled to receive **only one** of the following individual payment amounts in (i)-(v), ***except that all amounts are subject to a potential pro rata increase or decrease and to a supplemental distribution*** as set forth below.  Therefore, the actual amount of the monetary payment to an Approved Claimant will not be known until the Claims Administrator has received and processed all of the timely and valid Claims.

(i)    If the Approved Claimant does not have receipts, proof of purchase, or other documentation but attests to Purchasing up to 50 Weighted Goods and/or Bagged Citrus in-person in a Walmart Store during the Settlement Class Period, then that Approved Claimant will be entitled to ten dollars ($10.00);

(ii)   If the Approved Claimant does not have receipts, proof of purchase, or other documentation but attests to Purchasing 51 up to 75 Weighted Goods and/or Bagged Citrus in-person in a Walmart Store during the Settlement Class Period, then that Approved Claimant will be entitled to fifteen dollars ($15.00);

(iii)  If the Approved Claimant does not have receipts, proof of purchase, or other documentation but attests to Purchasing 76 up to 100 Weighted Goods and/or Bagged Citrus in-person in a Walmart Store during the Settlement Class Period, then that Approved Claimant will be entitled to twenty dollars ($20.00);

(iv)   If the Approved Claimant does not have receipts, proof of purchase, or other documentation but attests to Purchasing 101 or more Weighted Goods and/or Bagged Citrus in-person in a Walmart Store during the Settlement Class Period, then that Approved Claimant will be entitled to twenty-five dollars ($25.00); or

(v)    If the Approved Claimant has receipts, proof of purchase, or other documentation that substantiates (a) each Weighted Good and/or Bagged Citrus Purchased in-person in a Walmart Store during the Settlement Class Period, and (b) the amount paid for each Weighted Good and/or Bagged Citrus Purchased, then that Approved Claimant will be entitled to receive 2% of the total cost of the substantiated Weighted Goods and Bagged Citrus Purchased, capped at five hundred dollars ($500.00).

For Approved Claimants in (v), you may be able to obtain copies of your receipts from Walmart's website: https://www.walmart.com/receipt-lookup.

Payments will be made by electronic means, with the Approved Claimant having the option to elect to receive their cash payment through either Venmo, Zelle, ACH or virtual pre-paid MasterCard; but an Approved Claimant may request a paper check if they are unable to receive an electronic payment.

In the event that the amount due to Approved Claimants exceeds the Net Class Settlement Fund, then the payment due to each Approved Claimant shall be decreased on a pro rata basis.

In the event that the amount due to Approved Claimants is less than the Net Class Settlement Fund, then the Claims Administrator shall make supplemental distributions on a pro rata basis to all Approved Claimants until such distributions are no longer economically feasible.

DocuSign Envelope ID: 566289415-7295-4743-AA27-BCD4A6117ECE

At the time supplemental distributions are no longer economically feasible, Class Counsel shall apply to the Court for approval of the payment of such residual to one or more non-profit organizations.

The Class Settlement payment amounts were determined by Class Counsel and their expert based on discovery and analyses of sales and transaction data produced by Walmart in the Litigation for the Weighted Goods and Bagged Citrus, and Class Counsel's and their expert's damages analysis and estimates.

**EACH CLASS MEMBER CAN ONLY SUBMIT ONE CLAIM FORM.**

**THE CLAIMS ADMINISTRATOR WILL LIMIT THE NUMBER OF PAYMENTS PER HOUSEHOLD ABSENT SUFFICIENT DOCUMENTATION OR PROOF OF SEPARATE PURCHASES BY INDIVIDUALS RESIDING AT THE SAME ADDRESS.**

**PURCHASES OF WEIGHTED GOODS AND BAGGED CITRUS ONLINE, AND/OR FOR RESALE ARE <u>NOT</u> PART OF THE LITIGATION AND SETTLEMENT AND ARE NOT ELIGIBLE FOR PAYMENT FROM THE CLASS SETTLEMENT FUND.**

9.      **How can I get a payment?**

To qualify for a payment from the Settlement, you must be a Settlement Class Member and submit a Claim Form. The Claim Form is available on the Settlement Website, www.WalmartWeightedGroceriesSettlement.com. To submit your Claim Form, you may submit an electronic Claim Form online at the settlement website www.WalmartWeightedGroceriesSettlement.com or mail a physical Claim Form to the Claims Administrator. Failure to provide complete and accurate information could result in a denial of your Claim.

Your Claim must be postmarked or submitted online by **Month 00, 2024**.

**READ THE CLAIM FORM IN FULL**. You <u>must</u> submit a Claim Form to receive a payment. To be valid, a Claim Form must be completed in full and be signed under penalty of perjury. To be timely, a Claim Form must be submitted to the Claims Administrator via email, the Settlement Website, or, if mailed, postmarked, on or before the Claim Filing Deadline, as approved by the Court. **ALL CLAIMS ARE SUBJECT TO REVIEW AND VERIFICATION BY THE CLAIMS ADMINISTRATOR.**

10.     **When will I get my payment?**

The Court will hold a Final Approval Hearing on **Month 00, 2024**, **at HH:MM Xm**., to decide whether to approve the Settlement. The Court may move the Final Approval Hearing to a different date or time without providing further Notice to the Class. The date and time of the Final Approval Hearing can be confirmed at www.WalmartWeightedGroceriesSettlement.com.

If the Court approves the Settlement, there may be appeals which may delay the conclusion of the case. It is always uncertain whether these appeals can be resolved and resolving them can take time. If there is no appeal, then your settlement benefit will be processed promptly. You will receive your payment via electronic means to the account you list on your Claim Form. If you

DocuSign Envelope ID: 56628915-7295-4743-AA27-BCD4A6417FCE

would like a paper check, you will need to request one. Please be patient—it may take several months before the Settlement becomes final and for Claims to be processed.

Updates regarding the Settlement and when payments will be made will be posted at www.WalmartWeightedGroceriesSettlement.com.

If the Claims Administrator determines your Claim should not be paid or should be paid only in part, then you will receive by email, unless you did not provide an email address in which case it shall be sent by U.S. mail, a letter telling you the reasons for the Claims Administrator's determination. You will have twenty-one (21) Days to cure the deficiencies by informing the Claims Administrator of the reasons you contest the rejection along with supporting documentation. If you attempt to cure the deficiencies but, at the sole discretion and authority of the Claims Administrator, fail to do so, the Claims Administrator shall notify you of that determination within a reasonable time. The Claims Administrator may consult jointly with Class Counsel and Walmart's Counsel in making such determinations. The letter will also inform you that if an issue concerning a Claim cannot otherwise be resolved, you may thereafter present the request for review to the Court.

**11.    What am I giving up to stay in the class?**

Unless you exclude yourself (**see Question 12**), you are staying in the Settlement Class, regardless of whether or not you submit a Claim Form.

This means that upon the Effective Date of the Settlement, you shall have fully and forever released, compromised, settled, resolved, relinquished, waived and discharged each and every Settlement Class Member Released Claim against Walmart Released Parties. Staying in the Settlement Class means that all of the Court's orders will apply to you and legally bind you.

However, Plaintiff and Settlement Class Members are not releasing any claims for personal injury or wrongful death.

The definitions of "Effective Date", "Settlement Class Member Released Claims", and the "Walmart Released Parties" are in Section 2 of the Settlement Agreement. Section 12 of the Settlement Agreement describes the comprehensive waiver, release, and dismissal of the legal claims that you give up if you remain a Settlement Class Member. The Settlement Agreement can be viewed at www.WalmartWeightedGroceriesSettlement.com.

| EXCLUDING YOURSELF FROM THE SETTLEMENT |
|:---:|

**12.    How do I exclude myself from this Settlement?**

If you do not want a payment from the Settlement and you want to keep your right, if any, to sue Walmart on your own about the legal issues in this Litigation, then you must take steps to get out of the Settlement. This is called excluding yourself from—or "opting out" of—the Settlement Class.

To exclude yourself from the Settlement, you must send a written request for exclusion to:

[Claim Administrator's Address]

Your request for exclusion must be postmarked no later than **Month 00, 2024**. Your request for exclusion must (i) be signed; (ii) state your full name, current address, email address, and

telephone number; and (iii) contain a statement that you request to be excluded from the Settlement Class. If you submit a timely and valid request for exclusion, the Court will exclude you from the Class.

If you exclude yourself: you cannot submit a Claim Form and you will not be able to receive any benefits of the Settlement; you cannot object to the Settlement; and, you will not be legally bound by anything that happens in this lawsuit.

**13.     If I do not exclude myself, can I sue Walmart for the same thing later?**

No. If you do not timely exclude yourself from the Settlement, you cannot sue Walmart for any matters, legal claims, or damages (other than for personal injury or wrongful death) relating to the same legal issues of the claims in this Litigation. You must exclude yourself from the Settlement Class if you want to try to pursue your own lawsuit.

**14.     If I exclude myself, can I get the benefits of this Settlement?**

No. If you exclude yourself from the Settlement Class, then you will not be able to Claim any payments under this Settlement. If you exclude yourself, you should not submit a Claim Form to ask for money from the class action Settlement. You cannot do both.

| |
|---|
| **THE LAWYERS REPRESENTING YOU AND THE SETTLEMENT CLASS** |

**15.     Do I have a lawyer in this case?**

Yes. The Court has appointed Kimberly M. Donaldson-Smith, Nicholas E. Chimicles, and Zachary P. Beatty of Chimicles Schwartz Kriner & Donaldson-Smith, LLP, 361 W. Lancaster Avenue, Haverford, Pennsylvania 19041, to represent the Settlement Class. Together these lawyers are called "Class Counsel."

You do not need to hire your own lawyer, as Class Counsel is working on your behalf. If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your own lawyer to appear in court if you want someone other than Class Counsel to speak for you. You may also appear for yourself without a lawyer.

**16.     How will the lawyers be paid?**

For their efforts in pursuing the Litigation and securing the benefits of the Settlement for approximately millions of Settlement Class Members, Class Counsel will apply to the Court for an award of Attorneys' Fees, Costs, and Expenses seeking fees up to, but not to exceed, 20% of the Class Settlement Amount, plus reimbursement of costs and expenses (which costs and expenses will not exceed $200,000) incurred in connection with prosecuting the Action, plus any interest on such attorneys' fees, costs, and expenses at the same rate and for the same periods as earned by the Class Settlement Fund (until paid). (See Section 8 of the Settlement Agreement for more details.)

Class Counsel's motion for an award of Attorneys' Fees, Costs, and Expenses will describe the factors that support their request, and it will be posted on the Settlement Website, www.WalmartWeightedGroceriesSettlement.com, after it is filed with the Court.

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6117FCE

| **SUPPORTING OR OBJECTING TO THE SETTLEMENT** |
|---|

**17.     How do I tell the Court that I like or dislike the Settlement?**

If you are a Settlement Class Member and do not request to be excluded, then you can tell the Court you support the Settlement, or you can object to the Settlement or any part of it, including Class Counsel's request for Attorneys' Fees, Costs, and Expenses. The Court will consider all timely comments from Class Members. As a Settlement Class Member, you will be bound by the Court's final decision regarding the approval of this Settlement.

You are not required to submit anything to the Court unless you are objecting or wish to be excluded from the Settlement.

If you wish to object, you must submit a letter to the Court, and send by first-class mail copies to Class Counsel and Defense Counsel listed below, saying that you are objecting to the Settlement in *Kukorinis v. Walmart Inc.*, No. 8:22-CV-02402-VMC-TGW (M.D. Fla.).

**Your objection must**:

(a) be personally signed by the Settlement Class Member; and

(b) include the following information: (i) the full name, current address, and current telephone number of the Settlement Class Member; (ii) documentation sufficient to establish membership in the Settlement Class; (iii) a statement of the position the objector wishes to assert, including the factual and legal grounds for the position and objection; and (iv) copies of any other documents that the objector wishes to submit in support of his/her/its position; and,

(c) identify any previously filed objections filed by the Settlement Class Member and/or his/her/its counsel in any state or federal court. This listing must contain (i) the name of the case; (ii) the case number; (iii) the court in which the objection was filed; and (iv) the outcome of the objection.

Be sure to send your objection via the Court's electronic filing system, or by mail to the three different places set forth below, postmarked no later than **Month 00, 2024**:

(a)     **The Court:**

Clerk, United States District Court

Middle District of Florida, Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

(b)     **Class Counsel:**
Kimberly M. Donaldson-Smith
Chimicles Schwartz Kriner & Donaldson-Smith, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

    **(c)**      **Defense Counsel:**
Naomi G. Beer
Greenberg Traurig, LLP
1144 15th Street, Ste. 3300
Denver, Colorado 80202

If you intend to appear at the Final Approval Hearing personally or through a lawyer, then you must, prior to **Month 00, 2024**, file with the Clerk of the Court and serve on all counsel designated above a notice of intention to appear at the hearing. The notice of intention to appear must include copies of any papers, exhibits, or other evidence and identity of witnesses that will be presented at the hearing.

If you do not submit a written comment on or objection to the proposed Settlement or the application of Class Counsel for Attorneys' Fees, Costs, and Expenses, in accordance with the deadline and procedure set forth above, then you will waive your right to be heard at the Final Approval Hearing and to appeal from any order or judgment of the Court concerning the matter.

**18.** **What is the difference between objecting and excluding?**

Objecting is simply telling the Court that you do not like something about the Settlement. You can object only if you are a member of and do not request to exclude yourself from the Settlement Class, in which case you will be bound by the Court's final ruling. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class and the Settlement and wish to preserve any related claims against Walmart that you may have. If you exclude yourself, then you have no basis to object because the case no longer affects you.

| FINAL APPROVAL HEARING |
|:---:|

**19.** **When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Final Approval Hearing on **Month 00, 2024**, at HH:MM in Xm, in Courtroom 14B of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602. At this hearing the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court may listen to people who have asked to speak at the hearing. The Court will also consider the motion for an award of Attorneys' Fees, Costs, and Expenses. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long it will take for the Court to make its decision.

The Court may reschedule the Final Approval Hearing, or hold the hearing via Zoom Webinar, or change any of the deadlines described in this Notice. The date of the Final Approval Hearing may change without further notice to Settlement Class Members. Be sure to check the website, www.WalmartWeightedGroceriesSettlement.com, for news of any such changes. You can also access the case docket via the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov.

**20.      Do I have to come to the hearing?**

No. Class Counsel will represent all Settlement Class Members at the hearing and answer questions the Court may have. But you are welcome to come at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you sent your written objection such that it is received on time, the Court will consider it. You may also attend or pay your own lawyer to attend, but that is not required.

**21.      May I speak at the hearing?**

If you do not exclude yourself, you may ask the Court's permission to speak at the hearing concerning the proposed Settlement or the application of Class Counsel for Attorneys' Fees, Costs, and Expenses. To do so, you must submit a letter notice saying that it is your intention to appear at the Final Approval Hearing in *Kukorinis v. Walmart Inc.*, No. 8:22-CV-02402-VMC-TGW (M.D. Fla.). The letter notice must state the position you intend to present at the hearing, state the identities of all attorneys who will represent you (if any), and must include your full name, current address, and telephone number. You must send your letter notice to the Clerk of the Court, Class Counsel, and defense counsel at the addresses listed above, such that it is postmarked no later than **Month 00, 2024**. You may combine this notice and your objections in a single letter.

You cannot speak at the hearing if you exclude yourself from the Class.

| |
|---|
| **IF YOU DO NOTHING** |

**22.      What happens if I do nothing at all?**

If you do nothing, then you will *not* receive a payment under the Settlement and you will be bound by the Settlement, if the Court approves it, and release the claims described under Section 12 of the Settlement Agreement.

**23.      No Further Notices.**

You will not receive further notices concerning approval of this proposed settlement agreement. Updates regarding this case will be available on the settlement website, www.WalmartWeightedGroceriesSettlement.com.

| |
|---|
| **ADDITIONAL INFORMATION** |

**24.      How can I obtain more information?**

This notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see the Settlement Agreement available at:

- By visiting www.WalmartWeightedGroceriesSettlement.com

- By accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.njd.uscourts.gov, or

- By visiting the office of the Clerk of the Court for the United States District Court for the Middle District of Florida, Tampa Division, 801 North Florida Avenue, Tampa,

DocuSign Envelope ID: S6628915-7295-4743-AA27-BCD4A6117ECE

Florida 33602, between 8:30 a.m. to 4:00 p.m, Monday through Friday, excluding Court holidays.

You can file a Claim Form and obtain the Settlement Agreement and other documents at www.WalmartWeightedGroceriesSettlement.com. Updates regarding the case will also be available on the website. You may also call **000-000-0000**. You may also contact Class Counsel if you have any questions.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIMS PROCESS.**

**Exhibit 1B** to the Settlement Agreement

Claim Form

<table>
<tr><td>

**Your claim form must be submitted online or postmarked by: [DEADLINE]**

</td><td>

**United States District Court
Middle District of Florida**

*Kukorinis v. Walmart Inc.*
Case No. 8:22-CV-02402-VMC-TGW

</td><td>

**WAL**

</td></tr>
</table>

## CLAIM FORM INSTRUCTIONS

1. You may submit your Claim Form online at www.WalmartWeightedGroceriesSettlement.com or by U.S. Mail to the following address: *Walmart Weighted Groceries Settlement*, c/o Claims Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

2. Please type or write your responses legibly.

3. Please keep a copy of your Claim Form and any supporting materials you submit. Do not submit your only copy of the supporting documents. Materials submitted will not be returned.

4. If your Claim Form is incomplete or missing information, the Claims Administrator may contact you for additional information. If you do not respond, the Claims Administrator will be unable to process your claim, and you will waive your right to receive money under the Settlement.

5. Each Class Member can only submit one Claim Form. The Claims Administrator will limit the number of payments per household absent sufficient documentation or proof of separate purchases by individuals residing at the same address.

6. **You may only submit a Claim for Purchases of Weighted Goods and Bagged Citrus from October 19, 2018 through and including [DATE].** Weighted Goods are sold-by-weight meat, poultry, pork, and seafood products. Bagged Citrus are organic oranges, grapefruit, tangerines, and navel oranges sold in bulk in mesh or plastic bags. Product descriptions and a searchable list of UPC Codes for the Weighted Goods and Bagged Citrus are on the Settlement Website, www.WalmartWeightedGroceriesSettlement.com.

7. Only purchases of Weighted Goods and/or Bagged Citrus that were made in person at a Walmart retail store, supercenter, or neighborhood market in the United States and/or Puerto Rico are eligible. **Purchases of Weighted Goods and Bagged Citrus products that were done online, for resale, or that were returned, are not part of the Litigation and Settlement and are not eligible for payment.**

8. If you have any questions, please contact the Claims Administrator: by email at [EMAIL ADDRESS]; or by mail at the address listed above; or by calling x-xxx-xxx-xxxx.

9. **You must notify the Claims Administrator if your email, mobile number, and/or address changes. If you do not, you may not receive your payment.**

10. **DEADLINE -- Your claim must be submitted online by [DEADLINE DATE]. Claim Forms submitted by mail must be mailed to the Claims Administrator postmarked no later than [DEADLINE DATE].**

**The amount that a Settlement Class Member will receive depends on the number of people who submit valid Claim Forms because all amounts are subject to a potential pro rata increase or decrease.**

| Your claim form must be submitted online or postmarked by: [DEADLINE] | United States District Court<br>Middle District of Florida<br><br>*Kukorinis v. Walmart Inc.*<br>Case No. 8:22-CV-02402-VMC-TGW | WAL |
|---|---|---|

## CLAIM FORM

---

### I.  YOUR CONTACT INFORMATION AND MAILING ADDRESS

Provide your name and contact information below.

| | |
|---|---|
| **First Name** | **Last Name** |

**Street Address**

| | | |
|---|---|---|
| **City** | **State** | **Zip Code** |

| | |
|---|---|
| **Email Address** | **Mobile Phone Number** |

IF YOU RECEIVED AN EMAIL, PROVIDE THE FOLLOWING FROM THE EMAIL:

**Notice ID:**                          **Confirmation Code:**

DocuSign Envelope ID: 56628915-7295-4743-AA27-BCD4A6117FCE

*EXECUTION VERSION*                                                                    *Exhibit 1B to Settlement Agreement*

<table>
<tr>
<td>

**Your claim form must be submitted online or postmarked by: [DEADLINE]**

</td>
<td align="center">

**United States District Court**
**Middle District of Florida**

*Kukorinis v. Walmart Inc.*
Case No. 8:22-CV-02402-VMC-TGW

</td>
<td align="center">

**WAL**

</td>
</tr>
</table>

---

## II. BAGGED CITRUS AND/OR WEIGHTED GOODS PURCHASED

Select from **one** of the following two options:

\* The dollar amounts shown below are *not* guaranteed; they are subject to a potential pro rata increase or decrease depending on the number of people who submit valid Claim Forms.

