# EXHIBIT 2

## Exhibit 2

## Chart of Proposed Settlement-Related Deadlines
## In Proposed Preliminary Approval Order ("PAO")

| Event | Timing/Deadline | PAO Paragraph |
|---|---|---|
| PAO Entered | n/a | n/a |
| Commencing direct Email Notice Per Notice Plan | 30 days following entry of PAO | 11.a |
| Commencing Digital and Media Notice Per Notice Plan | 30 days following entry of PAO | 11.b |
| Settlement Website Posted | 30 days following entry of PAO | 11.c |
| Publication of Summary Notice over PRNewswire | 30 days following entry of PAO | 12 |
| Publication of Notice in *People* Magazine | 90 days following entry of PAO | 12 |
| Plaintiff's Motion for Final Approval | 35 days prior to Final Approval Hearing date | 32 |
| Plaintiff's Motion for Attorneys' Fees, Costs and Expenses | 35 days prior to Final Approval Hearing date | 32 |
| Request for Exclusion / Opt-Out Deadline | 21 days prior to Final Approval Hearing date | 23 |
| Objection Deadline | 21 days prior to Final Approval Hearing date | 24 |
| Claim Form Submission Deadline (Postmarked or Submitted Electronically) | 7 days prior to Final Approval Hearing date | 17 |
| Plaintiff's Reply to any Objections | 7 days prior to Final Approval Hearing date | 32 |
| Class Counsel Affidavit/Declaration re: Proof of Effectuating the Notice Plan | 7 days prior to Final Approval Hearing date | 13 |
| Final Approval Hearing Date | A date 145 days from entry of PAO | 5 |