| Your claim form must be submitted online or postmarked by: June 5, 2024 | **United States District Court**<br>**Middle District of Florida**<br><br>*Kukorinis v. Walmart Inc.*<br>Case No. 8:22-CV-02402-VMC-TGW | WAL |

## CLAIM FORM

### I. YOUR CONTACT INFORMATION AND MAILING ADDRESS

Provide your name and contact information below.

| [redacted] | [redacted] |
|---|---|
| **First Name** | **Last Name** |

| [redacted] |
|---|
| (address line) |

| [redacted] | [redacted] | [redacted] |
|---|---|---|
| **City** | **State** | **Zip Code** |

| [redacted] | [redacted] |
|---|---|
| **Email Address** | **Mobile Phone Number** |

IF YOU RECEIVED AN EMAIL, PROVIDE THE FOLLOWING FROM THE EMAIL:

**Notice ID:** [redacted]     **Confirmation Code:** [redacted]

| Your claim form must be submitted online or postmarked by: **June 5, 2024** | **United States District Court<br>Middle District of Florida**<br><br>*Kukorinis v. Walmart Inc.*<br>Case No. 8:22-CV-02402-VMC-TGW | WAL |
|---|---|---|

## II. BAGGED CITRUS AND/OR WEIGHTED GOODS PURCHASED

Select from **one** of the following two options:

\* The dollar amounts shown below are *not* guaranteed; they are subject to a potential pro rata increase or decrease depending on the number of people who submit valid Claim Forms.

**OPTION 1**

☐ I do not have receipts, proof of purchase, or other documentation but attest to having Purchased the following number of Weighted Goods and/or Bagged Citrus in-person in a Walmart Store from October 19, 2018 through January 19, 2024 (select one only):

☐ **up to 50** Weighted Goods and/or Bagged Citrus to receive $10.00*

☐ **between 51 and 75** Weighted Goods and/or Bagged Citrus to receive $15.00*

☐ **between 76 and 100** Weighted Goods and/or Bagged Citrus to receive $20.00*

☒ **101 or more** Weighted Goods and/or Bagged Citrus to receive $25.00*

Describe the types of Weighted Goods and/or Bagged Citrus you Purchased, and identify the Years Purchased:

SALMOM, CHICKEN, PORK.ORANGES ,BANANAS
_____ 2018   -   2024 _____

_____

_____

**OPTION 2**

☒ I have receipts, proof of purchase, or other documentation that documents (a) each Weighted Good and/or Bagged Citrus product I Purchased in-person in a Walmart Store from October 19, 2018 through January 19, 2024, and (b) the amount I paid for each Weighted Good and/or Bagged Citrus Purchased.

Enter the number of Weighted Goods and/or Bagged Citrus you are providing documentation for: 134

Enter the total amount paid for the Weighted Goods and/or Bagged Citrus that you submitted documentation for: $ 500.00 . [You may receive 2% of this amount capped at $500.00*]

| Your claim form must be submitted online or postmarked by: June 5, 2024 | United States District Court<br>Middle District of Florida<br><br>*Kukorinis v. Walmart Inc.*<br>Case No. 8:22-CV-02402-VMC-TGW | WAL |

## III. PAYMENT SELECTION

Please select from **one** of the following payment options:

☐ **Venmo** - Enter the mobile number associated with your Venmo account: __ __ __ - __ __ __ - __ __ __ __

☐ **Zelle** - Enter the mobile number or email address associated with your Zelle account:

Mobile Number: __ __ __ - __ __ __ - __ __ __ __   or Email Address: _____

☐ **Virtual Prepaid Card** - Enter your email address: _____

☒ **Physical Check** - Payment will be mailed to the address provided in Section I above.

## IV. VERIFICATION AND ATTESTATION UNDER PENALTY OF PERJURY

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that I am the person identified in Section I and the information provided in this Claim Form, including any accompanying supporting documentation, is true and correct, this is the only Claim Form that I have submitted, and nobody has submitted another claim in connection with this Settlement on my behalf.

I further understand, acknowledge, and agree that the amount I will receive shall be calculated in accordance with the terms of the Settlement Agreement and I am subject to the terms of the Settlement Agreement, including the release of claims as more fully described in the Settlement Agreement.

*[Signature: James R Brown]*

Your signature
JAMES R BROWN

Your name

Date: 03/18/2024
      MM   DD   YYYY

# Kukorinis v. Walmart Inc.

Case No. 8:22-cv-02402-VMC-TGW

US District Court for the Middle District of Florida, Tampa Division

MENU																			SUBMIT CLAIM

If you received a personalized notice via email with a **Notice ID** and **Confirmation Code**, please enter the codes you were provided below.

Please remember to enter the full Notice ID exactly as it appears on your personalized Notice, (i.e. ABC12345678).

[ ███████████████████ ]
Notice ID

[ ██████████ ]
Confirmation Code

Submit

If you did not receive a personalized Notice via email, click below to complete a Claim Form.

Click Here

MAR 21 2024 AM 11:10
RCVD - USDC - FLMD - TPA

Privacy - Terms