| Your claim form must be submitted online or postmarked by: **June 5, 2024** | **United States District Court<br>Middle District of Florida**<br><br>*Kukorinis v. Walmart Inc.*<br>Case No. 8:22-CV-02402-VMC-TGW | WAL |

### CLAIM FORM

## I. YOUR CONTACT INFORMATION AND MAILING ADDRESS

Provide your name and contact information below.

| GORDON | BLAIR |
|---|---|
| **First Name** | **Last Name** |

[Street Address — redacted]

[City — redacted] / [State — redacted] / [Zip Code — redacted]

[Email Address — redacted]   [Mobile Phone Number — redacted]

IF YOU RECEIVED AN EMAIL, PROVIDE THE FOLLOWING FROM THE EMAIL:

**Notice ID:** [redacted]   **Confirmation Code:** [redacted]

---

2

QUESTIONS? Visit www.WalmartWeightedGroceriesSettlement.com or call toll-free 1-833-987-9998

| Your claim form must be submitted online or postmarked by: June 5, 2024 |
|---|

**United States District Court**
**Middle District of Florida**

*Kukorinis v. Walmart Inc.*
Case No. 8:22-CV-02402-VMC-TGW

| WAL |
|---|

## II. BAGGED CITRUS AND/OR WEIGHTED GOODS PURCHASED

Select from **one** of the following two options:

* The dollar amounts shown below are *not* guaranteed; they are subject to a potential pro rata increase or decrease depending on the number of people who submit valid Claim Forms.

**OPTION 1**

☒ I do not have receipts, proof of purchase, or other documentation but attest to having Purchased the following number of Weighted Goods and/or Bagged Citrus in-person in a Walmart Store from October 19, 2018 through January 19, 2024 (select one only):

- ☐ **up to 50** Weighted Goods and/or Bagged Citrus to receive $10.00*
- ☐ **between 51 and 75** Weighted Goods and/or Bagged Citrus to receive $15.00*
- ☐ **between 76 and 100** Weighted Goods and/or Bagged Citrus to receive $20.00*
- ☒ **101 or more** Weighted Goods and/or Bagged Citrus to receive $25.00*

Describe the types of Weighted Goods and/or Bagged Citrus you Purchased, and identify the Years Purchased:

Potatoes, Yams, Peppers, Sweet Potatoes, oranges, Tangerines, Salad mixes, lettuce, Spinache

**OPTION 2**

☐ I have receipts, proof of purchase, or other documentation that documents (a) each Weighted Good and/or Bagged Citrus product I Purchased in-person in a Walmart Store from October 19, 2018 through January 19, 2024, and (b) the amount I paid for each Weighted Good and/or Bagged Citrus Purchased.

Enter the number of Weighted Goods and/or Bagged Citrus you are providing documentation for: ________

Enter the total amount paid for the Weighted Goods and/or Bagged Citrus that you submitted documentation for: $____________. [You may receive 2% of this amount capped at $500.00*]

**Your claim form must be submitted online or postmarked by: June 5, 2024**

**United States District Court**
**Middle District of Florida**

*Kukorinis v. Walmart Inc.*
Case No. 8:22-CV-02402-VMC-TGW

**WAL**

## III. PAYMENT SELECTION

Please select from **one** of the following payment options:

☐ **Venmo -** Enter the mobile number associated with your Venmo account: ___-___-____

☐ **Zelle -** Enter the mobile number or email address associated with your Zelle account:

Mobile Number: ___-___-____ or Email Address: ________________

☐ **Virtual Prepaid Card -** Enter your email address: ________________

☒ **Physical Check -** Payment will be mailed to the address provided in Section I above.

## IV. VERIFICATION AND ATTESTATION UNDER PENALTY OF PERJURY

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that I am the person identified in Section I and the information provided in this Claim Form, including any accompanying supporting documentation, is true and correct, this is the only Claim Form that I have submitted, and nobody has submitted another claim in connection with this Settlement on my behalf.

I further understand, acknowledge, and agree that the amount I will receive shall be calculated in accordance with the terms of the Settlement Agreement and I am subject to the terms of the Settlement Agreement, including the release of claims as more fully described in the Settlement Agreement.

[signature]
Your signature

Date: 03 13 2024
MM DD YYYY

GORDON N. BLAIR
Your name



**QUESTIONS? Visit** www.WalmartWeightedGroceriesSettlement.com **or call toll-free 1-833-987-9998**