# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 8:22-cv-02402-VMC-TGW |

## PLAINTIFF'S SUBMISSION REGARDING CLAIM FORMS

Plaintiff respectfully submits this response to the Court's March 28, 2024 Order (Dkt. 83) regarding the four Claim Forms sent to the Court and the Court's direction that Counsel review all instructions for submitting Claim Forms to ensure that none indicate that the Claim Form should be mailed to the Court.

Plaintiff appreciates the Court's attention to this matter and the prompt handling of the Claim Forms that were mistakenly sent to the Court.

Plaintiff's Counsel and the Claims Administrator have reviewed all instructions on or associated with the Claim Form (electronic, paper and online forms). No instruction states that the Claim Form should be mailed to the Court. The Claimants are instructed in the first numbered instruction appearing on the Claim Form to submit the claim electronically on the Settlement Website or by US Mail to the Claims Administrator: "submit your Claim Form online at

1

www.WalmartWeightedGroceriesSettlement.com or by U.S. Mail to the following address: Walmart Weighted Groceries Settlement, c/o Claims Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103." Also, at various places in the Notice, Email Notice, and Settlement Website the Claimants are told not to contact the Court or the Court Clerk about the Notice and Claim Form.

Email Notice dissemination began on February 20, 2024, and in response a robust number of Claim Forms have already been submitted to the Claims Administrator. The four forms mistakenly sent to the Court represent less than 1/1000 of one percent of the Claim Forms submitted to date (almost all of which have been submitted electronically through the Settlement Website). However, class members still have until June 5, 2024 to submit their Claim Forms. Therefore, Plaintiff's Counsel will ask the Claims Administrator to place additional language on the Claim Form and Settlement Website alerting class members that Claim Forms must not be sent to the Court or Court Clerk.

In addition, if doing so would lessen the burden on the Clerk, if the Court receives additional Claim Forms the Clerk may mail the original Claim Forms to Plaintiff's Counsel instead of mailing them back to the Claimant. Upon receipt, Plaintiff's Counsel will contact the Claimant and provide the Claim Form to the Claims Administrator for processing. If the Court advises of the cost, Plaintiff's Counsel can reimburse the Clerk postage and handling fees incurred for the mailing.

If the Court has any questions, Counsel can be available to address and respond at the Court's convenience.

Dated: April 1, 2024

Respectfully submitted,

*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith
Kimdonaldsonsmith@chimicles.com
Nicholas E. Chimicles
Nick@chimicles.com
Zachary P. Beatty
Zpb@chimicles.com
**Chimicles Schwartz Kriner & Donaldson-Smith LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633

*Attorneys for Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2024, the foregoing document was served on Defendant's counsel by the Court's electronic filing system.

*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith
