| Your claim form must be submitted online or postmarked by: June 5, 2024 | **United States District Court**<br>**Middle District of Florida**<br><br>*Kukorinis v. Walmart Inc.*<br>Case No. 8:22-CV-02402-VMC-TGW | WAL |

## CLAIM FORM

---

### I. YOUR CONTACT INFORMATION AND MAILING ADDRESS

Provide your name and contact information below.

| Terry | Oxley |
|---|---|
| First Name | Last Name |

| [redacted] |
|---|
| Street Address |

| [redacted] | | |
|---|---|---|
| City | State | Zip Code |

| [redacted] | [redacted] |
|---|---|
| Email Address | Mobile Phone Number |

IF YOU RECEIVED AN EMAIL, PROVIDE THE FOLLOWING FROM THE EMAIL:

**Notice ID:**                              **Confirmation Code:**

[redacted]

(OVER on bACK)

2

QUESTIONS? Visit www.WalmartWeightedGroceriesSettlement.com or call toll-free 1-833-987-9998

| Your claim form must be submitted online or postmarked by: June 5, 2024 | **United States District Court<br>Middle District of Florida**<br><br>*Kukorinis v. Walmart Inc.*<br>Case No. 8:22-CV-02402-VMC-TGW | WAL |

## II. BAGGED CITRUS AND/OR WEIGHTED GOODS PURCHASED

Select from **one** of the following two options:

\* The dollar amounts shown below are *not* guaranteed; they are subject to a potential pro rata increase or decrease depending on the number of people who submit valid Claim Forms.

### OPTION 1

[X] I do not have receipts, proof of purchase, or other documentation but attest to having Purchased the following number of Weighted Goods and/or Bagged Citrus in-person in a Walmart Store from October 19, 2018 through January 19, 2024 (select one only):

- [X] **up to 50** Weighted Goods and/or Bagged Citrus to receive $10.00*
- [ ] **between 51 and 75** Weighted Goods and/or Bagged Citrus to receive $15.00*
- [ ] **between 76 and 100** Weighted Goods and/or Bagged Citrus to receive $20.00*
- [ ] **101 or more** Weighted Goods and/or Bagged Citrus to receive $25.00*

Describe the types of Weighted Goods and/or Bagged Citrus you Purchased, and identify the Years Purchased:

10/2018 through 12/2023
mandarin oranges     tangerines
Lemons              Limes
NAveL oranges  and   regular oranges

### OPTION 2

[ ] I have receipts, proof of purchase, or other documentation that documents (a) each Weighted Good and/or Bagged Citrus product I Purchased in-person in a Walmart Store from October 19, 2018 through January 19, 2024, and (b) the amount I paid for each Weighted Good and/or Bagged Citrus Purchased.

Enter the number of Weighted Goods and/or Bagged Citrus you are providing documentation for: _____

Enter the total amount paid for the Weighted Goods and/or Bagged Citrus that you submitted documentation for: $_____. [You may receive 2% of this amount capped at $500.00*]

**QUESTIONS?** Visit www.WalmartWeightedGroceriesSettlement.com or call toll-free 1-833-987-9998

| Your claim form must be submitted online or postmarked by: **June 5, 2024** | **United States District Court**<br>**Middle District of Florida**<br><br>*Kukorinis v. Walmart Inc.*<br>Case No. 8:22-CV-02402-VMC-TGW | WAL |
|---|---|---|

APR 1 2024 PM 1:30
FILED - USDC - FLMD - TPA

### III. PAYMENT SELECTION

Please select from **one** of the following payment options:

☐ **Venmo** - Enter the mobile number associated with your Venmo account: __ __ __ - __ __ __ - __ __ __ __

☐ **Zelle** - Enter the mobile number or email address associated with your Zelle account:

Mobile Number: __ __ __ - __ __ __ - __ __ __ __   or Email Address: _____

☐ **Virtual Prepaid Card** - Enter your email address: _____

☑ **Physical Check** - Payment will be mailed to the address provided in Section I above.

### IV. VERIFICATION AND ATTESTATION UNDER PENALTY OF PERJURY

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that I am the person identified in Section I and the information provided in this Claim Form, including any accompanying supporting documentation, is true and correct, this is the only Claim Form that I have submitted, and nobody has submitted another claim in connection with this Settlement on my behalf.

I further understand, acknowledge, and agree that the amount I will receive shall be calculated in accordance with the terms of the Settlement Agreement and I am subject to the terms of the Settlement Agreement, including the release of claims as more fully described in the Settlement Agreement.

*Terry Oxley*
Your signature

TERRY A OXLEY
Your name

Date: 03 / 27 / 2024
      MM   DD   YYYY

4

QUESTIONS? Visit www.WalmartWeightedGroceriesSettlement.com or call toll-free 1-833-987-9998