UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON



PROVIDED TO
SANTA ROSA CI CM
APR 1 2 2024
FOR MAILING BY

CARLTON X. MATHEWS
    Plaintiff,

                        Case No.: 8:22-cv-02402-VMC-TGW

V.

WALMART INC.
    Defendants.

APR 18 2024 AM 11:03
FILED - USDC - FLMD - TPA

## SUPPLEMENTAL COMPLAINT

   COMES NOW, the Plaintiff, Carlton Mathews, pro se, pursuant to Fed. R. Civ. P., move this Honorable Court hereby file supplemental complaint requesting to be added as a party in classaction lawsuit. In support of complaint, Plaintiff states as follows:

   Plaintiff had purchased Bagged Citrus from Walmart. Plaintiff suffered damage same as other Plaintiffs. Plaintiff seek to be compensated as well as other class members in this classaction lawsuit.

   WHEREFORE, Plaintiff respectfully request this Honorable Court add Plaintiff as a member in the classaction lawsuit.
                    /S/ Carlton Mathews
                    Carlton Mathews DC#J27519
                    Santa Rosa C.I.
                    5850 East Milton Rd
                    Milton, FL