Carlton x. Mathews 8 60017570
Santa Rosa Correction Institution
5850 East Milton Rd
Milton, FL 32583

PENSACOLA FL  325

15 APR 2024  PM 1  L

SCREENED
BY USRHS

United States District Court
Sam M. Gibbons US Courthouse
801 N. Florida Avenue
Tampa, FL 33602

33602-384802

PROVIDED TO
SANTA ROSA CI CN
APR 1 2 2024
FOR MAILING CN