UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

Case No. 8:22-cv-02402-VMC-TGW

PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE A MOTION FOR FINAL APPROVAL AND A
MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES OF
MORE THAN TWENTY-FIVE PAGES

Pursuant to Local Rule 3.01(b), Plaintiff, Vassilios Kukorinis, requests an additional five pages (for a total of thirty pages, excluding the caption page, table of contents, and table of authorities) for each of two motions and memoranda of law: (1) Plaintiff's Motion for Final Approval of the Class Action Settlement and Memorandum of Law in Support thereof, and (2) Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses and Memorandum of Law in Support thereof. Defendant does not oppose this request.

In order to adequately explain the nationwide settlement, the efforts undertaken in connection with the Notice Plan, and to address the numerous final approval factors under Rule 23(e) and *Bennett v. Behring Corp.*, 737 F.2d 982 (11th Cir. 1984), Plaintiff requests an additional five pages for his Final Approval motion. Plaintiff also requests

1

an additional five pages for his Motion for Attorneys' Fees, Costs, and Expenses in order to adequately address the numerous relevant factors under *Camden I Condo. Ass'n v. Dunkle*, 946 F.2d 768 (11th Cir. 1991). Granting this request would allow Plaintiff thirty pages for each motion, excluding the caption page, table of contents, and table of authorities.

Dated: April 29, 2024

*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith
Kimdonaldsonsmith@chimicles.com
Nicholas E. Chimicles
Nick@chimicles.com
Zachary P. Beatty
Zacharypbeatty@chimicles.com
**Chimicles Schwartz Kriner & Donaldson-Smith LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633

*Attorneys for Plaintiff Vassilios Kukorinis*

## LOCAL RULE 3.01(g) CERTIFICATE

The undersigned certified that counsel for Plaintiff conferred with counsel for Defendant regarding the relief sought in this Motion. Defendant does not oppose the relief sought herein.

*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith

2

3

## Certificate of Service

I hereby certify that on April 29, 2024, the foregoing document was served on Defendant's counsel by the Court's electronic filing system.

*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith