Your claim form must be submitted online or postmarked by: June 5, 2024

**United States District Court**
**Middle District of Florida**

*Kukorinis v. Walmart Inc.*
Case No. 8:22-CV-02402-VMC-TGW

## CLAIM FORM

### I. YOUR CONTACT INFORMATION AND MAILING ADDRESS

Provide your name and contact information below.

| Michael | Insman |
|---|---|
| **First Name** | **Last Name** |

**Street Address**

| | | |
|---|---|---|
| **City** | **State** | **Zip Code** |

**Email Address** **Mobile Phone Number**

IF YOU RECEIVED AN EMAIL, PROVIDE THE FOLLOWING FROM THE EMAIL:

**Notice ID:** **Confirmation Code:**

| Your claim form must be submitted online or postmarked by: June 5, 2024 | **United States District Court**<br>**Middle District of Florida**<br><br>*Kukorinis v. Walmart Inc.*<br>Case No. 8:22-CV-02402-VMC-TGW |
|---|---|

## II. BAGGED CITRUS AND/OR WEIGHTED GOODS PURCHASED

Select from **one** of the following two options:

\* The dollar amounts shown below are *not* guaranteed; they are subject to a potential pro rata increas[e] depending on the number of people who submit valid Claim Forms.

**OPTION 1**

☒ I do not have receipts, proof of purchase, or other documentation but attest to having Purchased [a] number of Weighted Goods and/or Bagged Citrus in-person in a Walmart Store from Octo[ber 19, 2018] through January 19, 2024 (select one only):

☐ **up to 50** Weighted Goods and/or Bagged Citrus to receive $10.00*

☐ **between 51 and 75** Weighted Goods and/or Bagged Citrus to receive $15.00*

☐ **between 76 and 100** Weighted Goods and/or Bagged Citrus to receive $20.00*

☒ **101 or more** Weighted Goods and/or Bagged Citrus to receive $25.00*

Describe the types of Weighted Goods and/or Bagged Citrus you Purchased, and identify the Year[s]:

Chicken / Oanjerins / Mondnins, Bacon, lunch meats, Rasbenrys, strawberry Fish, Potatoes.

**OPTION 2**

☐ I have receipts, proof of purchase, or other documentation that documents (a) each Weighted [Good and/or] Bagged Citrus product I Purchased in-person in a Walmart Store from October 19, 2018 thr[ough January] 19, 2024, and (b) the amount I paid for each Weighted Good and/or Bagged Citrus Purchased.

Enter the number of Weighted Goods and/or Bagged Citrus you are providing docum[entation for]: _____

Enter the total amount paid for the Weighted Goods and/or Bagged Citrus that you submitted d[ocumentation] for: $ 500 . [You may receive 2% of this amount capped at $500.00*]

| Your claim form must be submitted online or postmarked by: June 5, 2024 | **United States District Court**<br>**Middle District of Florida**<br><br>*Kukorinis v. Walmart Inc.*<br>Case No. 8:22-CV-02402-VMC-TGW |
|---|---|

### III. PAYMENT SELECTION

Please select from **one** of the following payment options:

☐ **Venmo** - Enter the mobile number associated with your Venmo account: __ __ __ - __ __ __ - __ __ __ __

☐ **Zelle** - Enter the mobile number or email address associated with your Zelle account:

Mobile Number: __ __ __ - __ __ __ - __ __ __ __   or Email Address: _____

☐ **Virtual Prepaid Card** - Enter your email address: _____

☒ **Physical Check** - Payment will be mailed to the address provided in Section I above.

### IV. VERIFICATION AND ATTESTATION UNDER PENALTY OF PERJURY

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that I identified in Section I and the information provided in this Claim Form, including any accompanying documentation, is true and correct, this is the only Claim Form that I have submitted, and nobody another claim in connection with this Settlement on my behalf.

I further understand, acknowledge, and agree that the amount I will receive shall be calculated i with the terms of the Settlement Agreement and I am subject to the terms of the Settlemen including the release of claims as more fully described in the Settlement Agreement.

*[signature]*
Your signature

Date: 4 / 11  2024
      MM   DD   YYYY

Michael Ingman
Your name