# EXHIBIT B

**Subject:** Reminder Notice: File your Claim in the Kukorinis v. Walmart, Inc. Class Action Settlement
**From:** Claims Administrator <donotreply@walmartweightedgroceriessettlement.com>
**Date:** 4/28/24, 21:17
**To:** DANA.ALBRECHT@HUSHMAIL.COM

**Notice ID: WWG10038987034**
**Confirmation Code: 33E7T6LRmDRw**

### Claim Deadline Approaching for Walmart Class Action Settlement

The purpose of this notice is to remind you that if you Purchased Weighted Goods and/or Bagged Citrus in person, at a Walmart Store, in the United States or Puerto Rico, from October 19, 2018 through January 19, 2024, you may be eligible for a cash payment from this class action settlement.

The Settlement website, www.WalmartWeightedGroceriesSettlement.com, contains product descriptions and a searchable list of UPC Codes for the Weighted Goods and Bagged Citrus and examples of those products can be viewed in the FAQs and in the Plaintiff's Amended Complaint, both on the Settlement website: www.WalmartWeightedGroceriesSettlement.com.

In order to share in the distribution of the Net Settlement Fund, you **must** timely submit a Claim Form online, or, if mailed, postmarked *no later than June 5, 2024.*

No supporting documentation is required to be eligible to receive a payment: You may submit a Claim even if you no longer have receipts.

You can submit your Claim online at www.WalmartWeightedGroceriesSettlement.com. You may also download the Claim Form from the Settlement Website, or call the Claims Administrator toll-free 1-833-987-9998 to get a paper copy of the Claim Form, and mail your Claim Form to the Claims Administrator at the following address: *Walmart Weighted Groceries Settlement, c/o Claims Administrator,* 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. Do not mail your Claim Form to the Court, Counsel or Walmart.

Unless the deadline is extended, your failure to submit your Claim by *June 5, 2024* will preclude you from receiving any payment from the Settlement.

Unsubscribe