**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated, | Case No. 8:22-cv-02402-VMC-TGW |
| Plaintiff, | |
| v. | |
| WALMART INC., | |
| Defendant. | |

**DECLARATION OF STEVEN WEISBROT, ESQ.**
**REGARDING CURRENT STATUS OF THE SETTLEMENT NOTICE PLAN, THE**
**SETTLEMENT WEBSITE AND TOLL-FREE NUMBER, CLAIM FORMS RECEIVED,**
**OPT-OUTS, AND OBJECTIONS**

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). Angeion specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans.

2.     My credentials were provided in my prior declaration describing the proposed notice plan ("Notice Plan Declaration") (Dkt. No. 71-4).

3.     Pursuant to this Court's Preliminary Approval Order (Dkt. No. 75), Angeion was appointed to serve as the Claims Administrator in connection with the above-captioned litigation. In that role, among other tasks, Angeion is responsible for (1) the implementation and effectuation of the Notice Plan; (2) receiving and processing Claim Forms; (3) receiving and maintaining any requests for exclusion from the Settlement; (4) administering settlement payments; and (5) performing other duties pursuant to the Preliminary Approval Order and the Settlement Agreement.

**1**
Declaration of Steven Weisbrot re: Final Approval

4.      The purpose of this declaration is to provide the Court with the current status of and information regarding the Notice Plan, Claim Forms, exclusions, and objections received to date.

5.      In addition, pursuant to ¶ 15 of the Preliminary Approval Order, Angeion will provide Class Counsel with a Declaration regarding the completion of the Notice plan, which Class Counsel shall serve on Walmart's Counsel and file with the Court by June 5, 2024 ("Supplemental Declaration").

## SETTLEMENT CLASS MEMBER DATA AND EMAIL NOTICE

6.      On or about December 23, 2023, Angeion received from Walmart the list of persons who Walmart identified as having likely purchased at least one Weighted Good or Bagged Citrus product during the Settlement Class Period and for whom Walmart has an email address. The list contained first name, last name, email address, and a unique customer ID number.

7.      On or about January 30, 2024, Angeion received from Class Counsel a list of 15 potential class members who contacted their firm. Angeion was directed to add these individuals to the overall list of potential class members.

8.      Angeion analyzed the potential class member data, removing duplicative records. This resulted in a total of 81,429,284 unique records (the "Unique Records").[1] Each Unique Record was assigned a Notice Identification number for purposes of submitting their claim, and then for tracking their claim, as part of the proposed Settlement (the "Unique Notice ID").

9.      Angeion identified a total of 134,141,561 unique email addresses that are associated with the 81,429,284 Unique Records ("Class Email List").[2]

---

[1] The Supplemental Declaration of Steven Weisbrot Esq. re: Proposed Notice Plan (Dkt. No. 74-3, ¶ 5) described a total of 81,429,269 Unique Records based on Walmart's customer records. The total number of Unique Records described herein includes the list of fifteen (15) potential class members that was provided by Class Counsel.
[2] The total number of unique email addresses are a result of Walmart customers having more than one (1) email address on file with Walmart. This total also includes the fifteen (15) potential class members who contacted Class Counsel.

10.     After the Court entered the Preliminary Approval Order, Angeion subjected the email addresses on the Class Email List to a cleansing and validation process.

11.     The email cleansing process removed extra spaces, fixed common typographical errors in domain names, and corrected insufficient domain suffixes (*i.e.*, gmal.com to gmail.com, gmail.co to gmail.com, yaho.com to yahoo.com, etc.).

12.     The email addresses were then subjected to an email validation process whereby each email address was compared to known bad email addresses.[3] Email addresses that were not designated as a known bad address were then further verified by contacting the Internet Service Provider ("ISP"), where possible, to determine if the email address exists.

13.     The cleansing and validation process described above identified 13,582,980 invalid email addresses. Angeion flagged these invalid email addresses, resulting in a total of 120,558,581 email addresses that passed the initial validation efforts. It is important to note that the 13,582,980 invalid email addresses identified were all secondary email addresses that were associated with the Unique Records. As a result, each of the 81,429,284 Unique Records had at least one (1) email address that passed the initial validation efforts described above.

14.     On February 20, 2024, Angeion began sending the Email Notice to 81,429,284 primary email addresses associated with the Unique Records. Dissemination of the Email Notices was strategically staggered to "prime" the ISPs for the volume of Email Notices to be sent, thus reducing the risk that the Email Notices would be blocked.

15.     Of the 81,429,284 Email Notices sent to the primary email address associated with each Unique Record, 6,204,468 Email Notices bounced-back and could not be delivered. For 4,049,642 of

---

[3] Angeion maintains a database of email addresses that were returned as permanently undeliverable, commonly referred to as a hard bounce, from prior campaigns. Where an address has been returned as a hard bounce within the last year, that email is designated as a known bad email address.

the bounced Email Notices, the corresponding Unique Records did not have any additional valid email addresses. As such, no further notice attempt could be made for these Unique Records.

16.     For the remaining 2,154,826 bounced Email Notices, Angeion caused the Email Notice to be sent to any additional valid email addresses associated with the corresponding Unique Records (up to ten more). This resulted in sending Email Notice to the 3,749,990 additional email addresses that were associated with the Unique Records whose primary email address resulted in a bounce-back.

17.     The Email Notice campaign, as described herein, was completed on April 4, 2024. A true and accurate copy of the Email Notice is attached hereto as **Exhibit A**.

## REMINDER EMAIL NOTICES

18.     On April 8, 2024, Angeion began disseminating Reminder Email Notices. Angeion has disseminated over 69,989,855 Reminder Email Notices and anticipates that the Reminder Email Notice campaign will be completed on or before May 12, 2024. A true and accurate copy of the Reminder Email Notice is attached hereto as **Exhibit B**.

19.     Angeion will report the results of the Reminder Email Notice campaign in its Supplemental Declaration.

## PRESS RELEASE

20.     On February 20, 2024, Angeion caused a press release to be issued via PR Newswire. The press release was picked up by a total of 348 media outlets, which have a combined potential audience of approximately 164.2 million.[4]  A true and accurate copy of the press release is attached hereto as **Exhibit C**.

