# EXHIBIT A

| | |
|---|---|
| **From:** | cmecf_flmd_notification@flmd.uscourts.gov |
| **To:** | cmecf_flmd_notices@flmd.uscourts.gov |
| **Subject:** | Activity in Case 8:22-cv-02402-VMC-TGW Kukorinis v. Walmart, Inc. Motion to Amend / Correct / Modify / Supplement |
| **Date:** | Friday, May 10, 2024 5:09:20 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered by Donaldson-Smith, Kimberly on 5/10/2024 at 5:08 PM EDT and filed on 5/10/2024

**Case Name:**     Kukorinis v. Walmart, Inc.
**Case Number:**   8:22-cv-02402-VMC-TGW
**Filer:**         Vassilios Kukorinis
**WARNING: CASE CLOSED on 11/29/2023**
**Document Number:** 103

**Docket Text:**
**MOTION to Correct [102] Response in Opposition to Motion by Vassilios Kukorinis. (Donaldson-Smith, Kimberly)**

**8:22-cv-02402-VMC-TGW Notice has been electronically mailed to:**

Christopher Torres     torresch@gtlaw.com, christopher-torres-7582@ecf.pacerpro.com, farrark@gtlaw.com, TPALitDock@GTLAW.com

Gregory P. Holder     greg@zinoberdiana.com, candee@zinoberdiana.com

Kimberly M Donaldson-Smith     kds@chimicles.com, sls@chimicles.com

Naomi G. Beer     beern@gtlaw.com, collinsk@gtlaw.com, naomi-beer-3513@ecf.pacerpro.com, slovana.becerra@gtlaw.com

Nicholas E. Chimicles     nec@chimicles.com

Raymond D. Jackson     jacksonra@gtlaw.com, ramosr@gtlaw.com

Robert J. Herrington     HerringtonR@gtlaw.com, jeongk@gtlaw.com, robert-herrington-5122@ecf.pacerpro.com

Zachary P. Beatty    zpb@chimicles.com, klw@chimicles.com

**8:22-cv-02402-VMC-TGW Notice has been delivered by other means to:**

Dana Albrecht
131 Daniel Webster Hwy
#235
Nashua, NH 03060

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=5/10/2024] [FileNumber=24388574-0] [70082bcab61aa40b4212d766e63946bf544d553d3de53b3f89d44d3040a4c4e8a4
6e7052e8144ba6d1c46afa8cfc560f8cc09cc8e5113f87a361640c9dcc7f6f]]