# EXHIBIT B

| | |
|---|---|
| **From:** | Dana Albrecht |
| **To:** | Sandra L. Schwartz |
| **Cc:** | Nicholas E. Chimicles; Kimberly Donaldson Smith; Zachary P. Beatty; Christopher Torres; Naomi G. Beer; Raymond D. Jackson; Robert J. Herrington; Steven Weisbrot; Dana Albrecht |
| **Subject:** | Re: Kukorinis v. Walmart, Inc., Case No. 8:22-cv-02402-VMC-TGW |
| **Date:** | Friday, May 10, 2024 5:09:28 PM |
| **Attachments:** | image001.png<br>gov.uscourts.flmd.406925.102.0.pdf |

Dear Ms. Schwartz,

Will you please provide to me (ASAP) a copy of any "Claim Form" the Claims Administrator alleged I filed "online through the Settlement Website on April 9, 2024?" (*Response* at page 3)

Thank you!

-Dana

On 5/10/24 15:41, Sandra L. Schwartz wrote:

> Dear Mr. Albrecht,
>
> A correction – The attached response is in response to your *May 8* motion.
>
> Sincerely,
>
> Sandra Schwartz
>
> **From:** Sandra L. Schwartz
> **Sent:** Friday, May 10, 2024 3:37 PM
> **To:** Dana.Albrecht@hushmail.com
> **Cc:** Nicholas E. Chimicles <nick@chimicles.com>; Kimberly Donaldson Smith <kimdonaldsonsmith@chimicles.com>; Zachary P. Beatty <ZPB@chimicles.com>
> **Subject:** Kukorinis v. Walmart, Inc., Case No. 8:22-cv-02402-VMC-TGW
>
> Dear Mr. Albrecht:
>
> Please see the attached response to your April 8 motion filed this afternoon in the U.S. District Court for the Middle District of Florida in the *Kukorinis v. Walmart, Inc.* matter.
>
> Sincerely,
>
> **SANDRA L. SCHWARTZ**
> Executive Administrative Assistant
>  to Kimberly M. Donaldson-Smith, Esq.
> **Chimicles Schwartz Kriner & Donaldson-Smith LLP**
> One Haverford Centre | 361 West Lancaster Avenue |Haverford, PA 19041

Office: 610-642-8500
Direct: 610-645-4736
Fax: 610-649-3633
Email: sandyschwartz@chimicles.com



**PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE:** The information hereby transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, copying, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you received this communication in error, please contact the sender and delete the material from any computer and appropriately dispose of any copies. Unless expressly stated, the contents of this communication, including attachments, were not intended or written to be used as legal, financial or tax advice.