SETTLEMENT CLASS MEMBER

8:22-CV-02402-VMC-TGW

SHENA MCHENRY

3280 S ACADEMY BLVD LOT 52

COLORADO SPRINGS, COLORADO 80916

ph-[719] 822-9334

05/01/2024

CLERK, UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

801 NORTH FLORIDA AVENUE

TAMPA, FLORIDA 33602

TO WHOM IT MAY CONCERN:

I'm writing to you today because I feel this lawsuit is unjust and unfair to individuals, like myself. My objection to this lawsuit is concerning in-store submission of receipts which we are allowed to submit. Still, the lawsuit did not reflect the backdrop of the COVID-19 epidemic that impacted consumers, like myself to shop online and obtain

online receipts.

In the matter of the class action lawsuit against Walmart about alleged misrepresentation of product weight impacting pricing, occurring within the period spanning 2018 to 2024, it is imperative to acknowledge the contextual backdrop of the COVID-19 epidemic, during which consumers experienced lockdown measures hindering access to traditional grocery shopping avenues. This circumstance necessitated a reliance on online platforms for the procurement of essential goods. However, the lawsuit appears to neglect the discriminatory impact on consumers compelled to utilize online shopping channels, thereby potentially excluding certain individuals from the opportunity to assert their claims. Such omission raises pertinent concerns regarding equitable access to legal recourse for affected parties, like myself. I had to hire 3rd party representatives like Instacart, and the main store I shopped at to deliver my groceries. Most of my groceries were delivered by Walmart because of the epidemic during that timeframe.

In conclusion: I would like to be able to submit my online receipts during the COVID-19 timeframe which coincides with the settlement timeframe. Could you please clear up this discrepency of individuals, like myself, to be able to submit receipts from the online walmart platform?

Thank You

Sincerely,

shena mchenry