

**Shena Mc Henry**
3280 S. Academy Blvd., Lot 52
Colorado Springs, CO  80916

DENVER CO 802
2 MAY 2024  PM 2  L

FOREVER / USA

Clerk, United States District Court
Middle District of Florida, Tampa Division
801 North Florida Avenue
Tampa, Florida    33602

33602-380099