## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VASSILIOS KUKORINIS,
etc.,

      Plaintiff,

v.                           CASE No. 8:22-cv-2402-VMC-TGW

WALMART INC.
      Defendant.

## O R D E R

THIS CAUSE came on for hearing upon Motion to Compel Production of Records (Doc. 104) the response thereto (Doc. 105).

The movant, who is a class member, does not cite legal authority that he is authorized to file this motion. Furthermore, it contains impertinent comments against the claims administrator. Therefore, it will be stricken. See Rule 12(f), F.R.Civ.P.; Callahan v. United Network for Organ Sharing, 17 F.4th 1356, 1365 (11th Cir. 2021) (impertinent, scandalous material may be stricken from the record); Stephens v. Georgia Dep't of Transp., 134 Fed. Appx. 320, 322–23 (11th Cir. 2005) (district court did not abuse its discretion in striking portions of a motion because it contained "immaterial, impertinent, or scandalous matter).

Moreover, the motion is not well-founded because plaintiff's counsel responded that "there is no claim form or relevant documentation to provide [the movant] in response to his request set forth in his motion" and that class counsel did respond to the email discussed in the motion (Doc. 105, p. 2).

It is, therefore, upon consideration,

ORDERED:

That the Clerk is directed to **STRIKE** the Motion to Compel

Production of Records (Doc. 104).

DONE and ORDERED at Tampa, Florida, this 15th day of May,

2024.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE