MAY 13 2024 PM2:30
RCVD - USDC - FLMD - TPA

Lerandle Pace
5030 Old Dixie Highway Apt 33
Forest Park, Georgia 30297
(404) 734-2508

I Object too, The 2% Clause Limit.
Per Receipt. Imposed On Us Class
Member's. On The Grounds that, The
2% Clause Limit Is, Extremely Excess-
ive, An Extremely Prejudicial Against,
Us Class member's. And Direct In
Favor OF, Walmart. As Extremely
Bias.

Even With, The Website. WWW. Walmart
.Com/Receipt-Lookup. The Reimbursement
Requirement's Are, Extremely Excessive
For, An Already Aggrieved Party.
Through Excessive, Price Gauging.
Over A Six Year Period.

Because There Definitely Weren't, Any
Excessive Limitations When, Walmart
Price Gauged, And Took In, Us Class
Member's Money, Either Instance.
Point Blank Period.

As A Class Member, I'm Able Too,
Show $668.50 Worth OF, Qualifying
Goods. With One Single Receipt Trans-
action. Which Is Also Enclosed With,
This Letter.

Lerandle Pace
5030 Old Dixie Highway Apt 33
Forest Park, Georgia 30297.

I Object Too The $500.00 Cap Limit,
Placed On Individual Class Member's
Reimbursement. Cit; Aggrieved Class
Member's, Legal Right Too, Be Made,
Completely Whole, Through Financial
Restitution. Only Constrained By, Proof
OF, Receipt(s).

Legally Premised On, Walmart's Gross Income,
Over the Six Years, In Question. Concern-
ing This Settlement. Us Aggrieved Class
Member's Are, Legally, & Rightfully, Entitled
Too, Full Financial Reimbursement for,
Qualifying Good's.

I Hope, The Court Agrees.

Signed; Lerandle Pace
4-27-2024.

P.S. My Three Receipt's, Are Enclosed
With, This Letter.

Then Again In One Transaction Receipt.
Another $364.44 In, Eligible Reimbursement
Good's.

Which Is, Way Beyond, The $500.00
Limit. Imposed On Us Class Member's,
Capping Individual's Reimbursement.

I Hope, The Court Agrees.

Signed: Lerendle Pearce
4-26-2024

Lerandle Pace
5030 Old Dixie Highway, Apt 33
Forest Park, Georgia 30297.

I Object Too, An Are Reporting To, The Court.
Walmart's Claims Website, & Phone System,
Intentionally Self Sabotage. On A Consistent
Bases. On Multiple, & Consecutive Days. Both
Systems, Unilaterally Fail Simultaneously.
As An Intentional Means Of, Stalling, Blocking,
Frustrating Claims, An Or Class Member's.

Walmart's Website Promises, Confirmational
Emails That, Never Actually Come. An Untimely,
Associated National Phone Line, Return Phone
Calls that, Come Unannounced. 10 Calendar
Days Later. An Also 10 Minute Valid, Email
Security Code's That Come. Anywhere From
48 Minutes Late, Too 3 hours, 40 Minutes
Late, Irrespectively.

Having No Definitive, Publicized Way Of,
Electronically Filing Objection's, Compliant's,
Or Concern's. Outside Of, That, Otherwise
Concerning This Particular Settlement.
Therefore I Included, My Personally Log-
ged Note's, & Documented Lived Experience,
As Proof Positive. All Which I Personally, &
Repeatedly Reported Too, Several Walmart
Employee's, And Proxy Business Consul-
tant's Aforehand.

I Hope, the Court Is, Made Aware, An
Inherently Agrees.

