Lerandle Pace
5030 Old Dixie Highway Apt 33
Forest Park, Georgia 30297.

Retail

U.S. POSTAGE PAID
FCM LG ENV
FOREST PARK, GA 30297
MAY 07, 2024
$0.99

33602
RDC 99
R2305M144621-15

The Court: Clerk, United States
District Court Middle District Of
Florida, Tampa Division.
801 North Florida Avenue
Tampa Florida 33602.

Screened by
USMS