UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VASSILIOS KUKORINIS,**
individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.                                                                    No. 8:22-CV-02402

**WALMART, INC.,**

    *Defendant.*

---

**CLASS COUNSEL'S NOTICE OF FILING:
VASSILIOS KUKORINIS' NOTICE OF INTENTION TO APPEAR AND
COMMENT AT THE FINAL APPROVAL HEARING**

As requested by Vassilios Kukorinis, Class Counsel hereby notifies the Court of Mr. Kukorinis' Intention to Appear and Comment at the June 12, 2024 final approval hearing about paragraph 12.9 of the Settlement Agreement titled "Plaintiff's Individual Release."

Dated: May 22, 2024           Respectfully submitted,

                              **CHIMICLES SCHWARTZ KRINER &
                              DONALDSON-SMITH LLP**

                              By: */s/Kimberly M. Donaldson-Smith*
                                  Nicholas E. Chimicles
                                  Kimberly M. Donaldson-Smith
                                  Zachary P. Beatty
                                  361 West Lancaster Avenue
                                  Haverford, PA 19041

Phone: 610-642-8500  
Fax: 610-649-3633  
nec@chimicles.com  
kmd@chimicles.com  
zpb@chimicles.com  

***Class Counsel***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF, and on Mr. Kukorinis via e-mail.

Dated:  May 22, 2024                          */s/Kimberly M. Donaldson-Smith*
                                                            Kimberly M. Donaldson-Smith