May 21, 2024

TO: Whom It May Concern
(The Court, Class Atty, Defense Atty)
FROM: Joan Johnson
RE: Kukorinis v Walmart Inc
Case # 8:22-CV-02402-VMC-TGW
U.S. Dist Court For the Middle District of Florida, Tampa Division

✱ SUBJECT: Being "ADDED" AS A PLAINTIFF OR Co-Plaintiff OR Joinder

Because I have "ADDED," Pertinent, Crucial, and Substantial information Regarding this case/settlement, (Per/see Attachment)

I respectfully request to be "ADDED" as a Co-Plaintiff or Joinder in this case.

Thank you for your time, Attention and consideration in this matter.

Sincerely

[signature] 5/21/24
Joan Johnson
800 5th Ave North #707
Mpls., MN 55405
612-559-8933 (text bestway initially)
Joanjohnson984@yahoo.com

Friday, May 17, 2024

To: Whom It May Concern

Re: Walmart Weighted Goods Settlement
Kukorinis v. Walmart Inc.
Case No 8:22-cv-02402-VMC-TGW
U.S. Dist Court for the Middle District of Florida, Tampa Division

THIS CASE IS About: People who "Purchased Weighted Goods (MEAT, poultry, pork, seafood products) MEAT and/or Bagged Citris (Organic Oranges, grapefruit, tangerines, etc) in Person at Walmart...

"Paid more than the lowest-in-store Advertised Price for those products" From October 19, 2018 thru January 19, 2024 (the "Settlement Class Period").

★ [The "BIG PROBLEM w/ this SETTLEMENT] → OBJECTING THE Settlement (offer)
simply state or
In short, To claim, you need to submit proof or Receipts for purchases over $60 - $75? ~~however~~ OR just give a statement of purchase
However →

★ • People, or persons, using Government/SNAP EBT Cards for ~~Purchasing~~ Food / SNAP:

✓ ① Can not, and do not, have Access to grocery purchase history older than 3 months
✓ ② And EBT does not have itemized grocery capabilities for products and/or pricing over 90 days or 6 months.

In Summary

* The Majority of ~~EBT~~ GROCERY Purchasing during Oct 2013 - January 2024, WILL NOT BE REPRESENTED IN CLAIMS SUBMITTED.

It Appears ↔ According to Grocery Dive, Walmart clinched Nearly All SNAP Grocery Shoppers or Nearly 70% - 96% of All ~~EBT~~ (See Walmart Accts / Annual Report) ~~SNAP~~ go to Walmart, SNAP OR EBT SERVICES.

Individuals Spending Nearly $ 2,290 Annually Nationwide, via EBT groceries going to Walmart going to Walmart

12.5% of the population or 41.2 million people (or 21.6 million households) receive monthly ~~SNAP~~.

↓

SNAP is a ~~Food Stamp~~ Program that operates in ALL 50 STATES
GOV'T ISSUES/Spends $80 Billion YEARLY ON SNAP

IN SHORT,
THE $45,000,000 Settlement, should be MORE Along the lines of $22 - $42 Billion Dollars. (Money Walmart collected and Earned Interest during this settlement time period

OR Actually upon further Calculation the settlement should be more like $250 - $500 Billion Minimal

P. 2/4

Suggestions:

① "Automatically issue $500 checks" to 5-YR EBT Walmart shoppers (during settlement period)

$400 to 4-YR EBT Walmart shoppers (during settlement period)

$300 to 3-YR
$200 to 2-YR
$100 to 1-YR
$75 to BELOW 1 YR

• The theory, if a person was using /SNAP/EBT/ for 5 yrs during the settlement period, most or all their grocery dollars went to Walmart.

② Cap Attorney Fees, to $200-$500K, limiting Further capitalization from Poor People

Note: Can mail checks or Direct Deposits.
↓
But keep in mind, many /SNAP/EBT/ card holders DO NOT have Bank Accounts/Cards For various Reasons.

Thank you For your time and attention to this matter.

D. 3/14

Sincerely,

Joan Johnson
800 5th Ave North #707
Mpls., MN 55405
55405

joanjohnson984@yahoo.com

612-559-8933 (text best way initially)

I have been getting EBT Food/SNAP since 2018. 99% of all my groceries come from Walmart. They do not & can't give receipts for the settlement years or itemized grocery info.

Totals over $20,000

CC: Court Appointed "Class Counsel"
Kimberly M. Donaldson-Smith
Nicholas E. Chimicles
Zachary P. Beatty of
Chimicles Schwartz Kriner & Donaldson-Smith LLP
Haverford, PA 19041

— The Court, Class Counsel, Class Defense
— Claims Administrator
— Florida Atty General
— Philadelphia Atty General
* — U.S. Attorney General
* — U.S. Asst Attorney General
* — CNN - News
— NBC, ABC, CBS News
— Florida Senators
— Philadelphia Senators
* — WSJ
* — Chicago Tribune * Philadelphia + FL-Press
* — NY Times * Los Angeles Times
Pg 4/4 * via letters + emails

