JOAN JOHNSON
800 5th Ave North #707
Mpls., MN 55405

MINNEAPOLIS MN 553

22 MAY 2024 PM 4

MAY 22 2024

RE: Walmart Settlement

REQUEST: TO BE ADDED AS
a Plaintiff (Co-Plaintiff)
OR Joinder

CLERK, United States District Court
Middle District of Florida, Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

33602-384802

