2420 South Canyon Woods Lane, Apartment 308
Spokane, Washington 99224

May 21, 2024

Clerk, United States District Court
Middle District of Florida, Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

Dear United States District Court:

I am writing to oppose the proposed settlement in the case of *Kukorinis v. Walmart Inc.*, No. 8:22-CV-02402-VMC-TGW (M.D. Fla.). I have no connection to Walmart aside from being a Settlement Class Member, I am not an attorney, and I have never registered opposition to a class action settlement before.

According to the terms of the settlement, Walmart has no obligation to change their business practices, so the harms of their behavior are likely to continue indefinitely. The class in this case is likely to be very large, so if most of them file valid claims, then the individual payout is likely to be *de minimis*. If few people file valid claims, then the individual payout may be non-trivial, but only a small portion of the class will benefit. In either case, the class as a whole will receive little compensation for past harms. The primary beneficiary of this settlement, then, appears to be the attorneys that brought the case, with their $9,000,000 fees request. Meanwhile, the costs of the settlement will ultimately be borne by Walmart's customers, including the class members.

I urge the court to reject this settlement agreement, and hold out for one that requires Walmart to actually remedy the deceptive in-store advertising practices amply documented in the complaint. Barring that, then I urge the court to set the attorneys' compensation so low as to discourage such self-serving, nuisance class action lawsuits in the future.

MAY 28 2024 PM3:22
RCVD - USDC - FLMD - TPA

Sincerely,

Wayne Anderson
509-624-4475

Enclosure: receipt

documentation to establish membership in the Settlement Class



```
         509-464-2173 Mgr:JOHN
              9212 N COLTON ST
              SPOKANE WA 99218
ST# 02549 OP# 008103 TE# 24 TR# 06814
   REDUCED TO CLEAR       WAS 4.37
   GV BRAT        007874200735 F       3.50 O
   VALBEST LQ     007527801671 F       7.72 N
   SEASON LOIN    026182850652 F       6.52 N
   COTTO SALAMI   004470000989 F       2.48 N
   GV CSC PC      007874227617 F       3.18 N
   GV DICED TOM   007874202022 F       0.96 N
   BC SARD MUST   002010000007 F       0.98 N
   GV NS CJ 8Z    007874212749 F       2.22 N
   MC CORMICK     005210009150 F       1.58 N
   BULK PEARS     000000004409KF
      1.44 lb @   1 lb /1.48            2.13 N
   GV 1           007874235188 F       2.96 O
   GRAPEFRUIT     007224006206 F       1.18 N
   BANANAS        000000004011KF
      0.73 lb @   1 lb /0.58            0.42 N
                       SUBTOTAL       35.83
                          TOTAL       35.83
                     DISCV TEND       35.83
Discover Credit *** **** ****     I 1
APPROVAL # 00146R
REF # 333500688771
AID A0000001523010
AAC 28DA5EE692F684CE
TERMINAL # SC010777
*NO SIGNATURE REQUIRED
         12/01/23      15:52:08
                     CHANGE DUE       0.00
               # ITEMS SOLD 13
        TC# 7895 5392 9650 9972 7588
```

Low Prices You Can Trust. Every Day.
         12/01/23      15:52:08
E-Cycle Washington: Free Recycling
for Computers, Monitors, and TV's
www.ecyclewashington.org
1-800-RECYCLE
              ***CUSTOMER COPY***