WAYNE ANDERSON
2420 S CANYON WOODS LN, APT 308
SPOKANE WA 99224-5697

SPOKANE WA 990

22 MAY 2024 PM 4 L



CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
801 N FLORIDA AVE FL 2
TAMPA FL 33602-3800

33602-380099

