Friday, May 17, 2024

TO: Whom It May Concern

RE: Walmart Weighted Goods Settlement
Kukorinis v. Walmart Inc.
Case No 8:22-cv-02402-VMC-TGW
U.S. Dist Court for the Middle District
of Florida, Tampa Division

MAY 28 2024 PM3:22
RCVD - USDC - FLMD - TPA

THIS CASE IS About: People who "Purchased Weighted Goods (MEAT, poultry, pork, seafood products) and/or Bagged Citrus (Organic Oranges, grapefruit, tangerines, etc) in person at Walmart..."

"Paid more than the lowest-in-store Advertised price for those products" From October 19, 2018 thru January 19, 2024 (the "Settlement Class Period")."

★ The BIG PROBLEM w/ this Settlement → OBJECTING THE Settlement (OFFER)

In short, To claim, you need to simply state or submit proof or Receipts for purchases over $60-$75? ~~obviously~~ OR just give a statement of purchase

HOWEVER ↴

★ • People, or persons, using Government / SNAP EBT Cards for ~~purchasing~~ Food ! SNAP:

  ✓ ① Can not, and do not, have access to grocery purchase history older than 3 months
  ✓ ② And EBT does not have itemized grocery capabilities for products and/or pricing over 90 days or 6 months.

p. 1/4

IN SUMMARY

* THE Majority of ~~EBT~~ GROCERY Purchasing during Oct 2018 - January 2024, WILL NOT BE REPRESENTED IN CLAIMS SUBMITTED.

~~It Appears~~ → According to Grocery Dive, Walmart Clinched Nearly All SNAP ~~Grocery~~ Shoppers or Nearly 90% - 96% of ALL ~~EBT~~ ~~SNAP~~ go to Walmart, (SEE Walmart Accts / Annual Report) SNAP OR EBT SERVICES.

Individuals Spending Nearly $2,290 ~~Annually~~ NATIONWIDE, via EBT groceries going to Walmart
going to Walmart

12.5% of the population or ~~41.2~~ million people (or 21.6 million households) receive monthly ~~SNAP~~.
↓
SNAP is a ~~Food Stamp~~ Program that operates in ALL 50 States.
GOV'T ISSUES/spends $80 Billion yearly on SNAP

IN SHORT,
THE $45,000,000 Settlement, should be ~~MORE~~ Along the lines of $22 - $42 Billion Dollars (Money Walmart Collected and Earned ~~Interest~~) ~~during~~ this settlement time period
OR Actually upon further Calculation
the settlement should be more like
$250 - $500 Billion Minimal

P. 2/4

Suggestions:

① "Automatically issue $500 checks" to 5-YR EBT walmart shoppers (during settlement period)

$400 to 4-YR EBT walmart shoppers (during settlement period)

$300 to 3-YR
$200 to 2-YR
$100 to 1-YR
$75 to BELOW 1 YR

• The theory, if a person was using /SNAP/ EBT/ for 5 yrs during the settlement period, most or all their grocery dollars went to Walmart.

② Cap Attorney fees, to $200-$500K, limiting further capitalization from Poor People

Note: Can mail checks or Direct Deposits.

But keep in mind, many /SNAP/ EBT/ card holders do NOT have Bank Accounts/cards for various reasons.

Thank you for your time and attention to this matter.

pg 3/4

Sincerely,

[signature]   5/17/24

Joan Johnson
800 5th Ave North #707
Mpls., MN 55405
       55405

joanjohnson984@yahoo.com

(612) 559-8933 (text best way initially)

I have been getting EBT-food/SNAP since 2018. 99% of all my groceries come from Walmart. They do not & can't give receipts for the settlement years or itemized grocery info.

Totals over $20,000

cc: Court Appointed "Class Counsel"
Kimberly M. Donaldson-Smith
Nicholas E. Chimicles
Zachary P. Beatty of
Chimicles Schwartz Kriner & Donaldson-Smith LLP
Haverford, PA 19041
— The Court, Class Counsel, Class Defense
— Claims Administrator
— Florida Atty General
— Philadelphia Atty General
* — US. Attorney General
* — US. Asst Attorney General
* — CNN-News
— NBC, ABC, CBS News
— Florida Senators
— Philadelphia Senators
* — WSJ
* — Chicago Tribune *Philadelphia + FL-Press
* — NY Times *Los Angeles Times
Pg 4/4
END *via copy of letters + emails)

