JOAN JOHNSON
800 5th Ave No. #707
Mpls., MN 55405

MINNEAPOLIS MN 553
21 MAY 2024 PM 4 L

Screened by
USMS

RE: Walmart Settlement
"BiG PROBLEM!"

* OBJECTING to THE
SETTLEMENT (OFFER)

Should be $250-$500 Billion
instead of $45,000,000

Clerk, United States District Court
Middle District of Florida, Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

33602-366030