MAY 29 2024 PM 12:12
~~FILED~~ - USDC - FLMD - TPA
*Received*

| Court Clerk: | Class Counsel: | Defense Counsel: |
|---|---|---|
| Clerk, United States District Court Middle District of Florida, Tampa Division 801 North Florida Avenue 361 West Lancaster Avenue Tampa, Florida 33602 | Kimberly M. Donaldson-Smith Chimicles Schwartz Kriner & Donaldson-Smith, LLP 361 West Lancaster Avenue Haverford, PA 19041 | Naomi G. Beer Greenberg Traurig, LLP 1144 15th Street, Ste. 3300 Denver, Colorado 80202 |

Notice ID: WWG10075780390
Confirmation Code: 636LTxa4LQ4y

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

*Kukorinis v. Walmart Inc.*, Case No. 8:22-CV-02402-VMC-TGW
**SUMMARY NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
TO: All Persons who Purchased Weighted Goods and/or Bagged Citrus in-person at a Walmart retail store, supercenter, or neighborhood market in the United States or Puerto Rico ("Walmart Store") from October 19, 2018, through and including January 19, 2024 (the "Settlement Class Period").
YOU MAY BE ELIGIBLE FOR A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT. YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT.

On this day, May 16, 2024, Angela Taylor Sweet, a member of the class action settlement Kukorinis v. Walmart, hereby objects with prejudice to the settlement agreement: 1. $45 million distributed to class members. 2. Walmart's failure to admit wrongdoing. 3. Class action suit attorney fees and expenses.

On September 6, 2023, Angela Taylor Sweet was issued a Florida statute No Trespassing Order No. E20232653574 - Dispute over refund. Following the protocol, I requested a procedure policy for reporting adverse reactions to contaminated (red tide) farm-grown fresh salmon from Chile, a Walmart-owned vendor. Walmart, 201 34th St. N., St. Petersburg, FL rep Reporting procedure excluded food poisoning details yet insisted on the return of the item upon submission of the report. As a blind patron, I insisted on receiving a receipt or proof of report as I refused to relinquish the evidence of unethical and unscrupulous activity daunted by the largest retail discount conglomerate in the world. Walmart, a done and Bradstreet Claim to high ethical standards is unfounded. Since vendor requirements for inclusion as a supplier are the exclusive DMB number, product quality goes unnoticed. Therefore, Walmart's class action settlement agreement negates the validity of wrongdoing, retribution, or kind.

Definitively, the Walmart brand, Walmart, Inc., is the pioneer of one-stop-shop discount global supercenters, void of product quality inspection even amongst catastrophic destruction worldwide. The climate change adaptation strategy for America's largest faith-based retail chain Implicates Walmart's global ethics - WMT - 230905803. I, Angela Taylor Sweet, founder of the LP Davis, Sr. bible Institute d/b/b/a National Council on Educational Policy Affiliated Faith-Based Educators of America in partnership with The Urban Technology Institute, do hereby petition the court for much more stringent restitution that could potentially change the trajectory of the next Industrial Revolution aligning the foundational principles of our founding fathers; we hold these truths to be self-evident that all men are created equal; endowed by our creator with certain inalienable Wrights; that of life, liberty and the pursuit of happiness.