12000 4th St N
Apartment 175
Saint Petersburg FL, 33716

Clerk, United States District Court
Middle District of Florida, Tampa Divison
801 North Florida Ave
361 West Lancaster Ave
Tampa FL 33602

