**CHIMICLES SCHWARTZ KRINER**
**& DONALDSON-SMITH LLP**
Nicholas E. Chimicles, Pa. Id. No. 17928
Kimberly M. Donaldson-Smith, Pa. Id. No. 84116
Zachary P. Beatty, Pa. Id. No. 324106
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Phone (610) 642-8500
Fax (610) 649-3633

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 8:22-cv-02402-VMC-TGW |

**SUPPLEMENTAL DECLARATION OF KIMBERLY M. DONALDSON-SMITH IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**

I, Kimberly M. Donaldson-Smith, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly licensed to practice in the Commonwealth of Pennsylvania, and I am admitted *pro hac vice* to the United States District Court for the Middle District of Florida to appear in this matter.

2. I am a partner of the law firm of Chimicles Schwartz Kriner & Donaldson-Smith LLP ("CSKD" or the "Firm"), counsel of record for Plaintiff Vassilios Kukorinis, and was appointed as Class Counsel pursuant to the Court's January 19, 2024 order preliminarily approving the proposed Settlement (ECF. No. 75, "Preliminary Approval Order" or "PAO"). PAO ¶¶ 3–7.

3. I respectfully submit this declaration in support of the Supplemental Brief in Further Support of Final Approval of the Class Action Settlement and Fee and Expense Award.

4. True and correct copies of the following documents are attached hereto:

| Exhibit A | Correspondence Class Counsel received from Queen Akhenaten II Montgomery Bey |
| Exhibit B | Correspondence Class Counsel received from Kimberlee Curtis Parker |
| Exhibit C | May 21, 2024 Email (and Attachments) Class Counsel received from the Plaintiff |
| Exhibit D | Correspondence from Julia Kapinos |
| Exhibit E | Correspondence from Coker |

5. Class Counsel's records show that, in addition to numerous email communications, they communicated by Zoom videoconferences or telephonic calls with Plaintiff about the mediation and the Action on at least eight dates in the period May-September 2023: May 8, June 5, 15 & 20, July 25, August 11 & 31, and September 12. In addition, Class Counsel sent drafts of the Stipulation of Settlement to Plaintiff on November 6 & 15 and held Zoom conferences or calls with Plaintiff

2

about the Stipulation and drafts of the Stipulation on November 7, 14 & 15, 2023. Class Counsel also corresponded with the Plaintiff on several occasions after November 15, 2023 about the Settlement and Action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 5, 2024.

<u>/s/ Kimberly M. Donaldson-Smith</u>
KIMBERLY M. DONALDSON-SMITH