# EXHIBIT A

| | |
|---|---|
| **From:** | Montgomery |
| **To:** | Zachary P. Beatty; Nicholas E. Chimicles; Kimberly Donaldson Smith; publicrecords@oag.texas.gov; Info@walmartweightedgroceriessettlement.com |
| **Cc:** | Montgomery |
| **Subject:** | Re: Communication |
| **Date:** | Friday, May 17, 2024 2:07:04 PM |

Walmart Weighted Groceries see below for the record and **the objecting to the settlement:**

**And my response on how to proceed because I am in my rightful jurisdiction and a Moorish American with National Citizenship are in a different jurisdiction. The STATE does not have to pay Walmart for someone that is not under the color of law but they can make sure that things have been taken care of because Walmart has to adhere to State bills and mandates and federal laws. The STATE knows declared moors on paper are free moors that don't have to pay for anything. State of Texas goes by the Sundry Free Moors Act 2012 and the Moorish Zodiac Constitution Article 4.**

**Send all correspondence to the Presiding Judge. The State of Texas and other interested persons are cc'd on this email to make sure that things are resolved with an Order - to implement the following in the Order:**

**A Moorish American with National Citizenship in the de jure jurisdiction is proved to be the method of written communication with respect to Walmart/Sam's or any stores operations adhering to the Texas Regulatory Consistency Act 2023 regarding being consistent with acknowledging the declared free moor rights to receive anything from the stores and adequate food and exempt from taxes and other fees (payments are currency) mentioned in the Moorish Zodiac Constitution Article 4 page 2 shown in the records of supporting documents and the first national constitution**
**this objecting settlement by queen Akhenaten II Montgomery Bey.**

Regards.

On Thu, May 16, 2024, 7:46 AM Montgomery <m31064676@gmail.com> wrote:
> **I'm in De jure --- not in the same jurisdiction**
>
> Good morning,
>
> This is the real queen Queen Akhenaten II Montgomery Bey.
>
> I am contacting you regarding the Kukorinis v. Walmart Inc., Case No. 8:22-cv-02402-VMC (M.D. Fla.).
>
> For the record, I need to inform you that for someone such as myself I am not subject to any matter involving color of law. I am in in propria persona sui juris, I am making a special appearance, I am in my rightful jurisdiction, I am in de jure, and I reserve all rights to decide on how to proceed.
>
> That being said.
>
> I represent myself. I contacted Walmart on May 13, 2024, May 15, 2024 before May 22, 2024 and June 5, 2024. And the State of Texas contacted all establishments in April 2024 about my status and jurisdiction. So they have an interest in Walmart adhering to the Texas

Regulatory Consistency Act 2023.

Due to the truth that I submitted documentation prior to this email to the corporate office. I have to resort to submitting my free appellation name and substantiate my claim according to the law within purview of the plausible statements made in my documents disclosing my rights protected by the Constitution. Noted.

It's imperative that I make good faith in communication with you and your office today to inform the Presiding Judge and Issuing Orders because of my jurisdiction and status. Since your office has been dealing with the surrounding locations (States) in where the Walmarts operate on my land I will include the State Walmart resides in the south republic. See attached in terms of the location.

Because of my jurisdiction I am ""(((not)))"" subject to a dollar amount. I don't hoard. I don't take advantage of things.
So neither party is out of pocket on money. Why? Because I provided the resources and heir to the land - food, building
materials, infrastructure, security through the aa222141 certificate number filed with the al-library of congress which the moors from my jurisdiction built. So everything filed in the al-library of congress is deemed the truth.
So Walmart wants for nothing else. Noted. No limit was put on Walmart when they decided to open up all these places with my support from the moors aa222141 account. So I expect the same thing. Although I don't have to get $500 worth of groceries every visit. But if ever I could. As soon as I was denied I could have put a limit on Walmarts operations and funds but I didn't and expect that same reciprocation.

I am requesting these emails for the record to be submitted to the Presiding Judge and I will cc the State of Texas and other interested parties involved to make sure that these communications are put forth and resolved expeditiously. I exercise my rights every day. I am sending this time-stamped on May 16, 2024.

Effective immediately indefinitely.

queen akhenaten II montgomery bey
All Rights Reserved.

