# EXHIBIT B

3/5/24 8:04 pm

Dear Class Council,

My name is Kimberlee Curtis Parker from Reno, NV. I am a participant in the Walmart weighted goods settlement. It would be my intent to speak in person at the final approval hearing, still trying to figure a way to get there... I am hoping to be heard in this manner:

"I would like to address a very important issue regarding the collection of past Walmart receipts - It is nearly impossible due to their (in my opinion) DISAPPEARING INK! They have been using this tactic for several years now and I feel they should be held accountable for putting so much pressure on people not

...[illegible] any sheet of paper upon any return. When in fact you have the paper, but there is NO (or very little) ink to prove your purchase!"

So I have submitted my receipts via my "Fletch" online account (taking pictures of receipts in return for gift card rewards) a google play application.

I appreciate your time and I'm very proud to know that there are the "BRAVE ONES" out there willing to "take on" the intimidating giant of retail!! (Maybe someone can look into this <u>FADING RECEIPT FACTOR for Legitimacy</u> — Possibly next lawsuit?? Thank you again for representing all of us being bullied by WalMart. With Sincere Gratitude,

Kimberlee Curtis Parker

<u>contact info</u>: KimberleeCurtisParker@gmail.com
775-232-5233
895 Kuenzli St. #210
Reno, nv 89502

Parker
895 Kuenzli St.
Reno, Nevada
89502

case number:
case cv-02402-FLA
8:22-CV-TGW (M.D.)
✓ MC. District of
the middle Tampa
Florida Division

Clerk of the Court
Class Council for Zukowski
vs Walmart Inc.
361 W. Lancaster Ave.
Haverford, Pennsylvania
19041