# EXHIBIT C

**From:** Nicholas E. Chimicles
**To:** Kimberly Donaldson-Smith
**Subject:** Fwd: Notice of Intention to appear and comment at Final hearing, in Case 8:22-CV-02402-VMC-TGW Kukorinis V. Wal-Mart INC.
**Date:** Tuesday, May 21, 2024 7:47:25 PM
**Attachments:** AC Court.jpg
Court 1.jpg
Court 3.jpg
Court 4.jpg
Court 2.jpg

Sent from my iPhone

Begin forwarded message:

**From:** Vassilios Kukorinis <vaskuko@gmail.com>
**Date:** May 21, 2024 at 19:24:25 EDT
**To:** "Nicholas E. Chimicles" <nick@chimicles.com>, BeerN@gtlaw.com
**Subject:** Notice of Intention to appear and comment at Final hearing, in Case 8:22-CV-02402-VMC-TGW Kukorinis V. Wal-Mart INC.

From            Vassilios Kukorinis                                    Tampa, FL. May 21st  2024
Plaintiff       Kukorinis Vs. Walmart
                2524 W. De Leon Street
                Tampa, FL. 33609
Telephone: 347-837 1918
Email           vaskuko@gmail.com<mailto:vaskuko@gmail.com>

To  Plaintiff's & Defendant's attorneys in Case 8:22-CV-02402-VMC-TGW  Kukorinis V. Wal-Mart INC.
This is a notice of Intention to appear and comment at Final hearing on June 12th 2024 in order to ask the court, to review and rule for the legality of provisions/demands stated at STIPULATION AND AGREEMENT OF CLASS ACTION SETTLEMENT, paragraph 12.9  "Plaintiff's Individual Release"
Paragraph 12.6  states "In exchange for the good and valuable consideration set forth herein, all Releasing Settlement Class Members further waive any and all rights and benefits that they as individuals or the class may now have as a result of the alleged facts, circumstances, and occurrences underlying the claims set forth in the Litigation".
As a leading Plaintiff, I feel that I have been discriminated (compare to the rest of the class), targeted, and punished, by asking me with the broadest possible language, to wave and release not only claims alleged and litigated in this case, but claims which theoretically could have been litigated as well (like Online Overcharges).
12. COMPREHENSIVE WAIVER, RELEASE, AND DISMISSAL
Even I am NOT getting a single penny -or thank you- for my personal sacrifices to expose all these "alleged" practices over the last 6+ years, with the following absurd lengthy paragraph- single sentence of more than 195 words-, attorneys of both sides agreed, that defendant Walmart could have "full control of my future", as well to all people close or related to me.
12.9  Plaintiff's Individual Release:
i. Subject to the Court's final approval of the Settlement, and for good and valuable consideration set forth herein, the receipt and sufficiency of which is hereby acknowledged, and in addition to the Settlement Class Member Released Claims, the Plaintiff on behalf of himself and any and all spouses, representatives, heirs, successors, assigns, devisees, and executors (excluding the Releasing Settlement Class Members he seeks to represent), releases, acquits, and forever discharges the Walmart Released Parties from any and all allegations, claims, causes of action, demands, obligations, or liability, of whatever kind or nature, whether for injunctive relief, damages, penalties, or any other form of recovery, in this Court or in any other court or forum, whether known or unknown, suspected or unsuspected, that he may now have, has ever had, or hereafter may have, and whether such allegations were or could have been based on common law or equity, or on any statute, rule, regulation, order, or law, whether federal, state, or local, relating to items of any kind he purchased or attempts to purchase at Walmart or at or from any Walmart affiliated entity, up through the date on which the Judgment becomes Final;
ii. Plaintiff covenants that he will not in the future, directly or indirectly, initiate, assign, maintain or prosecute, or in any way aid or assist in the initiation, maintenance, or prosecution of individual or class claims related to overcharges related to the purchase of items of any kind at Walmart or at or from any Walmart affiliated entity, and…….
Yes, I did sign the settlement, after first I expressed  to my attorneys,  concerns and fears, and last-minute settlement changes. Even considered to Opt Out from the case. Bud, I was assured that at time  are necessary (for the greater good) -appropriate and according to the rules and laws. They also pointed out to me that, "The negotiations related to the Settlement, this and any negotiations prior to preliminary approval or between the time of preliminary and final approval will remain strictly confidential and shall not be discussed with anyone" .
Well, since now I have the opportunity to do that, the following concerns surfaced.  Therefore, I wish to present them to the Court at final hearing and ask, if the above provisions should be prohibited in settlement agreements according to, Model Rules for Professional Conduct – Rules 3.4(f) and 5.6(b) American Bar Association .
"Plaintiffs' attorneys have an ethical obligation to protect the civil justice system by opposing confidentiality, non-disparagement and non-participation clauses in settlement agreements".
The clauses in general are attempts to muzzle the client, her family friends and attorneys, and to deny plaintiffs their essential First Amendment rights, to communicate public information to others or to speak badly of any defendant despite publicly available information filed in court or given in deposition. They require promises not to assist others in any way with providing relevant factual information regarding pending or proposed litigation against the same defendant.
Source: James C. Sturdevant  https://plaintiffmagazine.com<https://urldefense.proofpoint.com/v2/url?u=https-3A__plaintiffmagazine.com&d=DwMFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=awXwqsjXdvDOQTHlYOS0ZmLzV-lu12pLYJEoRFp8IAo&m=csaF2KYAcj0A0mdfYGBvUHcaDE61AFinCamCvKISiH7MCUAIdFAyiYmkzTPHfT0&s=B7t_hBahBy8qHJC8AcAT8IGaDeKKEEh8XRJfKJh1dmg&e=>
Q: What should I do if a subpoena is issued?
Do such clauses interfere with First Amendment rights and seek to impose a "gag order" above and beyond any confidentiality clause?
A plaintiff does not, and cannot be asked to, surrender her First Amendment rights to make any statements about the defendant  Only the Government can violate your Constitutional Rights.
Q: Am I wrong?
In conclusion, respectfully I request (according to Florida Local Rule) Plaintiff's attorneys, to notify the Court my intention to appear and comment, at the final hearing on June 12th 2024
                                              Sincerely
                                              Vassilios Kukorinis