**OPTION 1**

☐  I do not have receipts, proof of purchase, or other documentation but attest to having Purchased the following number of Weighted Goods and/or Bagged Citrus in-person in a Walmart Store from October 19, 2018 through [**DATE**] (select one only):

  ☐  **up to 50** Weighted Goods and/or Bagged Citrus to receive $10.00\*

  ☐  **between 51 and 75** Weighted Goods and/or Bagged Citrus to receive $15.00\*

  ☐  **between 76 and 100** Weighted Goods and/or Bagged Citrus to receive $20.00\*

  ☐  **101 or more** Weighted Goods and/or Bagged Citrus to receive $25.00\*

Describe the types of Weighted Goods and/or Bagged Citrus you Purchased, and identify the Years Purchased:

_____

_____

_____

_____

**OPTION 2**

☐  I have receipts, proof of purchase, or other documentation that documents (a) each Weighted Good and/or Bagged Citrus product I Purchased in-person in a Walmart Store from October 19, 2018 through [**DATE**], and (b) the amount I paid for each Weighted Good and/or Bagged Citrus Purchased.

Enter the number of Weighted Goods and/or Bagged Citrus you are providing documentation for: _____

Enter the total amount paid for the Weighted Goods and/or Bagged Citrus that you submitted documentation for:  $_____. [You may receive 2% of this amount capped at $500.00\*]

3

DocuSign Envelope ID: 56628915-7295-4743-AA27-BCD4A6117FCE

<table>
</table>

| Your claim form must be submitted online or postmarked by: [DEADLINE] | **United States District Court**<br>**Middle District of Florida**<br><br>*Kukorinis v. Walmart Inc.*<br>Case No. 8:22-CV-02402-VMC-TGW | **WAL** |

## III. PAYMENT SELECTION

Please select from **one** of the following payment options:

☐ **Venmo -** Enter the mobile number associated with your Venmo account: __ __ __ - __ __ __ - __ __ __ __

☐ **Zelle -** Enter the mobile number or email address associated with your Zelle account:

Mobile Number: __ __ __ - __ __ __ - __ __ __ __    or Email Address: _____

☐ **Virtual Prepaid Card -** Enter your email address: _____

☐ **Physical Check -** Payment will be mailed to the address provided in Section I above.

## IV. VERIFICATION AND ATTESTATION UNDER PENALTY OF PERJURY

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that I am the person identified in Section I and the information provided in this Claim Form, including any accompanying supporting documentation, is true and correct, this is the only Claim Form that I have submitted, and nobody has submitted another claim in connection with this Settlement on my behalf.

I further understand, acknowledge, and agree that the amount I will receive shall be calculated in accordance with the terms of the Settlement Agreement and I am subject to the terms of the Settlement Agreement, including the release of claims as more fully described in the Settlement Agreement.

_____    Date: _____
Your signature                                              MM        DD        YYYY

_____
Your name

4

# Exhibit 1C to the Settlement Agreement

## Summary Notice

EXECUTION VERSION                                    *Exhibit 1C to the Settlement Agreement*

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**

*KUKORINIS V. WALMART INC.*, CASE NO. **8:22-CV-02402-VMC-TGW**

<u>**SUMMARY NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**</u>

**TO:**   **All Persons who Purchased Weighted Goods and/or Bagged Citrus in-person at a Walmart retail store, supercenter, or neighborhood market in the United States or Puerto Rico ("Walmart Store") from October 19, 2018 through and including [date preliminary approval order granted] (the "Settlement Class Period").**

**YOU MAY BE ELIGIBLE FOR A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT. YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT.**

**YOU ARE HEREBY NOTIFIED,** pursuant to an Order of the United States District Court for the Middle District of Florida, that a hearing will be held on _____, 2024, at _____, before the Honorable Virginia M. Hernandez Covington in Courtroom 14B of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, for the purpose of determining (1): whether the proposed Settlement of this Action, reached between the parties, consisting of Forty-Five Million Dollars ($45,000,000)(the "Class Settlement Amount") in cash, as set forth in the Settlement Agreement dated November 15, 2023, should be approved as fair, reasonable, and adequate to Class Members; (2) whether the release by Class Members of claims as set forth in the Settlement Agreement should be authorized; (3) whether  the  proposed  plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (4) whether to approve Class Counsel's request for an award of award of Attorneys' Fees, Costs, and Expenses seeking fees up to, but not to exceed, 20% of the Class Settlement Amount, plus reimbursement of costs and expenses (which costs and expenses will not exceed $200,000) incurred in connection with prosecuting the Action, plus any interest on such attorneys' fees, costs, and expenses at the same rate and for the same periods as earned by the Class Settlement Fund (until paid).; (5) whether this Action should be dismissed with prejudice against Walmart Inc.; and, (6) whether the Judgment and Order of Dismissal should be entered. The date, time, and location of the settlement hearing are subject to change without further notice; any change to the date, time or location of the settlement hearing will be posted on the Settlement website at www.WalmartWeightedGroceriesSettlement.com.

A Settlement was reached in a class action that alleged that persons who purchased in-person at Walmart Stores certain sold-by-weight meat, poultry, pork, and seafood products (called "Weighted Goods") and certain organic oranges, grapefruit, tangerines, and navel oranges sold in bulk in mesh or plastic bags (called "Bagged Citrus") paid more than the lowest in-store advertised price for those products. Walmart denies these allegations and that it did anything wrong.

        The Settlement website, www.WalmartWeightedGroceriesSettlement.com, contains product descriptions and a searchable list of UPC Codes for the Weighted Goods and Bagged Citrus, and examples of those products can be viewed in the FAQs and in the Plaintiff's Amended Complaint on the Settlement website, www. www.WalmartWeightedGroceriesSettlement.com.

**ADDITIONAL INFORMATION ABOUT THE CASE AND SETTLEMENT, INCLUDING HOW TO FILE A CLAIM, A COPY OF THE DETAILED NOTICE DISCUSSING THE SETTLEMENT AND YOUR RIGHTS, INFORMATION ABOUT THE WEIGHTED GOODS AND BAGGED CITRUS PRODUCTION, AND A COPY OF THE SETTLEMENT AGREEMENT ARE AVAILABLE AT:**
www.WalmartWeightedGroceriesSettlement.com **or call toll-free 0-000-000-0000**

If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Claim *online or, if mailed, postmarked no later than _____, 2024.* No supporting documentation is required to be eligible to receive a payment: You may submit a Claim even if you no longer have receipts. You can submit your Claim online at www.WalmartWeightedGroceriesSettlement.com. You may also download the Claim Form from the Settlement Website, or call the Claims Administrator **toll-free 0-000-000-0000** to get a paper copy of the Claim Form, and mail your Claim Form to the Claims Administrator. Unless the deadline is extended, your failure to submit your Claim by the above deadline will preclude you from receiving any payment from the Settlement.

If you are a Class Member and you desire to be excluded from the Class, you must submit a request for exclusion, such that it is *postmarked no later than_____, 2024*, in the manner and form explained in the detailed Notice,

DocuSign Envelope ID: S6628915-7205-4743-AA27-BCD4A6117ECE

EXECUTION VERSION                                    *Exhibit 1C to the Settlement Agreement*

available at www.WalmartWeightedGroceries.com. All Class Members who do not timely and validly request exclusion from the Class will be bound by any judgment entered in the Action. If you exclude yourself from the Class, you will not receive any payment from the Settlement.

If you are a Class Member and want to object to the Settlement or Class Counsel's fee and expense application, the objection must be in the form and manner explained in the detailed Notice, which is available at www.WalmartWeightedGroceriesSettlement.com. Your objection must be mailed to each of the following recipients, such that **it is postmarked no later than _____, 2024:**

| **Court Clerk:** | **Class Counsel:** | **Defense Counsel:** |
|---|---|---|
| Clerk, United States District Court Middle District of Florida, Tampa Division<br>801 North Florida Avenue<br>Tampa, Florida 33602 | Kimberly M. Donaldson-Smith<br>Chimicles Schwartz Kriner &<br>Donaldson-Smith, LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | Naomi G. Beer<br>Greenberg Traurig, LLP<br>1144 15th Street, Ste. 3300<br>Denver, Colorado 80202 |

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, WALMART, OR DEFENSE COUNSEL REGARDING THIS NOTICE. If you have any questions about the Settlement, you may contact Class Counsel at the address listed above. Additional information about the Settlement can be found at** www.WalmartWeightedGroceriesSettlement.com **or by calling toll-free 0-000-000-0000**

DATED:                                          **BY ORDER OF THE COURT**
                                                **UNITED STATES DISTRICT COURT**
                                                **MIDDLE DISTRICT OF FLORIDA**

DocuSign Envelope ID: 56628915-7295-4743-AA27-BCD4A6117ECE

# **Exhibit 2** to the Settlement Agreement

# Judgment & Order of Dismissal

Exhibit 2 to the Settlement Agreement
EXECUTION VERSION

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS,
individually and on behalf of all
others similarly situated,

            *Plaintiff,*

                                        CASE NO. 8:22-CV-02402-VMC-TGW

v.

WALMART, INC.,

            *Defendant.*

_____

### [PROPOSED] JUDGMENT AND ORDER OF DISMISSAL

**WHEREAS**, this matter came before the Court pursuant to the Order
Preliminarily Approving Settlement and Providing for Notice ("Order") dated
_____, 202_, and on Plaintiff's application for approval of the Settlement set
forth in the Stipulation and Agreement of Class Action Settlement, dated as of
November 15, 2023 (the "Settlement Agreement").  Due and adequate notice
having been given to the Settlement Class as required in the Order, and the Court
having considered all papers filed and proceedings had herein and otherwise
being fully informed, and good cause appearing therefore,

**WHEREAS**, unless otherwise defined, all terms used herein have the same
meanings as set forth in the Settlement Agreement.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

DocuSign Envelope ID: 56628915-7295-4743-AA27-BCD4A6117ECE

Exhibit 2 to the Settlement Agreement
EXECUTION VERSION

1.    This Final Judgment and Order of Dismissal ("Judgment") incorporates by reference: (a) the Settlement; and (b) the Notice, Summary Notice, and Declaration of the Claims Administrator with respect to Notice, all filed with this Court.

2.    This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Settlement Class Members.

3.    Pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure, the Court affirms its determinations in the Order and finally certifies, for purposes of settlement only, a Settlement Class defined as: all Persons who Purchased Weighted Goods and/or Bagged Citrus in-person at a Walmart retail store, supercenter, or neighborhood market in the United States or Puerto Rico ("Walmart Store") during the Settlement Class Period.

Excluded from the Settlement Class are:

a.   (1) the judges presiding over this Litigation and members of their direct families; (2) Walmart Inc.'s directors, officers, and executives; (3) Class Counsel; and

b.   Settlement Class Members who timely and validly requested exclusion from the Class who are listed on Exhibit 1 hereto as having submitted an exclusion request allowed by the Court.

4.    The Court hereby affirms its determination in the Order and finds, for

2

DocuSign Envelope ID: S6628915-7295-4743-AA27-BCD4A6117ECE

Exhibit 2 to the Settlement Agreement
EXECUTION VERSION

the purposes of the Settlement only, that the prerequisites for a class action under Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure have been satisfied in that: (a) the Class is so numerous that joinder of all Class Members is impracticable; (b) there are questions of law and fact common to the Class; (c) Plaintiff's claims are typical of those of the Class; (d) Plaintiff and Class Counsel have fairly and adequately represented the Class's interests and will continue to do so; (e) questions of law and fact common to Class Members predominate over any questions affecting only individual Class Members; and (f) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

5.    Pursuant to Rule 23 of the Federal Rules of Civil Procedure, and for the purposes of the Settlement only, the Court hereby affirms its determinations in the Order and finally appoints Plaintiff as Class Representative and Kimberly M. Donaldson-Smith, Nicholas E. Chimicles, and Zachary P. Beatty of Chimicles Schwartz Kriner & Donaldson-Smith LLP as Class Counsel.

6.    The Notice of Pendency and Proposed Settlement of Class Action ("Notice") given to the Class was the best notice practicable under the circumstances, including the individual notice to all Class Members who could be identified through reasonable effort. The Notice provided the best notice practicable to Class Members under the circumstances of those proceedings and

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6117ECE

Exhibit 2 to the Settlement Agreement
EXECUTION VERSION

of the matters set forth in the Notice, including the proposed Settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of the Federal Rules of Civil Procedure (including Rules 23(c)-(e)), the United States Constitution (including the Due Process Clause), the Rules of this Court, and other applicable laws. No Settlement Class Member is relieved from the terms of the Settlement, including the Releases provided for therein, based upon the contention or proof that such Settlement Class Member failed to receive actual or adequate notice.

7.      A full opportunity has been offered to the Settlement Class Members to object to the proposed Settlement and to participate in the Final Approval Hearing. There have been [___] objections to the Settlement [each of which was addressed by the Court at the Final Approval Hearing].

8.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court hereby affirms its determinations in the Order, fully and finally approves the Settlement set forth in the Settlement Agreement in all respects and finds that:

a.   the Settlement is, in all respects, fair, reasonable, adequate and in the best interest of the Settlement Class;

b.   the Settlement was the result of informed, serious, extensive arm's-length among experienced counsel following mediation under the direction of an experienced mediator;

DocuSign Envelope ID: S6628915-7295-4743-AA27-BCD4A6117FCE

Exhibit 2 to the Settlement Agreement
EXECUTION VERSION

c.  there was not collusion in connection with the Settlement; and,

d.  the record is sufficiently developed and compete to have enabled Plaintiff and Walmart to have adequately evaluated and considered their positions.

9.      Accordingly, the Court authorizes and directs implementation and performance of all the terms and provisions of the Settlement Agreement, as well as the terms and provisions hereof.  Except as to any individual claim of those Persons (identified in Exhibit 1 attached hereto) who have validly and timely requested exclusion from the Settlement Class (for whom Walmart can and expressly does retain any defenses to such excluded claims), the Court hereby dismisses the Action and all Released Claims with prejudice as provided in the Settlement Agreement.

10.     The Parties are to bear their own costs, except as and to the extent provided in the Settlement Agreement and herein.

11.     The Releases set forth in Section 12 of the Settlement Agreement, together with the definitions contained in the Settlement Agreement relating thereto in Section 12, are expressly incorporated herein by reference. Accordingly, this Court orders that:

a.  Upon the Effective Date of the Settlement, by operation of this Judgment, Settlement Class Member Releasing Parties shall have

DocuSign Envelope ID: 56628915-7205-4743-AA27-BCD4A6417ECE

Exhibit 2 to the Settlement Agreement
EXECUTION VERSION

fully and forever released, compromised, settled, resolved, relinquished, waived and discharged each and every Settlement Class Member Released Claim against Walmart Released Parties.

b. Upon the Effective Date, and by operation of the Judgment, Walmart Releasing Parties shall have fully and forever released, compromised, settled, resolved, relinquished, waived and discharged each and every Walmart Released Claim against Settlement Class Member Released Parties. Nothing in this Judgment shall bar any action by any of the Settling Parties to enforce or effectuate the terms of the Stipulation or the Judgment.

c. Notwithstanding any provision in the Judgment and Settlement Agreement, Plaintiff and Settlement Class Members are not releasing any claims for personal injury or wrongful death. Further, this agreement does not affect claims by any governmental authority.

12.    Any order entered regarding Plaintiff's application for Attorneys' Fees, Costs, and Expenses to Class Counsel, or concerning the allocation of the Net Settlement Fund to Authorized Claimants, shall in no way disturb or affect this Judgment and shall be considered separate from this Judgment.

13.    The Settlement, the Settlement Agreement (whether or not consummated) and the Exhibits thereto, including the contents thereof, the

DocuSign Envelope ID: 56628915-7205-4743-AA27-8CD4A6117ECE

Exhibit 2 to the Settlement Agreement
EXECUTION VERSION

negotiations leading to the execution of the Settlement Agreement, any proceedings taken pursuant to or in connection with the Settlement, and/or approval of the Settlement (including any arguments proffered in connection therewith), and any communication relating thereto, are not evidence, nor an admission or concession by any Party or its counsel, of any fault, liability or wrongdoing whatsoever, as to any facts or claims alleged or asserted in the Litigation, or any other actions or proceedings, or as to the validity or merit of any of the claims or defenses alleged or asserted in any such action or proceeding.

14.     Neither the Settlement, the Settlement Agreement, the negotiations leading to the execution of the Settlement Agreement, nor any proceedings taken pursuant to or in connection with the Settlement and Settlement Agreement, and/or approval of the Settlement (including any arguments proffered in connection therewith), nor any communication relating thereto, shall be:

a. offered or received against any Party as evidence of or construed as or deemed to be evidence of any presumption, concession, or admission by any Party of the truth of any allegations by Plaintiff, or the validity of any claim or defense that has been or could have been asserted in the Litigation, or the validity or deficiency of any defense that has been or could have been asserted in the Litigation or in any other litigation, including, but not limited to, litigation of the Released

7

Exhibit 2 to the Settlement Agreement
EXECUTION VERSION

Claims, or that the consideration to be given hereunder represents the

amount which could be or would have been recovered after trial or in

any proceeding other than the Settlement; or,

b. offered or received against any Party as evidence of a presumption,

concession, or admission of any fault, misrepresentations, or

omission, the absence of any fault, misrepresentation, or omission,

with respect to any statement or written document approved or made

by Walmart, or against Plaintiff or any Member of the Settlement

Class as evidence of any infirmity in the claims of Plaintiff and the

Settlement Class.

15.     However, the Parties may reference or file the Settlement Agreement

and/or Judgment from this Litigation in any other action that may be brought

against them in order to (a) effectuate the Releases granted them hereunder; and

(b) support a defense or counterclaim based on principles of res judicata, collateral

estoppel, release, good faith settlement, judgment bar or reduction, or any theory

of claim preclusion or issue preclusion or similar defense or counterclaim.

16.     Walmart has denied and continue to deny liability and maintain that

it has meritorious defenses and have represented that it entered into the

Settlement solely in order to avoid the cost and burden of litigation.

17.     Without affecting the finality of this Judgment in any way, this Court

8

DocuSign Envelope ID: 56628915-7295-4743-AA27-BCD4A6417ECE

Exhibit 2 to the Settlement Agreement
EXECUTION VERSION

hereby retains continuing jurisdiction over: (a) implementation of this Settlement;

(b) disposition of the Net Class Settlement Fund; (c) hearing and determining

applications for attorneys' fees, expenses, and interest in the Litigation;  (d) the

Parties for the purpose of construing, enforcing, and administering the

Settlement Agreement; (e) Settlement Class Members for all matters relating to the

Litigation and Settlement; and (f) other matters related or ancillary to the

foregoing. The administration of the Settlement, and the decision of all disputed

questions of law and fact with respect to the validity of any claim or right of any

Person to participate in the distribution of the Net Class Settlement Fund, shall

remain under the authority of this Court.

18.    The Court finds that during the course of the Action, the Parties and

their respective counsel at all times complied with the requirements of Federal

Rule of Civil Procedure 11.

19.    If the Settlement does not become effective in accordance with the

terms of the Settlement Agreement, or the Effective Date does not occur, then

this Judgment shall be rendered null and void to the extent provided by and in

accordance with the Settlement Agreement and shall be vacated and, in such

event, all orders entered and releases delivered in connection herewith shall be

null and void to the extent provided by and in accordance with the Settlement

Agreement, and the Class Settlement Fund shall be returned in accordance with

Exhibit 2 to the Settlement Agreement
**EXECUTION VERSION**

the terms of the Settlement Agreement.