---

[4] Note: The combined total audience is not de-duped across media platforms.

21.     The press release, along with other forms of notice, resulted in a substantial amount of "earned media" (*i.e.*, other media outlets and/or publications will report the story)[5], which supplemented the comprehensive notice efforts outlined herein, and led to increased awareness and participation amongst members of the Settlement Class.

## PEOPLE MAGAZINE

22.     On March 18, 2024, Angeion caused notice of the Settlement to be published in *People* magazine.[6] Notice was published in color utilizing a one-half page advertisement size. A true and accurate tear sheet demonstrating the publication is attached hereto as **Exhibit D**.

## DIGITAL MEDIA CAMPAIGN

23.     On February 20, 2024, Angeion commenced the four-week digital banner ad campaign via desktop and mobile devices to reach the most qualified audience on the websites where potential Settlement Class Members were likely to shop and browse.  Settlement Class Members who saw the ads were able to click on the ads to be transferred directly to the Settlement Website. The online digital banner ad program served approximately 181,630,264 impressions[7] with a 0.17% click through rate to the Settlement Website. True and accurate copies of the digital banner advertisements are attached hereto as **Exhibit E**.

24.     On February 20, 2024, Angeion commenced the four-week social media ad campaign via Facebook, Instagram, X (formerly Twitter) and Reddit. The social media campaign used an interest-

---

[5] *See:* https://www.cnet.com/personal-finance/if-youve-shopped-at-walmart-over-the-last-few-years-you-could-claim-up-to-500-in-settlement-cash/; https://www.npr.org/2024/04/06/1243257545/walmart-grocery-settlement-cash-payments; https://www.washingtonpost.com/business/2024/04/08/walmart-settlement-meat-seafood-do-you-qualify/; https://www.nytimes.com/2024/04/05/business/walmart-settlement-overcharge-refund.html; https://www.today.com/food/groceries/walmart-weighted-groceries-settlement-rcna146388; https://www.cnn.com/2024/04/05/business/walmart-shoppers-class-action-settlement/index.html; https://www.cbsnews.com/news/walmart-settlement-claim-how-to-file/;
[6] As previously reported, *People* magazine has a total audience size of approximately 26.2 million individuals.
[7] One million impressions were geotargeted to Puerto Rico.

based approach which focused on the interests that users exhibit while on these social media platforms. Settlement Class Members who saw the ads were able to click on the ads to be transferred directly to the Settlement Website. The social media ad program delivered 75,682,216 impressions with a 0.21% click through rate to the Settlement Website. True and accurate copies of the social media ads are attached hereto as **Exhibit F**.

25.     On February 20, 2024, Angeion commenced the four-week paid search campaign on Google to help drive Settlement Class Members who are actively searching for information about the Settlement to the dedicated Settlement Website. The paid search campaign delivered 115,201 impressions and had a 41.85% click through rate to the Settlement Website.

## REACH & FREQUENCY

26.     The comprehensive media notice plan, combined with the direct notice efforts, was designed to deliver an approximate 80.15% reach with an average frequency of 3.25 times each by delivering approximately 394 million impressions. While the final reach percentage and frequency will not be determined until after the Reminder Email Notice efforts are completed, the notice plan remains on pace to meet or exceed the reach percentage it was designed to deliver.  Angeion will report the final reach percentage and frequency that is achieved in its Supplemental Declaration.

## SETTLEMENT WEBSITE & TOLL-FREE TELEPHONE SUPPORT NUMBER

27.     On February 16, 2024, Angeion established the following website devoted to this Settlement: www.walmartweightedgroceriessettlement.com ("Settlement Website").

28.     The Settlement Website was designed to be informative and user-friendly.  The Settlement Website prominently identifies and contains: important Settlement-related deadlines and information on the Home page; key documents (including the Notice, Summary Notice and Claim Form (all

available in both English and Spanish), the Preliminary Approval Order, the Settlement Stipulation, and the Amended Complaint); and, answers to a series of "FAQs" (frequently asked questions).

29.      The Settlement Website also provides an online claim filing portal whereby Settlement Class Members can complete and submit their Claim Form electronically through the Settlement Website. Settlement Class Members can also download a PDF version of the Claim Form (in both English and Spanish) to complete and submit by mail, in the alternative.[8]

30.      In addition, the Settlement Website included examples (*e.g.* FAQ #2) and searchable lists of the Weighted Goods and Bagged Citrus that are the subject of the proposed Settlement. The Settlement Website also features a customized chatbot designed to assist users navigating the Settlement Website and provide assistance with submitting claims. Approximately 16,925 visitors to the website have engaged with the chatbot.  The Settlement Website also includes a "Contact Us" page whereby Settlement Class Members can send an email with any additional questions to a dedicated Angeion-monitored email address.

31.      Through May 7, 2024, the Settlement Website has had 17,666,468 page views and 13,259,814 sessions by 11,895,809 unique users.

32.      On February 13, 2024, Angeion implemented the toll-free hotline devoted to this Settlement. The toll-free hotline apprises Settlement Class Members of their rights and options pursuant to the terms of the Settlement, utilizing an interactive voice response ("IVR") system that is available in both English and Spanish. Settlement Class Members can listen to responses to frequently asked

---

[8] Instruction No. 1 on the Claim Form stated that mailed Claim Forms were to be sent "by U.S. Mail to the following address: *Walmart Weighted Groceries Settlement*, c/o Claims Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103."  Also, at various places in the Notice, Email Notice, and Settlement Website the Claimants are told not to contact the Court or the Court Clerk about the Notice and Claim Form. Class Counsel provided us with the Court's March 28, 2024 Order regarding the Claim Forms that were sent to the Court.  We reviewed all instructions on or associated with the Claim Form on the Settlement Website and documents to confirm that there was no instruction being given that the Claim Form should be mailed to the Court.

questions and other essential information regarding the Settlement. Settlement Class Members are also able to leave a voicemail to request a call back from a live agent or to request a copy of the Notice or Claim Form be mailed to them.

33.     Through May 7, 2024, the toll-free hotline has received over 16,641 incoming calls, totaling over 66,299 minutes. Additionally, potential Settlement Class Members have left over 1,609 voicemails totaling over 1,947 minutes.