Signed; Leonard Pace
4-28-2024.

```
                    Walmart
                 Save money. Live better.
              770-968-0774  Mgr ANTOINE
                  6065 JONESBORO RD
                   MORROW GA 30260
      ST# 01047 OP# 000449 TE# 24 TR# 08034

                       REFUND
               MORROW GA 30260-1106
         ST# 1047 OP# 7426 TE# 94 TR# 6550
      BRANDED HEN  020328900000

      ** RETRIEVED TRANSACTION 48516248033
      FZ GV WHITI  007874212866  F
        3 AT  1 FOR    16.83              50.49 X
      CKD SHRP 1LB 007539107238  F        13.98 X
      CKD SHRP 1LB 007539107238  F        13.98 X
      CKD SHRP 1LB 007539107238  F        13.98 X
      PORK CHOPS   025797300000  F        12.67 X
      BNLS CHOPS   025797500000  F        11.01 X
      BNLS CHOPS   025797500000  F        10.38 X
      BW 1 ROLL    007052407637
        20 AT  1 FOR    0.68               13.60 O
      PECMIN       007874220164  F          0.74 X
      PECMIN       007874220164  F          0.74 X
      JV SLD FR MG 007874235301  F          4.48 X
      PARCHMENT    007874235299  F          2.78 X
      PARCHMENT    007874235299  F          2.78 X
      PARCHMENT    007874235299  F          2.78 X
      COLLARDS     081109802023  F          3.98 X
      SEASONING    003915600091  F
        3 AT  1 FOR    1.93                 5.79 X
      LB BRITO 8CT 024733110111  F          8.94 X
      POTATOES     003338553010  F
        6 AT  1 FOR    2.83                16.98 X
      WONDER WHIRT 007225001137  F
        6 AT  1 FOR    2.92                17.52 X
      MOUTHRINSE   068113143401  F          3.48 X
      MOUTHWASH    068113103852  F          3.57 X
      MOUTHWASH    068113103852  F          3.57 X
      MOUTHWASH    068113103852  F          3.57 X
      RW RED HOT   004359523458  F
        4 AT  1 FOR    2.72                10.88 X
      PORTION HAM  026188500000  F         12.49 X
      PORTION HAM  026188500000  F         15.90 X
      SCRBFR 8BR   003320035240  F          2.97 X
      SCRBFR 8BR   003320035240  F          2.97 X
      FABULOSO APC 003500052032  F          4.47 X
      FAB LEM 56Z  003500047041  F          4.47 X
      FAB LEM 56Z  003500047041  F          4.47 X
      FAB LEM 56Z  003500047041  F          4.47 X
      AJAX DISHORG 003500044678  F          2.47 X
      DISH CLOTH   890129802404  F          4.98 X
      188 ALOE 8B  003350009566  F          5.97 X
      BANANA PUDD  081861101015  F         10.48 X
      8  SWEET PO  007874211364  F          5.82 X
      CHEESECAKES  019434603879  F          5.68 X
      FRITOS       002840002749  F          2.48 X
      SPARERIB     020223800000  F         20.38 X
      SPARERIB     020223800000  F         11.73 X
      SPARERIB     020223800000  F         15.29 X
      CKN WING LG  022592300000  F          5.33 X
      DRUMSTICK    022592200000  F          6.06 X
      10LB 73 GB   007874212309  F         32.84 X
      10LB 73 GB   007874212309  F         32.84 X
      SPLIT BREAST 022592100000  F          9.83 X
      12IN TC MT T 068113109781  F          4.97 X
      12IN TC MT T 068113109781  F          4.97 X
      12IN TC MT T 068113109781  F          4.97 X
      16IN ULT MT  068113109783  F         10.42 X
      16IN ULT MT  068113109783  F         10.42 X
      16IN ULT MT  068113109783  F         10.42 X
      BRANDED HEN  020328900000  F         23.06 X
      ** VOIDED ENTRY **
      BRANDED HEN  020328900000  F        23.06-X
      BRANDED HEN  020328900000  F        23.06-X
      **    RETRIEVED ITEMS COMPLETE **
                        SUBTOTAL          537.02
      JB SMK SSG   003715802185  F          9.84 X
      CHUCK ROAST  026269482938  F         49.38 X
      CKN LIVER    022591610285  F          2.55 X
      CKN LIVER    022591610226  F          2.36 X
      BNLS CK BRST 026163881446  F         14.66 X
      BNLS CK BRST 026163881303  F         13.83 X
      REDUCED TO CLEAR         WAS 14.75
      CKN WING LG  022592321475  F         11.80 Y
      SPLIT BREAST 022592170524  F          8.24 X
      DRUMSTICK    022592210560  F          5.60 X
      REDUCED TO CLEAR         WAS 14.54
      CKN WING LG  022592491498  F         11.63 Y
      EGGS 36CT    007874212710  F          3.58 O
      EGGS 36CT    007874212710  F          3.58 O
      EGGS 36CT    007874212710  F          3.58 O
                        SUBTOTAL          657.55
         TAX 1    8.000 %                   4.75
         TAX 2    4.000 %                   4.70
                        TOTAL             666.80
              EBT SNAP TEND              461.90
              DEBIT    TEND              206.60
              CHANGE DUE                   0.00
              SNAP PURCHASE
      EBT SNAP
        461.90  TOTAL PURCHASE
      ACCOUNT #     **** **** **** 7034 S
      REF #  405347
      NET RESPONSE 01
      NETWORK ID. 0075 APPR CODE 370972
      TERMINAL # 8C011500
           Beg Bal        End Bal
      EBT CASH     0.00         0.00
      EBT SNAP   461.90         0.00
              11/16/23     18:20:49
      EFT DEBIT                 PAY FROM PRIMARY
        206.60  TOTAL PURCHASE
      JB DEBIT      **** **** **** 9754 I C
      REF # 342000744426
      NETWORK ID. 0076 APPR CODE 142216
      JB DEBIT
      AID A0000000980840
      AAC 9A4C816E780E264B
      *Pin Verified
      TERMINAL # 8C011500
              11/16/23     18:21:20
             # ITEMS SOLD 105
      TC# 9342 9010 4180 7143 5328 4

      Low Prices You Can Trust. Every Day.
              11/16/23     18:21:26
```