On Thu, May 16, 2024, 7:27 AM Montgomery <m31064676@gmail.com> wrote:
> Good morning,
>
> This is the real queen Queen Akhenaten II Montgomery Bey.
>
> I am contacting you regarding the *Kukorinis v. Walmart Inc.,* Case No. 8:22-cv-02402-VMC (M.D. Fla.).
>
> **For the record, I need to inform you that for someone such as myself I am not subject to any matter involving color of law. I am in in propria persona sui juris, I am making a special appearance, I am in my rightful jurisdiction, and I reserve all rights to decide on how to proceed.**

That being said.

I represent myself. I contacted Walmart on May 13, 2024, May 15, 2024 before May 22, 2024 and June 5, 2024. And the State of Texas contacted all establishments in April 2024 about my status and jurisdiction. So they have an interest in Walmart adhering to the Texas Regulatory Consistency Act 2023.

Due to the truth that I submitted documentation prior to this email to the corporate office. I have to resort to submitting my free appellation name and substantiate my claim according to the law within purview of the plausible statements made in my documents disclosing my rights protected by the Constitution. Noted.

It's imperative that I make good faith in communication with you and your office today to inform the Presiding Judge and Issuing Orders because of my jurisdiction and status. Since your office has been dealing with the surrounding locations (States) in where the Walmarts operate on my land I will include the State Walmart resides in the south republic. See attached in terms of the location.

Because of my jurisdiction I am subject to a dollar amount. I don't hoard. I don't take advantage of things.
So neither party is out of pocket on money. Why? Because I provided the resources and heir to the land - food, building materials, infrastructure, security through the aa222141 certificate number filed with the al-library of congress which the moors from my jurisdiction built. So everything filed in the al-library of congress is deemed the truth.
So Walmart wants for nothing else. Noted. No limit was put on Walmart when they decided to open up all these places with my support from the moors aa222141 account. So I expect the same thing. Although I don't have to get $500 worth of groceries every visit. But if ever I could. As soon as I was denied I could have put a limit on Walmarts operations and funds but I didn't and expect that same reciprocation.

I am requesting these emails for the record to be submitted to the Presiding Judge and I will cc the State of Texas and other interested parties involved to make sure that these communications are put forth and resolved expeditiously. I exercise my rights every day. I am sending

this time-stamped on May 16, 2024.

Effective immediately indefinitely.

queen akhenaten II montgomery bey
All Rights Reserved.

Peace and love

---------- Forwarded message ---------
From: **Montgomery** <m31064676@gmail.com>
Date: Wed, May 15, 2024, 8:33 PM
Subject: Re: Communication
To: <wtscomments@wacotx.gov>, <WMCC-ECC@walmart.com>, <help@walmart.com>, <publicrecords@oag.texas.gov>

Additionally,

### Affidavit of Due Diligence

Note.

Send to the Presiding Judge know that I have been doing my due diligence and I have not received a response from Walmart. Silence of ommission is the only way for me to know that Walmart admitted to guilty May 13, 2024 the notification went out via email and before June 5, 2024 as requested.

Queen Akhenaten II Montgomery Bey All Rights Reserved.

On Wed, May 15, 2024, 8:13 PM Montgomery <m31064676@gmail.com> wrote:
> Good evening,
>
> This is the real queen Queen Akhenaten II Montgomery Bey.
>
> I'm in persona sui juris and I am making a special appearance. Kukorinis v. Walmart Inc.
> Case No. 8:22-cv-02402-VMC-TGW
>
> Attn: Walmart corporation
> I am getting clear communication. I was derailed by Walmart employees management

two managers except the cashier. Which the cashier was the only one who tapped in and read between the lines and literally told me that I can get my groceries which was almost $25. And I so focused on being denied.
I can't carry $500 worth of groceries in the first place without assistance.

The cashier saw my rights being violated. This cashier needs to be promoted to management bc of her level of competency.

I demand under the first national constitution the rights secured already. And I agree with the point that the court made to exercise my rights.