To: Nicholas E. Chimicles
Chimicles Schwartz Kriner & Donaldson-Smith, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
Email: nick@chimicles.com<mailto:nick@chimicles.com>

To: Walmart.
Naomi G. Beer
Greenberg Traurig, LLP
1144 15th Street, Ste. 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
Email: BeerN@gtlaw.com<mailto:BeerN@gtlaw.com>
P.S
Few hours ago, I visited a nearby store to buy an AC filter, advertised for $5.24 (see attached pictures).
When I noticed at the shelf check out, that scanned for $5.64 instead,I informed Walmart's associate about the difference  For the next 14 minutes I was treated like retarded by 3

employees attempting to persuade me I have the wrong product (even if I show them a cell phone screenshot), humiliated and mocked in 2 languages, until a fourth one went to check and returned to admit that I was right.

Since the filling of the settlement, not much change of the "alleged" practices, other than now eliminated from the shelf checkout monitors, the fake "low" price per unit. Last month for 3 weeks I kept buying more than 20 Hershey´s 6 pack chocolates advertised As Clearance, From/Was $ 6.48 now $2.50 each , and charged (not surprise) at shelf checkout or Cashiers Register  $6.48 Meaning, overcharged  160% more. Maybe 10 years to the future, somebody else will file a Class action suit, and the victims get back 2%

So, I would like to ask the judge, if (after the final hearing) upload a shopping experience like this on social media, do I risk being hit with a defamation suit from the defendant, or should I shut my mouth and get overcharged, like a nice…plaintiff?

I hope you understand why I am pissed off.

Sincerely

The Plaintiff



AC Court



Court 1



Court 2







+ Add

Now $9⁸⁰ avg price  $13.66

$2.97/lb
Final cost by weight

Pork Butt Country Style Ribs, 2.5 - 4.0
lb Tray

EBT   EBT eligible

Save with W+

Court 3



Court 4