20.    Without further order of the Court, the Parties may agree to reasonable extensions of time to carry out any of the provisions of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: _____        _____

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

# ADDENDUM A

# Weighted Goods – UPCs

**This Addenda lists Weighted Goods by category in the order noted below.**

- **Meat Products** at pages 2 - 40

    - Beef products at pages 3 - 16
    - Chicken products at pages 17 - 23
    - Pork products at pages 24 - 35
    - Turkey Products at pages 36 - 38
    - Miscellaneous/Other Meats at pages 39 - 40

- **Seafood Products** at pages 41 - 47

# MEAT PRODUCTS

# **<u>BEEF PRODUCTS</u>**

| Beef |
|---|
| UPC |
| 25853800000 |

| Beef Flat Iron |
|---|
| UPC |
| 22890600000 |

| Beef Round Steak |
|---|
| UPC |
| 22019400000 |
| 22010100000 |
| 22726600000 |
| 25971900000 |
| 25998700000 |
| 25998800000 |
| 26012200000 |
| 26237200000 |
| 25998700000 |

| Beef Asian Skewer |
|---|
| UPC |
| 25888700000 |

| Beef Bacon Wrapped Filet |
|---|
| UPC |
| 25934500000 |
| 25934500000 |
| 25934500000 |
| 25934500000 |
| 22615500000 |

| Beef Blade Steak |
|---|
| UPC |
| 25124800000 |

| Beef Bones |
|---|
| UPC |
| 22717700000 |
| 22632400000 |
| 26040600000 |
| 26040600000 |

| Beef Bottom Round Steak/Roast |
|---|
| UPC |
| 26264800000 |
| 20730900000 |
| 22460800000 |
| 26129400000 |
| 26004800000 |
| 22566900000 |
| 22567000000 |
| 22628300000 |
| 25974000000 |
| 25982600000 |
| 25999400000 |
| 25999400000 |
| 20155700000 |
| 26317400000 |
| 22625200000 |
| 25108600000 |
| 25973900000 |
| 22144900000 |
| 22145000000 |
| 25999500000 |
| 20157600000 |
| 22566300000 |
| 22730000000 |
| 25108500000 |
| 25974600000 |
| 25985400000 |
| 25999300000 |
| 26007600000 |
| 25999300000 |

| Beef Bottom Round Steak/Roast |
|---|
| UPC |
| 26041100000 |
| 22111900000 |
| 22117800000 |
| 22449700000 |

| Beef Brisket |
|---|
| UPC |
| 20157300000 |
| 20155100000 |
| 20158900000 |
| 20107300000 |
| 20157300000 |
| 22459400000 |
| 20114800000 |
| 25975800000 |
| 22047500000 |
| 20157300000 |
| 22606000000 |
| 22626700000 |
| 20157300000 |
| 25868900000 |
| 25962500000 |
| 26044300000 |
| 26112600000 |
| 26112600000 |
| 20157300000 |
| 20157300000 |
| 25864000000 |
| 22605800000 |
| 26129300000 |
| 26000200000 |
| 25007600000 |
| 22842100000 |
| 22108100000 |
| 25957800000 |
| 20566600000 |

| Beef Brisket |
|---|
| UPC |
| 22075500000 |

| Beef Carne |
|---|
| UPC |
| 26335200000 |
| 26335200000 |
| 20626000000 |
| 20626000000 |
| 25934400000 |
| 25935800000 |
| 25991700000 |
| 22007100000 |
| 22011800000 |
| 22082200000 |
| 22508000000 |
| 22519000000 |
| 22766500000 |
| 25972100000 |
| 25973500000 |
| 25985500000 |
| 25995600000 |
| 25995700000 |
| 26007700000 |
| 22508000000 |
| 26165700000 |
| 26257600000 |
| 26297100000 |
| 26306800000 |
| 25995700000 |
| 22764600000 |
| 26335700000 |
| 26335200000 |
| 26031200000 |
| 26237400000 |

| Beef Cheek |
|---|
| UPC |
| 20100900000 |

4

DocuSign Envelope ID: 56628915-7295-4743-AA27-8CD4A6117FCE

| Beef Cheek |
| --- |
| UPC |
| 22765600000 |
| 22765600000 |

| Beef Chitterlings |
| --- |
| UPC |
| 20918800000 |

| Beef Chop |
| --- |
| UPC |
| 25914200000 |

| Beef Chuck Eye Steak |
| --- |
| UPC |
| 22017600000 |
| 22008000000 |
| 25855300000 |
| 25862800000 |
| 25975500000 |
| 25995100000 |
| 25975500000 |
| 26235600000 |
| 25995100000 |
| 22017600000 |

| Beef Pectoral |
| --- |
| UPC |
| 22459600000 |
| 26236200000 |

| Beef Chuck Roast |
| --- |
| UPC |
| 25009600000 |
| 25656100000 |
| 22017500000 |
| 22008600000 |
| 25970700000 |

| Beef Chuck Roast |
| --- |
| UPC |
| 25983500000 |
| 25992100000 |
| 25996300000 |
| 26014400000 |
| 26010800000 |
| 26235500000 |
| 26235500000 |
| 25996300000 |
| 22717200000 |
| 25945500000 |
| 22017000000 |
| 22008400000 |
| 22132800000 |
| 20179700000 |
| 22574900000 |
| 22576600000 |
| 22606100000 |
| 22625000000 |
| 25005500000 |
| 25011600000 |
| 25970500000 |
| 25986400000 |
| 25988500000 |
| 25996200000 |
| 25996200000 |
| 26112400000 |
| 26102900000 |
| 26112400000 |
| 26010700000 |
| 26010700000 |
| 26010700000 |
| 25970500000 |
| 26269400000 |
| 26269400000 |
| 26269400000 |
| 25996200000 |
| 26269400000 |
| 26269400000 |
| 26269400000 |
| 20771500000 |
| 22016200000 |

| Beef Chuck Roast |
| --- |
| UPC |
| 22012600000 |
| 22120000000 |
| 22145100000 |
| 22717100000 |
| 25011500000 |
| 25128100000 |
| 25864300000 |
| 25936600000 |
| 25964400000 |
| 25966100000 |
| 25968600000 |
| 26008300000 |
| 26009600000 |
| 25966100000 |
| 25964400000 |
| 26009600000 |
| 25966100000 |
| 25964400000 |
| 26009600000 |
| 25966100000 |
| 25966100000 |
| 25964400000 |
| 25945700000 |
| 25913500000 |
| 26002200000 |
| 26045000000 |
| 26045000000 |
| 26045000000 |
| 26045000000 |
| 26045000000 |
| 26045000000 |
| 26045000000 |

| Beef Chuck Roll |
| --- |
| UPC |
| 22122200000 |

| Beef Chuck Steak |
| --- |
| UPC |
| 22626600000 |
| 22605400000 |
| 22605500000 |
| 22624800000 |
| 22679100000 |
| 22726300000 |
| 25985700000 |
| 25990900000 |
| 25995200000 |
| 25995300000 |
| 25137300000 |
| 22148200000 |
| 25972800000 |
| 25985300000 |
| 25991500000 |
| 25995400000 |
| 26007500000 |
| 26013800000 |
| 22017200000 |
| 20132800000 |
| 20677100000 |
| 22017100000 |
| 22084200000 |
| 20162300000 |
| 22635600000 |
| 22678500000 |
| 22744300000 |
| 25005600000 |
| 25972900000 |
| 25970600000 |
| 25986500000 |
| 25995900000 |
| 26008700000 |
| 26031100000 |
| 25970600000 |
| 25972900000 |
| 25970600000 |
| 25995900000 |
| 26235800000 |
| 26235700000 |

| Beef Chuck Steak |
|---|
| **UPC** |
| 25995900000 |
| 25970600000 |
| 22047300000 |
| 22071700000 |
| 22764800000 |
| 25958300000 |
| 22116300000 |
| 25795200000 |

| Beef Corned Beef |
|---|
| **UPC** |
| 22472000000 |
| 20997300000 |
| 20103700000 |
| 20838800000 |
| 26165600000 |
| 26157000000 |
| 22788600000 |
| 20102800000 |
| 22811700000 |
| 24277000000 |
| 22788500000 |
| 22811800000 |
| 20102800000 |
| 22786900000 |
| 22787000000 |
| 22573100000 |

| Beef Country Ribs |
|---|
| **UPC** |
| 25151100000 |

| Beef Cube Steak |
|---|
| **UPC** |
| 22007000000 |
| 22012000000 |

| Beef Cube Steak |
|---|
| **UPC** |
| 22614500000 |
| 22785900000 |
| 22822900000 |
| 25975400000 |
| 25983700000 |
| 25997700000 |
| 26005900000 |
| 25997700000 |
| 25137400000 |
| 25997700000 |
| 20133300000 |
| 20218100000 |
| 20558900000 |
| 22012100000 |
| 22846300000 |
| 25011300000 |
| 25972000000 |
| 25984800000 |
| 25988800000 |
| 25997800000 |
| 26007000000 |
| 26011100000 |
| 26007000000 |
| 25997800000 |
| 22084300000 |
| 20561600000 |
| 20218200000 |
| 20114000000 |
| 26004300000 |

| Beef Denver Steak |
|---|
| **UPC** |
| 26277500000 |
| 25862900000 |
| 25993700000 |
| 26016000000 |

| Beef Eye Roast |
|---|
| **UPC** |
| 20738000000 |
| 20229100000 |
| 22082600000 |
| 22726700000 |
| 20998700000 |
| 22019100000 |
| 22011200000 |
| 22133500000 |
| 22112900000 |
| 22519900000 |
| 22521000000 |
| 22727000000 |
| 25010300000 |
| 25184000000 |
| 25936700000 |
| 25965800000 |
| 25966200000 |
| 25971700000 |
| 25983800000 |
| 26000000000 |
| 26000100000 |
| 26004100000 |
| 26006000000 |
| 26014500000 |
| 25966200000 |
| 25965800000 |
| 25966200000 |
| 25966200000 |
| 25108800000 |
| 22519400000 |
| 22450000000 |

| Beef Fajita Steak |
|---|
| **UPC** |
| 26115800000 |
| 26115900000 |
| 26115900000 |
| 26115900000 |
| 26115900000 |

| Beef Fajita Steak |
|---|
| **UPC** |
| 26115900000 |
| 26115900000 |
| 26115900000 |
| 26115900000 |
| 26115900000 |
| 26118200000 |
| 26118300000 |
| 26115800000 |
| 26115800000 |
| 26115800000 |
| 26115800000 |
| 26115800000 |
| 22557700000 |
| 22628800000 |
| 25048600000 |
| 26062000000 |
| 22574700000 |
| 20678900000 |

| Beef Feet |
|---|
| **UPC** |
| 22387800000 |
| 20601200000 |

| Beef Filet |
|---|
| **UPC** |
| 26118400000 |
| 25923000000 |
| 20663800000 |
| 20677500000 |
| 26113200000 |
| 26113200000 |
| 26113200000 |
| 26113200000 |
| 25867900000 |
| 22764100000 |
| 22764200000 |
| 25934500000 |

6

**Beef Filet**

| UPC |
| --- |
| 26044800000 |
| 26044800000 |
| 26044800000 |
| 26044800000 |
| 26044800000 |
| 26044800000 |
| 26044800000 |
| 26044800000 |

**Beef Flank Steak**

| UPC |
| --- |
| 22528000000 |
| 22520300000 |
| 22528000000 |
| 25888400000 |
| 25936800000 |
| 25966300000 |
| 25967700000 |
| 25966300000 |
| 25888400000 |
| 25888400000 |
| 20885600000 |
| 25966300000 |
| 22519100000 |
| 25911600000 |
| 22039700000 |
| 22679200000 |
| 25993200000 |
| 26015500000 |
| 22103900000 |
| 22638400000 |
| 26041700000 |
| 20679700000 |
| 22087400000 |

**Beef Flap**

| UPC |
| --- |
| 25840700000 |

**Beef Flap**

| UPC |
| --- |
| 22461100000 |
| 22450100000 |
| 25992400000 |
| 22567500000 |
| 26008900000 |
| 26014700000 |
| 22566600000 |

**Beef Flat Iron**

| UPC |
| --- |
| 26112800000 |
| 26112800000 |
| 26112800000 |
| 26112800000 |
| 25913400000 |
| 26002700000 |
| 22110200000 |
| 22116100000 |
| 22847200000 |
| 22007800000 |
| 22007900000 |
| 22136500000 |
| 22148400000 |
| 22846000000 |
| 25137500000 |
| 25981800000 |
| 25995000000 |
| 26103000000 |
| 26062100000 |
| 26117400000 |
| 25184200000 |
| 26044400000 |
| 26044400000 |
| 26044400000 |
| 26044400000 |
| 26044400000 |
| 26044400000 |
| 25908100000 |
| 26112800000 |

**Beef Gooseneck**

| UPC |
| --- |
| 22460700000 |

**Beef Ground Beef (Including Patties)**

| UPC |
| --- |
| 22841900000 |
| 22788400000 |
| 25005800000 |
| 22838700000 |
| 20735500000 |
| 25963200000 |
| 22107800000 |
| 20271000000 |
| 25795600000 |
| 25126500000 |
| 25006900000 |
| 25793000000 |
| 25127000000 |
| 20285600000 |
| 25007500000 |
| 25007000000 |

**Beef Hanger Steak**

| UPC |
| --- |
| 26117000000 |
| 22854100000 |

**Beef Hearts**

| UPC |
| --- |
| 22388400000 |

**Beef Hind Shank**

| UPC |
| --- |
| 22627000000 |
| 25993300000 |

**Beef Honeycomb Tripe**

| UPC |
| --- |
| 22765400000 |

**Beef Kidney**

| UPC |
| --- |
| 22388500000 |

**Beef Knuckle**

| UPC |
| --- |
| 20621300000 |

**Beef Liver**

| UPC |
| --- |
| 22388300000 |
| 20101000000 |
| 22728000000 |

**Beef Loin Strip Steak**

| UPC |
| --- |
| 22080700000 |
| 25009800000 |

**Beef London Broil**

| UPC |
| --- |
| 22145500000 |
| 20564000000 |
| 20578500000 |
| 20743000000 |
| 22016800000 |
| 22013200000 |
| 20152700000 |
| 22842200000 |
| 25007800000 |

7

| Beef London Broil |
|---|
| UPC |
| 25095300000 |
| 25108400000 |
| 25183800000 |
| 25888100000 |
| 25890400000 |
| 25936900000 |
| 25965600000 |
| 25966400000 |
| 25987500000 |
| 25991300000 |
| 26001700000 |
| 26009700000 |
| 25966400000 |
| 25965600000 |
| 26009700000 |
| 25965600000 |
| 25999800000 |

| Beef Meatballs |
|---|
| UPC |
| 20921400000 |
| 20128900000 |

| Beef Minute Steak |
|---|
| UPC |
| 25963300000 |
| 25958700000 |
| 22569300000 |
| 22837700000 |
| 25795400000 |

| Beef Mock Steak |
|---|
| UPC |
| 20548400000 |
| 20514000000 |

| Beef Neck Bones |
|---|
| UPC |
| 22840100000 |

| Beef NY Strip Steak |
|---|
| UPC |
| 26113100000 |
| 26113100000 |
| 26113100000 |
| 26193700000 |
| 26113100000 |
| 26002600000 |
| 26044600000 |
| 26044600000 |
| 26044600000 |
| 26044600000 |
| 26044600000 |
| 26044600000 |
| 26201800000 |
| 26201800000 |
| 26201800000 |
| 26335400000 |
| 26335400000 |
| 26335400000 |
| 25890200000 |
| 26187600000 |
| 26187600000 |
| 26187600000 |
| 26187600000 |
| 26187600000 |
| 26187600000 |
| 25910000000 |

| Beef NY Strip Steak |
|---|
| UPC |
| 22016300000 |
| 22012900000 |
| 22015300000 |
| 22120300000 |
| 22750500000 |
| 25010900000 |
| 25182800000 |
| 25864700000 |
| 25910600000 |
| 25910900000 |
| 25936200000 |
| 25937000000 |
| 25964800000 |
| 25966500000 |
| 25968400000 |
| 25987600000 |
| 26005000000 |
| 25910900000 |
| 26103100000 |
| 26009800000 |
| 25966500000 |
| 25964800000 |
| 25966500000 |
| 26009800000 |
| 25966500000 |
| 25964800000 |
| 25936400000 |
| 20774700000 |
| 22017700000 |
| 22009000000 |
| 22111000000 |
| 22506500000 |
| 22506600000 |
| 22537100000 |
| 25970800000 |
| 25984100000 |
| 25997300000 |
| 26006300000 |
| 26011700000 |
| 25970800000 |

| Beef NY Strip Steak |
|---|
| UPC |
| 25997300000 |
| 22012500000 |
| 22014500000 |
| 22052000000 |
| 25011900000 |
| 25108100000 |
| 25183600000 |
| 25937100000 |
| 25940800000 |
| 25965900000 |
| 25966600000 |
| 26003700000 |
| 25966600000 |
| 25183600000 |
| 22007500000 |
| 22013100000 |
| 22744200000 |
| 25010800000 |
| 25108000000 |
| 25183500000 |
| 25865300000 |
| 25937200000 |
| 25965400000 |
| 25966700000 |
| 25982900000 |
| 25987700000 |
| 26005100000 |
| 25966600000 |
| 26009900000 |
| 25966700000 |
| 25965400000 |
| 22017800000 |
| 22009900000 |
| 22136900000 |
| 25970900000 |
| 25998300000 |
| 26006400000 |
| 26011800000 |
| 25989500000 |
| 22766400000 |

| Beef NY Strip Steak |
|---|
| **UPC** |
| 20677700000 |
| 22117600000 |
| 26201400000 |
| 26201400000 |
| 26113100000 |
| 26044600000 |
| 26044600000 |
| 26201800000 |

| Beef Oxtail |
|---|
| **UPC** |
| 20100500000 |
| 26269300000 |
| 26269300000 |
| 22765500000 |

| Beef Pectoral |
|---|
| **UPC** |
| 22385200000 |
| 22468600000 |
| 22567300000 |
| 25973000000 |
| 25986800000 |
| 25994900000 |
| 26009000000 |
| 25994900000 |

| Beef Pepper Steak |
|---|
| **UPC** |
| 25005900000 |
| 22569200000 |
| 25963400000 |
| 25795100000 |

| Beef Pichanaha |
|---|
| **UPC** |
| 26187900000 |
| 26187900000 |
| 26187900000 |
| 26187900000 |

| Beef Pinwheel Steak |
|---|
| **UPC** |
| 2588900000 |
| 2067900000 |

| Beef Porterhouse Steak |
|---|
| **UPC** |
| 20906500000 |
| 20677400000 |
| 20232600000 |
| 20593800000 |
| 22604700000 |
| 22636000000 |
| 25867700000 |
| 22628600000 |
| 25095100000 |
| 25864800000 |
| 25910700000 |
| 25911100000 |
| 25937300000 |
| 25964900000 |
| 25966800000 |
| 25983000000 |
| 25993900000 |
| 25911100000 |
| 25966800000 |
| 26052200000 |
| 25966800000 |
| 25964900000 |

| Beef Pot Roast |
|---|
| **UPC** |
| 22722700000 |

| Beef Prime Rib |
|---|
| **UPC** |
| 25907900000 |
| 25908000000 |
| 262924000000 |

| Beef Ribeye (Roast/Steak) |
|---|
| **UPC** |
| 26275900000 |
| 25907900000 |
| 25908000000 |
| 262924000000 |
| 22122000000 |
| 22122100000 |
| 25795500000 |
| 20830400000 |
| 25910500000 |
| 20831500000 |
| 20856900000 |
| 20284300000 |
| 20679200000 |
| 263004000000 |
| 26039300000 |
| 26039400000 |
| 26041300000 |
| 26041400000 |
| 26041500000 |
| 26041900000 |
| 26041600000 |
| 26039400000 |
| 26193800000 |
| 26039400000 |
| 26041600000 |
| 26039400000 |
| 26193800000 |
| 26041600000 |

| Beef Ribeye (Roast/Steak) |
|---|
| **UPC** |
| 22722900000 |
| 22460000000 |
| 263394000000 |
| 263394000000 |
| 22558200000 |
| 26112900000 |
| 26112900000 |
| 26112900000 |
| 26112900000 |
| 26112900000 |
| 22506700000 |
| 26002500000 |
| 26044700000 |
| 26044700000 |
| 26044700000 |
| 26044700000 |
| 26044700000 |
| 26044700000 |
| 26044700000 |
| 26044700000 |
| 22080900000 |
| 26201700000 |
| 26201700000 |
| 26201700000 |
| 26201700000 |
| 26335300000 |
| 26335300000 |
| 26335300000 |
| 25963500000 |
| 20604900000 |
| 20943700000 |
| 20741300000 |
| 22471400000 |
| 26003300000 |
| 26003600000 |
| 26081900000 |
| 26082000000 |
| 26081900000 |
| 20741200000 |
| 26003200000 |