## CLAIM FORM SUBMISSIONS

34.     The deadline for Settlement Class Members to submit a Claim Form is June 5, 2024.

35.     Through May 7, 2024, Angeion has received a total of 3,352,493 Claim Form submissions, with 3,349,344 Claim Forms submitted via the Settlement Website and 3,149 Claim Forms received by mail (or through Class Counsel).

36.     Additionally, of the 3,352,493 Claim Form submissions received, a total of 390,432 Claim Forms were submitted using the Unique Notice ID from the Emailed Notice, while approximately 526,200 Claim Form submissions have been preliminarily identified by AngeionAffirm as suspected fraud.

37.     These Claim Form submissions remain subject to audit and verification by Angeion for (among other things) duplication, validity, completeness, deficiencies, and fraud. Angeion will provide an update regarding the Claim Form submissions received in its Supplemental Declaration.

38.     Angeion implemented its proprietary real-time and industry-leading fraud detection system, AngeionAffirm, for this Settlement. AngeionAffirm is a comprehensive solution to identify fraud in real time based on both state-of-the-art technology and analysis of over a decade of historical claims data.[9] AngeionAffirm was developed to combat and overcome the increasingly ever-evolving

---

[9] *See* Notice Plan Declaration, ¶¶ 61 – 64 for additional details regarding AngeionAffirm.

challenge of identifying fraudulent claim submissions while administering class action Settlements.[10] In recent times, cyber criminals and fraudulent actors have utilized a variety of increasingly sophisticated technologies and techniques in their attempt to perpetuate fraud in class action settlements. Many of these criminals may be state-sponsored or otherwise instigated by nefarious domestic or international cartels. Combating and identifying fraudulent claims is necessary to uphold and augment the integrity of the class action claims process, ensuring fair compensation for bona fide claimants, effectively eliminating most meaningful instances of fraud.

39.     As a percentage of submitted claims to date, the number of potentially fraudulent claims identified in this matter (approximately 15.8%) is less than what Angeion has seen in other recent settlements it has administered:[11]

| Case | Total Claims | Claims Identified as Potentially Fraudulent | Percentage of Potentially Fraudulent Claims | Non-Fraudulent Claims |
|------|-------------|---------------------------------------------|---------------------------------------------|-----------------------|
| A | 5,310,950 | 4,965,590 | 93% | 345,360 |
| B | 5,402,484 | 4,846,287 | 90% | 556,197 |
| C | 945,536 | 856,822 | 91% | 88,714 |
| D | 8,987,980 | 8,892,603 | 99% | 95,377 |
| E | 3,798,415 | 3,446,286 | 91% | 352,129 |
| F | 668,975 | 372,207 | 56% | 296,667 |
| G | 677,570 | 323,949 | 48% | 353,621 |

## OPT-OUTS AND OBJECTIONS

40.     The deadline for Settlement Class Members to request exclusion from the Settlement is May 22, 2024.  As of May 6, 2024, Angeion has received 113 Requests for exclusions (or Opt-Out

---

[10] *See* https://www.law.com/newyorklawjournal/2023/07/26/the-increasing-danger-of-fraudulent-claims-in-class-actionsettlements/ .

[11] If requested, Angeion can provide additional details regarding the identity of the settlements in which AngeionAffirm has been deployed for in camera review or to be submitted under seal, as several of the referenced cases are ongoing at this time.

requests). Attached hereto as **Exhibit G** is a list of the names of the 113 individuals who have requested to be excluded from this Settlement.

41.    The deadline for Settlement Class Members to object to the Settlement is May 22, 2024.  As of May 7, 2024, Angeion has received 1 timely Objection to the Settlement. The Objection is attached hereto as **Exhibit H**.

## NOTICE & ADMINISTRATION COSTS

42.    Through March 31, 2024, Angeion has incurred $1,146,625.06 in costs to provide notice and administration services. Angeion will provide the Court with an update on the notice and administration costs incurred to date in its Supplemental Declaration.

## CONCLUSION

43.    The Notice Plan implemented in this Settlement provided for direct email notice, dissemination of reminder notices via email, as well as the implementation of a comprehensive media notice campaign. The Notice Plan also included the implementation of a dedicated Settlement Website and toll-free telephone support to further provide Settlement Class Members with information about their rights and options pursuant to the terms of the Settlement.

44.    It remains my professional opinion that the Notice Plan described herein provided full and proper notice to Settlement Class Members before the claims, opt-out, and objection deadlines, providing the best notice practicable under the circumstances, fully compliant with due process and Fed. R. Civ. P. 23.

Dated:  May 8, 2024

STEVEN WEISBROT

Exhibit A

| | |
|---|---|
| **From:** | Claims Administrator <donotreply@walmartweightedgroceriessettlement.com> |
| **Sent:** | Tuesday, February 20, 2024 4:01 PM |
| **To:** | |
| **Subject:** | Notice of Kukorinis v. Walmart, Inc. Proposed Class Action Settlement |

**Notice ID:**

**Confirmation Code:**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA

*Kukorinis v. Walmart Inc.*, Case No. 8:22-CV-02402-VMC-TGW
**SUMMARY NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

**TO:** All Persons who Purchased Weighted Goods and/or Bagged Citrus in-person at a Walmart retail store, supercenter, or neighborhood market in the United States or Puerto Rico ("Walmart Store") from October 19, 2018 through and including January 19, 2024 (the "Settlement Class Period").

**YOU MAY BE ELIGIBLE FOR A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT. YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT.**

**YOU ARE HEREBY NOTIFIED,** pursuant to an Order of the United States District Court for the Middle District of Florida, that a hearing will be held on **June 12, 2024, at 10:00 am**, before the Honorable Virginia M. Hernandez Covington in Courtroom 14B of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, for the purpose of determining (1): whether the proposed Settlement of this Action, reached between the parties, consisting of Forty-Five Million Dollars ($45,000,000) (the "Class Settlement Amount") in cash, as set forth in the Settlement Agreement dated November 15, 2023, should be approved as fair, reasonable, and adequate to Class Members; (2) whether the release by Class Members of claims as set forth in the Settlement Agreement should be authorized; (3) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (4) whether to approve Class Counsel's request for an award of Attorneys' Fees, Costs, and Expenses seeking fees up to, but not to exceed, 20% of the Class Settlement Amount, plus reimbursement of costs and expenses (which costs and expenses will not exceed $200,000) incurred in connection with prosecuting the Action, plus any interest on such attorneys' fees, costs, and expenses at the same rate and for the same periods as earned by the Class Settlement Fund (until paid); (5) whether this Action should be dismissed with prejudice against Walmart Inc.; and, (6) whether the Judgment and Order of Dismissal should be entered. The date, time, and location of the settlement hearing are subject to change without further notice; any change to the date, time or location of the settlement hearing will be posted on the Settlement website at www.WalmartWeightedGroceriesSettlement.com.