AnyScanner

```
          770-968-0774 Mgr:ANTOINE
                 6065 JONESBORO RD
                  MORROW GA 30260
     ST# 01047 OP# 005437 TE# 22 TR# 08281

                      REFUND
              MORROW GA 30260-1106
     ST# 1047 OP# 431 TE# 93 TR# 9158
JPN8OE KIT    063942859219        12.98-

                      REFUND
              MORROW GA 30260-1106
     ST# 1047 OP# 5409 TE# 92 TR# 3835
MS BLENDER    084014620208        18.88-

LEG QTR 10LB  007494109822  F      6.72 Y
LEG QTR 10LB  007494109822  F      6.72 Y
SPARERIBS     020224471967  F     19.67 Y
SPARERIB      020223801286  F     12.86 Y
SPARERIB      020223801736  F     17.36 Y
CKN WING LG   022592381538  F     15.38 Y
CKN WING LG   022592331421  F     14.21 Y
BNLS CK BRST  026163831354  F     13.54 Y
BNLS CK BRST  026163821188  F     11.88 Y
BNLS CK BRST  026163891482  F     14.82 Y
BNLS CK BRST  026163891146  F     11.46 Y
BNLS CK BRST  026163881360  F     13.60 Y
BNLS CK BRST  026163841562  F     15.62 Y
HOT FOOD      026286910687         6.87 T
HOT FOOD      026285640597         5.97 T
HOT FOOD      026285440597         5.97 T
HOT FOOD      026287010687         6.87 T
HOT FOOD      026286600537         5.37 T
5X7 FRAME     064282822492         6.94 X
EC SAMARA 84  088530842435        12.98 X
EC SAMARA 84  088530842435        12.98 X
JPN8QE KIT    063942859219        12.98 X
CRAFT         005735539791         1.97 X
FW STRAINER   002413143783         8.97 X
MS SQUARE 30  084021601591        11.12 X
MS SQUARE 30  084021601591        11.12 X
MS BLENDER    084014620208        18.88 X
FOIL          007874208656         3.78 X
PARCHMENT     007874235299         2.78 X
PARCHMENT     007874235299         2.78 X
MOUTHWASH     068113103852         3.57 X
MOUTHWASH     068113103852         3.57 X
MOUTHWASH     068113103852         3.57 X
MOUTHRINSE    068113143401         3.48 X
MOUTHRINSE    068113143401         3.48 X
MOUTHRINSE    068113143401         3.48 X
BW 1 ROLL     007052407637         0.68 X
BW 1 ROLL     007052407637         0.68 X
BW 1 ROLL     007052407637         0.68 X
BW 1 ROLL     007052407637         0.68 X
BW 1 ROLL     007052407637         0.68 X
BW 1 ROLL     007052407637         0.68 X
BW 1 ROLL     007052407637         0.68 X
BW 1 ROLL     007052407637
   3 AT  1 FOR     0.68            2.04 X
BW 1 ROLL     007052407637
   3 AT  1 FOR     0.68            2.04 X
BW 1 ROLL     007052407637
   3 AT  1 FOR     0.68            2.04 X
BW 1 ROLL     007052407637
   3 AT  1 FOR     0.68            2.04 X
BW 1 ROLL     007052407637
   3 AT  1 FOR     0.68            2.04 X
BW 1 ROLL     007052407637
   3 AT  1 FOR     0.68            2.04 X
              SUBTOTAL           350.32
         TAX 1  8.000 %           14.12
              TOTAL              364.44
           EBT SNAP TEND        173.84
           DEBIT   TEND         190.60
           CHANGE DUE             0.00
EBT SNAP           SNAP PURCHASE
   173.84  TOTAL PURCHASE
ACCOUNT #       **** **** **** 7034 S
REF #  194140
NET RESPONSE 03
NETWORK ID. 0075 APPR CODE 631001
TERMINAL # 8C010140
           Beg Bal    End Bal
   EBT CASH    0.00       0.00
   EBT SNAP  261.92      88.08
        07/18/23    17:18:38
EFT DEBIT        PAY FROM PRIMARY
   190.60  TOTAL PURCHASE
US DEBIT         **** **** **** 9754 I O
REF # 319900424347
NETWORK ID. 0076 APPR CODE 131497
US DEBIT
AID A000000098084O
AAC 4CC356621B182748
*Pin Verified
TERMINAL # 8C010140
        07/18/23    17:19:22
         # ITEMS SOLD 61
      TC# 0481 5278 2472 9011 1241 6
```