Attn: To the judge
**Exception** -
Since I have been denied whether or not this was intentionally done the management was made aware of this then but still maintained the same narrative that I wasn't supposed to receive the food or groceries upto $25 seen in the lawsuit that I am automatically a part of. Now that I am chiming in on May 15, 2024 before the deadline. I queen Akhenaten II Montgomery Bey has the right to pick up my groceries anytime without limitations because I am not subject to any color of law and I am a part of the real jurisdiction.
* effective immediately indefinitely

I already put Walmart on notice via email got my proof submitted to the records. Since I am automatically apart of the lawsuit but a barred attorney is not representing me bc I'm making a special. Send this to the judge.
* effectively immediately

Peace and love



---------- Forwarded message ---------
From: **Montgomery** <m31064676@gmail.com>
Date: Mon, May 13, 2024, 9:43 AM
Subject: Communication
To: <WMCC-ECC@walmart.com>, <help@walmart.com>, <publicrecords@oag.texas.gov>
Cc: Montgomery <m31064676@gmail.com>


Good evening Walmart,

This is the real queen Queen Akhenaten II Montgomery Bey.

Recently I spoke with your staff member in management. No surprise that she claims that she wasn't addressed by Walmart #9394320 by corporate office via email about my self who is a part of the declared Moorish American free moors with national citizenship.

I had no issues with getting groceries from Sam's and Walmart which is the same thing

near fort hood and they were consistent.

A mass email needs to address all Walmart subsidiaries that declared moors don't need to be apart of that lawsuit to only gets someone $500 worth of food one time. Declared moors are upheld on a consistent basis. Walmart has been given funding from moors annually for security purposes, resources for infrastructure, development, and management and corporate for-profit entities entirely. How the facilities operations opened initially was through the aa222141 certificate number filed with library of congress. I will not entertain this behavior anymore.

But somehow I wasn't honored by that Walmart which is not consistent with the Regulatory Consistency Act 2023.

In violation for the Deceptive Trade Practices Act federal and state level.

Moors gave permission to the United States to do commerce on my land. Moors with national citizenship status don't pay rent on our own land and for something that my family members provide for others to benefit from and turnaround and sell this back to me. Not at all.

What's ridiculous is others have adopted our rights and thinks that the rights pertain to them. Not if they are not secured under the first national constitution fold of government then its not but just the moors according to President Eisenhower U.S.C. (United States Codes) codes Title 141, chapter 2 Section 141-143. This references the highest rank of citizenship. In 1956 they relinquished the jurisdiction of the United States of America to Morocco. And this is the jurisdiction you are in.

Under the Constitution, in Article I Section 10 Clause 1 basically states no payment of Debts can be paid unless this back by gold and silver.

The States bill passed the Texas Regulatory Consistency Act 2023 companies like municipalities are corporations which cannot decide which laws they want to obey and abide with. See attached.

When the document from Supreme Court Case law that United States lost States that American Nationals who are the moors can't be charged currency and taxes (paraphrasing) Rights of Nationals of the United States of America in Morocco pages 180 paragraphs 1 and 3 stating **put into enforce... are applicable to the nationals of the United States without the prior consent of the Government of the United States**, page 181 talks about the taxes being exempt (paraphrasing) **"The treaties exempt American nationals from taxes....; to collect taxes from American nationals in violation of the terms of the treaties is a breach of international law."** See attached link for the 1952 international case law that was in favor of the American nationals with national citizenship
and pages 213, 214 was the vote and the decision. According to the STATE laws Texas Regulatory Consistency Act 2023 businesses, companies, and corporations cannot pick and choose if they want to obey the law or partially observe this either. See attached.

Title 18 Section 242 is imperative that you make sure that the city is aware of this. Because that title forgoing paragraph derived from Supreme Court Case law called the

> United States vs. Price 383 U.S., 787 (1966).
>
> Peace and love

| | |
|---|---|
| **From:** | Montgomery |
| **To:** | Zachary P. Beatty; Nicholas E. Chimicles; Kimberly Donaldson Smith; publicrecords@oag.texas.gov |
| **Cc:** | Montgomery |
| **Subject:** | Fwd: Communication |
| **Date:** | Thursday, May 16, 2024 8:28:19 AM |

Good morning,

This is the real queen Queen Akhenaten II Montgomery Bey.

I am contacting you regarding the *Kukorinis v. Walmart Inc.,* Case No. 8:22-cv-02402-VMC (M.D. Fla.).