9

| Beef Ribeye (Roast/Steak) UPC | Beef Ribeye (Roast/Steak) UPC | Beef Ribeye (Roast/Steak) UPC | Beef Ribeye (Roast/Steak) UPC |
|---|---|---|---|
| 26003500000 | 25967000000 | 22015400000 | 25964600000 |
| 26301000000 | 25981600000 | 22088600000 | 25967100000 |
| 26301000000 | 25967000000 | 22573800000 | 25971200000 |
| 22471300000 | 25967000000 | 22574000000 | 25984600000 |
| 20155300000 | 25964700000 | 22574100000 | 25988000000 |
| 25942400000 | 25967000000 | 22586000000 | 26000500000 |
| 26317300000 | 25964700000 | 22610000000 | 26006800000 |
| 26317300000 | 22108000000 | 25012000000 | 26012100000 |
| 26317300000 | 20114400000 | 25119300000 | 26010200000 |
| 25009700000 | 22569500000 | 25128200000 | 26012100000 |
| 20679100000 | 22840000000 | 25864400000 | 25967100000 |
| 20677800000 | 22557800000 | 25937400000 | 25967100000 |
| 25867200000 | 25968300000 | 25964500000 | 25964600000 |
| 25867200000 | 25963600000 | 25966900000 | 22763400000 |
| 25996600000 | 20761200000 | 25984500000 | 20516600000 |
| 22723300000 | 25964100000 | 25987800000 | 22571100000 |
| 20778300000 | 22018000000 | 26006700000 | 22677000000 |
| 25204200000 | 22008700000 | 25966900000 | 26061800000 |
| 22586200000 | 22537800000 | 26103200000 | 26061800000 |
| 26262900000 | 25010400000 | 26010000000 | 26061800000 |
| 26187500000 | 25010700000 | 25966900000 | 26117600000 |
| 26187500000 | 25971100000 | 25966900000 | 26061800000 |
| 26187500000 | 25984900000 | 26010000000 | 26201500000 |
| 26187500000 | 25989600000 | 25964500000 | 26201500000 |
| 26187500000 | 25996400000 | 25966900000 | 20554100000 |
| 25921300000 | 25996500000 | 25966900000 | |
| 22015500000 | 26007100000 | 25964500000 | |
| 22013700000 | 26012000000 | 25987900000 | Beef Ribs/Riblets UPC |
| 22120100000 | 26011900000 | 26003800000 | |
| 22506300000 | 25971100000 | 25010100000 | 25139400000 |
| 25910300000 | 26011900000 | 25996700000 | 25958400000 |
| 25910300000 | 25996400000 | 26007200000 | 25890600000 |
| 20585000000 | 25996400000 | 22018100000 | 22459700000 |
| 22012200000 | 26117500000 | 22007600000 | 22460200000 |
| 22015000000 | 20268200000 | 22008900000 | 26163000000 |
| 22119600000 | 22537000000 | 22012800000 | 25795300000 |
| 22729600000 | 22676800000 | 22047200000 | 20609800000 |
| 25011800000 | 25124900000 | 25011700000 | 20155200000 |
| 25128400000 | 25867000000 | 25128300000 | 22051800000 |
| 25964700000 | 22012700000 | 25937600000 | |

| Beef Ribs/Riblets |
|---|
| UPC |
| 22135600000 |
| 20521700000 |
| 22543200000 |
| 22847700000 |
| 25139300000 |
| 25942300000 |
| 25942300000 |
| 25942300000 |
| 25942300000 |
| 20218400000 |
| 22018200000 |
| 22013600000 |
| 22136100000 |
| 25974700000 |
| 26006200000 |
| 26040900000 |
| 25974700000 |
| 26236400000 |
| 26040900000 |
| 25009500000 |
| 20197600000 |
| 22016900000 |
| 22008300000 |
| 22132600000 |
| 25970400000 |
| 25995500000 |
| 26005800000 |
| 25995500000 |
| 26010900000 |
| 26040900000 |
| 25995500000 |
| 25010600000 |
| 22115200000 |
| 22148000000 |
| 22468700000 |
| 22604800000 |
| 25973100000 |
| 25974500000 |
| 25996800000 |
| 25996900000 |

| Beef Ribs/Riblets |
|---|
| UPC |
| 26006100000 |
| 26011500000 |
| 25974500000 |
| 25973100000 |
| 25995500000 |
| 26236600000 |
| 26236500000 |
| 25996900000 |
| 26236500000 |
| 26236600000 |
| 25967800000 |
| 20126100000 |
| 20288000000 |
| 22084400000 |

| Beef Round (Steak, Roast, Flat) |
|---|
| UPC |
| 22449800000 |
| 20114500000 |
| 25888300000 |
| 25969600000 |
| 25009900000 |
| 26265800000 |
| 26264700000 |
| 26264900000 |
| 20679300000 |
| 25863100000 |
| 25963100000 |
| 20229500000 |
| 22016600000 |
| 22018900000 |
| 22011000000 |
| 22133400000 |
| 22822000000 |
| 22822800000 |
| 25971600000 |
| 25991600000 |

| Beef Round (Steak, Roast, Flat) |
|---|
| UPC |
| 25999900000 |
| 26009500000 |
| 26009500000 |
| 22133700000 |
| 22133800000 |
| 22148900000 |
| 22453500000 |
| 22454300000 |
| 22468400000 |
| 22468500000 |
| 22507300000 |
| 22726800000 |
| 22729700000 |
| 25972700000 |
| 25973400000 |
| 25986600000 |
| 25989100000 |
| 25993800000 |
| 25998900000 |
| 25999000000 |
| 26016100000 |
| 26011200000 |
| 26016100000 |
| 25973400000 |
| 26236800000 |
| 26236900000 |
| 25972700000 |
| 25998900000 |
| 26236800000 |
| 26011200000 |
| 25999000000 |
| 25998900000 |
| 25989000000 |
| 25989000000 |
| 22010400000 |
| 22010500000 |
| 22112200000 |
| 22149100000 |
| 22150000000 |

| Beef Round (Steak, Roast, Flat) |
|---|
| UPC |
| 20577100000 |
| 22084700000 |
| 22469200000 |
| 20231100000 |
| 22050700000 |
| 22469300000 |
| 22010300000 |
| 20252800000 |

| Beef Rump Roast |
|---|
| UPC |
| 20679400000 |
| 22013400000 |
| 22120800000 |
| 22145600000 |
| 25095000000 |
| 25183900000 |
| 25888200000 |
| 25937700000 |
| 25965700000 |
| 25967200000 |
| 26005300000 |
| 26010300000 |
| 25967200000 |
| 25965700000 |
| 26002900000 |
| 26044900000 |
| 26044900000 |
| 26044900000 |
| 26044900000 |
| 26044900000 |
| 26044900000 |
| 25120600000 |
| 26001800000 |
| 26103300000 |

11

| Beef Scrapple |
|---|
| UPC |
| 20316200000 |

| Beef Shank |
|---|
| UPC |
| 20127800000 |
| 22449600000 |
| 22449600000 |
| 22625100000 |
| 25970400000 |
| 22144700000 |
| 22144800000 |
| 25975700000 |
| 26040800000 |
| 26236100000 |

| Beef Shaved Chuck Steak |
|---|
| UPC |
| 26061700000 |
| 26061700000 |
| 26061700000 |
| 26117300000 |
| 26061700000 |

| Beef Short Loin |
|---|
| UPC |
| 22460400000 |
| 22723100000 |

| Beef Short Ribs |
|---|
| UPC |
| 25007200000 |
| 20579500000 |
| 25005700000 |

| Beef Short Ribs |
|---|
| UPC |
| 22459800000 |
| 20136600000 |
| 20194400000 |
| 22847800000 |
| 22566500000 |
| 22567900000 |
| 22569400000 |
| 25934300000 |
| 25974800000 |
| 25982200000 |
| 25997000000 |
| 26004400000 |
| 26062200000 |
| 26236700000 |
| 25974800000 |
| 25997000000 |
| 26236700000 |
| 25963800000 |

| Beef Shoulder (Roast, Steak) |
|---|
| UPC |
| 20732600000 |
| 20244100000 |
| 22624900000 |
| 22764900000 |
| 25890500000 |
| 25973800000 |
| 25983400000 |
| 25996100000 |
| 26005600000 |
| 25973800000 |
| 26236000000 |
| 25006800000 |
| 22148500000 |
| 22472300000 |
| 25973200000 |

| Beef Shoulder (Roast, Steak) |
|---|
| UPC |
| 25986300000 |
| 25995800000 |
| 26008500000 |
| 26235900000 |
| 25995800000 |

| Beef Sirloin (Steak, Filet, Roast, Kabob, Tip, Strips) |
|---|
| UPC |
| 22635700000 |
| 22014300000 |
| 20289800000 |
| 25888800000 |
| 25993600000 |
| 26334900000 |
| 26334900000 |
| 25888900000 |
| 26201600000 |
| 26201600000 |
| 22615700000 |
| 25094400000 |
| 26105000000 |
| 26112200000 |
| 26105000000 |
| 26112200000 |
| 26105000000 |
| 26116700000 |
| 26105000000 |
| 26105000000 |
| 26044500000 |
| 26044500000 |
| 26044500000 |
| 26044500000 |
| 26044500000 |
| 26044500000 |

| Beef Sirloin (Steak, Filet, Roast, Kabob, Tip, Strips) |
|---|
| UPC |
| 26044500000 |
| 26002400000 |
| 26001500000 |
| 26116900000 |
| 25920900000 |
| 26044500000 |
| 22528200000 |
| 20790200000 |
| 22018500000 |
| 22009700000 |
| 25971400000 |
| 22518800000 |
| 22073400000 |
| 25888500000 |
| 25865400000 |
| 25966000000 |
| 25969000000 |
| 25969000000 |
| 25966000000 |
| 25936000000 |
| 20155600000 |
| 20215000000 |
| 25991900000 |
| 20594300000 |
| 20219700000 |
| 25968100000 |
| 25968500000 |
| 26103400000 |
| 22677100000 |
| 22677200000 |
| 22677400000 |
| 25974100000 |
| 25987000000 |
| 25990600000 |
| 25997600000 |
| 26009200000 |
| 26012900000 |
| 26015400000 |

| Beef Sirloin (Steak, Filet, Roast, Kabob, Tip, Strips) |
|---|
| UPC |
| 20232400000 |
| 22085000000 |
| 25911500000 |
| 25942500000 |
| 20677600000 |
| 22016500000 |
| 22009500000 |
| 22072400000 |
| 22108400000 |
| 22111400000 |
| 22538300000 |
| 22576000000 |
| 22613800000 |
| 25011100000 |
| 25011200000 |
| 25865000000 |
| 25911300000 |
| 25938100000 |
| 25965100000 |
| 25967600000 |
| 25976300000 |
| 25986200000 |
| 25988400000 |
| 26008400000 |
| 25911300000 |
| 26010600000 |
| 25967600000 |
| 25967600000 |
| 25965100000 |
| 20558100000 |
| 22018400000 |
| 22009400000 |
| 25011000000 |
| 25971300000 |
| 25987100000 |
| 25990700000 |
| 25993100000 |
| 25997900000 |

| Beef Sirloin (Steak, Filet, Roast, Kabob, Tip, Strips) |
|---|
| UPC |
| 25997900000 |
| 26013000000 |
| 25997900000 |
| 22010700000 |
| 22010800000 |
| 22051400000 |
| 22135900000 |
| 22112400000 |
| 22112500000 |
| 22118400000 |
| 22719400000 |
| 22743400000 |
| 22743500000 |
| 25974200000 |
| 25974300000 |
| 25990100000 |
| 25991200000 |
| 25991400000 |
| 25999100000 |
| 25999200000 |
| 26012400000 |
| 26237000000 |
| 25999100000 |
| 22584900000 |
| 25973600000 |
| 25973600000 |
| 25863200000 |
| 25866000000 |
| 22519300000 |
| 22464700000 |
| 26237900000 |
| 22520100000 |
| 25095200000 |
| 25183400000 |
| 25865200000 |
| 25965300000 |
| 25967300000 |
| 25990000000 |

| Beef Sirloin (Steak, Filet, Roast, Kabob, Tip, Strips) |
|---|
| UPC |
| 25991100000 |
| 25998100000 |
| 26004500000 |
| 26012300000 |
| 26013400000 |
| 20680100000 |
| 20686300000 |
| 25957700000 |
| 25957600000 |
| 25888600000 |
| 25964200000 |
| 20678800000 |
| 26112200000 |

| Beef Sirloin Flap |
|---|
| UPC |
| 26112100000 |
| 26112100000 |
| 26112100000 |
| 26112100000 |
| 22564100000 |
| 25986700000 |
| 22091400000 |
| 22121600000 |
| 25998600000 |
| 26015900000 |

| Beef Skirt Steak |
|---|
| UPC |
| 22119300000 |
| 22609600000 |
| 22614400000 |
| 22901200000 |

| Beef Skirt Steak |
|---|
| UPC |
| 25890300000 |
| 25972400000 |
| 25986900000 |
| 25990200000 |
| 25997100000 |
| 26009100000 |
| 26112500000 |
| 26112500000 |
| 26112500000 |
| 26012500000 |
| 26236300000 |
| 26112500000 |
| 25997100000 |
| 25969700000 |
| 25969800000 |
| 25963900000 |
| 22605000000 |
| 22890400000 |
| 25997200000 |
| 25997200000 |
| 25997200000 |
| 26117900000 |
| 25935900000 |

| Beef Stew |
|---|
| UPC |
| 26276200000 |
| 20286900000 |
| 20244500000 |
| 25126600000 |
| 25962600000 |
| 22767800000 |
| 25974900000 |
| 25977900000 |
| 26040700000 |
| 26040700000 |
| 25974900000 |
| 26040700000 |
| 26040700000 |

13

| Beef Stew |
|---|
| **UPC** |
| 25009400000 |
| 20224200000 |
| 20547100000 |
| 20679600000 |
| 22019500000 |
| 22011400000 |
| 22048400000 |
| 22107900000 |
| 22134600000 |
| 22134700000 |
| 22113100000 |
| 22119000000 |
| 22149500000 |
| 22454100000 |
| 22469000000 |
| 22726100000 |
| 22744600000 |
| 22821800000 |
| 25011400000 |
| 25151200000 |
| 25972500000 |
| 25990300000 |
| 25992700000 |
| 25992900000 |
| 25994300000 |
| 25994400000 |
| 25994500000 |
| 26004600000 |
| 26007400000 |
| 26015000000 |
| 26031600000 |
| 26045100000 |
| 26015200000 |
| 26031600000 |
| 26015200000 |
| 26031600000 |
| 25994300000 |
| 25994400000 |
| 26004700000 |
| 20237700000 |
| 20606000000 |

| Beef Stew |
|---|
| **UPC** |
| 22019700000 |
| 22011500000 |
| 22134500000 |
| 22149200000 |
| 22726200000 |
| 25972600000 |
| 25982500000 |
| 25990400000 |
| 25994600000 |
| 25994700000 |
| 26031500000 |
| 26012700000 |
| 25994600000 |
| 26002800000 |
| 22019600000 |
| 22011300000 |
| 26237300000 |
| 22149300000 |
| 20580600000 |

| Beef Stir Fry |
|---|
| **UPC** |
| 26317200000 |
| 26317200000 |
| 26317200000 |
| 22013500000 |
| 22014200000 |
| 22134900000 |
| 22719600000 |
| 22743300000 |
| 22822600000 |
| 25974400000 |
| 25984300000 |
| 25994800000 |
| 26006500000 |
| 25974400000 |
| 25994800000 |

| Beef Strip Steak |
|---|
| **UPC** |
| 26115600000 |
| 26115600000 |
| 26115600000 |
| 26115600000 |
| 22558300000 |
| 22745300000 |
| 22891100000 |
| 22460300000 |
| 20256800000 |
| 20141900000 |
| 20778400000 |
| 25182900000 |
| 26115700000 |
| 22473400000 |
| 22484200000 |
| 25973300000 |
| 25991000000 |
| 25998200000 |
| 22116900000 |
| 25012500000 |
| 25126800000 |
| 25867300000 |
| 25911700000 |
| 25010000000 |
| 20596100000 |
| 25867500000 |
| 22086400000 |
| 26263000000 |

| Beef Sweetbreads |
|---|
| **UPC** |
| 20100700000 |
| 25496600000 |

| Beef T-Bone Steak |
|---|
| **UPC** |
| 25911000000 |
| 22609500000 |
| 22614200000 |
| 25911000000 |
| 20131700000 |
| 20145700000 |
| 26187200000 |
| 26187200000 |
| 26187200000 |
| 26187200000 |
| 22558600000 |
| 20593900000 |
| 26006600000 |
| 20677300000 |
| 22676500000 |
| 20199300000 |
| 22009200000 |
| 22014100000 |
| 25997500000 |
| 25997500000 |
| 25983200000 |
| 25988200000 |
| 25993400000 |
| 22009100000 |
| 22012400000 |
| 22728800000 |
| 25119500000 |
| 25864900000 |
| 25910800000 |
| 25937900000 |
| 25975000000 |
| 25965000000 |
| 25967400000 |
| 25997400000 |
| 26010400000 |
| 25967400000 |
| 25965000000 |
| 22017900000 |
| 22010000000 |
| 25971000000 |

| Beef T-Bone Steak |
|---|
| UPC |
| 25990500000 |
| 25998400000 |
| 25998500000 |
| 26012800000 |
| 26012800000 |
| 22086300000 |
| 22117700000 |

| Beef Tenderloin |
|---|
| UPC |
| 22765000000 |
| 22804000000 |
| 25965200000 |
| 25967500000 |
| 22119700000 |
| 25967500000 |
| 25965200000 |
| 26335500000 |
| 26335500000 |
| 26335500000 |
| 20255300000 |
| 20128600000 |
| 20147100000 |
| 263005000000 |
| 22723000000 |
| 25911200000 |
| 25911200000 |
| 22679400000 |
| 25910100000 |
| 26187400000 |
| 26187400000 |
| 26187400000 |
| 26187400000 |
| 26187400000 |
| 22763200000 |
| 25119400000 |
| 25865100000 |
| 22119700000 |

| Beef Tenderloin |
|---|
| UPC |
| 25967500000 |
| 26103500000 |
| 26299500000 |
| 22446100000 |
| 25993500000 |
| 20155500000 |
| 22767900000 |
| 22556000000 |
| 22557900000 |
| 25967900000 |
| 25968000000 |
| 25938000000 |
| 25988300000 |
| 26010500000 |
| 20200300000 |
| 20595500000 |
| 20588300000 |
| 22012300000 |

| Beef Tomahawk |
|---|
| UPC |
| 26187300000 |
| 26187300000 |
| 26187300000 |
| 26187300000 |
| 26187300000 |
| 26187300000 |
| 26187300000 |
| 26187300000 |

| Beef Tongue |
|---|
| UPC |
| 22765100000 |
| 20644000000 |
| 25978500000 |
| 22075000000 |

| Beef Top (Round, Loin, Milanesa, Blade, Steak) |
|---|
| UPC |
| 25996000000 |
| 22605600000 |
| 20773600000 |
| 20133000000 |
| 22047700000 |
| 25993000000 |
| 22506800000 |
| 22010900000 |
| 22134000000 |
| 22726900000 |
| 22784800000 |
| 25971500000 |
| 25985800000 |
| 25989300000 |
| 25992500000 |
| 25999600000 |
| 25999700000 |
| 26011600000 |
| 25971500000 |
| 25999600000 |
| 22785200000 |
| 25006000000 |
| 22018700000 |
| 22118600000 |
| 26014800000 |
| 26237100000 |
| 26269500000 |
| 26269500000 |
| 26269500000 |
| 26319600000 |
| 20138200000 |
| 20943100000 |
| 26008000000 |
| 22047000000 |
| 26319600000 |
| 25945600000 |

| Beef Top (Round, Loin, Milanesa, Blade, Steak) |
|---|
| UPC |
| 25945800000 |
| 26112200000 |
| 26112200000 |
| 20131900000 |
| 25865800000 |
| 22558500000 |
| 22016700000 |
| 22842000000 |

| Beef Tri Tip (Roast, Steak) |
|---|
| UPC |
| 20679900000 |
| 20390100000 |
| 20651900000 |
| 25936100000 |
| 22786400000 |
| 22046900000 |
| 26097900000 |
| 26097900000 |
| 26006900000 |
| 25889100000 |
| 26187700000 |
| 26187700000 |
| 25950700000 |
| 22528800000 |
| 26263700000 |
| 20620900000 |
| 20737600000 |
| 22519600000 |
| 22519700000 |
| 22520800000 |
| 25970100000 |
| 25985100000 |
| 26005500000 |
| 25985100000 |