A Settlement was reached in a class action that alleged that persons who purchased in-person at Walmart Stores certain sold-by-weight meat, poultry, pork, and seafood products (called "Weighted Goods") and certain organic oranges, grapefruit, tangerines, and navel oranges sold in bulk in mesh or plastic bags (called "Bagged Citrus") paid more than the lowest in-store advertised price for those products. Walmart denies these allegations and that it did anything wrong.

The Settlement website, www.WalmartWeightedGroceriesSettlement.com, contains product descriptions and a searchable list of UPC Codes for the Weighted Goods and Bagged Citrus, and examples of those products can be viewed in the FAQs and in the Plaintiff's Amended Complaint on the Settlement website, www.WalmartWeightedGroceriesSettlement.com.

**ADDITIONAL INFORMATION ABOUT THE CASE AND SETTLEMENT, INCLUDING HOW TO FILE A CLAIM, A COPY OF THE DETAILED NOTICE DISCUSSING THE SETTLEMENT AND YOUR RIGHTS, INFORMATION ABOUT THE WEIGHTED GOODS AND BAGGED CITRUS PRODUCTS, AND A COPY OF THE SETTLEMENT AGREEMENT ARE AVAILABLE AT:**
www.WalmartWeightedGroceriesSettlement.com **or call toll-free 1-833-987-9998.**

If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Claim *online or, if mailed, postmarked, no later than June 5, 2024.* No supporting documentation is required to be eligible to receive a payment: You may submit a claim even if you no longer have receipts. You can submit your Claim online at www.WalmartWeightedGroceriesSettlement.com. You may also download the Claim Form from the Settlement Website, or call the Claims Administrator **toll-free 1-833-987-9998** to get a paper copy of the Claim Form, and mail your Claim Form to the Claims Administrator. Unless the deadline is extended, your failure to submit your Claim by the above deadline will preclude you from receiving any payment from the Settlement.

If you are a Class Member and you desire to be excluded from the Class, you must submit a request for exclusion, such that it is *postmarked no later than May 22, 2024*, in the manner and form explained in the detailed Notice, available at www.WalmartWeightedGroceriesSettlement.com. All Class Members who do not timely and validly request exclusion from the Class will be bound by any judgment entered in the Action. If you exclude yourself from the Class, you will not receive any payment from the Settlement.

If you are a Class Member and want to object to the Settlement or Class Counsel's fee and expense application, the objection must be in the form and manner explained in the detailed Notice, which is available at www.WalmartWeightedGroceriesSettlement.com. Your objection must be mailed to each of the following recipients, such that it is *postmarked no later than May 22, 2024:*

| Court Clerk: | Class Counsel: | Defense Counsel: |
|---|---|---|
| Clerk, United States District Court Middle District of Florida, Tampa Division | Kimberly M. Donaldson-Smith Chimicles Schwartz Kriner & Donaldson-Smith, LLP | Naomi G. Beer Greenberg Traurig, LLP |

| 801 North Florida Avenue | 361 West Lancaster Avenue | 1144 15th Street, Ste. 3300 |
|---|---|---|
| 361 West Lancaster Avenue | Haverford, PA 19041 | Denver, Colorado 80202 |
| Tampa, Florida 33602 | | |

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, WALMART, OR DEFENSE COUNSEL REGARDING THIS NOTICE. If you have any questions about the Settlement, you may contact Class Counsel at the address listed above. Additional information about the Settlement can be found at** www.WalmartWeightedGroceriesSettlement.com **or by calling toll-free 1-833-987-9998.**

Unsubscribe

# Exhibit B

**From:**             Claims Administrator <donotreply@walmartweightedgroceriessettlement.com>
**Sent:**             Monday, April 8, 2024 10:51 AM
**To:**
**Subject:**       Reminder Notice: File your Claim in the Kukorinis v. Walmart, Inc. Class Action Settlement

**Notice ID:**

**Confirmation Code:**

### Claim Deadline Approaching for Walmart Class Action Settlement

The purpose of this notice is to remind you that if you Purchased Weighted Goods and/or Bagged Citrus in person, at a Walmart Store, in the United States or Puerto Rico, from October 19, 2018 through January 19, 2024, you may be eligible for a cash payment from this class action settlement.

The Settlement website, www.WalmartWeightedGroceriesSettlement.com, contains product descriptions and a searchable list of UPC Codes for the Weighted Goods and Bagged Citrus and examples of those products can be viewed in the FAQs and in the Plaintiff's Amended Complaint, both on the Settlement website: www.WalmartWeightedGroceriesSettlement.com.

In order to share in the distribution of the Net Settlement Fund, you **must** timely submit a Claim Form online, or, if mailed, postmarked *no later than June 5, 2024.*

No supporting documentation is required to be eligible to receive a payment: You may submit a Claim even if you no longer have receipts.

You can submit your Claim online at www.WalmartWeightedGroceriesSettlement.com. You may also download the Claim Form from the Settlement Website, or call the Claims Administrator toll-free 1-833-987-9998 to get a paper copy of the Claim Form, and mail your Claim Form to the Claims Administrator at the following address: *Walmart Weighted Groceries Settlement, c/o Claims Administrator,* 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. Do not mail your Claim Form to the Court, Counsel or Walmart.

Unless the deadline is extended, your failure to submit your Claim by *June 5, 2024* will preclude you from receiving any payment from the Settlement.