AnyScanner

‹   **Apr 22, 2022 order**   🛒 28
$75.43

Reorder all

💳 **Payment method**

VISA   Ending in 9754

| | |
|---|---|
| **Subtotal** | $46.33 |
| CA2R6X3BHW promo code | -$20.10 |
| Delivery from store | $7.00 |
| **Taxes** | $1.33 |
| Driver tip | $5.00 |
| **Total** | **$39.56** |

Order# 3832233-244361







personalized Notice, (i.e.
ABC12345678).

WWGS9001784755

Notice ID

6261D51G1246

## One-Time Passcode     ✕

A one-time passcode has just been emailed
to ldpxxxxxxxx@gmail.com.
Please enter the 6 digit code below to
access your claim form.

Submit

Close

Please note that this claims portal is
scheduled to close on **June 5, 2024 at
11:59:59 P.M. Pacific Time**.

© 2024 | Privacy Policy

| | |
|---|---|
| **Zip Code** | 30297-2193 |
| **Country** | USA |
| **Email Address** | ldpakapapa72@gmail.com |

## Notice ✕

**You will receive a confirmation and copy of your claim via email.**

You may also print this screen for your records.

If you don't receive a confirmation email after 3 days, please check your spam filter.

Close

| | |
|---|---|
| **OPTIONS** | OPTION 2: I have receipts, proof of purchase, or other documentation that documents (a) Weighted Good and/or Bagged |

Privacy · Terms

AnyScanner

 https://www.walmartweighted  1 ⋮

# Kukorinis v. Walmart Inc.

Case No. 8:22-cv-02402-VMC-TGW

US District Court for the Middle District of Florida, Tampa Division

**MENU**          **SUBMIT CLAIM**

## Your Claim Form has been submitted successfully.

THIS IS A COPY OF YOUR CLAIM FORM

**Please print this page for your records.**

### Your Claim Details

#### CLAIM INFORMATION

**First Name**      Lerandle

**Last Name**       Pace



**Street Address 1**   5030 Old Dixie Highway Apt 33

Privacy - Terms

AnyScanner

| | |
|---|---|
| **City** | Forest Park |
| **State** | GA |
| **Zip Code** | 30297-2193 |
| **Country** | USA |
| **Email Address** | ldpakapapa72@gmail.com |
| **Confirm Email Address** | ldpakapapa72@gmail.com |
| **Phone 1** | 404-734-2508 |
| **Signature** | Lerandle Pace |
| **Date** | 2024-04-25 17:23:02 |
| **notice_id** | WWGS9001784755 |
| **conf_code** | 6261D 51G1246 |