For the record, I need to inform you that for someone such as myself I am not subject to any matter involving color of law. I am in in propria persona sui juris, I am making a special appearance, I am in my rightful jurisdiction, and I reserve all rights to decide on how to proceed.

That being said.

I represent myself. I contacted Walmart on May 13, 2024, May 15, 2024 before May 22, 2024 and June 5, 2024. And the State of Texas contacted all establishments in April 2024 about my status and jurisdiction. So they have an interest in Walmart adhering to the Texas Regulatory Consistency Act 2023.

Due to the truth that I submitted documentation prior to this email to the corporate office. I have to resort to submitting my free appellation name and substantiate my claim according to the law within purview of the plausible statements made in my documents disclosing my rights protected by the Constitution. Noted.

It's imperative that I make good faith in communication with you and your office today to inform the Presiding Judge and Issuing Orders because of my jurisdiction and status. Since your office has been dealing with the surrounding locations (States) in where the Walmarts operate on my land I will include the State Walmart resides in the south republic. See attached in terms of the location.

Because of my jurisdiction I am subject to a dollar amount. I don't hoard. I don't take advantage of things.
So neither party is out of pocket on money. Why? Because I provided the

Case 8:22-cv-02402-VMC-TGW   Document 124-2   Filed 06/05/24   Page 10 of 17 PageID 1385

resources and heir to the land - food, building materials, infrastructure, security through the aa222141 certificate number filed with the al-library of congress which the moors from my jurisdiction built. So everything filed in the al-library of congress is deemed the truth.

So Walmart wants for nothing else. Noted. No limit was put on Walmart when they decided to open up all these places with my support from the moors aa222141 account. So I expect the same thing. Although I don't have to get $500 worth of groceries every visit. But if ever I could. As soon as I was denied I could have put a limit on Walmarts operations and funds but I didn't and expect that same reciprocation.

I am requesting these emails for the record to be submitted to the Presiding Judge and I will cc the State of Texas and other interested parties involved to make sure that these communications are put forth and resolved expeditiously. I exercise my rights every day. I am sending this time-stamped on May 16, 2024.

Effective immediately indefinitely.

queen akhenaten II montgomery bey
All Rights Reserved.

Peace and love

---------- Forwarded message ---------
From: **Montgomery** <m31064676@gmail.com>
Date: Wed, May 15, 2024, 8:33 PM
Subject: Re: Communication
To: <wtscomments@wacotx.gov>, <WMCC-ECC@walmart.com>, <help@walmart.com>, <publicrecords@oag.texas.gov>


Additionally,

### Affidavit of Due Diligence

Note.

Send to the Presiding Judge know that I have been doing my due diligence and I have not received a response from Walmart. Silence of ommission is the only way for me to know that Walmart admitted to guilty May 13, 2024 the notification went out via email and before June 5, 2024 as requested.

Queen Akhenaten II Montgomery Bey All Rights Reserved.

On Wed, May 15, 2024, 8:13 PM Montgomery <m31064676@gmail.com> wrote:
> Good evening,
>
> This is the real queen Queen Akhenaten II Montgomery Bey.
>
> I'm in persona sui juris and I am making a special appearance. Kukorinis v. Walmart Inc. Case No. 8:22-cv-02402-VMC-TGW
>
> Attn: Walmart corporation
> I am getting clear communication. I was derailed by Walmart employees management two managers except the cashier. Which the cashier was the only one who tapped in and read between the lines and literally told me that I can get my groceries which was almost $25. And I so focused on being denied.
> I can't carry $500 worth of groceries in the first place without assistance.
>
> The cashier saw my rights being violated. This cashier needs to be promoted to management bc of her level of competency.
>
> I demand under the first national constitution the rights secured already. And I agree with the point that the court made to exercise my rights.
>
> Attn: To the judge
> **Exception** -
> Since I have been denied whether or not this was intentionally done the management was made aware of this then but still maintained the same narrative that I wasn't supposed to receive the food or groceries upto $25 seen in the lawsuit that I am automatically a part of. Now that I am chiming in on May 15, 2024 before the deadline. I queen Akhenaten II Montgomery Bey has the right to pick up my groceries anytime without limitations because I am not subject to any color of law and I am a part of the real jurisdiction.
> * effective immediately indefinitely
>
> I already put Walmart on notice via email got my proof submitted to the records. Since I am automatically apart of the lawsuit but a barred attorney is not representing me bc I'm making a special. Send this to the judge.
> * effectively immediately
>
> Peace and love
>
>
> ---------- Forwarded message ---------
> From: **Montgomery** <m31064676@gmail.com>