15

| Beef Tri Tip (Roast, Steak) |
|---|
| **UPC** |
| 25970100000 |
| 25970100000 |
| 25985100000 |
| 25970100000 |
| 25965500000 |
| 25965500000 |
| 25965500000 |
| 22519800000 |
| 25108200000 |

| Buffalo Steak |
|---|
| **UPC** |
| 20973100000 |

| Veal (Incl. Ground) |
|---|
| **UPC** |
| 20692300000 |
| 25007700000 |
| 25006300000 |
| 25006100000 |
| 25006200000 |
| 20695900000 |

| Beef Tripe |
|---|
| **UPC** |
| 20100400000 |
| 26252500000 |
| 26252600000 |
| 26252500000 |
| 20101100000 |
| 22788300000 |
| 22853600000 |
| 20101300000 |
| 22765300000 |
| 22765700000 |
| 22388100000 |
| 20719300000 |
| 20671900000 |

| Bison Steak |
|---|
| **UPC** |
| 22089600000 |

| Bratwurst |
|---|
| **UPC** |
| 20433100000 |
| 25889800000 |

16

DocuSign Envelope ID: 56628915-7295-4743-AA27-BCD4A6117ECE

# CHICKEN PRODUCTS

| Chicken – Whole, Half, Quarter |
| --- |
| UPC |
| 22464200000 |
| 22568700000 |
| 20739200000 |
| 26323900000 |
| 26324000000 |
| 26104600000 |
| 26104500000 |
| 26310400000 |
| 22569100000 |
| 25961100000 |
| 25794800000 |
| 26139100000 |

| Chicken – Whole (Incl. Roasting), Cut Up |
| --- |
| UPC |
| 22463400000 |
| 25912400000 |
| 22448100000 |
| 22449300000 |
| 22591000000 |
| 25783800000 |
| 25892700000 |
| 22449300000 |
| 27870500000 |
| 25892700000 |
| 25892700000 |
| 25892700000 |
| 20745700000 |
| 22098300000 |
| 25940700000 |
| 25940400000 |
| 20316700000 |
| 20316800000 |
| 26042400000 |
| 25095500000 |
| 26180500000 |

| Chicken – Whole (Incl. Roasting), Cut Up |
| --- |
| UPC |
| 20744300000 |
| 20395900000 |
| 27880500000 |
| 22591100000 |
| 22680200000 |
| 25784100000 |
| 22591100000 |
| 25139000000 |
| 25856200000 |
| 25935600000 |
| 25784100000 |
| 26080500000 |
| 27980500000 |
| 25856200000 |
| 22099800000 |
| 25925700000 |
| 26042300000 |
| 27085500000 |
| 26085500000 |
| 26185500000 |
| 22563300000 |
| 22591800000 |
| 25943600000 |
| 26072800000 |
| 26072800000 |
| 25943600000 |
| 20747300000 |
| 22785300000 |
| 25861800000 |
| 25949000000 |
| 25949100000 |
| 20747300000 |
| 22785300000 |
| 25939600000 |
| 26269200000 |
| 26024100000 |
| 25008500000 |
| 25933600000 |
| 22074300000 |
| 20366000000 |

| Chicken – Whole (Incl. Roasting), Cut Up |
| --- |
| UPC |
| 25794900000 |
| 25935700000 |
| 26212500000 |
| 25794400000 |

| Chicken – (Breast. Pieces, Tender, Split) |
| --- |
| UPC |
| 20912800000 |
| 25008600000 |
| 26263500000 |
| 26226360000 |
| 25958200000 |
| 20997500000 |
| 20242600000 |
| 20912700000 |
| 25862700000 |
| 25939800000 |
| 20747600000 |
| 20747600000 |
| 22543700000 |
| 25138700000 |
| 22621300000 |
| 25138700000 |
| 25151800000 |
| 25152000000 |
| 20747600000 |
| 22621500000 |
| 22717500000 |
| 22020000000 |
| 25862100000 |
| 25862100000 |
| 22020000000 |
| 25940000000 |
| 25939400000 |
| 25939300000 |

| Chicken – (Breast. Pieces, Tender, Split) |
| --- |
| UPC |
| 25939300000 |
| 25943100000 |
| 26073400000 |
| 26073400000 |
| 25943100000 |
| 25943100000 |
| 25943200000 |
| 26073500000 |
| 26073500000 |
| 25943200000 |
| 25943200000 |
| 25942800000 |
| 20254000000 |
| 20254000000 |
| 20747800000 |
| 22543800000 |
| 22620900000 |
| 25138800000 |
| 20747800000 |
| 25939900000 |
| 25943300000 |
| 25943300000 |
| 22841800000 |
| 22841800000 |
| 20254800000 |
| 22451700000 |
| 22841700000 |
| 25849100000 |
| 22451700000 |
| 25943000000 |
| 26072900000 |
| 26072900000 |
| 25943000000 |
| 25943000000 |
| 25139200000 |
| 25942800000 |
| 25942700000 |

| Chicken – (Breast, Pieces, Tender, Split) | Chicken – (Breast, Pieces, Tender, Split) | Chicken – (Breast, Pieces, Tender, Split) | Chicken – (Breast, Pieces, Tender, Split) |
|---|---|---|---|
| UPC | UPC | UPC | UPC |
| 26073100000 | 20549600000 | 25858000000 | 26310800000 |
| 26073100000 | 20549600000 | 25857900000 | 22616000000 |
| 25942700000 | 26094600000 | 25857900000 | 22616000000 |
| 25942700000 | 26094600000 | 26055000000 | 26225000000 |
| 22563100000 | 26094600000 | 26055000000 | 22557600000 |
| 25007100000 | 26163800000 | 25944000000 | 22557300000 |
| 20744700000 | 26163800000 | 25857800000 | 25905200000 |
| 22470200000 | 26163800000 | 25857800000 | 20749100000 |
| 22722300000 | 26163800000 | 25857300000 | 20338400000 |
| 25893900000 | 26163800000 | 25857300000 | 26092700000 |
| 22477700000 | 26163800000 | 25857300000 | 20637800000 |
| 22590400000 | 26163800000 | 25857300000 | 20299200000 |
| 25784700000 | 26179800000 | 25857300000 | 25794700000 |
| 25125000000 | 26180100000 | 25912600000 | 22094100000 |
| 25856000000 | 26163800000 | 20511800000 | 22615900000 |
| 22590400000 | 26251400000 | 20511800000 | 25892400000 |
| 22107500000 | 20544900000 | 26212200000 | 25892900000 |
| 20544900000 | 26308400000 | 26212200000 | 25893300000 |
| 20546600000 | 26163800000 | 25793300000 | 25892200000 |
| 20549600000 | 27082900000 | 25793300000 | 26053100000 |
| 20746700000 | 25857700000 | 26212600000 | 22615900000 |
| 22047600000 | 25908200000 | 26104100000 | 22615900000 |
| 22093700000 | 25862600000 | 26104800000 | 26163700000 |
| 20254500000 | 25862600000 | 26024200000 | 26163700000 |
| 22536000000 | 26251500000 | 26024700000 | 26163700000 |
| 22592400000 | 22020200000 | 25008100000 | 26163700000 |
| 22763000000 | 25794300000 | 26196700000 | 26163700000 |
| 25783600000 | 20366300000 | 25933400000 | 26163700000 |
| 25784400000 | 22463200000 | 25933700000 | 26163700000 |
| 25125100000 | 22463300000 | 26323900000 | 26163700000 |
| 25152300000 | 25656200000 | 26324300000 | 22766700000 |
| 25856100000 | 22678100000 | 26324200000 | 22766700000 |
| 25783600000 | 22678200000 | 26324100000 | 26212700000 |
| 25125100000 | 26233900000 | 26319300000 | 26104200000 |
| 25906800000 | 22827500000 | 26319200000 | 22568300000 |
| 22616800000 | 25858000000 | 27861900000 | 26055200000 |
| 27982900000 | 25858000000 | 26310900000 | 26055200000 |

| Chicken – (Breast, Pieces, Tender, Split) | Chicken – (Breast, Pieces, Tender, Split) | Chicken – (Breast, Pieces, Tender, Split) | Chicken – (Breast, Pieces, Tender, Split) |
|---|---|---|---|
| UPC | UPC | UPC | UPC |
| 22728300000 | 26164300000 | 26073000000 | 26052000000 |
| 25784500000 | 26164300000 | 20747400000 | 26278000000 |
| 25120000000 | 26164300000 | 25943400000 | 26309400000 |
| 25125200000 | 26164300000 | 25943400000 | 20791000000 |
| 25906900000 | 26164300000 | 25906600000 | 22093300000 |
| 22616700000 | 26193900000 | 20208800000 | 22463500000 |
| 26308500000 | 26164300000 | 20320800000 | 22591200000 |
| 25905600000 | 26235200000 | 22094200000 | 22768500000 |
| 26024300000 | 26164300000 | 20172800000 | 25784600000 |
| 22569000000 | 26164300000 | 25912300000 | 25125300000 |
| 20745500000 | 22557500000 | 26324500000 | 25906300000 |
| 22020900000 | 25893800000 | 26319500000 | 26055300000 |
| 22103100000 | 20186600000 | 26310700000 | 26055300000 |
| 22592100000 | 20567100000 | 26024600000 | 26055300000 |
| 25785500000 | 25908300000 | 25925800000 | 26308600000 |
| 25119900000 | 25857400000 | 25656300000 | 26104400000 |
| 25125800000 | 26196400000 | 20631000000 | 26212800000 |
| 22592100000 | 26196500000 | 20627500000 | 26212800000 |
| 22592100000 | 26196300000 | 22408400000 | 22470400000 |
| 22103100000 | 26310500000 | 25908400000 | 22470400000 |
| 26278200000 | 20912100000 | 25934700000 | 22822400000 |
| 26309300000 | 26175500000 | 20744400000 | 25008200000 |
| 25095600000 | 20771600000 | 20387000000 | 25009200000 |
| 22557400000 | 26054700000 | 22555500000 | 25962200000 |
| 26065800000 | 26054900000 | 26087200000 | |
| 26065800000 | 25008700000 | 25783900000 | |
| 20912900000 | 20303600000 | 22592200000 | Chicken Backs |
| 25911900000 | 25962100000 | 25093500000 | |
| 26334800000 | 26175700000 | 25125900000 | UPC |
| 25912200000 | 26252900000 | 25891500000 | 22463800000 |
| 22040100000 | 25912100000 | 25945100000 | 22094000000 |
| 22103200000 | 25940200000 | 25940500000 | |
| 25784800000 | 20747400000 | 20791000000 | |
| 25905700000 | 25849200000 | 22768400000 | |
| 22040100000 | 25861900000 | 26052000000 | |
| 22040100000 | 25943400000 | 20791000000 | |
| 22040100000 | 26073000000 | 26141600000 | |

| Chicken Bones |
| --- |
| UPC |
| 25794600000 |
| 22568900000 |

| Chicken – Drumsticks, Leg Quarters, Thighs, Wings |
| --- |
| UPC |
| 22092100000 |
| 26333700000 |
| 26252900000 |
| 25912100000 |
| 25940200000 |
| 20747400000 |
| 25849200000 |
| 25861900000 |
| 25943400000 |
| 26073000000 |
| 26073000000 |
| 20747400000 |
| 25943400000 |
| 25943400000 |
| 25906600000 |
| 20208800000 |
| 20320800000 |
| 22094200000 |
| 20172800000 |
| 25912300000 |
| 26324500000 |
| 26319500000 |
| 26310700000 |
| 26024600000 |
| 25925800000 |
| 25656300000 |
| 20631000000 |
| 20627500000 |
| 22408400000 |
| 25908400000 |
| 25934700000 |
| 20744400000 |

| Chicken – Drumsticks, Leg Quarters, Thighs, Wings |
| --- |
| UPC |
| 20387000000 |
| 22555500000 |
| 26087200000 |
| 25783900000 |
| 22592200000 |
| 25093500000 |
| 25125900000 |
| 25891500000 |
| 25945100000 |
| 25940500000 |
| 20791000000 |
| 22768400000 |
| 26052000000 |
| 20791000000 |
| 26141600000 |
| 26052000000 |
| 26278000000 |
| 26309400000 |
| 20791000000 |
| 22093300000 |
| 22463500000 |
| 22591200000 |
| 22768500000 |
| 25784600000 |
| 25125300000 |
| 25906300000 |
| 26055300000 |
| 26055300000 |
| 26055300000 |
| 26308600000 |
| 26104400000 |
| 26212800000 |
| 26212800000 |
| 22470400000 |
| 22470400000 |
| 22822400000 |
| 25008200000 |
| 25009200000 |
| 25962200000 |
| 22496000000 |

| Chicken – Drumsticks, Leg Quarters, Thighs, Wings |
| --- |
| UPC |
| 22495800000 |
| 25862500000 |
| 25862400000 |
| 25857500000 |
| 25857500000 |
| 25857500000 |
| 22092000000 |
| 25794200000 |
| 25892300000 |
| 22463100000 |
| 22107700000 |
| 25656700000 |
| 25008000000 |
| 22449200000 |
| 22006500000 |
| 26185900000 |
| 22591900000 |
| 25152400000 |
| 26053500000 |
| 22449200000 |
| 22449200000 |
| 22449200000 |
| 26163900000 |
| 26163900000 |
| 26163900000 |
| 26163900000 |
| 26163900000 |
| 26163900000 |
| 20172100000 |
| 25905100000 |
| 25857600000 |
| 25857600000 |
| 25960000000 |
| 20746800000 |
| 20747200000 |
| 25901700000 |
| 25901700000 |
| 22573000000 |
| 22573000000 |
| 25857200000 |

| Chicken – Drumsticks, Leg Quarters, Thighs, Wings |
| --- |
| UPC |
| 25892600000 |
| 25892800000 |
| 25892600000 |
| 25892600000 |
| 26163300000 |
| 26163300000 |
| 26163300000 |
| 26163300000 |
| 26163300000 |
| 26163300000 |
| 26253000000 |
| 20366200000 |
| 22107600000 |
| 25940100000 |
| 20747700000 |
| 22621400000 |
| 25849300000 |
| 25862000000 |
| 20747700000 |
| 25943700000 |
| 26073600000 |
| 26073600000 |
| 25943700000 |
| 25943700000 |
| 25943500000 |
| 26073200000 |
| 26073200000 |
| 25943500000 |
| 25943500000 |
| 22006800000 |
| 25849600000 |
| 22006800000 |
| 26163200000 |
| 26163200000 |
| 26163200000 |
| 22678000000 |
| 22678000000 |
| 25905400000 |
| 22563200000 |
| 22592000000 |

21

DocuSign Envelope ID: C66289 1F-769E-474A-AA27-B6D4A617FCF

| Chicken – Drumsticks, Leg Quarters, Thighs, Wings UPC | Chicken – Drumsticks, Leg Quarters, Thighs, Wings UPC | Chicken – Drumsticks, Leg Quarters, Thighs, Wings UPC | Chicken – Drumsticks, Leg Quarters, Thighs, Wings UPC |
|---|---|---|---|
| 22768100000 | 25048300000 | 25784000000 | 20344200000 |
| 25785000000 | 25093400000 | 25508200000 | 20167700000 |
| 26308900000 | 25126000000 | 20625800000 | 25926000000 |
| 20713300000 | 25940600000 | 20625800000 | 22568600000 |
| 22110100000 | 20116900000 | 26212300000 | 25656400000 |
| 22569700000 | 26278100000 | 26104300000 | 20745300000 |
| 22620700000 | 26309500000 | 26337500000 | 22093900000 |
| 25784200000 | 22093400000 | 22569600000 | 22591400000 |
| 25892500000 | 22591300000 | 22822500000 | 22728600000 |
| 25893000000 | 22768300000 | 25008300000 | 25785300000 |
| 25892000000 | 25784900000 | 25008400000 | 25119700000 |
| 25893200000 | 25906400000 | 20608800000 | 25906500000 |
| 25891700000 | 26308800000 | 26196900000 | 26309100000 |
| 26053400000 | 25009300000 | 20624800000 | 20745600000 |
| 20713300000 | 26324400000 | 25947600000 | 20643100000 |
| 22569700000 | 26319400000 | 25891400000 | 22093100000 |
| 20713300000 | 26310600000 | 25908600000 | 22568400000 |
| 22569700000 | 26164200000 | 26052100000 | 22592300000 |
| 26163500000 | 26164200000 | 25934600000 | 22728700000 |
| 26163400000 | 26164200000 | 25960200000 | 25784300000 |
| 26163400000 | 26337600000 | 26337700000 | 25093600000 |
| 26163500000 | 22785400000 | 25794500000 | 25119800000 |
| 26163400000 | 25912000000 | 20747500000 | 25945200000 |
| 26163500000 | 26164000000 | 26073300000 | 20643100000 |
| 26163400000 | 26164000000 | 26073300000 | 26278300000 |
| 26163500000 | 26164000000 | 25942900000 | 26309600000 |
| 26163400000 | 26024800000 | 25911800000 | 22590600000 |
| 26163500000 | 25795000000 | 25940300000 | 25785400000 |
| 26163400000 | 20208900000 | 25944100000 | 25119600000 |
| 26163500000 | 20343300000 | 25944100000 | 25125600000 |
| 26163400000 | 20172700000 | 25944100000 | 25906700000 |
| 26211800000 | 25925900000 | 25944100000 | 26291000000 |
| 26251300000 | 25656500000 | 25944100000 | 26309200000 |
| 25960300000 | 26055100000 | 25944100000 | 25934800000 |
| 25944200000 | 26055100000 | 25944100000 | 25508100000 |
| 25944200000 | 25905300000 | 25944100000 | 26337800000 |
| 25944200000 | 20565400000 | 20628200000 | 26196800000 |
| 25960100000 | 20744500000 | 20628200000 | 25933500000 |
| 22568800000 | 22093000000 | 26212400000 | 25908500000 |
| 22590500000 | 22768200000 | 26104700000 | 26055400000 |

DocuSign Envelope ID: C66286F5-739E-4748-AA27-BCD4A617FCF

| Chicken – Drumsticks, Leg Quarters, Thighs, Wings |
|---|
| UPC |
| 26055400000 |
| 22074200000 |
| 26164100000 |
| 26164100000 |
| 26164100000 |
| 26276100000 |
| 22464000000 |

| Chicken Fajita |
|---|
| UPC |
| 20698900000 |
| 22409300000 |

| Chicken – Gizzard, Heart, Neck, Tail, Feet |
|---|
| UPC |
| 25977200000 |
| 26896300000 |
| 25964300000 |
| 25976400000 |
| 26896300000 |
| 25964300000 |
| 20216400000 |
| 26280100000 |
| 20334400000 |
| 26059400000 |
| 26059400000 |
| 26059400000 |
| 26278500000 |
| 26059400000 |
| 26275400000 |
| 20291900000 |
| 20291900000 |
| 22109700000 |
| 20209300000 |
| 25926400000 |

| Chicken – Gizzard, Heart, Neck, Tail, Feet |
|---|
| UPC |
| 25925500000 |
| 25107300000 |
| 26066900000 |

| Chicken Ground |
|---|
| UPC |
| 25912500000 |
| 25960600000 |
| 25913300000 |

| Chicken Hearts |
|---|
| UPC |
| 20281200000 |

| Chicken Kabobs |
|---|
| UPC |
| 20940400000 |
| 20940600000 |
| 25943800000 |
| 25943800000 |
| 20699000000 |

| Chicken Liver |
|---|
| UPC |
| 25785200000 |
| 22591600000 |
| 25838100000 |
| 25785200000 |
| 20745800000 |
| 20336700000 |

| Chicken Nugget, Strip, Tender |
|---|
| UPC |
| 25943900000 |
| 26270100000 |
| 26175600000 |
| 20537300000 |
| 26175800000 |
| 26196600000 |

| Chicken Paws |
|---|
| UPC |
| 2633600000 |

| Chicken Tenderloin |
|---|
| UPC |
| 26212900000 |
| 26212900000 |
| 26212900000 |
| 263395000000 |

| Churrasco |
|---|
| UPC |
| 26270300000 |
| 26270300000 |
| 26270300000 |
| 26270300000 |
| 26270300000 |

| Cornish Hen |
|---|
| UPC |
| 26059000000 |

| Hen |
|---|
| UPC |
| 20288300000 |
| 22104700000 |

| 20925700000 |
|---|

DocuSign Envelope ID: C66289 F-769E-4748-AA27-BCD4A6117ECE

# **PORK PRODUCTS**

| Bacon, Kielbassi, Belly, Brisket, Carne, Carnitas, Al Pastor, Ears, Fatback, Feet, Jowls, Neckbones, Snout, Tail, Stomach | Bacon, Kielbassi, Belly, Brisket, Carne, Carnitas, Al Pastor, Ears, Fatback, Feet, Jowls, Neckbones, Snout, Tail, Stomach | Bacon, Kielbassi, Belly, Brisket, Carne, Carnitas, Al Pastor, Ears, Fatback, Feet, Jowls, Neckbones, Snout, Tail, Stomach | Bacon, Kielbassi, Belly, Brisket, Carne, Carnitas, Al Pastor, Ears, Fatback, Feet, Jowls, Neckbones, Snout, Tail, Stomach |
|---|---|---|---|
| UPC | UPC | UPC | UPC |
| 262500000 | 22682600000 | 22449000000 | 22619400000 |
| 22081100000 | 26066600000 | 20918100000 | 22699000000 |
| 22081100000 | 20142900000 | 20920300000 | 22716000000 |
| 26284300000 | 22682700000 | 20167400000 | 20771700000 |
| 25889200000 | 24109700000 | 20948000000 | 22096800000 |
| 20134200000 | 21030100000 | 20158600000 | 22619400000 |
| 27393300000 | 20918300000 | 20383200000 | 22619300000 |
| 26311300000 | 20918400000 | 20395200000 | 22716000000 |
| 20580700000 | 20199600000 | 26071000000 | 22530100000 |
| 26086200000 | 20556100000 | 20501500000 | 26307200000 |
| 26087900000 | 20226600000 | 20226800000 | 20767600000 |
| 26239100000 | 20226700000 | 20226900000 | 20269200000 |
| 26086200000 | 23522100000 | 20228100000 | 20354100000 |
| 26292500000 | 26082100000 | 25106900000 | 20227600000 |
| 26307300000 | 22870200000 | 25926900000 | 20158400000 |
| 22088100000 | 22873000000 | 20298900000 | 20144900000 |
| 20232800000 | 25647100000 | 26275600000 | 20298800000 |
| 20924500000 | 25649900000 | 20432800000 | 20329600000 |
| 26275100000 | 20709800000 | 20291600000 | 20227500000 |
| 22082700000 | 20709500000 | 22616500000 | 20227800000 |
| 22098000000 | 20288500000 | 25922900000 | 20228000000 |
| 25137800000 | 20344600000 | 25922900000 | 22087900000 |
| 25902100000 | 20747100000 | 20722200000 | 22088000000 |
| 25923200000 | 20524200000 | 20728900000 | 22088300000 |
| 25977100000 | 20298900000 | 20770700000 | 27696400000 |
| 25902100000 | 20299000000 | 20771700000 | 20227900000 |
| 25137800000 | 20329200000 | 20644700000 | 20227100000 |
| 22082700000 | 20227400000 | 20664000000 | 20150600000 |
| 26307400000 | 20228100000 | 20205700000 | 22094700000 |
| 20767800000 | 20228200000 | 22096700000 | 22682800000 |
| 22094400000 | 20306500000 | 22096800000 | 22462900000 |
| 22094600000 | 20321200000 | 22530100000 | 22109400000 |
| 22097400000 | 20841200000 | 22619300000 | 20174700000 |

| Bacon, Kielbassi, Belly, Brisket, Carne, Carnitas, Al Pastor, Ears, Fatback, Feet, Jowls, Neckbones, Snout, Tail, Stomach |
|---|
| **UPC** |
| |
| 25109000000 |
| 20323300000 |
| 20109900000 |
| 20560200000 |
| 20918600000 |
| 22088200000 |
| 20157800000 |
| 22682900000 |
| 25107000000 |
| 20157800000 |
| 26131700000 |
| 20225800000 |
| 22448400000 |
| 22616100000 |

| Pig |
|---|
| **UPC** |
| 20597800000 |
| 25047100000 |
| 25047300000 |
| 25047400000 |
| 26116000000 |