Unsubscribe

Exhibit C

# CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP ANNOUNCES A CLASS ACTION SETTLEMENT IN KUKORINIS V. WALMART INC., CASE NO. 8:22-CV-02402-VMC-TGW, SUMMARY NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

NEWS PROVIDED BY
**Chimicles Schwartz Kriner & Donaldson-Smith LLP →**
Feb 20, 2024, 11:00 ET

PHILADELPHIA, Feb. 20, 2024 /PRNewswire/ --

**TO:**      **All Persons who Purchased Weighted Goods and/or Bagged Citrus in-person at a Walmart retail store, supercenter, or neighborhood market in the United States or Puerto Rico ("Walmart Store") from October 19, 2018 through and including January 19, 2024 (the "Settlement Class Period").**

**YOU MAY BE ELIGIBLE FOR A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT. YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT.**

**YOU ARE HEREBY NOTIFIED,** pursuant to an Order of the United States District Court for the Middle District of Florida, that a hearing will be held on **June 12, 2024, at 10:00 am**, before the Honorable Virginia M. Hernandez Covington in Courtroom 14B of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, for the purpose of determining (1): whether the proposed Settlement of this Action, reached between the parties, consisting of Forty-Five Million Dollars ($45,000,000)(the "Class Settlement Amount") in cash,

as set forth in the Settlement Agreement dated November 15, 2023, should be approved as fair, reasonable, and adequate to Class Members; (2) whether the release by Class Members of claims as set forth in the Settlement Agreement should be authorized; (3) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (4) whether to approve Class Counsel's request for an award of award of Attorneys' Fees, Costs, and Expenses seeking fees up to, but not to exceed, 20% of the Class Settlement Amount, plus reimbursement of costs and expenses (which costs and expenses will not exceed $200,000) incurred in connection with prosecuting the Action, plus any interest on such attorneys' fees, costs, and expenses at the same rate and for the same periods as earned by the Class Settlement Fund (until paid); (5) whether this Action should be dismissed with prejudice against Walmart Inc.; and, (6) whether the Judgment and Order of Dismissal should be entered. The date, time, and location of the settlement hearing are subject to change without further notice; any change to the date, time or location of the settlement hearing will be posted on the Settlement website at **www.WalmartWeightedGroceriesSettlement.com**.

A Settlement was reached in a class action that alleged that persons who purchased in-person at Walmart Stores certain sold-by-weight meat, poultry, pork, and seafood products (called "Weighted Goods") and certain organic oranges, grapefruit, tangerines, and navel oranges sold in bulk in mesh or plastic bags (called "Bagged Citrus") paid more than the lowest in-store advertised price for those products. Walmart denies these allegations and that it did anything wrong.

The Settlement website, **www.WalmartWeightedGroceriesSettlement.com**, contains product descriptions and a searchable list of UPC Codes for the Weighted Goods and Bagged Citrus, and examples of those products can be viewed in the FAQs and in the Plaintiff's Amended Complaint on the Settlement website, **www.WalmartWeightedGroceriesSettlement.com**.

**ADDITIONAL INFORMATION ABOUT THE CASE AND SETTLEMENT, INCLUDING HOW TO FILE A CLAIM, A COPY OF THE DETAILED NOTICE DISCUSSING THE SETTLEMENT AND YOUR RIGHTS, INFORMATION ABOUT THE WEIGHTED GOODS AND BAGGED CITRUS PRODUCTS, AND A COPY OF THE SETTLEMENT AGREEMENT ARE AVAILABLE AT: www.WalmartWeightedGroceriesSettlement.com or call toll-free 1-833-987-9998.**

If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Claim *online or, if mailed, postmarked no later than June 5, 2024.* No supporting documentation is required to be eligible to receive a payment: You may submit a Claim even if you no longer have receipts. You can submit your Claim online at **www.WalmartWeightedGroceriesSettlement.com**. You may also download the Claim Form from the Settlement Website, or call the Claims Administrator **toll-free 1-833-987-9998** to get a paper copy of the Claim Form, and mail your Claim Form to the Claims Administrator. Unless the deadline is extended, your failure to submit your Claim by the above deadline will preclude you from receiving any payment from the Settlement.

If you are a Class Member and you desire to be excluded from the Class, you must submit a request for exclusion, such that it is *postmarked no later than May 22, 2024*, in the manner and form explained in the detailed Notice, available at **www.WalmartWeightedGroceriesSettlement.com**. All Class Members who do not timely and validly request exclusion from the Class will be bound by any judgment entered in the Action. If you exclude yourself from the Class, you will not receive any payment from the Settlement.

If you are a Class Member and want to object to the Settlement or Class Counsel's fee and expense application, the objection must be in the form and manner explained in the detailed Notice, which is available at **www.WalmartWeightedGroceriesSettlement.com**. Your objection must be mailed to each of the following recipients, such that it is *postmarked no later than May 22, 2024:*

| Court Clerk: | Class Counsel: | Defense Counsel: |
|---|---|---|
| Clerk, United States District Court Middle District of Florida, Tampa Division 801 North Florida Avenue Tampa, Florida 33602 | Kimberly M. Donaldson-Smith Chimicles Schwartz Kriner & Donaldson-Smith, LLP 361 West Lancaster Avenue Haverford, PA 19041 | Naomi G. Beer Greenberg Traurig, LLP 1144 15th Street, Ste. 3300 Denver, Colorado 80202 |

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, WALMART, OR DEFENSE COUNSEL REGARDING THIS NOTICE. If you have any questions about the Settlement, you may contact Class Counsel at the address listed above. Additional information about the Settlement can be found at www.WalmartWeightedGroceriesSettlement.com or by calling toll-free 1-833-987-9998.**

DATED: January 19, 2024                   BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

SOURCE Chimicles Schwartz Kriner & Donaldson-Smith LLP

Exhibit D



Case 1:24-cv-02402-VMC-TGW   Document 108-2   Filed 05/08/24   Page 24 of 56 PageID 1152

JASON KELCE'S
TEARFUL GOODBYE

**Nightmare in the Caribbean**
Virginia Couple Missing
After Sailboat Hijacking

EXCLUSIVE
**Hoda Kotb**
On Her Daughter's
Health Struggle
'She's So Resilient'

March 18, 2024

*New Details*

# Royals in Turmoil

• Rumors surround Princess Kate's recovery
• King Charles' cancer causes more concern
• Prince William's last-minute absence raises eyebrows
• The rift deepens between Harry and William