**OPTIONS**    OPTION 2: I hav
receipts, proof (
purchase, or other



| | |
|---|---|
| **Date** | 2024-04-25 17:23:02 |
| **notice_id** | WWGS9001784755 |
| **conf_code** | 6261D 51G1246 |
| **OPTIONS** | OPTION 2: I have receipts, proof of purchase, or other documentation that documents (a) each Weighted Good and/or Bagged Citrus product I Purchased in-person in a Walmart Store from October 19, 2018 through January 19, 2024, and (b) the amount I paid for each Weighted Good and/or Bagged Citrus Purchased. |
| **the number of Weighted Goods** | 47 |



Privacy - Terms

**notice_id**   WWGS9001784755

**conf_code**   6261D 51G1246

**OPTIONS**   OPTION 2: I have receipts, proof of purchase, or other documentation that documents (a) each Weighted Good and/or Bagged Citrus product I Purchased in-person in a Walmart Store from October 19, 2018 through January 19, 2024, and (b) the amount I paid for each Weighted Good and/or Bagged Citrus Purchased.

**Enter the number of Weighted Goods and/or Bagged Citrus you are providing documentation for:**   47


Privacy - Terms

AnyScanner

**Enter the number of Weighted Goods and/or Bagged Citrus you are providing documentation for:**   47

**Enter the total amount paid for the Weighted Goods and/or Bagged Citrus that you submitted documentation for (you may receive 2% of this amount capped at $500.00\*):**   1200.00

**Payment Method**   ACH

**Correlation ID**

If you have any questions regarding your Claim, please provide the Submitted Correlation ID listed above when contacting the Settlement Administrator.

Privacy · Terms



**no-reply** 3 days ago

to me ⌄

| From | no-reply • DoNotReply@walmar tweightedgroceriessettlement .com |
|------|------|
| To | ldpakapapa72@gmail.com |
| Date | Apr 25, 2024, 7:59 PM |
| 🔒 | Standard encryption (TLS). View security details |

Please use the code below to access your form. This code is only valid for 10 minutes.

# 927140







## One-Time Code   Inbox

**no-reply** 3 days ago
to me

| | |
|---|---|
| From | no-reply · DoNotReply@walmartweightedgroceriessettlement.com |
| To | ldpakapapa72@gmail.com |
| Date | Apr 25, 2024, 5:07 PM |
| 🔒 | Standard encryption (TLS). View security details |

Please use the code below to access your form. This code is only valid for 10 minutes.

# 264135



**no-reply** Apr 25
461999





From   no-reply · DoNotReply@walmar
       tweightedgroceriessettlement
       .com

To     ldpakapapa72@gmail.com

Date   Apr 25, 2024, 5:23 PM

🔒     Standard encryption (TLS).
       View security details

Please use the code below to access your form. This code is
only valid for 10 minutes.

# 461999



**no-reply** Apr 25
927140

↩ Reply      ↞ Reply all      ➡ Forward      ☺

✉            🎥

AnyScanner

# Notice

✕

**You will receive a confirmation and copy of your claim via email.**

You may also print this screen for your records.

If you don't receive a confirmation email after 3 days, please check your spam filter.