Date: Mon, May 13, 2024, 9:43 AM
Subject: Communication
To: <WMCC-ECC@walmart.com>, <help@walmart.com>, <publicrecords@oag.texas.gov>
Cc: Montgomery <m31064676@gmail.com>

Good evening Walmart,

This is the real queen Queen Akhenaten II Montgomery Bey.

Recently I spoke with your staff member in management. No surprise that she claims that she wasn't addressed by Walmart  #9394320 by corporate office via email about my self who is a part of the declared Moorish American free moors with national citizenship.

I had no issues with getting groceries from Sam's and Walmart which is the same thing near fort hood and they were consistent.

A mass email needs to address all Walmart subsidiaries that declared moors don't need to be apart of that lawsuit to only gets someone $500 worth of food one time. Declared moors are upheld on a consistent basis. Walmart has been given funding from moors annually for security purposes, resources for infrastructure, development, and management and corporate for-profit entities entirely. How the facilities operations opened initially was through the aa222141 certificate number filed with library of congress. I will not entertain this behavior anymore.

But somehow I wasn't honored by that Walmart which is not consistent with the Regulatory Consistency Act 2023.

In violation for the Deceptive Trade Practices Act federal and state level.

Moors gave permission to the United States to do commerce on my land. Moors with national citizenship status don't pay rent on our own land and for something that my family members provide for others to benefit from and turnaround and sell this back to me. Not at all.

What's ridiculous is others have adopted our rights and thinks that the rights pertain to them. Not if they are not secured under the first national constitution fold of government then its not but just the moors according to President Eisenhower U.S.C. (United States Codes) codes Title 141, chapter 2 Section 141-143. This references the highest rank of citizenship. In 1956 they relinquished the jurisdiction of the United States of America to Morocco. And this is the jurisdiction you are in.

Under the Constitution, in Article I Section 10 Clause 1 basically states no payment of Debts can be paid unless this back by gold and silver.

The States bill passed the Texas Regulatory Consistency Act 2023 companies like municipalities are corporations which cannot decide which laws they want to obey and abide with. See attached.

When the document from Supreme Court Case law that United States lost States that American Nationals who are the moors can't be charged currency and taxes (paraphrasing) Rights of Nationals of the United States of America in Morocco pages 180 paragraphs 1 and 3 stating **put into enforce... are applicable to the nationals of the United States without the prior consent of the Government of the United States**, page 181 talks about the taxes being exempt (paraphrasing) **"The treaties exempt American nationals from taxes....; to collect taxes from American nationals in violation of the terms of the treaties is a breach of international law."** See attached link for the 1952 international case law that was in favor of the American nationals with national citizenship
and pages 213, 214 was the vote and the decision. According to the STATE laws Texas Regulatory Consistency Act 2023 businesses, companies, and corporations cannot pick and choose if they want to obey the law or partially observe this either. See attached.

Title 18 Section 242 is imperative that you make sure that the city is aware of this. Because that title forgoing paragraph derived from Supreme Court Case law called the United States vs. Price 383 U.S., 787 (1966).

Peace and love

Settlement Remediation Advisory Committee (the "*Advisory Committee*") to provide input and recommendations regarding remediation spending from that Settling State's Remediation Accounts Fund. A Settling State may elect to use an existing advisory committee or similar entity (created outside of a State-

---

[11] Future Opioid Remediation includes amounts paid to satisfy any future demand by another governmental entity to make a required reimbursement in connection with the past care and treatment of a person related to the Alleged Harms.