| Pork |
|---|
| **UPC** |
| 20912200000 |

| Pork Cracklings |
|---|
| **UPC** |
| 20316500000 |

| Pork Cushion |
|---|
| **UPC** |
| 22087800000 |

| Pork Ears |
|---|
| **UPC** |
| 22463000000 |
| 20937900000 |
| 22094500000 |
| 22683000000 |

| Pork Fajitas |
|---|
| **UPC** |
| 26275200000 |
| 22536700000 |

| Pork Ground |
|---|
| **UPC** |
| 20748700000 |
| 22619100000 |
| 22619100000 |
| 22398000000 |

| Pork Hog Head |
|---|
| **UPC** |
| 20737100000 |

| Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew |
|---|
| **UPC** |
| 20737200000 |
| 25893600000 |
| 20948400000 |
| 20569000000 |
| 22507900000 |
| 22620000000 |
| 22683700000 |
| 20905600000 |

| Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew |
|---|
| **UPC** |
| 25922600000 |
| 22683900000 |
| 22683800000 |
| 20905600000 |
| 22507900000 |
| 26278800000 |
| 26314000000 |
| 26129100000 |
| 22765000000 |
| 20127400000 |
| 20230000000 |
| 22016000000 |
| 22016000000 |
| 20239000000 |
| 22083500000 |
| 22094300000 |
| 22098100000 |
| 22823100000 |
| 22823500000 |
| 22827600000 |
| 22827700000 |
| 22827800000 |
| 22842400000 |
| 22842500000 |
| 26071700000 |
| 26071800000 |
| 26086100000 |
| 22620300000 |
| 22823500000 |
| 26144100000 |
| 22823100000 |
| 26262700000 |
| 26267200000 |
| 26271800000 |
| 26262700000 |
| 26298100000 |
| 26298400000 |
| 26299900000 |

| Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew |
|---|
| **UPC** |
| 26315000000 |
| 26086100000 |
| 20269300000 |
| 25921200000 |
| 20199200000 |
| 20196900000 |
| 20501100000 |
| 20501100000 |
| 26237700000 |
| 22541800000 |
| 26105200000 |
| 26253100000 |
| 25910200000 |
| 20752900000 |
| 20695600000 |
| 20184000000 |
| 22877900000 |
| 25646200000 |
| 25649000000 |
| 20717600000 |
| 20553500000 |
| 20947400000 |
| 22529400000 |
| 22618300000 |
| 22715900000 |
| 22699500000 |
| 22716700000 |
| 22716300000 |
| 22715900000 |
| 20764800000 |
| 20255600000 |
| 22716700000 |
| 22618300000 |
| 22716300000 |
| 22715900000 |
| 20553500000 |
| 22529400000 |
| 26306300000 |

| Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew | Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew | Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew | Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew |
|---|---|---|---|
| UPC | UPC | UPC | UPC |
| 22444800000 | 22606800000 | 22496900000 | 20717200000 |
| 20694200000 | 22606900000 | 22496300000 | 20717300000 |
| 26045600000 | 22617100000 | 22496400000 | 20761700000 |
| 26045800000 | 22617200000 | 22496800000 | 20772700000 |
| 26281100000 | 22617300000 | 22507800000 | 20772800000 |
| 26305300000 | 22617400000 | 20566000000 | 20772900000 |
| 26045700000 | 22617700000 | 20566000000 | 20773000000 |
| 26281200000 | 22618500000 | 26269600000 | 20773200000 |
| 26281200000 | 22631100000 | 26278900000 | 20773400000 |
| 22571300000 | 22631200000 | 26279000000 | 20536400000 |
| 20194500000 | 22631800000 | 26278700000 | 20505600000 |
| 25921800000 | 22635000000 | 26279100000 | 20508000000 |
| 25921700000 | 22635100000 | 26305700000 | 20943900000 |
| 25922400000 | 22635200000 | 26306700000 | 20944200000 |
| 22684000000 | 22681300000 | 26306100000 | 20945000000 |
| 25913700000 | 22683400000 | 26308100000 | 20945100000 |
| 25913600000 | 22684400000 | 26306000000 | 20945500000 |
| 20595100000 | 22698200000 | 26305600000 | 20946300000 |
| 20950900000 | 22698000000 | 20695000000 | 20957700000 |
| 22674700000 | 22681500000 | 26238100000 | 20957900000 |
| 25914000000 | 22681400000 | 25913900000 | 20964500000 |
| 20502500000 | 25797500000 | 25922000000 | 20964800000 |
| 20717900000 | 22606800000 | 25921000000 | 20964900000 |
| 20718300000 | 22606900000 | 20222600000 | 20964100000 |
| 20566000000 | 22631200000 | 25921100000 | 20902300000 |
| 20578300000 | 22631300000 | 20222300000 | 22496100000 |
| 20579300000 | 22631700000 | 25922100000 | 22496200000 |
| 20717500000 | 22631900000 | 25922500000 | 22518600000 |
| 20267900000 | 22683500000 | 25922200000 | 22530300000 |
| 20273500000 | 22683600000 | 25921900000 | 22535200000 |
| 22496800000 | 22617200000 | 20222100000 | 22561500000 |
| 22496900000 | 22618500000 | 26045500000 | 22617000000 |
| 22507500000 | 22617300000 | 20888300000 | 22618700000 |
| 22507600000 | 22617100000 | 20708300000 | 22618800000 |
| 22507800000 | 22635200000 | 20708400000 | 22619900000 |
| 22606500000 | 22683400000 | 20713700000 | 22607200000 |
| 22606600000 | 22684400000 | 20713800000 | 22607300000 |
| 22606700000 | 22635100000 | 20715900000 | 22607400000 |

DocuSign Envelope ID: C66289E1-729E-4748-AA27-B6D4A617ECE

| Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew | Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew | Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew | Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew |
|---|---|---|---|
| UPC | UPC | UPC | UPC |
| 22620200000 | 25797300000 | 22464600000 | 26105300000 |
| 22674900000 | 22716200000 | 22618400000 | 26129200000 |
| 22675000000 | 20772700000 | 26272200000 | 26262500000 |
| 22675100000 | 20772800000 | 20179500000 | 26299300000 |
| 22680500000 | 20773400000 | 20223800000 | 26299400000 |
| 22682000000 | 22496100000 | 20681800000 | 26299800000 |
| 22682100000 | 22496200000 | 20724300000 | 26297200000 |
| 22682300000 | 22518600000 | 22081200000 | 20142100000 |
| 22682400000 | 22535200000 | 22097100000 | 20131200000 |
| 25797000000 | 22695200000 | 22607500000 | 20131300000 |
| 22695200000 | 22465200000 | 22681600000 | 20135300000 |
| 22698300000 | 22496200000 | 26085700000 | 25095400000 |
| 22698400000 | 26274800000 | 26272400000 | 25977000000 |
| 25797300000 | 26274900000 | 26297300000 | 26030800000 |
| 22699800000 | 26275500000 | 26092400000 | 26283700000 |
| 22715700000 | 26275800000 | 20224400000 | 26283600000 |
| 22715800000 | 26275500000 | 22587700000 | 26276000000 |
| 22716200000 | 26279200000 | 26129000000 | 26318800000 |
| 25926800000 | 26297000000 | 26251600000 | 22189000000 |
| 20761500000 | 26306900000 | 26251700000 | 20339500000 |
| 20761600000 | 26305500000 | 26333800000 | 22100300000 |
| 20764400000 | 26307500000 | 22101100000 | 22874900000 |
| 20964800000 | 26307600000 | 25850300000 | 22869300000 |
| 25797000000 | 26307700000 | 26085300000 | 22697900000 |
| 22698400000 | 26307000000 | 26267500000 | 26061600000 |
| 22674900000 | 26305400000 | 20349800000 | 20211800000 |
| 22682100000 | 26308300000 | 20230400000 | 20187600000 |
| 22682200000 | 26313400000 | 20147500000 | 20712000000 |
| 22682500000 | 26316000000 | 20220200000 | 25861700000 |
| 22684500000 | 26238000000 | 22081400000 | 20210500000 |
| 22617000000 | 22088400000 | 22097200000 | 26283500000 |
| 22618800000 | 20424300000 | 22571600000 | 26283400000 |
| 22607300000 | 20920400000 | 22541600000 | 26283500000 |
| 22607400000 | 20734600000 | 22823300000 | 26283400000 |
| 22620200000 | 20635600000 | 25644000000 | 26300100000 |
| 22680500000 | 20622200000 | 25980400000 | 26283500000 |
| 20717200000 | 20750500000 | 22607100000 | 26283400000 |
| 20902300000 | 20751700000 | | 20746100000 |

| Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew | Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew | Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew | Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew |
|---|---|---|---|
| UPC | UPC | UPC | UPC |
| 22082300000 | 26105100000 | 22624200000 | 22827900000 |
| 20220300000 | 20622100000 | 22674800000 | 22828100000 |
| 22097700000 | 20621600000 | 22680900000 | 25861600000 |
| 22618000000 | 20663700000 | 25797400000 | 22827900000 |
| 26272300000 | 26220900000 | 22698200000 | 25152700000 |
| 26297800000 | 26262600000 | 22674600000 | 22828100000 |
| 20195200000 | 26262600000 | 25797400000 | 20652100000 |
| 26040500000 | 26297700000 | 26305800000 | 26298900000 |
| 20195600000 | 26299000000 | 26306200000 | 26307800000 |
| 22471100000 | 26299100000 | 26313300000 | 22046100000 |
| 25914100000 | 22617600000 | 20629500000 | 22082400000 |
| 20339200000 | 26085400000 | 20189600000 | 20220900000 |
| 26030700000 | 26066700000 | 20163700000 | 22097800000 |
| 26030900000 | 20142300000 | 20500500000 | 22618200000 |
| 26267300000 | 20289500000 | 20611700000 | 26272100000 |
| 26267400000 | 26182600000 | 20614000000 | 20695800000 |
| 22402400000 | 26182700000 | 22104200000 | 20179400000 |
| 20168500000 | 26182800000 | 22104300000 | 22617900000 |
| 20971900000 | 26182900000 | 22541500000 | 26272000000 |
| 20500900000 | 20771400000 | 25048700000 | 26297600000 |
| 20142800000 | 26298500000 | 25048900000 | 22096200000 |
| 20621600000 | 20695700000 | 26067000000 | 20340500000 |
| 20622100000 | 20717700000 | 26067100000 | 26279300000 |
| 20643500000 | 20547000000 | 26067200000 | 26298000000 |
| 20663700000 | 20557700000 | 26067300000 | 20166500000 |
| 22082100000 | 20512700000 | 26067400000 | 20167800000 |
| 20220100000 | 20947800000 | 26067500000 | 26263400000 |
| 22101400000 | 20950000000 | 20614000000 | 22081900000 |
| 20378200000 | 20950300000 | 25048700000 | 20220800000 |
| 22535500000 | 20947300000 | 26299200000 | 22097900000 |
| 22617600000 | 20966600000 | 26299600000 | 22619500000 |
| 25793500000 | 20257800000 | 26298700000 | 26262800000 |
| 25793500000 | 22496300000 | 26298800000 | 26262800000 |
| 25850200000 | 22496400000 | 26329400000 | 26262800000 |
| 25850000000 | 22617500000 | 20678600000 | 26297900000 |
| 25850100000 | 22618600000 | 20652100000 | 22619500000 |
| 26030500000 | 22624000000 | 20221400000 | 26086000000 |
| 26085400000 | 22624100000 | 22823000000 | 26086000000 |

29

DocuSign Envelope ID: C66289 F5-769E-4748-AA27-BCD4A617FCF5

| Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew | Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew | Pork - Loin, Chops, Filet, Tenderloin, Roast, Ribeye, Picnic, Steak, Stew | Pork Ribs (Country, Baby Back, Spare Ribs, Tips) |
|---|---|---|---|
| UPC | UPC | UPC | UPC |
| 22461900000 | 22699200000 | 26308000000 | 20772600000 |
| 22462000000 | 22699100000 | 26315100000 | 20928700000 |
| 22461700000 | 22699900000 | | 26298600000 |
| 22462400000 | 25921400000 | | 20507500000 |
| 26092200000 | 25922300000 | **Pork Ribs (Country, Baby Back, Spare Ribs, Tips)** | 25922800000 |
| 26092300000 | 25923100000 | | 22536500000 |
| 25850400000 | 22699300000 | UPC | 22727500000 |
| 25850600000 | 22699100000 | 26029000000 | 22727600000 |
| 25902200000 | 22631500000 | 25980500000 | 22727700000 |
| 25976800000 | 22631600000 | 20717400000 | 22727800000 |
| 25976900000 | 22619700000 | 20722100000 | 26085900000 |
| 25902200000 | 25797600000 | 20764600000 | 26128900000 |
| 26237800000 | 22699900000 | 20543600000 | 26298300000 |
| 26054800000 | 22496600000 | 20511100000 | 26314400000 |
| 20344500000 | 26306600000 | 20946700000 | 22721700000 |
| 22721500000 | 26306500000 | 20966100000 | 20117400000 |
| 20239100000 | 26338300000 | 20722100000 | 22461500000 |
| 22082000000 | 26338200000 | 20635200000 | 22496700000 |
| 20220000000 | 22082900000 | 20952200000 | 22607000000 |
| 22097600000 | 20718800000 | 22097300000 | 25797100000 |
| 20123400000 | 20598800000 | 22530200000 | 22699600000 |
| 22496500000 | 20519700000 | 22618900000 | 26085600000 |
| 22496500000 | 25922700000 | 22619000000 | 25797100000 |
| 20740100000 | 20718600000 | 22681700000 | 25797200000 |
| 22533700000 | 20594800000 | 22697800000 | 22607000000 |
| 20225700000 | 20950800000 | 22680600000 | 22699600000 |
| 22721600000 | 20299300000 | 20769900000 | 22496700000 |
| 20769800000 | 20242700000 | 22097300000 | 26307900000 |
| 20635000000 | 22507700000 | 22619000000 | 25866800000 |
| 20110700000 | 22618100000 | 22618900000 | 20681500000 |
| 22496600000 | 22683100000 | 22680600000 | 20736900000 |
| 22535300000 | 22683100000 | 22530200000 | 20110200000 |
| 22496600000 | 22683300000 | 20635200000 | 20224000000 |
| 22535300000 | 20945800000 | 26301800000 | 20282200000 |
| 22619700000 | 22683200000 | 26307100000 | 22081300000 |
| 22619800000 | 22618100000 | 26306400000 | 22571500000 |
| 22631500000 | 22507700000 | 25921600000 | 22619600000 |
| 25797600000 | 26278600000 | | 20114300000 |
| | | | 22572100000 |
| | | | 26085800000 |

DocuSign Envelope ID: C66280AF-709E-4748-AA27-B6D4A617FCE

| Pork Ribs (Country, Baby Back, Spare Ribs, Tips) | Sausage | Sausage | Sausage |
|---|---|---|---|
| **UPC** | **UPC** | **UPC** | **UPC** |
| 26105400000 | 20433500000 | 22100100000 | 20315800000 |
| 26128800000 | 22559900000 | 20166600000 | 20110500000 |
| 26272600000 | 25889900000 | 20912300000 | 20110600000 |
| 26281500000 | 20721100000 | 20912400000 | 20117600000 |
| 26299700000 | 22053500000 | 20912500000 | 20115600000 |
| 26297400000 | 26066300000 | 20912600000 | 20908000000 |
| 26313700000 | 20316300000 | 20931100000 | 20197200000 |
| 22694100000 | 20704600000 | 20931200000 | 20121400000 |
| 25913800000 | 20433300000 | 20283200000 | 20121700000 |
| 20718400000 | 25889600000 | 20166900000 | 20121900000 |
| 20950500000 | 20689000000 | 20706800000 | 20122100000 |
| 20582900000 | 20944300000 | 20506000000 | 20122400000 |
| 20518000000 | 20944500000 | 20224800000 | 20122600000 |
| 20950500000 | 20224900000 | 20225000000 | 20122800000 |
| 20299100000 | 20225200000 | 20922100000 | 20122900000 |
| 22634700000 | 20335800000 | 20922200000 | 20126800000 |
| 22634800000 | 20336100000 | 20922300000 | 20283300000 |
| 22684300000 | 20246600000 | 20922600000 | 22540300000 |
| 22634800000 | 22470800000 | 20922700000 | 25893700000 |
| 22634900000 | 20913100000 | 20336200000 | 26066000000 |
| 22617800000 | 20942700000 | 20432400000 | 26066100000 |
| 22684300000 | 20127200000 | 20905200000 | 26066200000 |
| 26305900000 | 20689300000 | 20905300000 | 20311100000 |
| 22082800000 | 20907600000 | 20529800000 | 20310800000 |
| 20240400000 | 20500300000 | 20527400000 | 20250500000 |
| 2633400000 | 20907800000 | 22470900000 | 20689600000 |
| 26334000000 | 20907700000 | 20182700000 | 20218700000 |
| 26272500000 | 25956900000 | 20183200000 | 20186800000 |
| 20246100000 | 20432500000 | 20922400000 | 20186800000 |
| 26026900000 | 25890100000 | 20922500000 | 25956800000 |
| 22821500000 | 20218600000 | 20905000000 | 20250900000 |
| 25921500000 | 20689400000 | 20905100000 | 25889700000 |
| 26051400000 | 20218800000 | 21320000000 | 20707300000 |
| 26239000000 | 20122300000 | 20309500000 | 20179800000 |
| 26239000000 | 20138400000 | 20309600000 | |
| 25925600000 | 22470700000 | 20309700000 | |
| 26283800000 | 22471000000 | 20310800000 | **Ham – Bits, Pieces, Bones, Chunks, Fat** |
| 26283800000 | 25890000000 | 20310900000 | **UPC** |
| | 20687800000 | 20311300000 | 25926600000 |
| | 20687200000 | 20311400000 | 20183700000 |
| | 20687300000 | 20315600000 | 20183700000 |
| | 20687600000 | 20315700000 | |

DocuSign Envelope ID: C66280 F-769E-4748-AA27-B6D4A617ECE

| Ham – Bits, Pieces, Bones, Chunks, Fat |
|---|
| UPC |
| 23521200000 |
| 20245600000 |
| 23520700000 |
| 20183500000 |
| 22611300000 |
| 23521300000 |
| 23521600000 |
| 20942100000 |
| 20299400000 |
| 27379900000 |
| 20190000000 |
| 23520500000 |
| 20921000000 |
| 25648200000 |
| 25645400000 |
| 20378900000 |
| 20278600000 |
| 20441100000 |
| 20441200000 |
| 22448500000 |
| 20918500000 |
| 20918700000 |
| 28309500000 |
| 20346400000 |
| 22109500000 |
| 23521000000 |
| 20311800000 |
| 26101000000 |
| 26089100000 |
| 20346400000 |
| 20156500000 |
| 25096200000 |
| 25926500000 |
| 25912800000 |
| 20156500000 |
| 20721800000 |
| 20721700000 |
| 20219500000 |
| 22448000000 |
| 22448600000 |

| Ham – Bits, Pieces, Bones, Chunks, Fat |
|---|
| UPC |
| 25096300000 |
| 21566000000 |
| 25926700000 |
| 25912700000 |
| 20156600000 |
| 22002500000 |
| 22006100000 |

| Ham – Hocks, Jowl, Neckbones, Skin |
|---|
| UPC |
| 20205100000 |
| 20299700000 |
| 27397600000 |
| 23521900000 |

| Ham – Whole, Half, Quarter, Portion, Slices |
|---|
| UPC |
| 20291200000 |
| 26309800000 |
| 26309900000 |
| 26310000000 |
| 20119800000 |
| 20302600000 |
| 20302500000 |
| 26176600000 |
| 26271600000 |
| 26271600000 |
| 26047500000 |
| 20245500000 |
| 26197000000 |
| 20782800000 |
| 20696600000 |
| 22875100000 |
| 22875500000 |
| 22876000000 |

| Ham – Whole, Half, Quarter, Portion, Slices |
|---|
| UPC |
| 22876100000 |
| 25644700000 |
| 25644800000 |
| 25647500000 |
| 25647600000 |
| 20304700000 |
| 26047600000 |
| 20605400000 |
| 22104600000 |
| 20108600000 |
| 20165300000 |
| 20632300000 |
| 22094900000 |
| 20170700000 |
| 20648300000 |
| 20233200000 |
| 20764100000 |
| 20764100000 |
| 20511900000 |
| 20528900000 |
| 20511900000 |
| 20511900000 |
| 20764100000 |
| 20781700000 |
| 20604500000 |
| 22590200000 |
| 26034200000 |
| 20510500000 |
| 20782700000 |
| 20426300000 |
| 20526000000 |
| 20444300000 |
| 20233900000 |
| 20632700000 |
| 20667700000 |
| 20942000000 |
| 22059700000 |
| 20680500000 |
| 20327500000 |
| 22104500000 |

| Ham – Whole, Half, Quarter, Portion, Slices |
|---|
| UPC |
| 20444200000 |
| 20234100000 |
| 20228300000 |
| 26125500000 |
| 25656800000 |
| 20651700000 |
| 26279500000 |
| 20694000000 |
| 20104600000 |
| 20176300000 |
| 20762400000 |
| 22448200000 |
| 20605600000 |
| 20527900000 |
| 20181300000 |
| 20782200000 |
| 20241700000 |
| 20596900000 |
| 20782100000 |
| 20174900000 |
| 20918900000 |
| 20517400000 |
| 20517700000 |
| 26034100000 |
| 20274800000 |
| 20159600000 |
| 20555100000 |
| 20926700000 |
| 22629000000 |
| 22629000000 |
| 26279600000 |
| 22528600000 |
| 22528500000 |
| 22528300000 |
| 22572800000 |
| 22528400000 |
| 26272700000 |
| 26221900000 |
| 26257700000 |
| 20171900000 |