**4+**

**FOR THE MIDDLE DISTRICT OF FLORIDA**

*KUKORINIS V. WALMART INC., CASE NO. 8:22-CV-02402-VMC-TGW*

**SUMMARY NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**



**TO: All Persons who Purchased Weighted Goods and/or Bagged Citrus in-person at a Walmart retail store, supercenter, or neighborhood market in the United States or Puerto Rico ("Walmart Store") from October 19, 2018 through and including January 19, 2024 (the "Settlement Class Period").**

**YOU MAY BE ELIGIBLE FOR A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT. YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT.**

**YOU ARE HEREBY NOTIFIED**, pursuant to an Order of the United States District Court for the Middle District of Florida, that a hearing will be held on **June 12, 2024, at 10:00 am**, before the Honorable Virginia M. Hernandez Covington in Courtroom 14B of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, for the purpose of determining (1): whether the proposed Settlement of this Action, reached between the parties, consisting of Forty-Five Million Dollars ($45,000,000) (the "Class Settlement Amount") in cash, as set forth in the Settlement Agreement dated November 15, 2023, should be approved as fair, reasonable, and adequate to Class Members; (2) whether the release by Class Members of claims as set forth in the Settlement Agreement should be authorized; (3) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (4) whether to approve Class Counsel's request for an award of Attorneys' Fees, Costs, and Expenses seeking fees up to, but not to exceed, 20% of the Class Settlement Amount, plus reimbursement of costs and expenses (which costs and expenses will not exceed $200,000) incurred in connection with prosecuting the Action, plus any interest on such attorneys' fees, costs, and expenses at the same rate and for the same periods as earned by the Class Settlement Fund (until paid); (5) whether this Action should be dismissed with prejudice against Walmart Inc.; and, (6) whether the Judgment and Order of Dismissal should be entered. The date, time, and location of the settlement hearing are subject to change without further notice; any change to the date, time or location of the settlement hearing will be posted on the Settlement website at www.WalmartWeightedGroceriesSettlement.com.

A Settlement was reached in a class action that alleged that persons who purchased in-person at Walmart Stores certain sold-by-weight meat, poultry, pork, and seafood products (called "Weighted Goods") and certain organic oranges, grapefruit, tangerines, and navel oranges sold in bulk in mesh or plastic bags (called "Bagged Citrus") paid more than the lowest in-store advertised price for those products. Walmart denies these allegations and that it did anything wrong.

The Settlement website, www.WalmartWeightedGroceriesSettlement.com, contains product descriptions and a searchable list of UPC Codes for the Weighted Goods and Bagged Citrus, and examples of those products can be viewed in the FAQs and in the Plaintiff's Amended Complaint on the Settlement website, www.WalmartWeightedGroceriesSettlement.com.

**ADDITIONAL INFORMATION ABOUT THE CASE AND SETTLEMENT, INCLUDING HOW TO FILE A CLAIM, A COPY OF THE DETAILED NOTICE DISCUSSING THE SETTLEMENT AND YOUR RIGHTS, INFORMATION ABOUT THE WEIGHTED GOODS AND BAGGED CITRUS PRODUCTS, AND A COPY OF THE SETTLEMENT AGREEMENT ARE AVAILABLE AT: www.WalmartWeightedGroceriesSettlement.com or call toll-free 1-833-987-9998.**

If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Claim *online or, if mailed, postmarked no later than June 5, 2024*. No supporting documentation is required to be eligible to receive a payment: You may submit a claim even if you no longer have receipts. You can submit your Claim online at www.WalmartWeightedGroceriesSettlement.com. You may also download the Claim Form from the Settlement Website, or call the Claims Administrator **toll-free 1-833-987-9998** to get a paper copy of the Claim Form, and mail your Claim Form to the Claims Administrator. Unless the deadline is extended, your failure to submit your Claim by the above deadline will preclude you from receiving any payment from the Settlement.

If you are a Class Member and you desire to be excluded from the Class, you must submit a request for exclusion, such that it is *postmarked no later than May 22, 2024*, in the manner and form explained in the detailed Notice, available at www.WalmartWeightedGroceriesSettlement.com. All Class Members who do not timely and validly request exclusion from the Class will be bound by any judgment entered in the Action. If you exclude yourself from the Class, you will not receive any payment from the Settlement.

If you are a Class Member and want to object to the Settlement or Class Counsel's fee and expense application, the objection must be in the form and manner explained in the detailed Notice, which is available at www.WalmartWeightedGroceriesSettlement.com. Your objection must be mailed to each of the following recipients, such that it is *postmarked no later than May 22, 2024:*

| Court Clerk: | Class Counsel: | Defense Counsel: |
|---|---|---|
| Clerk, United States District Court Middle District of Florida, Tampa Division 801 North Florida Avenue Tampa, Florida 33602 | Kimberly M. Donaldson-Smith Chimicles Schwartz Kriner &Donaldson-Smith, LLP 361 West Lancaster Avenue Haverford, PA 19041 | Naomi G. Beer Greenberg Traurig, LLP 1144 15th Street, Ste. 3300 Denver, Colorado 80202 |

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, WALMART, OR DEFENSE COUNSEL REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact Class Counsel at the address listed above. Additional information about the Settlement can be found at **www.WalmartWeightedGroceriesSettlement.com** or by calling toll-free 1-833-987-9998.

**DATED: January 19, 2024**

ORDER OF THE COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

---



Kahlo in 1933.