Close

Weighted Good

 AnyScanner

 https://walmartweightedgroce  1 ⋮

# Kukorinis v. Walmart Inc.

Case No. 8:22-cv-02402-VMC-TGW

US District Court for the Middle District of Florida, Tampa Division

MENU                    SUBMIT CLAIM

## Your Claim Form has been submitted successfully.

> THIS IS A COPY OF YOUR CLAIM FORM

**Please print this page for your records.**

### Your Claim Details

**CLAIM INFORMATION**

**First Name**      Lerandle

**Last Name**       Pace

**Street Address 1**    5030 Old Dixie Highway Apt 33

Privacy - Terms

 AnyScanner

https://walmartweightedgroce 

## CLAIM INFORMATION

**First Name**      Lerandle

**Last Name**      Pace

**Street Address 1**      5030 Old Dixie
Highway Apt 33

**City**      Forest Park

**State**      GA

**Zip Code**      30297-2193

**Country**      USA

**Email Address**      ldpakapapa72@gmail.com

**Confirm Email
Address**      ldpakapapa72@gmail.com

**Phone 1**      404-734-2508



**Signature**      Lerandle Pace



 

https://walmartweightedgroce

| | |
|---|---|
| Country | USA |
| Email Address | ldpakapapa72@gmail.com |
| Confirm Email Address | ldpakapapa72@gmail.com |
| Phone 1 | 404-734-2508 |
| Signature | Lerandle Pace |
| Date | 2024-04-08 15:41:27 |
| OPTIONS | OPTION 2: I have receipts, proof of purchase, or other documentation that documents (a) each Weighted Good and/or Bagged Citrus product I Purchased in-person in a Walmart Store from October 19, 2018 through January 19, 2024, |



AnyScanner

Enter the number of Weighted Goods and/or Bagged Citrus you are providing documentation for: 47

Enter the total amount paid for the Weighted Goods and/or Bagged Citrus that you submitted documentation for (you may receive 2% of this amount capped at $500.00*): 500.00

Payment Method ACH

Correlation ID 6e634c56-9b60-43fa-b7d8-5bdf0244d7d0

 have any questions regarding your Cl[...] provide the Submitted Correlation ID above when contacting the Settlement

AnyScanner

Mail body:

Sen **WWW.WALMARTWEIGHTEDGROCERIESSETTLEMENT.COM**

Mailing address; Walmart Weighted Groceries Settlement, c/o Claims Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

Kukorinis V. Walmart Inc.
Case No. 8:22-cv-02402-VMC-TGW
US District Court for the Middle District of
Florida, Tampa Division

Q&A Phone Number 1-833-987-9998
For Class

www.walmart.com/receipt-lookup
Electric filing to, the court… "Based on the improbability of, accumulating, 2% from each receipt, up to, the $500.00 capped amount
 That's a ridiculous request requirement. When one receipt can, totally verify, over $500.00 purchases alone. I provided one receipt, able too verify, $668.00.

FAQ #17 . Click on it, record all three addresses. In order too, triple file a case objection to, the 2% clause. As being excessive. By hardcopy Us-mail.

All three addresses located in, my other keep notes. Complete with pertinent information, an instructions, requirements that, must be included with, your legal objection to, the 2% clause contained in, the Walmart settlement agreement. By May 22nd, 2024. All Walmart's website security, online processes, consistently malfunction, on purpose. As too, intentionally delay, all class members, online interactions. No matter how, I repeatedly tried. As I personally reported, the consistent, systems malfunctions, several times.

Definitely mention "Walmart App Account For, Further Verifications, And Full $1200.00 Reimbursement Possibility". Also ask if, we will be notified if, the capped claims amount increases. After the final claims decision on "June 5th, 2024" case hearing.

I called to, see if my claim, was being processed. Monday. April 15th, 2024. @12:54pm. I left detailed voicemail, as instructed by, automated system. In order to receive, a promised, call back from, a live representative. The nature of, my call, an inquiry is, payout. After a successful, online claim submission. I never received, the email promised. After a successful submission. That's what prompted, my call in, an inquiry.

Tuesday. April 16th, 2024. Automated system repeatedly, hangs on call prematurely. As repeated attempts to, inquire about. Previously left, call back request. And status of, successfully submitted claims. Way before, the cut off date. Neither did I receive, the email promised. At the time of, my successful claim admission. @11:30 am EST.