30

Subdivision Agreement or Allocation Statute); *provided*, *however*, the Advisory Committee or similar entity shall meet the following requirements:

(i) Written guidelines that establish the formation and composition of the Advisory Committee, terms of service for members, contingency for removal or resignation of members, a schedule of meetings, and any other administrative details;

(ii) Composition that includes at least an equal number of local representatives as state representatives;

(iii) A process for receiving input from Subdivisions and other communities regarding how the opioid crisis is affecting their communities, their abatement needs, and proposals for abatement strategies and responses; and

(iv) A process by which Advisory Committee recommendations for expenditures for Opioid Remediation will be made to and considered by the appropriate state agencies.

3. Remediation Accounts Fund Reporting. The Settlement Fund Administrator shall track and assist in the report of remediation disbursements as agreed to between Walmart and the Enforcement Committee.

F. *Nature of Payment*. Walmart, the Settling States, and the Participating Subdivisions each acknowledge and agree that notwithstanding anything to the contrary in this Agreement, including, but not limited to, the scope of the Released Claims:

1. They have entered into this Agreement to avoid the delay, expense, inconvenience, and uncertainty of further litigation;

2. (a) The Settling States and Participating Subdivisions sought restitution and remediation (within the meaning of 26 U.S.C. § 162(f)(2)(A) and 26 C.F.R. § 1.162-21(e)(4)(i), (ii)) as damages for the Alleged Harms; (b) the Total Remediation Amount is less than or equal to the amount, in the aggregate, of the Alleged Harms allegedly suffered by the Settling States and Participating Subdivisions; and (c) the portion of the Total Remediation Amount received by each Settling State or Participating Subdivision is less than or equal to the amount of the Alleged Harms allegedly suffered by such Settling State or Participating Subdivision;

3. The payment of the Total Remediation Amount by Walmart constitutes restitution and remediation (within the meaning of 26 U.S.C. § 162(f)(2)(A) and 26 C.F.R. § 1.162-21(e)(4)(i), (ii)) for alleged damage or harm (as compensation for alleged damage or harm arising out of alleged bodily injury) allegedly caused by Walmart in order to restore, in whole or in part, the Settling States, Participating Subdivisions, and persons to the same position or condition that they would be in had the Settling States, Participating Subdivisions, and persons not suffered the Alleged Harms, and constitutes restitution and

31

remediation for alleged damage or harm allegedly caused by the potential violation of a law and/or is an amount paid to come into compliance with the law; and

1903. Copperas Cove, City of, Texas
1904. Corpus Christi, City of, Texas
1905. Dallas, City of, Texas
1906. Deer Park, City of, Texas
1907. Del Rio, City of, Texas
1908. Denton, City of, Texas
1909. Denton, County of, Texas
1910. DeSoto, City of, Texas
1911. Duncanville, City of, Texas
1912. Ector, County of, Texas
1913. Edinburg, City of, Texas
1914. El Paso, City of, Texas
1915. El Paso, County of, Texas
1916. Erath, County of, Texas
1917. Euless, City of, Texas
1918. Falls, County of, Texas
1919. Fannin, County of, Texas
1920. Farmers Branch, City of, Texas
1921. Flower Mound, Town of, Texas
1922. Fort Bend, County of, Texas
1949. Houston, County of, Texas
1950. Howard, County of, Texas
1951. Hunt, County of, Texas
1952. Huntsville, City of, Texas
1953. Hurst, City of, Texas
1954. Irving, City of, Texas
1955. Jasper, County of, Texas
1956. Jefferson, County of, Texas
1957. Keller, City of, Texas
1958. Kerr, County of, Texas
1959. Killeen, City of, Texas
1960. Kyle, City of, Texas
1961. La Porte, City of, Texas
1962. Lancaster, City of, Texas
1963. League City, City of, Texas
1964. Leander, City of, Texas
1965. Leon, County of, Texas
1966. Leon Valley, City of, Texas
1967. Lewisville, City of, Texas
1968. Liberty, County of, Texas