DocuSign Envelope ID: C662891F-769E-47A8-AA27-BCD4A617FCF5

| Ham – Whole, Half, Quarter, Portion, Slices | Ham – Whole, Half, Quarter, Portion, Slices | Ham – Whole, Half, Quarter, Portion, Slices | Ham – Whole, Half, Quarter, Portion, Slices |
|---|---|---|---|
| UPC | UPC | UPC | UPC |
| 20696300000 | 20250600000 | 22098600000 | 22099500000 |
| 20696400000 | 20250700000 | 22098600000 | 20366500000 |
| 20172300000 | 20158000000 | 22535900000 | 20116700000 |
| 20771800000 | 20158500000 | 22557200000 | 20117900000 |
| 20330600000 | 22099000000 | 20283800000 | 20118700000 |
| 20335600000 | 22099600000 | 20660800000 | 20180600000 |
| 20873400000 | 20303300000 | 22094800000 | 20180800000 |
| 20519600000 | 20502300000 | 25927100000 | 20180900000 |
| 20257200000 | 20927300000 | 22094800000 | 20181000000 |
| 20103500000 | 20928000000 | 20706000000 | 20927900000 |
| 20922800000 | 20160500000 | 20379700000 | 20146300000 |
| 20273200000 | 20535100000 | 20172600000 | 20927200000 |
| 20920200000 | 20537200000 | 20325800000 | 20556700000 |
| 20772000000 | 20598000000 | 20394200000 | 20159800000 |
| 20159300000 | 20556800000 | 20541800000 | 22484500000 |
| 20939300000 | 20121800000 | 20234300000 | 22560400000 |
| 20948900000 | 20162800000 | 20233800000 | 25657900000 |
| 20949100000 | 22484600000 | 20322200000 | 20698800000 |
| 20398600000 | 20148400000 | 20920000000 | 20599000000 |
| 20585800000 | 20125700000 | 20920100000 | 20159700000 |
| 20525500000 | 26025100000 | 20933000000 | 20547700000 |
| 20289300000 | 26066500000 | 20942500000 | 26257800000 |
| 20552900000 | 20534300000 | 20948800000 | 25646300000 |
| 20921700000 | 20121800000 | 20949000000 | 22611200000 |
| 20921800000 | 26257900000 | 20555200000 | 26229900000 |
| 20557000000 | 26317800000 | 20304600000 | 26034000000 |
| 20550600000 | 26317800000 | 20585600000 | 26128400000 |
| 20550700000 | 22569900000 | 20552700000 | 22573300000 |
| 20932100000 | 20382300000 | 20505100000 | 20119100000 |
| 20583900000 | 20696800000 | 20932200000 | 22877000000 |
| 20874500000 | 20698700000 | 20529300000 | 22877100000 |
| 20531500000 | 20729500000 | 20821300000 | 22870400000 |
| 20508100000 | 20731500000 | 20531400000 | 22871400000 |
| 20823300000 | 22101500000 | 20823400000 | 22873800000 |
| 20864900000 | 20167600000 | 20864700000 | 25644500000 |
| 20868600000 | 20254900000 | 20864800000 | 25644600000 |
| 20934800000 | 20594700000 | 20944600000 | 25647300000 |
| 20934900000 | 22473300000 | 20584400000 | 25648500000 |
| 20935000000 | 25960900000 | 22098800000 | 20228700000 |
| 20944700000 | 22528700000 | 22098900000 | 20735600000 |

DocuSign Envelope ID: C66289EF-789E-4748-AA27-B6D4A817FCF

| Ham – Whole, Half, Quarter, Portion, Slices UPC | Ham – Whole, Half, Quarter, Portion, Slices UPC | Ham – Whole, Half, Quarter, Portion, Slices UPC | Ham – Whole, Half, Quarter, Portion, Slices UPC |
|---|---|---|---|
| 26033200000 | 25496300000 | 20542000000 | 25866900000 |
| 25979300000 | 25646100000 | 20234700000 | 25866900000 |
| 26165200000 | 25648700000 | 20209500000 | 26222600000 |
| 25869100000 | 25648900000 | 20136900000 | 25869000000 |
| 26128300000 | 20920900000 | 22815500000 | 20738500000 |
| 20691600000 | 23520400000 | 20784600000 | 25137700000 |
| 20590100000 | 23520300000 | 20132700000 | 20322600000 |
| 20245200000 | 27378100000 | 26174900000 | 20197800000 |
| 20340300000 | 27379300000 | 23276700000 | 20555600000 |
| 20608100000 | 20340900000 | 26033900000 | 20556000000 |
| 22040000000 | 20655800000 | 20302100000 | 20172900000 |
| 22098500000 | 20225900000 | 22589900000 | 22876200000 |
| 22099400000 | 20346300000 | 20695500000 | 22876400000 |
| 20537700000 | 20305300000 | 22633900000 | 22876800000 |
| 22529300000 | 20732200000 | 20711500000 | 22878800000 |
| 22098500000 | 26175400000 | 20574100000 | 22879100000 |
| 26188500000 | 26175400000 | 20372700000 | 22870500000 |
| 26274100000 | 26255900000 | 27377700000 | 22870600000 |
| 25127500000 | 22562200000 | 20354800000 | 22871200000 |
| 20116600000 | 22562300000 | 20196400000 | 25645000000 |
| 20165900000 | 22878000000 | 20173700000 | 25645200000 |
| 20587400000 | 22869500000 | 20336400000 | 25645500000 |
| 20921900000 | 22872400000 | 20937800000 | 25647200000 |
| 20515500000 | 22872700000 | 20379900000 | 25647700000 |
| 20315900000 | 25646500000 | 20911800000 | 25647800000 |
| 20506200000 | 23520800000 | 20932000000 | 25647900000 |
| 20920800000 | 26061000000 | 20309400000 | 25648000000 |
| 20123000000 | 20655800000 | 20309400000 | 25648100000 |
| 20157900000 | 26304600000 | 20196200000 | 25759400000 |
| 22107400000 | 20581700000 | 20581600000 | 25862200000 |
| 20197700000 | 20226000000 | 26011000000 | 26132600000 |
| 20915500000 | 26111000000 | 26230000000 | 26230100000 |
| 20577700000 | 26192600000 | 22727100000 | 20729100000 |
| 20579100000 | 25657100000 | 26025000000 | 22095000000 |
| 20519400000 | 22570100000 | 22101300000 | 20680600000 |
| 20534400000 | 20291200000 | 26258000000 | 22573500000 |
| 22878100000 | 22570200000 | 26027800000 | 22573600000 |
| 22878300000 | 26072600000 | 26273500000 | 26269700000 |
| 22869600000 | 22611900000 | 20713000000 | 26269800000 |
| 22876300000 | 20696100000 | 26256100000 | 22028500000 |

| Ham – Whole, Half, Quarter, Portion, Slices |
| --- |
| UPC |
| 25869200000 |
| 22583500000 |
| 20207300000 |
| 20247700000 |
| 20445100000 |
| 20234200000 |
| 20244600000 |
| 20178400000 |
| 20537800000 |
| 20559600000 |
| 22590800000 |
| 20340800000 |
| 20660700000 |
| 20660700000 |
| 20933100000 |
| 22876600000 |
| 22878700000 |
| 22871000000 |
| 22873100000 |
| 22873400000 |
| 25646700000 |
| 25646600000 |
| 22875900000 |
| 26072700000 |
| 26192700000 |
| 26192800000 |
| 20696200000 |
| 20513000000 |
| 20172400000 |
| 20509700000 |
| 20643800000 |
| 20189200000 |
| 20233300000 |
| 20444400000 |
| 20245300000 |
| 20174500000 |
| 20942400000 |
| 20693000000 |
| 20947900000 |
| 22028400000 |

| Ham – Whole, Half, Quarter, Portion, Slices |
| --- |
| UPC |
| 22098700000 |
| 20533600000 |
| 26188600000 |
| 26304000000 |
| 26041000000 |
| 25862300000 |
| 26256000000 |
| 26279900000 |
| 20274900000 |
| 20234600000 |
| 22529500000 |
| 22522300000 |
| 22619200000 |
| 25927000000 |
| 26271900000 |
| 26279400000 |
| 26298200000 |
| 26314300000 |

| Hog Head |
| --- |
| UPC |
| 20679800000 |

35

DocuSign Envelope ID: C66280152-739E-4748-AA27-BCD4A6117ECE

# **TURKEY PRODUCTS**

| Turkey – Whole, Half, Quarter UPC | Turkey – Whole, Half, Quarter UPC | Turkey – Whole, Half, Quarter UPC | Turkey – Whole, Half, Quarter UPC |
|---|---|---|---|
| 25650400000 | 26165300000 | 22636800000 | 20841100000 |
| 22847300000 | 22467000000 | 25138200000 | |
| 22816900000 | 22467100000 | 22526100000 | |
| 26283900000 | 26221800000 | 25138300000 | |
| 20328900000 | 22091800000 | 25938200000 | |
| 22095500000 | 26329200000 | 26048600000 | |
| 22637400000 | 20238700000 | 26207000000 | |
| 22637800000 | 20261900000 | 26207100000 | |
| 25151300000 | 20263800000 | 20303000000 | |
| 25151500000 | 27008100000 | 20303000000 | |
| 26206800000 | 20697300000 | 26235400000 | |
| 26271400000 | 20204800000 | 22636100000 | |
| 26276400000 | 23187700000 | 25138400000 | |
| 26292800000 | 25410100000 | 25938300000 | |
| 26292600000 | 22108200000 | 26048700000 | |
| 26302500000 | 25863900000 | 26048700000 | |
| 26336500000 | 20193600000 | 22636200000 | |
| 20344100000 | 22561100000 | 25138500000 | |
| 22560800000 | 20454400000 | 25938400000 | |
| 22637700000 | 20567800000 | 26048800000 | |
| 25151400000 | 22560900000 | 26311400000 | |
| 22637700000 | 22638000000 | 22637000000 | |
| 26206900000 | 22638000000 | 22637100000 | |
| 26271500000 | 25151600000 | 25137900000 | |
| 26276500000 | 26222800000 | 25848900000 | |
| 26292900000 | 26223000000 | 25849000000 | |
| 26300900000 | 26176700000 | 25938700000 | |
| 22408100000 | 26271700000 | 25961300000 | |
| 22636300000 | 26271700000 | 25961400000 | |
| 25138600000 | 26300700000 | 25961500000 | |
| 25938500000 | 26300600000 | 25949600000 | |
| 26048900000 | 20106600000 | 26301200000 | |
| 20456900000 | 26049400000 | 26301300000 | |
| 22636700000 | 26049500000 | 26301400000 | |
| 25138100000 | 26049600000 | 26222700000 | |
| 26284200000 | 26049200000 | 26222900000 | |
| 25138000000 | 25791400000 | 20208400000 | |
| 26300800000 | 25791500000 | 26131900000 | |
| 26165400000 | 25791600000 | 20699100000 | |
| 26165500000 | 21625100000 | 26163600000 | |

| Turkey – Breast, Drumsticks, Thighs, Wings, Pieces, Tenderloin, Ground UPC |
|---|
| 21207700000 |
| 20286000000 |
| 22636900000 |
| 22637900000 |
| 25151700000 |
| 26339100000 |
| 22467200000 |
| 26067800000 |
| 20264400000 |
| 22590000000 |
| 20238800000 |
| 20261800000 |
| 20264100000 |
| 27010000000 |
| 26167100000 |
| 26049300000 |
| 20221300000 |
| 26235300000 |
| 22875000000 |
| 20511700000 |
| 20239500000 |
| 26168700000 |
| 26168700000 |
| 26257100000 |
| 26291700000 |
| 26292000000 |
| 26291800000 |
| 26291900000 |
| 25063000000 |
| 26329300000 |
| 22098400000 |

| Turkey – Breast, Drumsticks, Thighs, Wings, Pieces, Tenderloin, Ground |
|---|
| UPC |
| 26061900000 |
| 26179600000 |
| 26179700000 |
| 26271200000 |
| 26271300000 |
| 26132000000 |
| 20302400000 |
| 20287700000 |
| 20152800000 |
| 20553900000 |
| 20555500000 |
| 22561000000 |
| 26049100000 |
| 25961700000 |
| 20193300000 |
| 20262600000 |
| 27017200000 |
| 22099300000 |
| 22017300000 |
| 20515600000 |
| 20262600000 |
| 22813100000 |
| 25107400000 |
| 25926100000 |
| 25925300000 |
| 26071900000 |
| 26071900000 |
| 26257300000 |
| 26257300000 |
| 22448900000 |
| 22109800000 |
| 20260200000 |
| 20293700000 |
| 26194200000 |
| 20239700000 |
| 20264300000 |
| 26257200000 |

| Turkey – Breast, Drumsticks, Thighs, Wings, Pieces, Tenderloin, Ground |
|---|
| UPC |
| 26257200000 |
| 25009000000 |
| 20568100000 |
| 26284100000 |
| 262916000000 |
| 26291600000 |
| 26291600000 |
| 26291500000 |
| 26291400000 |
| 26194000000 |
| 20264200000 |
| 20239800000 |
| 27016000000 |
| 20262500000 |
| 22016100000 |
| 20262500000 |
| 20193200000 |
| 22099100000 |
| 22813000000 |
| 25107100000 |
| 25926200000 |
| 25925200000 |
| 26072400000 |
| 26257400000 |
| 26257400000 |
| 26283300000 |
| 22448700000 |
| 22109200000 |
| 20237900000 |
| 20291700000 |

| Turkey Gizzard, Heart, Neck, Tails |
|---|
| UPC |
| 20118500000 |
| 22591500000 |

| Turkey Gizzard, Heart, Neck, Tails |
|---|
| UPC |
| 25785100000 |
| 25125700000 |
| 25785100000 |
| 26183600000 |
| 26309000000 |
| 25960700000 |
| 20141600000 |
| 22089300000 |
| 25960800000 |
| 20291800000 |
| 26194100000 |
| 20206000000 |
| 20239600000 |
| 20264500000 |
| 20193400000 |
| 21048300000 |
| 20262700000 |
| 25107200000 |
| 25926300000 |
| 25925400000 |
| 26066800000 |
| 26257500000 |
| 26257500000 |
| 22448800000 |
| 22109600000 |
| 20238200000 |
| 22877500000 |
| 22879500000 |
| 25649800000 |

| Turkey Ham |
|---|
| UPC |
| 20557500000 |
| 20553100000 |
| 22678700000 |
| 22678800000 |
| 22678800000 |
| 22678700000 |
| 26255800000 |
| 22878400000 |

| Turkey Ham |
|---|
| UPC |
| 22879200000 |
| 22872800000 |
| 22873600000 |
| 25646000000 |
| 25646400000 |
| 25648800000 |
| 25649200000 |
| 26284000000 |
| 22638100000 |

# MISCELLANEOUS MEATS

DocuSign Envelope ID: C66280 1F-739E-474A-AA27-B6D4A617FCE

| Miscellaneous |
|---|
| UPC |
| 20132900000 |
| 25645800000 |
| 25646800000 |
| 25646900000 |
| 25648600000 |
| 25649600000 |
| 25933300000 |
| 25933300000 |
| 21000000000 |
| 21000000000 |
| 22504800000 |
| 22504900000 |
| 22505000000 |
| 22505100000 |
| 22505200000 |
| 22505300000 |
| 22505400000 |
| 22505500000 |
| 22505600000 |
| 22505700000 |
| 22505800000 |
| 22505900000 |
| 22586500000 |
| 26134200000 |
| 22875700000 |
| 22876500000 |
| 22869200000 |
| 22869700000 |
| 22870100000 |
| 22872500000 |
| 22872900000 |
| 22873200000 |
| 22873300000 |
| 22873700000 |
| 22878900000 |
| 25496200000 |
| 25507200000 |
| 25507300000 |
| 25507400000 |
| 25507500000 |
| 25507600000 |
| 25507700000 |

| Miscellaneous |
|---|
| UPC |
| 25507800000 |
| 25507900000 |
| 25644300000 |
| 25889300000 |
| 25889400000 |
| 22722400000 |

| Duck (Whole, Breast) |
|---|
| UPC |
| 27093500000 |
| 26333600000 |

| Goat |
|---|
| UPC |
| 20608400000 |

| Goose |
|---|
| UPC |
| 22108900000 |

| Lamb (Breast, Chop, Rib, Steak, Ground, Roast, Leg, Shank, Stew Meet, Shoulder) |
|---|
| UPC |
| 25006500000 |
| 20946500000 |
| 20523000000 |
| 25856300000 |
| 26043400000 |
| 20569900000 |
| 22101800000 |
| 22028000000 |
| 22106900000 |
| 22107000000 |
| 25856800000 |

| Lamb (Breast, Chop, Rib, Steak, Ground, Roast, Leg, Shank, Stew Meet, Shoulder) |
|---|
| UPC |
| 26043200000 |
| 26043200000 |
| 26043300000 |
| 26043300000 |
| 25856600000 |
| 25007400000 |
| 25856400000 |
| 22027800000 |
| 20953200000 |
| 25856500000 |
| 26042600000 |
| 26042900000 |
| 20272000000 |
| 20575900000 |
| 25857100000 |
| 25856700000 |
| 26043100000 |
| 26043100000 |
| 26042500000 |
| 26042500000 |
| 26042500000 |
| 26220800000 |
| 22471900000 |
| 25048500000 |
| 20953300000 |
| 26043000000 |
| 26043000000 |
| 22102300000 |
| 20570400000 |
| 20834800000 |
| 25046500000 |
| 26042800000 |
| 26042800000 |
| 25006400000 |
| 26042700000 |
| 26042700000 |

| Lamb (Breast, Chop, Rib, Steak, Ground, Roast, Leg, Shank, Stew Meet, Shoulder) |
|---|
| UPC |
| 20839600000 |
| 20271400000 |
| 25856900000 |
| 25857000000 |
| 26066400000 |
| 25006600000 |
| 25006700000 |

| Oxtails |
|---|
| UPC |
| 22626900000 |
| 22471700000 |

DocuSign Envelope ID: C66289F1-F739E-4743-AA27-BC04A6117FCE

# <u>SEAFOOD</u>

| Arctic Char |
|---|
| UPC |
| 26183700000 |

| Barramundi |
|---|
| UPC |
| 26048200000 |

| Catfish |
|---|
| UPC |
| 25838300000 |
| 26174700000 |
| 20946900000 |
| 25906100000 |
| 26018000000 |
| 25906100000 |
| 26253500000 |
| 22477800000 |
| 26291100000 |
| 22100000000 |

| Clams |
|---|
| UPC |
| 26231900000 |

| Cod |
|---|
| UPC |
| 26094000000 |
| 20966000000 |
| 20973300000 |
| 20984600000 |
| 25885700000 |
| 25885700000 |
| 26183800000 |
| 26196000000 |
| 26209700000 |
| 26253800000 |
| 26261700000 |
| 26262000000 |
| 26260700000 |
| 26196000000 |
| 26196000000 |

| Cod |
|---|
| UPC |
| 26196000000 |
| 25885800000 |
| 26170100000 |
| 26183100000 |
| 26183100000 |
| 25902500000 |
| 25866500000 |
| 25866500000 |
| 25203600000 |
| 25902500000 |
| 25866500000 |
| 25866500000 |
| 26033700000 |
| 25902500000 |
| 26033700000 |
| 26183000000 |
| 26207500000 |

| Crab (Crabmeat, Cakes, Legs, Snowcrab) |
|---|
| UPC |
| 26250600000 |
| 26250600000 |
| 26258700000 |
| 26250600000 |
| 22475100000 |
| 22475700000 |
| 20743300000 |
| 25096100000 |
| 26277100000 |
| 22069700000 |
| 26231800000 |
| 22727400000 |
| 26253400000 |
| 26276800000 |
| 26277200000 |
| 26253300000 |
| 26250100000 |
| 26250100000 |
| 26277300000 |

| Crab (Crabmeat, Cakes, Legs, Snowcrab) |
|---|
| UPC |
| 26250000000 |
| 26231300000 |
| 20607200000 |
| 22583400000 |
| 22394100000 |

| Crawfish |
|---|
| UPC |
| 22489000000 |
| 25840100000 |
| 25127900000 |
| 25128000000 |
| 22530700000 |
| 22053300000 |

| Croaker |
|---|
| UPC |
| 20676700000 |

| Dover |
|---|
| UPC |
| 26173800000 |
| 26084900000 |

| Flounder |
|---|
| UPC |
| 22490400000 |
| 26094300000 |
| 26208500000 |
| 26174200000 |