## AMAZON | **Frida**

**DOCUMENTARY** The turbulent life of Mexican artist Frida Kahlo (1907-1954) is vividly retold using her own words (sensitively voiced by Fernanda Echevarría Del Rivero) and striking simulations that suggest how her intoxicatingly strange images came together. "The only thing I know," she said, "is that I paint because I need to." *(Launches March 14)*

## Where Were *Their* Oscar Nominations?

*Four great performances the Academy ignored*



**Lupita Nyong'o,** *Us*
She was terrifyingly good—twice!—as a woman confronting her killer doppelgänger in the 2019 horror hit. *(Amazon)*



**Lady Gaga,** *House of Gucci*
Gaga was bold, funny and gloriously unhinged as a jilted wife in the 2021 fashion-dynasty melodrama. *(Apple TV)*



**Tom Cruise,** *Top Gun: Maverick*
He's not Daniel Day-Lewis, but this 2022 blockbuster, a sequel, soared on pure star charisma. *(Apple TV)*



**Eddie Murphy,** *Dolemite Is My Name*
As a down-at-the-heels comic, Murphy gave a big, raucous performance— one of his best—in this 2019 film. *(Netflix)*

CLOCKWISE FROM TOP: LIONSGATE BLOCKBUSTER/OLD STAGE STUDIOS; EVERETT; FRANCOIS DUHAMEL/NETFLIX; PARAMOUNT PICTURES; EVERETT

Exhibit E

**Legal Notice**: If you purchased certain **bagged citrus products** in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

LEARN MORE



in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

LEARN MORE

**Legal Notice:**
If you purchased certain **bagged citrus products** in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

**LEARN MORE**



**Legal Notice**: If you purchased certain **bagged citrus products** in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

LEARN MORE

in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

LEARN MORE

**Legal Notice:** If you purchased certain **bagged citrus products** in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

LEARN MORE

**Legal Notice:** If you purchased certain **meat, poultry, pork and seafood** products in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

CLICK HERE TO LEARN MORE >>



Legal Notice: If you purchased certain meat, poultry, pork products you could be eligible to receive a payment from a class action settlement.

CLICK HERE TO LEARN MORE >>



**Legal Notice:**
If you purchased certain **meat, poultry, pork and seafood** products in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

CLICK HERE TO LEARN MORE >>



**Legal Notice:**
If you purchased certain **meat, poultry, pork and seafood** products in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

CLICK HERE TO
LEARN MORE >>

Legal Notice: If you purchased certain music, country, rock, and gospel products in a Walmart store you may be eligible to receive payment from a class action settlement.

CLICK HERE TO LEARN MORE >>

**Legal Notice:** If you purchased certain **meat, poultry, pork and seafood** products in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

CLICK HERE TO LEARN MORE >>

Exhibit F

**Crew Group**
Sponsored · 🌐

Legal Notice: If you purchased certain bagged citrus products in a Walmart store, you may be eligible to receive a payment from a class action settlement.



WALMARTWEIGHTEDGROCERIESSETTLEMENT.COM

**Walmart Weighted Groceries Settlement**
Click here for more information.

Learn more

 Like          Comment         Share

**Angelon Group**
Sponsored · 🌐

Legal Notice: If you purchased certain bagged citrus products in a Walmart store, you may be eligible to receive a payment from a class action settlement.



walmartweightedgroceriesset...

**Walmart Weighted Groceries Settlement**

Learn more

 Like     Comment     Share



Legal Notice: If you purchased certain bagged citrus products in a Walmart store, you may be eligible to receive a payment from a class action settlement.



WalmartWeightedGroceriesSettleme...
Walmart Weighted Groceries
Settlement

      

 Promoted

**Angelion Group**
Sponsored · 🌐

Legal Notice: If you purchased certain meat, poultry, pork and seafood products in a Walmart store, you may be eligible to receive a payment from a class action settlement.



WALMARTWEIGHTEDGROCERIESSETTLEMENT.COM
**Walmart Weighted Groceries Settlement**
Click here for more information.

Learn more

 Like      Comment      Share



**Angelon Group**
Sponsored · 🌐

Legal Notice: If you purchased certain meat, poultry, pork and seafood products in a Walmart store, you may be eligible to receive a payment from a class action settlement.



walmartweightedgroceriesset...
**Walmart Weighted Groceries Settlement**

Learn more

 Like      Comment      Share 



**Attorney Group** · AngelaDonnellan...

Legal Notice: If you purchased certain meat, poultry, pork and seafood products in a Walmart store, you may be eligible to receive a payment from a class action settlement.



WalmartWeightedGroceriesSettleme...
Walmart Weighted Groceries
Settlement

   

 Promoted



**Ancision Group**
Sponsored · 🌐

Legal Notice: If you purchased certain meat, poultry, pork and seafood products in a Walmart store, you may be eligible to receive a payment from a class action settlement.

WALMARTWEIGHTEDGROCERIESSETTLEMENT.COM

**Walmart Weighted Groceries Settlement**
Click here for more information.

Learn more

👍 Like　　💬 Comment　　↪ Share

**Angelon Group**
Sponsored · ◔

Legal Notice: If you purchased certain meat, poultry, pork and seafood products in a Walmart store, you may be eligible to receive a payment from a class action settlement.



walmartweightedgroceriesset...

**Walmart Weighted Groceries Settlement**

Learn more

 Like        Comment        Share



Legal Notice: If you purchased certain meat, poultry, pork and seafood products in a Walmart store, you may be eligible to receive a payment from a class action settlement.



WalmartWeightedGroceriesSettleme...
Walmart Weighted Groceries Settlement

   

 Promoted

Exhibit G



## Kukorinis v. Walmart, Inc.
### Requests for Exclusion

| First Name | Last Name |
| --- | --- |
| 1 JOANN | PERNACI |
| 2 CENTRAL PAINTING & SANDBLASTING INC | |
| 3 DAVID WAYNE | SWORD |
| 4 PETER | MONFREDA |
| 5 JESSICA JADE | LAWSON |
| 6 KATHLEEN B | CIKO |
| 7 PATRICIA C | FRIEL |
| 8 ELEANOR M | CAMPBELL |
| 9 BOAH | LEE |
| 10 JESSICA TALEEN | COLEMAN |
| 11 CURT | CHERRY |
| 12 DIANE | CHERRY |
| 13 JOSEPH | KUBIAK |
| 14 JENNIFER | REED |
| 15 GORDON RICHARD | HAUGLIE |
| 16 CHRIS F | NORDSTROM |
| 17 JOEL | GUILHERME |
| 18 GLENN V | KOWALSKI |
| 19 BRIAN ALAN | EDWARDS |
| 20 GREGORY J | GERBER |
| 21 EDDIE D | SWOPE |
| 22 RUTH A | SWOPE |
| 23 IVAN | PRIKRYL |
| 24 BONITA | SPINNER |
| 25 DAVID | THREADGIL |
| 26 ESTHER | THREADGIL |
| 27 FAITH | PATTRIN |
| 28 STEPHAN P | BRANEKY |
| 29 SUSAN | SACCO |
| 30 MICHAEL | DINKEL |
| 31 MARY E | RABON |
| 32 SYLVIA | HUMPHREY |
| 33 KATHRYN J | BERGERON |
| 34 HECTOR | RUBIO-GARCIA |
| 35 BECKY | ANTOINE |
| 36 DEBORAH MAE | KURZHALS |