1-800-963-8442 Ethics questions.".
1-855-315-2743 "Arkham". Walmart Escalations. I reported systems malfunctions in, the claims process. Along with information on, the automated phone claims, messaging system process, as well. Call confirmation number "2404165682878670000". I was told to aspect, a 24 hour, email response. With all my claims, specific details. Tuesday. April 16th, 2024. @11:55am. EST. I reported, all the claims systems malfunctions. I'd experienced. After having submitted, a successful claim.

Thursday. April 18, 2024. @ 9:26am. EST. Follow up call on non responsive, claim payment. An or processing. I spoke with Joseph. Walmart Escalations Department. Agent hang up the phone call…

I immediately called back. I'm now speaking to "Aaminah". "2404184902943770000". I was transferred to, a supervisor. The supervisor's name is "Curtley" . Informed me that, he had exhausted. All the resources of, his department. And he then provided me with, a phone number to. Walmart's Executive Branch. In hopes that, I may receive, further assistance. It's

another, automated system, phone number though. Call transferred at 11:04am. EST. Curtley transferred me to "American Immigration". Not the Walmart Executive Branch.

Executive Branch Phone. Located in the united states. Walmart. 1-417-299-6399. Non existent number.

Thursday. April 25th, 2024. Before 12:00pm. EST. I received an untimely, an impractical, return phone call, and voicemail from "Maria Moss". Without any direct extension information. Only instructions to, call back, the same malfunctioning, automated phone number. The promised, return phone call happened, 10 calendar days later. Without notice, without genuine intention of, follow up. Wherein the process is, intentionally flawed, beyond professional reasoning. Nevertheless though, I issued my fourth, catalogued attempt at, attempting too, leave a voicemail, in hopes of, an actually, more timely response. At 12:05pm. EST. I returned called, the number, I was called from 1-215-563-4116. The automated system prompted me, an I pressed, option 1, and left a detailed information, request for, a return phone call. Complete with Successful online claim filing information, correlation ID number, brief description of, reason for call. My full name, and phone number. I'm gone to, call back and leave, a second voicemail because, I previously forgot to mention, the name of, the person, who returned phone called me initially "Maria Moss". I placed second call at 12:22pm. EST. At "The Angien Group". I left a second, detailed voicemail message, with all the previously stated, pertinent information, this time, complete with, the initial, return phone call name of, "Maria Moss" of, "The Angien Group". Next I decided too, also call back, the national number, associated with, Walmart's online claims submission. At 12:35pm. EST. I left a second voicemail. Complete with widely detailed, case, and claim information. And return phone call information, along with, reason for, the call. As a necessary precaution.

So "Maria Moss" called me back. In response to, my call back request, after her initial call response. At 2:23pm. EST. Thursday. April 25th, 2024.

Get receipt from April 22, 2022/April 23, 2022.

After several failed attempts too, edit my existing claim. Based on the information, an instructions, I received. An as per usual, the email security system, repeatedly failed. The last of, my three attempts, to update my existing claim was Thursday. April 25th, 2024. @4:19pm. EST. The security clearance code responses came @5:07pm, 5:23pm, 7:59pm. Each one coded too, a specific, previous request. Only applicable for, 10 minutes each. Which arrived, 48 minutes late, then 1 hour: 4 minutes late, then 3 hours late: 40 minutes late. All individually irrespective. An only after, I called back "The Angien Group". And left, an informative, voicemail message again. Likewise after I also called, the national Q&A phone line again, and left, another informative voicemail message again. After already having reported, all the other, consistent system failures too, the different Walmart employees, departments, & the angien group representative, as well. In great detail. Well establishing, an intentionally irresponsible pattern of, multiple systems, self sabotage at, the exact same time. On the exact same days, multiple days running. As claim submission, stalling tactic's, by Walmart.

Tuesday. April 30th, 2024. @4:08pm. EST. "Mariama" of "The Angien Group". Called Me Again, Unaware of, the updated reason, she was calling me. An or a least, she presented herself to be. An I again, actively reported, all the website malfunctions. I repeatedly experienced. And she said, it would be, actively reported to, her project management. I give her great, & precise details of, my encounter's.An also asked for, my experiences to be, actively reported, as well. Which she said, she would, further advance, and report too, her project management.

t from my iPad