1969. Limestone, County of, Texas
1970. Little Elm, City of, Texas
1971. Longview, City of, Texas
1972. Lubbock, City of, Texas
1973. Lubbock, County of, Texas
1974. Lufkin, City of, Texas
1975. Madison, County of, Texas
1976. Mansfield, City of, Texas
1977. Matagorda, County of, Texas
1978. McAllen, City of, Texas
1979. McKinney, City of, Texas
1980. Medina, County of, Texas
1981. Mesquite, City of, Texas
1982. Midland, City of, Texas
1983. Midland, County of, Texas
1984. Midlothian, City of, Texas
1985. Milam, County of, Texas
1986. Mission, City of, Texas
1987. Missouri City, City of, Texas
1988. Morris, County of, Texas
1989. Nacogdoches, City of, Texas
1990. Nacogdoches, County of, Texas
1991. Navarro, County of, Texas
1992. New Braunfels, City of, Texas
1993. Newton, County of, Texas
1994. North Richland Hills, City of, Texas
1995. Nueces, County of, Texas
1996. Odessa, City of, Texas
1997. Orange, County of, Texas
1998. Panola, County of, Texas
1999. Parker, County of, Texas
2000. Pasadena, City of, Texas
2001. Pearland, City of, Texas
2002. Pflugerville, City of, Texas
2003. Pharr, City of, Texas
2004. Plano, City of, Texas
2005. Port Arthur, City of, Texas
2006. Potter, County of, Texas
2007. Randall, County of, Texas
2008. Red River, County of, Texas
2009. Richardson, City of, Texas
2010. Robertson, County of, Texas
2011. Rockwall, City of, Texas
2012. Rosenberg, City of, Texas
2013. Round Rock, City of, Texas
2014. Rowlett, City of, Texas
2015. San Angelo, City of, Texas
2016. San Juan, City of, Texas
2017. San Marcos, City of, Texas
2018. San Patricio, County of, Texas
2019. Schertz, City of, Texas
2020. Shelby, County of, Texas
2021. Sherman, City of, Texas
2022. Socorro, City of, Texas
2023. Southlake, City of, Texas
2024. Starr, County of, Texas
2025. Sugar Land, City of, Texas
2026. Taylor, County of, Texas
2027. Temple, City of, Texas
2028. Texarkana, City of, Texas
2029. Texas City, City of, Texas
2030. The Colony, City of, Texas
2031. Tom Green, County of, Texas
2032. Travis, County of, Texas
2033. Trinity, County of, Texas
2034. Tyler, City of, Texas
2035. Uvalde, County of, Texas
2036. Val Verde, County of, Texas
2037. Van Zandt, County of, Texas
2038. Victoria, City of, Texas
2039. Victoria, County of, Texas
2040. Waco, City of, Texas
2041. Walker, County of, Texas
2042. Waller, County of, Texas
2043. Washington, County of, Texas
2044. Waxahachie, City of, Texas
2045. Weatherford, City of, Texas
2046. Weslaco, City of, Texas
2047. Wharton, County of, Texas
2048. Wichita Falls, City of, Texas
2049. Wilson, County of, Texas
2050. Wise, County of, Texas
2051. Wood, County of, Texas
2052. Wylie, City of, Texas
2053. American Fork, City of, Utah
2054. Bountiful, City of, Utah
2055. Box Elder, County of, Utah
2056. Carbon, County of, Utah
2057. Cedar City, City of, Utah
2058. Clearfield, City of, Utah



| | |
|---|---|
| **From:** | Montgomery |
| **To:** | Walmart Weighted Goods Settlement; Kimberly Donaldson Smith; publicrecords@oag.texas.gov; Zachary P. Beatty; Nicholas E. Chimicles |
| **Cc:** | Montgomery |
| **Subject:** | Re: [Request received] RE: Re: Communication |
| **Date:** | Tuesday, May 21, 2024 9:57:11 PM |

Walmart #5889 Victor (acting as) security and others involved has just violated and committed treason by going against the terms of the settlement on May 21, 2024. When I shopped. Failure to notify corporate office first to adhere to the terms of the agreement of this Supreme Court case. Although I have jurisdiction and the jurisdiction is not the same. I was overlooked by these people who are under color of law. The store claims that they are not apart of the lawsuit. How not? Failure to acknowledge the truth to exercise my rights. Forward this to the Presiding Judge.

Regards.

Queen Akhenaten II Montgomery Bey

On Fri, May 17, 2024, 1:07 PM Walmart Weighted Goods Settlement <info@walmartweightedgroceriessettlement.com> wrote:

> Your email (860970) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.
>
> To add additional comments, reply to this email.