| Grouper |
|---|
| UPC |
| 22490300000 |
| 26093100000 |
| 26260400000 |

| Haddock |
|---|
| UPC |
| 25866600000 |
| 25905800000 |
| 25905800000 |
| 26028900000 |
| 25905800000 |
| 26125300000 |
| 26174300000 |
| 26207800000 |
| 26210000000 |
| 26028900000 |
| 26261800000 |
| 26262100000 |
| 26260800000 |
| 26028900000 |
| 20688600000 |

| Halibut |
|---|
| UPC |
| 25886500000 |
| 20719000000 |
| 25839100000 |
| 26224600000 |
| 26229600000 |
| 26174400000 |
| 26033800000 |
| 26170200000 |

| Herring |
|---|
| UPC |
| 20655700000 |
| 22577300000 |

| Lobster |
|---|
| UPC |
| 22041300000 |
| 26255700000 |
| 22084000000 |
| 22892300000 |
| 22040900000 |
| 22083100000 |
| 22083200000 |

| Lobster |
|---|
| UPC |
| 20654300000 |
| 22029100000 |
| 25204000000 |
| 25203900000 |
| 25869500000 |
| 25884900000 |
| 26231200000 |
| 26231400000 |
| 22041100000 |
| 26290400000 |
| 22518100000 |
| 26214500000 |
| 26224300000 |
| 26251100000 |
| 20654100000 |
| 22891700000 |
| 26151300000 |
| 22891600000 |
| 22892500000 |
| 26277000000 |
| 26277000000 |
| 26277000000 |
| 22892200000 |
| 22892000000 |
| 22892100000 |

| Mahi Mahi |
|---|
| UPC |
| 25184400000 |
| 25886100000 |
| 20972400000 |
| 20147800000 |
| 25886200000 |
| 25866100000 |
| 25886000000 |
| 25906200000 |
| 26270600000 |
| 26270500000 |
| 26270900000 |
| 26270800000 |
| 26270900000 |
| 25270900000 |

| Mahi Mahi |
|---|
| UPC |
| 26270900000 |

| Octopus |
|---|
| UPC |
| 22488400000 |

| Orange Roughy |
|---|
| UPC |
| 26174000000 |

| Perch |
|---|
| UPC |
| 20688700000 |
| 22057400000 |
| 26185800000 |
| 26185800000 |

| Pike |
|---|
| UPC |
| 26172200000 |
| 26171100000 |

| Pollack |
|---|
| UPC |
| 26229400000 |
| 26229400000 |
| 26094400000 |
| 26094400000 |
| 26094400000 |
| 26185200000 |
| 26208600000 |

| Red Fish |
|---|
| UPC |
| 22443300000 |

| Rockfish |
|---|
| UPC |
| 26084800000 |
| 26129600000 |
| 26255100000 |
| 26261500000 |
| 26261900000 |
| 26262300000 |
| 26260500000 |

| Salmon |
|---|
| UPC |
| 25887300000 |
| 26122700000 |
| 26122800000 |
| 26122800000 |
| 25951600000 |
| 26116300000 |
| 26116300000 |
| 26122200000 |
| 26122300000 |
| 26122200000 |
| 26122300000 |
| 26230200000 |
| 26230400000 |
| 26085000000 |
| 25951300000 |
| 25951300000 |
| 25951400000 |
| 25951400000 |
| 26172700000 |
| 26075100000 |
| 26075200000 |
| 26085100000 |
| 26167700000 |
| 26167700000 |
| 26168500000 |
| 26172100000 |
| 26209000000 |
| 26211200000 |
| 26223100000 |
| 26172100000 |
| 26172100000 |
| 26254500000 |

| Salmon |
|---|
| UPC |
| 26260300000 |
| 26223100000 |
| 26223100000 |
| 26172500000 |
| 25981400000 |
| 25947700000 |
| 25947700000 |
| 26081100000 |
| 26304700000 |
| 26171200000 |
| 26084500000 |
| 26125200000 |
| 26125200000 |
| 20973000000 |
| 22475000000 |
| 25127200000 |
| 25838700000 |
| 25839400000 |
| 25838700000 |
| 26029600000 |
| 26029600000 |
| 26032500000 |
| 25127200000 |
| 26073900000 |
| 26074500000 |
| 26083800000 |
| 26083600000 |
| 26084100000 |
| 26085200000 |
| 26169400000 |
| 26195000000 |
| 26195200000 |
| 26207600000 |
| 26254100000 |
| 25127200000 |
| 25127200000 |
| 26124900000 |
| 26084400000 |
| 26127000000 |
| 26047900000 |
| 26047900000 |
| 26029700000 |

DocuSign Envelope ID: C66280 1F 789E 4748 AA27 BCD4A617ECE

| Salmon | Salmon | Salmon | Salmon |
|--------|--------|--------|--------|
| UPC | UPC | UPC | UPC |
| 26074600000 | 26172800000 | 26185700000 | 26254200000 |
| 26231000000 | 26194700000 | 22026100000 | 25893400000 |
| 22058200000 | 26223900000 | 26169000000 | 26169800000 |
| 25092400000 | 26095100000 | 26131500000 | 25893400000 |
| 25902400000 | 26095100000 | 22489900000 | 25893400000 |
| 25902400000 | 26094800000 | 25868800000 | 26173600000 |
| 26208000000 | 26094800000 | 26028500000 | 26064800000 |
| 26277700000 | 25981100000 | 26028700000 | 26064800000 |
| 20681600000 | 25981100000 | 26028500000 | 26166700000 |
| 26173000000 | 26172600000 | 26028700000 | 26167900000 |
| 26224100000 | 25981200000 | 25868800000 | 26167900000 |
| 26083200000 | 26168400000 | 26092800000 | 20973900000 |
| 26083200000 | 26168400000 | 26093400000 | 20976000000 |
| 26168200000 | 26194400000 | 26094500000 | 26171600000 |
| 26202100000 | 26172000000 | 26094700000 | 26194800000 |
| 26208100000 | 25839300000 | 26095200000 | 26209400000 |
| 26168200000 | 25839300000 | 26116100000 | 26254300000 |
| 26184200000 | 25839300000 | 26116100000 | 26194800000 |
| 26168100000 | 26207900000 | 26173100000 | 26194800000 |
| 26168800000 | 26125000000 | 26230300000 | 26172400000 |
| 26168900000 | 26125000000 | 26230800000 | 26195600000 |
| 20973200000 | 26131600000 | 25838500000 | 26195600000 |
| 26209800000 | 26202300000 | 20972500000 | 26260900000 |
| 25951200000 | 26208800000 | 20708700000 | 26172400000 |
| 25951200000 | 26131600000 | 20965300000 | 26170700000 |
| 25927500000 | 26184000000 | 25885100000 | 26170700000 |
| 25184700000 | 26092900000 | 25885100000 | 25887100000 |
| 26081600000 | 26223400000 | 25840500000 | 25887200000 |
| 26081700000 | 26254700000 | 25891000000 | 25891200000 |
| 26081700000 | 26261000000 | 22532100000 | 25891300000 |
| 26081600000 | 26092900000 | 25905900000 | 26016900000 |
| 26048100000 | 26092900000 | 25893400000 | 26016900000 |
| 26048100000 | 26028100000 | 25905900000 | 25891100000 |
| 25885200000 | 26224200000 | 26032400000 | 25886900000 |
| 25902300000 | 26224800000 | 25893400000 | 25887000000 |
| 25902300000 | 26028100000 | 26124800000 | 25933000000 |
| 25902300000 | 26262200000 | 26124800000 | 26084600000 |
| 26210300000 | 26261200000 | 26169800000 | 25838900000 |
| 26171800000 | 26224800000 | 26208700000 | 25838900000 |
| 26083400000 | 26169200000 | 26254200000 | 25838900000 |
| 26083400000 | 26231100000 | 26032400000 | 26170600000 |
| 26208300000 | 26185600000 | 26208700000 | 26170600000 |

| Salmon |
|---|
| UPC |
| 26064900000 |
| 26172300000 |
| 26194500000 |
| 26194900000 |
| 26195100000 |
| 26209300000 |
| 26211500000 |
| 26271000000 |
| 26075000000 |
| 26074000000 |
| 26074000000 |
| 26170500000 |
| 26074700000 |
| 26074800000 |
| 26185400000 |
| 26185400000 |
| 26223500000 |
| 26254600000 |
| 26255400000 |
| 26074400000 |
| 26074400000 |
| 26185300000 |
| 26223300000 |
| 26209200000 |
| 26211400000 |
| 26166300000 |
| 26184800000 |
| 26184800000 |
| 26186200000 |
| 26186200000 |
| 26186200000 |
| 26172900000 |
| 26171900000 |
| 26083500000 |
| 26170800000 |
| 26093500000 |
| 26083100000 |
| 26083100000 |
| 26185100000 |
| 26230900000 |
| 26171400000 |
| 26171300000 |

| Salmon |
|---|
| UPC |
| 26074100000 |
| 26166600000 |
| 26209100000 |
| 26254400000 |
| 26209100000 |
| 26254400000 |
| 26074100000 |
| 26166600000 |
| 26166600000 |
| 26166600000 |
| 26166600000 |
| 26185000000 |
| 26229500000 |
| 26224000000 |
| 26018100000 |
| 20716500000 |
| 26271100000 |
| 20661400000 |
| 20661700000 |
| 26094900000 |
| 26094900000 |
| 26168300000 |
| 26168300000 |
| 25838400000 |

| Scallop |
|---|
| UPC |
| 26231600000 |
| 22002900000 |
| 26075400000 |
| 26208200000 |
| 26210400000 |
| 26223200000 |
| 26173400000 |

| Sea Bass |
|---|
| UPC |
| 26276700000 |
| 26174600000 |
| 26276600000 |

| Shad |
|---|
| UPC |
| 20658200000 |

| Shark |
|---|
| UPC |
| 26151400000 |

| Shrimp |
|---|
| UPC |
| 25791100000 |
| 20727800000 |
| 26184400000 |
| 22532200000 |
| 26214100000 |
| 26169100000 |
| 22475500000 |
| 22476000000 |
| 22476100000 |
| 22517900000 |
| 22517800000 |
| 26171000000 |
| 26170300000 |
| 26093700000 |
| 26093700000 |
| 26074200000 |
| 26074200000 |
| 26074200000 |
| 22475900000 |
| 25127600000 |
| 25127700000 |
| 26173300000 |
| 26231500000 |
| 26125100000 |
| 26186100000 |
| 26186100000 |
| 26186100000 |
| 26202500000 |
| 26223800000 |
| 26230700000 |
| 26223800000 |
| 25869300000 |
| 25869400000 |

| Shrimp |
|---|
| UPC |
| 26250900000 |
| 26251000000 |
| 22693300000 |
| 25790900000 |
| 26167600000 |
| 26202400000 |
| 26208900000 |
| 26211100000 |
| 26231700000 |
| 26224400000 |
| 26081000000 |
| 26081000000 |
| 26202200000 |
| 26208400000 |
| 26210600000 |
| 25127800000 |
| 26027900000 |
| 26202200000 |

| Smelts |
|---|
| UPC |
| 20934400000 |

| Snapper |
|---|
| UPC |
| 25866300000 |
| 26093200000 |
| 25866300000 |
| 26093200000 |
| 26253900000 |
| 26261600000 |
| 26093200000 |
| 26277400000 |

| Sol |
|---|
| UPC |
| 25963000000 |

| Spot |
|------|
| UPC |
| 20658100000 |

| Squid |
|-------|
| UPC |
| 22488700000 |
| 22488600000 |

| Steelhead |
|-----------|
| UPC |
| 26171700000 |

| Striped Bass |
|--------------|
| UPC |
| 26028200000 |

| Swai |
|------|
| UPC |
| 26252700000 |
| 22508100000 |
| 22041800000 |

| Swordfish |
|-----------|
| UPC |
| 26028000000 |
| 26174500000 |
| 26224500000 |
| 26262400000 |
| 26270400000 |
| 26262400000 |
| 26270700000 |
| 26252400000 |
| 26262400000 |

| Tilapia |
|---------|
| UPC |
| 20972900000 |
| 25885600000 |
| 26084000000 |
| 25838800000 |

| Tilapia |
|---------|
| UPC |
| 26083300000 |
| 25885500000 |
| 26169300000 |
| 26028300000 |
| 22026200000 |
| 20288900000 |
| 20972700000 |
| 26173700000 |
| 26173500000 |
| 26081200000 |
| 26081200000 |
| 22130700000 |
| 20719500000 |
| 25127100000 |
| 25840400000 |
| 25840600000 |
| 25127100000 |
| 25838800000 |
| 25127100000 |
| 25838800000 |
| 26028400000 |
| 26028600000 |
| 26029500000 |
| 26029500000 |
| 26032600000 |
| 25127100000 |
| 26084700000 |
| 26093600000 |
| 26169500000 |
| 26207700000 |
| 26209900000 |
| 26230500000 |
| 26254800000 |
| 25127100000 |
| 25127100000 |
| 22063600000 |
| 20991500000 |
| 22474700000 |
| 22491000000 |
| 25885400000 |
| 25885400000 |
| 26093800000 |

| Tilapia |
|---------|
| UPC |
| 26186400000 |
| 26093800000 |
| 25933100000 |
| 26028800000 |
| 26028800000 |
| 26097800000 |
| 26170900000 |
| 26223600000 |
| 26254900000 |
| 26097800000 |
| 26223600000 |
| 26254900000 |
| 26028800000 |
| 26028800000 |
| 26028800000 |
| 22063900000 |
| 20972100000 |
| 20972800000 |
| 20991600000 |
| 22490900000 |
| 22063900000 |
| 22063900000 |
| 26258600000 |
| 26048000000 |
| 20927500000 |
| 22474800000 |
| 22475600000 |

| Tripe |
|-------|
| UPC |
| 20697900000 |
| 20588900000 |
| 22765200000 |

| Trout |
|-------|
| UPC |
| 25906000000 |
| 25866200000 |
| 25866200000 |
| 25906000000 |
| 25906000000 |

| Trout |
|-------|
| UPC |
| 25866200000 |
| 25906000000 |
| 26032300000 |
| 26033100000 |
| 25866200000 |
| 26169700000 |
| 26170000000 |
| 26207400000 |
| 25951500000 |
| 25951500000 |
| 26032700000 |
| 26033000000 |
| 26084300000 |
| 26032700000 |
| 26169600000 |
| 26169900000 |
| 26207300000 |
| 26253700000 |
| 20965100000 |
| 25893500000 |
| 25893500000 |
| 25893500000 |
| 25893500000 |
| 25893500000 |
| 26084200000 |
| 26209600000 |
| 20728600000 |
| 26209500000 |
| 26186300000 |
| 26186300000 |
| 26084200000 |

| Tuna |
|------|
| UPC |
| 26230600000 |
| 26213700000 |
| 26223700000 |
| 26213700000 |
| 26229700000 |
| 26229800000 |
| 26223700000 |
| 26253600000 |

DocuSign Envelope ID: C66289 F-709E-4748-AA27-BCD4A617ECE

| Tuna |
| --- |
| **UPC** |
| 26229800000 |
| 26223700000 |
| 26253600000 |
| 26213700000 |
| 26213700000 |

| Walleye |
| --- |
| **UPC** |
| 26168600000 |
| 26173900000 |
| 20974400000 |

| Whitefish |
| --- |
| **UPC** |
| 26174100000 |

# **ADDENDUM B**

## **Bagged Citrus – Descriptions and UPCs**

| Description | UPC |
|---|---|
| Large Orange Bag (5lb) | 3338311004 |
| Large Orange Bag (5lb) | 3338312082 |
| Large Orange Bag (5lb) | 3338313003 |
| Large Orange Bag (5lb) | 3338313004 |
| Large Orange Bag (5lb) | 3338313123 |
| Large Orange Bag (5lb) | 3338314004 |
| Large Orange Bag (5lb) | 3338314613 |
| Large Orange Bag (5lb) | 3338318802 |
| Large Orange Bag (5lb) | 3383130033 |
| Large Orange Bag (5lb) | 3651511004 |
| Large Orange Bag (5lb) | 4280800235 |
| Large Orange Bag (5lb) | 7224075780 |
| Large Orange Bag (5lb) | 9214811004 |
| Large Orange Bag (5lb) | 9670400159 |
| Large Orange Bag (5lb) | 60504962305 |
| Large Orange Bag (5lb) | 79192811004 |
| Large Orange Bag (5lb) | 79192811006 |
| Large Orange Bag (5lb) | 81361802336 |
| Large Orange Bag (5lb) | 81387901071 |
| Large Orange Bag (5lb) | 81865401129 |
| Large Orange Bag (5lb) | 84043710121 |
| Large Orange Bag (5lb) | 84258610025 |

| Description | UPC |
|---|---|
| Large Orange Bag (5lb) | 84585700048 |
| Large Orange Bag (5lb) | 84634000146 |
| Large Orange Bag (5lb) | 84634001519 |
| Large Orange Bag (5lb) | 84720401042 |
| Large Orange Bag (5lb) | 85979400744 |
| Large Orange Bag (5lb) | 89973400245 |
| Large Orange Bag (5lb) | 89973400261 |
| Large Orange Bag (5lb) | 89973400262 |
| Large Orange Bag (5lb) | 780461755057 |
| Organic Grapefruit (4lb) | 82890400061 |
| Organic Grapefruit (4lb) | 72906298615 |
| Organic Grapefruit (4lb) | 81468301007 |
| Organic Grapefruit (4lb) | 3307460321 |
| Organic Grapefruit (4lb) | 60504944217 |
| Organic Grapefruit (4lb) | 61046210116 |
| Organic Oranges (3lb) | 68113116060 |
| Organic Oranges (3lb) | 1466816004 |
| Organic Oranges (3lb) | 82890459545 |
| Organic Oranges (3lb) | 81468301249 |
| Organic Oranges (3lb) | 1466816005 |
| Organic Oranges (3lb) | 81468301243 |
| Organic Oranges (3lb) | 1466816002 |

DocuSign Envelope ID: C66280 1F-799E-4748-AA27-BCD4A617FCE

| Description | UPC |
|---|---|
| Organic Oranges (3lb) | 84720401176 |
| Organic Oranges (3lb) | 89842900256 |
| Organic Oranges (3lb) | 3338310402 |
| Organic Oranges (3lb) | 3307460313 |
| Organic Oranges (3lb) | 82890459760 |
| Organic Oranges (3lb) | 81675400003 |
| Organic Oranges (3lb) | 60504946568 |
| Organic Oranges (3lb) | 68113116075 |
| Organic Oranges (3lb) | 3651512002 |
| Organic Oranges (3lb) | 84043710200 |
| Organic Oranges (3lb) | 3307460318 |
| Organic Oranges (3lb) | 68113117947 |
| Organic Oranges (3lb) | 72906298686 |
| Organic Oranges (3lb) | 72906298696 |
| Organic Oranges (3lb) | 72906299023 |
| Small Orange Bag (3lb) | 1420003348 |
| Small Orange Bag (3lb) | 3338310401 |
| Small Orange Bag (3lb) | 3338311942 |
| Small Orange Bag (3lb) | 3338311991 |
| Small Orange Bag (3lb) | 3338312080 |
| Small Orange Bag (3lb) | 3338313022 |
| Small Orange Bag (3lb) | 3338314610 |

| Description | UPC |
|---|---|
| Small Orange Bag (3lb) | 3338314621 |
| Small Orange Bag (3lb) | 3338314626 |
| Small Orange Bag (3lb) | 3651511942 |
| Small Orange Bag (3lb) | 3651511943 |
| Small Orange Bag (3lb) | 7224054054 |
| Small Orange Bag (3lb) | 7224075734 |
| Small Orange Bag (3lb) | 9670400158 |
| Small Orange Bag (3lb) | 40009445594 |
| Small Orange Bag (3lb) | 60504949197 |
| Small Orange Bag (3lb) | 61420003348 |
| Small Orange Bag (3lb) | 79192811942 |
| Small Orange Bag (3lb) | 81361802030 |
| Small Orange Bag (3lb) | 81387901063 |
| Small Orange Bag (3lb) | 81865401128 |
| Small Orange Bag (3lb) | 81865401168 |
| Small Orange Bag (3lb) | 84043710006 |
| Small Orange Bag (3lb) | 84043710106 |
| Small Orange Bag (3lb) | 84258610023 |
| Small Orange Bag (3lb) | 84585700047 |
| Small Orange Bag (3lb) | 84585700114 |
| Small Orange Bag (3lb) | 84634000150 |
| Small Orange Bag (3lb) | 84634001488 |

DocuSign Envelope ID: C66286 1F-739E-4748-AA27-BCD4A517FCE

| Description | UPC |
|---|---|
| Small Orange Bag (3lb) | 85093700112 |
| Small Orange Bag (3lb) | 85126400321 |
| Small Orange Bag (3lb) | 85245300230 |
| Small Orange Bag (3lb) | 85716900504 |
| Small Orange Bag (3lb) | 85841000524 |
| Small Orange Bag (3lb) | 85979400743 |
| Small Orange Bag (3lb) | 86010700179 |
| Small Orange Bag (3lb) | 88264800083 |
| Small Orange Bag (3lb) | 89973400233 |
| Small Orange Bag (3lb) | 89973400246 |
| Small Orange Bag (3lb) | 780461755058 |
| Tangerines (2lb) | 81037601104 |
| Tangerines (2lb) | 19500401 |
| Tangerines (2lb) | 85771300537 |