| | | |
|---|---|---|
| 37 | DAVID | KURZHALS |
| 38 | MARY M | JAMES |
| 39 | CHARLES ANTHONY | PICCIRILLO |
| 40 | DIANA | HERNANDEZ |
| 41 | VERONICA | WENKUS |
| 42 | SHERYL LYNN | CLARK |
| 43 | CAROLE | NOSS |
| 44 | TROY LEE | STROTHER |
| 45 | JUDITH A | GLAZIER |
| 46 | DELIO J | FERNANDEZ |
| 47 | JESSICA | STECHACHULTE |
| 48 | TERRY | ROBINSON |
| 49 | EUGENIO | SEDA |
| 50 | KALEEN | COOPER |
| 51 | LISA | VANWELSENAERS |
| 52 | DAVID WAYNE | SICA |
| 53 | GARY | AAGESEN |
| 54 | JENNIFER M | PORTER |
| 55 | MONA | BRYANT |
| 56 | KAREN | SHACKLE |
| 57 | MILA | SU |
| 58 | JANICE | ANDIORIO |
| 59 | IVAN | BECERRA JR |
| 60 | KAYLA SURANIE | DOODNATH |
| 61 | PEGGY | GEMBERLING |
| 62 | JOHANNA D | VINER |
| 63 | ELLEN | DOUGLASS |
| 64 | KELLI | ESTES |
| 65 | BEVERLY | GORMAN |
| 66 | ROBERT L | SHICK JR |
| 67 | TIOSHA | HAYES |
| 68 | KATHERINE | JOHNS |
| 69 | DARRYL | JOHNS |
| 70 | TED | MALDONADO |
| 71 | HILDEGARD U | MALDONADO |
| 72 | JENNIFER LORENE | PRUITT |
| 73 | LYNNE G | CASTRO |
| 74 | JASON E | CASTRO |
| 75 | GARY | CARLMARK |
| 76 | LYNNE G | STARNER |
| 77 | GAVIN RANDALL | HITCHINS |
| 78 | BRIAN | CONREY |
| 79 | MELISSA | CONREY |
| 80 | BARI | JARREAU |
| 81 | KIMBERLY SUE | STAUBS |
| 82 | DAVIN | MORGAN |
| 83 | NEIL | NYE |

| | | |
|---|---|---|
| 84 | AMERICA | GROSCHEL |
| 85 | STEVEN | MENDEZ |
| 86 | TRACINA | CONWAY |
| 87 | MARLA JUDITH | SOTO-GONZALEZ |
| 88 | TRISTIAN | STORMS |
| 89 | CHRISTOPHER C | NORTH |
| 90 | DEANGELO | JOHNSON |
| 91 | ANNA MARIE | PARSONS |
| 92 | AYANA | LOONEY |
| 93 | LONALD TRAVIS | SMALLEN |
| 94 | DAWN | RATACZAK |
| 95 | CURT | HARTER |
| 96 | NANCY | CHAPPEL |
| 97 | TANIA CUESTA | WAGNER |
| 98 | JAMES J | HARMAN |
| 99 | JESSICA RENE | COLEMAN |
| 100 | SUEANN | RAYMOND |
| 101 | GAIL | MAYARD |
| 102 | ZACHARY | SMITH |
| 103 | ASHLEY M | PACHECO |
| 104 | DARRELL | BRIDGEWATER |
| 105 | JASON | FOURIER |
| 106 | JOHN D | TOSCANO |
| 107 | ALEXANDER | YAKOVLEV |
| 108 | HUYNH | VU |
| 109 | VIRGINIA | SETLIFF |
| 110 | SUANN CAROL | BURGIN |
| 111 | PAULA J | NELSON |
| 112 | LORI | COLL |
| 113 | ERIC | EHMANN |

Exhibit  H

**SETTLEMENT CLASS MEMBER**

**8:22-CV-02402-VMC-TGW**

**SHENA MCHENRY**



**05/01/2024**

**CLERK, UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION**

**801 NORTH FLORIDA AVENUE**

**TAMPA, FLORIDA 33602**

**TO WHOM IT MAY CONCERN:**

I'm writing to you today because I feel this lawsuit is unjust and unfair to individuals, like myself. My objection to this lawsuit is concerning in-store submission of receipts which we are allowed to submit. Still, the lawsuit did not reflect the backdrop of the COVID-19 epidemic that impacted consumers, like myself to shop online and obtain

online receipts.

In the matter of the class action lawsuit against Walmart about alleged misrepresentation of product weight impacting pricing, occurring within the period spanning 2018 to 2024, it is imperative to acknowledge the contextual backdrop of the COVID-19 epidemic, during which consumers experienced lockdown measures hindering access to traditional grocery shopping avenues. This circumstance necessitated a reliance on online platforms for the procurement of essential goods. However, the lawsuit appears to neglect the discriminatory impact on consumers compelled to utilize online shopping channels, thereby potentially excluding certain individuals from the opportunity to assert their claims. Such omission raises pertinent concerns regarding equitable access to legal recourse for affected parties, like myself. I had to hire 3rd party representatives like Instacart, and the main store I shopped at to deliver my groceries. Most of my groceries were delivered by Walmart because of the epidemic during that timeframe.

In conclusion: I would like to be able to submit my online receipts during the COVID-19 timeframe which coincides with the settlement timeframe. Could you please clear up this discrepency of individuals, like myself, to be able to submit receipts from the online walmart platform?

Thank You

Sincerely,

shena mchenry



DENVER CO 802
2 MAY 2024 PM 2 L

FOREVER / USA

CLaSS CounSeL:
Kimberly M. Donaldson-Smith
Chimicles Schwartz Kriner & Donaldson-Smith, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041-1555