# EXHIBIT D

## Kimberly Donaldson Smith

| | |
|---|---|
| **From:** | Julia Kapinos <juliakapinos1945@gmail.com> |
| **Sent:** | Friday, May 24, 2024 1:37 PM |
| **To:** | Kimberly Donaldson Smith |
| **Subject:** | Mail Theft |
| **Attachments:** | 9472411105500345610574 (4).pdf |

Ms. Kimberly Donaldson Smith et al.:  Ms.  Kimberly Donaldson Smith confirmed on the 22nd of May 2024 that I, Julia Kapinos, have been excluded.  She writes, "This email confirms that Counsel and the Claims Administrator acknowledge your [Julia Kapinos'] request for Exclusion and it will be provided to the Court." But as far as I, Julia Kapinos, can tell, everyone has been operating in "bad faith." Again, please refer to: https://www.justice.gov/archives/jm/criminal-resource-manual-940-18-usc-section-1341-elements-mail-fraud# Also, refer to  Frauds and swindles ( 18 U.S. Code § 1341 )  ***The first exclusion letter from the heir to 96 Hawks Circle seems to have been signed by Samuel W. Apicelli from Duane Morris, LLP on the 20th of May 2024.  See attached. That appears to be mail theft (*** https://www.uspis.gov/report ***)  by Duane Morris, LLP, violating 18 U.S. Code § 1708. These exclusion letters are from other people at 96 Hawks Circle. Why have they not been picked up yet?***  The first exclusion letter was concerning the heir to 96 Hawks Circle, and it had to have been sent five times, i.e., once on the 17th of May 2024 ( 9472411105500345610574 for USPS Priority Mail Express 1-Day ) and claimed not to have been received and perhaps stolen by Samuel W. Apicelli from Duane Morris. So, the exclusion letter was sent yet again, once on the 21st of May 2024 ( 9472411105500337771375 for USPS Priority Mail Express 1-Day) , and thrice on the 22nd of May 2024 ( 9468111105500331881465 by USPS Priority Mail, 9497411105500331347339 by USPS Ground Advantage, 9497411105500331356935  by USPS Ground Advantage ) concerning the heir to 96 Hawks Circle, and the two remaining exclusion letters were sent on the 22nd of May 2024 concerning my husband, Ernest Kapinos (9468111105500333694841 for USPS Priority Mail, 9472411105500333934651 for USPS Priority Mail Express 1-Day )  . No exclusion letters were postmarked later than the 22nd of May 2024 (https://www.walmartweightedgroceriessettlement.com/faqs) .  ***No party can honestly claim these exclusion letters were never received.*** Sincerely, Julia Kapinos, 96 Hawks Circle, Westfield, Massachusetts 01085-1576 413-642-3587 (Comcast Landline) 413-562-7531 (Verizon Landline) CC: BeerN@gtlaw.com ; DEarle@angeiongroup.com; nick@chimicles.com ; ZPB@chimicles.com ; TAdessa@angeiongroup.com  ; info@walmartweightedgroceriessettlement.com

--

This message is covered by the Electronic Communications Privacy Act, Title 18, U.S. Code §2510-2512. This e-mail message and any attached files are the exclusive property of Julia Kapinos and 96 Hawks Circle and are subject to copyright. Please be aware that this communication is deemed privileged and confidential and is intended only for the person or entity to which it is addressed. Any unauthorized review, use, disclosure, or distribution is most certainly prohibited. Therefore, if you are not the intended recipient,  contact the sender by reply e-mail. Also, please be aware of 18 U.S. Code § 1519 - Destruction, alteration, or falsification of records in Federal investigations and bankruptcy.



Re@dNotify.com   This was a receipt-requested email.
Click here to acknowledge reading.

1


**UNITED STATES**
**POSTAL SERVICE**

May 20, 2024

Dear Julia Kapinos:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9472 4111 0550 0345 6105 74**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | May 20, 2024, 6:48 pm |
| **Location:** | PHILADELPHIA, PA 19102 |
| **Postal Product:** | Priority Mail Express 1-Day® |
| **Extra Services:** | Adult Signature |
| | PO to Addressee |
| | Up to $100 insurance included |
| **Recipient Name:** | WALMART WEIGHTED GROCERIES SETTLEMENT ATTN  EXCL |
| **Actual Recipient Name:** | A SAMUELS |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

From:     Kimberly Donaldson Smith
To:       Julia Kapinos
Cc:       BeerN@tglaw.com; Denise Earle; Nicholas E. Chimicles, Zachary P. Beatty; Taylor Adessa
Subject:   WALMART- EXCLUSION REQUEST
Date:    Wednesday, May 22, 2024 11:10:00 AM
Attachments:  9472411105500345610574 (1).pdf
            RE Exclusion.msg
            image001.png

Ms. Kapinos,

This email confirms that Counsel and the Claims Administrator acknowledge your request for Exclusion and it will be provided to the Court.

**KIMBERLY M. DONALDSON-SMITH**
Partner
**Chimicles Schwartz Kriner & Donaldson-Smith LLP**
One Haverford Centre | 361 West Lancaster Avenue | Haverford, PA 19041
Office: 610-642-8500 x 302
Fax: 610-649-3633
Cell: 610-304-3067
Email: kimdonaldson@chimicles.com



**PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE:** The information hereby transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, copying, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you received this communication in error, please contact the sender and delete the material from any computer and appropriately dispose of any copies. Unless expressly stated, the contents of this communication, including attachments, were not intended or written to be used as legal, financial or tax advice

From: Julia Kapinos <    >
Sent: Wednesday, May 22, 2024 9:54 AM
To: Kimberly Donaldson Smith <kimdonaldsonsmith@chimicles.com>
Subject: Mail Fraud

Walmart Weighted Groceries Settlement; Attorney Kimberly Donaldson Smith; and Attorney Naomi G. Beer from Greenberg Traurig

I, Julia Kapinos, was told that Walmart Weighted Groceries Settlement; Attorney Kimberly Donaldson Smith; and Attorney Naomi G. Beer from Greenberg Traurig should keep this in mind: 18 U.S.C. 1512. Section 1512 of Title 18 constitutes a broad prohibition against tampering with a witness, victim or informant [with the Massachusetts State Police ( https://www.mass.gov/state-police-detective-unit ) ( https://www.justice.gov/archives/jm/criminal-resource-manual-1729-protection-government-processes-tampering-victims-witnesses-or#) To report a crime to the Criminal Investigations Service Center for the United States Postal Service, click here. Call:1-877-876-2455. Also, refer to: https://www.uspis.gov/terms-of-service#asset-forfeiture

"There are two elements in mail fraud: [(1) Samuel W. Apicelli from Duane Morris LLP who appears to be the party who signed for 9472411105500345610574 as can be seen attached: (#2) Naomi G. Beer from Greenberg Traurig; (#3) Kimberly Donaldson Smith from Chimicles Schwartz Kriner & Donaldson-Smith LLP; (#4) Angeion Group through at least three instances of fraud by wire against 413-642-3587 (Comcast); and (#5) The US District Court for the Middle District of Florida, Tampa Division ]; having devised or intending to devise a scheme [to pretend that an exclusion letter was not received in a valid manner and in a timely manner] to defraud [ Julia Kapinos and Ernest Kapinos at 96 Hawks Circle as well as the heir to 96 Hawks Circle and any visitors to 96 Hawks Circle] (or to perform specified fraudulent acts) [one from his or her ability to be excluded from the Class Action as well as to receive the proceeds of extortion in violation of 18 U.S. Code § 880 and to obstruct justice ( https://www.justice.gov/archives/jm/criminal-resource-manual-1739-offenses-related-obstruction-justice-offenses ) concerning United States versus Tsarnaev in part ( https://www.paulcraigroberts.org/2015/08/17/fbi-evidence-proves-innocence-accused-boston-marathon-bomber-dzhokhar-tsarnaev/ ) ], and (2) use of the mail for the purpose of executing, or attempting to execute, the scheme (or specified fraudulent acts)." Schmuck v. United States, 489 U.S. 705, 721 n. 10 (1989); see also Pereira v. United States, 347 U.S. 1, 8 (1954) ("The elements of the offense of mail fraud under . . . § 1341 are (1) a scheme to defraud, and (2) the mailing of a letter, etc., for the purpose of executing the scheme."); Laura A. Eilers & Harvey B. Silikovitz, Mail and Wire Fraud, 31 Am. Crim. L. Rev. 703, 704 (1994) (cases cited). https://www.justice.gov/archives/jm/criminal-resource-manual-940-18-usc-section-1341-elements-mail-fraud#

I, Julia Kapinos, was told that the three incoming phone calls ( https://www.fbi.gov/investigate/civil-rights/federal-civil-rights-statutes ) from 215-563-4116 (Angeion Group)on the 20th of May 2024 at 3:18pm; the 20th of May 2024 at 2:46pm; and the 14th of May 2024 at 9:53 am EST are wire fraud ( https://www.justice.gov/archives/jm/criminal-resource-manual-941-18-usc-1343-elements-wire-fraud ) against 96 Hawks Circle through 413-642-3587, a Comcast Landline ( https://corporate.comcast.com/news-information/leadership-overview/thomas-j-reid ) . I, Julia Kapinos, was told that it was apparently Samuel W. Apicelli ( https://www.duanemorris.com/attorneys/samuelwapicelli.html ) who signed for this item: https://tools.usps.com/go/TrackConfirmAction?tLabels=9472411105500345610574. I, Julia Kapinos, was told that Samuel W. Apicelli is apparently involved in Mail Fraud ( https://www.justice.gov/archives/jm/criminal-resource-manual-940-18-usc-section-1341-elements-mail-fraud ) against 96 Hawks Circle to obstruct justice ( https://www.law.cornell.edu/wex/obstruction_of_justice ) concerning Tamerlan Tsarnaev's pre-meditated murder by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) as a kidnapping and torture plot for both Comcast and Citrix Systems.

Again, I, Julia Kapinos, was told that it was apparently Samuel W. Apicelli ( https://www.duanemorris.com/attorneys/samuelwapicelli.html ) who signed for this item: https://tools.usps.com/go/TrackConfirmAction?tLabels=9472411105500345610574. I, Julia Kapinos, was told that Kukorinis v. Walmart Inc. Case No. 8:22-cv-02402-VMC-TGW actually concerns how CIA/Torture Whistleblower John Kiriakou was retaliated against and how the "Senate overwhelmingly ban[ned] torture across US government" ( https://www.cnn.com/2015/06/16/politics/senate-torture-bill-cia/index.html ) as well as "An Act prohibiting the participation of healthcare professionals in the torture and abuse of prisoners" ( https://malegislature.gov/Bills/193/H3619 ), "An Act extending the statute of limitations for certain actions involving international human rights abuses" ( https://malegislature.gov/Bills/193/S1062 ), and "An Act to establish the Massachusetts incarcerated individual bone marrow and organ donation program" ( https://malegislature.gov/Bills/193/H2333 ). I, Julia Kapinos, was told that this is how Lorettajo Kapinos murdered Tamerlan Tsarnaev for "animal welfare advocates" ( https://www.fbi.gov/news/testimony/animal-rights-extremism-and-ecoterrorism ) through allowing him to be lynched ( https://www.justice.gov/crt/matthew-shepard-and-james-byrd-jr-hate-crimes-prevention-act-2009-0 ) by a motor vehicle per Barbara Platonova who writes, "Zubeidat is crying. They found out that [Tamerlan Tsarnaev] was heavily tortured. After they tied him with the rope to the car and were driving with his body until he died. Other details are more shocking. Zubeidat said she had not joy in her

life.":

One can only surmise, based upon the photo, that the psychopaths [*who happen to be Mark Kapinos, Carol Kapinos, Robert Kapinos, and Lorettajo Kapinos who foreshadowed Tamerlan Tsarnaev's premeditated murder on the 29th of September 2011 on FACEBOOK on DISNEY/FOX as well as on the 15th of April 2013 on FaceBook*] who were responsible for murdering this man [*Tamerlan Tsarnaev*] while he was in their custody [*through criminal street gangs ( https://www.justice.gov/criminal/criminal-vcrs/gallery/criminal-street-gangs ) that run kidnapping and torture plots ( https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers ) ], may also have subjected him to a Satanic ritual in which his heart may have been removed from his chest. This is a well known element of Satanic human "sacrifice" rituals [*as indicated by a criminal street gang of "Satanic Ritualistic Abusers" and "Snuff Film Makers"*]. Tamerlan, Captured Alive & Uninjured, Was Mortally Wounded in Custody, Then Delivered to Hospital, Claiming Mortal Injuries Were Due to Concocted SUV "Runover" & "Shootout" Fable  https://educate-yourself.org/cn/tszopjidbw02may13.shtml

I, Julia Kapinos, was told that Lorettajo Kapinos foreshadowed as publicly known here (
( https://www.facebook.com/AuthorLorettajo/posts/pfbid0324JFTHovNkD6ACTvWGzEd8gH9R4WP42ikCu3ZZynA17uVF59LxdSf9B9E9VAZNuvI ) Tamerlan Tsarnaev's premeditated murder on the 15th of April 2013 at 11:30 pm as she wrote, "My heart is bleeding for Boston tonight...." . I, Julia Kapinos, was then told that Lorettajo Kapinos lied here
( https://www.facebook.com/AuthorLorettajo/posts/pfbid0mVzjtvVYRSSEoTCSLGYwC2riVLmaB9ifmQkYnEtLeHzTbPTRK81PP3G2SFGzaVdnI ) that those were real injuries at the Boston Marathon and it was published on ( community.advanceweb.com as known as "A Runner's Thoughts on the Boston Marathon" ) . On the 17th of April 2013 at 8:46 pm as publicly known here
( https://www.facebook.com/AuthorLorettajo/posts/pfbid0mVzjtvVYRSSEoTCSLGYwC2riVLmaB9ifmQkYnEtLeHzTbPTRK81PP3G2SFGzaVdnI ) , Lorettajo Kapinos wrote:

The number one rule I've heard from successful writers is to write from the heart. But it's scary to expose your inner self. But on Monday, I let go of that fear and wrote what I needed to say on my nursing blog. I am in awe at the response. I guess the pros are right...

On the 18th of April 2013 at 11:38 AM as publicly known here
( https://www.facebook.com/AuthorLorettajo/posts/pfbid0oZ2yibWnWJtSy8mJiQfwg5kKoniChkPg5sYqEz6jCgPmKgL217JkfQdWKR1wynBPI ) , Lorettajo Kapinos wrote:

Writing is hard when your view is obstructed by tears...working on an article now about a nurse who ran the Boston Marathon.

On the 19th of April 2013 at 10:57 pm as publicly known here
(https://www.facebook.com/AuthorLorettajo/posts/pfbid02KRsWgKtnwkQJ9HgovVwgCdgrEJEFPJ9z2oMWy6bLwYeBip8zre5pfbdnuvgAe5yXI ) , Lorettajo Kapinos wrote:

I love how greatness comes through in times of tragedy. I see a lot of people stepping up to help. No act is too small.

I, Julia Kapinos, was told that Lorettajo Kapinos violated 18 U.S. Code § 880 and Received the Proceeds of Extortion
( https://www.law.cornell.edu/uscode/text/18/880 ) . I, Julia Kapinos, was told that Tamerlan Tsarnaev ( https://www.arlingtoncardinal.com/2013/04/zubeidat-tsarnaeva-mother-of-boston-bombers-america-took-my-kids-away-from-me/ ) fell victim to Organ Trafficking as can be seen here (https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) for Lynne Clark (Lynne Kapinos) who works at Wal-Mart in Westfield, Massachusetts at 141 Springfield Rd, Westfield, MA 01085 for *Within The Ruins* to promote "Feeding Frenzy" ( https://www.youtube.com/results?
search_query=Within+the+Ruins+Feeding+Frenzy ) for EOne Entertainment in the City of Toronto ( https://www.tps.ca/contact/ ) in the Country of Canada
( https://www.justice.gc.ca/eng/cj-pr/cp-pm/about-apropos/index.html ) as allowed by the Supreme Court of Canada ( https://www.scc-csc.ca/home-accueil/index-eng.aspx ) ( https://malegislature.gov/Laws/GeneralLaws/PartIV/TitleI/Chapter265/Section53# ), I, Julia Kapinos, was also told that this was allowed by the Supreme Court of the United Kingdom ( https://www.supremecourt.uk/about/ ) for the Magic Circle and Silver Circle Law firms as the GCHQ
( https://www.gchq.gov.uk/section/governance/legal-framework ) Cybermagic program
( https://www.reddit.com/r/Magic/comments/1z0nyx/we_want_to_build_cyber_magicians_did_the_gchq/ ) and that this is apparently what the Edward Snowden disclosures ( https://theintercept.com/series/snowden-archive/ ) are about as well as the Julian Assange extradition matter
( https://www.aljazeera.com/news/2024/5/20/wikileaks-founder-julian-assange-wins-bid-to-appeal-extradition-to-us ) . I, Julia Kapinos, was told that Attorney Justin Dion from Bacon & Wilson for Toronto Dominion Bank was behind the pre-meditated murder of Tamerlan Tsarnaev for Attorney Kathryn Crouss; Attorney Kenneth Albano; and Attorney Paul H. Rothschild from Bacon & Wilson for Behavioral Health Network as well as for Attorney Phillip R. Smith from Bacon & Wilson for The Creative Kids, LLC and Westfield Bank. I, Julia Kapinos, was told that MCL Mechanical Services, Gold & Diamond Buyer ( https://goldanddiamondbuyer.com/ ) ; Bacon & Wilson; and Giftology ( https://giftology.com/ ) were made in violation of 18 U.S. Code § 880, Receiving the Proceeds of Extortion, in Tamerlan Tsarnaev's premeditated murder for "animal welfare advocates"
( https://www.fbi.gov/news/testimony/animal-rights-extremism-and-ecoterrorism ) .

I, Julia Kapinos, was told that John Remington Graham of the Minnesota Bar (#3664X) who lives at 180 Haut de la Paroisse, St-Agapit, Québec G0S 1Z0 Canada along with Frau Elisabeth Ritter Blaser ( https://www.facebook.com/people/Elisabeth-Ritter-Blaser/100005359726192/ ) through Florence Bank ( https://www.florencebank.com/florence ) and RB International ( https://www.rbinternational.com/en/raiffeisen/legal/imprint.html ) are running sophisticated financial scams ( https://www.ffiec.gov/press/pdf/Summons_or_Subpoena_of_Foreign_Bank_Records_8.1.pdf ) against 96 Hawks Circle for the Allen & Overy KPMG inquiry ( https://www.law.com/international-edition/2019/04/02/ao-consulting-arm-secures-role-on-big-four-inquiry/ ) as well as for the Massachusetts State Police ( https://www.mass.gov/state-police-detective-unit ) ; and the Appellate District Court in Massachusetts ( https://www.mass.gov/district-court-appellate-division ) and that these sophisticated financial scams ( https://www.fbi.gov/investigate/white-collar-crime ) are allowed by Attorney Paul Moraski ( https://www.massdefense.com/attorney-paul-moranski/ ) from the ARAG Network, Attorney Shea from Morisi & O'Connell ( http://www.morisi-oconnell.com/our-attorneys.html ), Attorney Canzano from Blumsack and Canzano
( https://www.richardcanzanolaw.com/ ) as well as Attorney Lawrence Madden ( lmadden@publiccounsel.net ) , Attorney Kayla Chapalonis, and Attorney Sam Rosenberg for Attorney David B. Crevier from Crevier & Ryan ( http://crevierandryan.com/attorney-david-b-crevier/ ) for 22 News WWLP as located at 1 Broadcast Center in the City of Chicopee, Massachusetts (https://www.mass.gov/info-details/courts-serving-chicopee ) . I, Julia Kapinos, was told that these sophisticated financial crimes are for WesternMassNews as owned by AIC DotDash ( https://www.linkedin.com/in/jeff-hartwig-1825657 ) and now Gray Television ( https://gray.tv/about ) .

18 U.S Code § 1343 - Fraud by wire, radio, or television

Whoever [*like Sapirstein & Sapirstein, Goodwin Procter, and Bozenhard Socha & Ely for Country Bank with about $1.7 billion in total assets while Country Bank is advertised on CNN ( https://www.cnn.com/profiles/david-vigilante-profile ) for George P. Varghese from WilmerHale
( https://www.wilmerhale.com/insights/news/20191007-accomplished-prosecutor-george-p-varghese-joins-wilmerhale-in-its-boston-office ) who maliciously prosecuted ( https://www.law.cornell.edu/wex/malicious_prosecution ) Jahar Tsarnaev for Hon. Heidi E. Brieger as Chief Justice of the Trial Court ( https://www.mass.gov/news/supreme-judicial-court-appoints-hon-heidi-e-brieger-as-chief-justice-of-the-trial-court ) from WilmerHale, Robert Mueller from WilmerHale ( https://www.wilmerhale.com/en/people/robert-mueller ) for the benefit of Attorney Jamie Katz from the Beth Israel Deaconess Medical Center as well as CEO Kevin Tabb for the law firm of Blank Rome LLP for the Jessen & Mitchell torture doctors ( https://www.courthousenews.com/case-called-cia-torture-architects-headed-trial/ ) as allowed by Attorney Paul Moraski from the ARAG Network,*]

*Attorney Shea from Morisi & O'Connell, Attorney Canzano from Blumsack and Canzano as well as Attorney Lawrence Madden, Attorney Kayla Chapalonis, and Attorney Sam Rosenberg from the Committee for Public Counsel Services for Attorney David B. Crevier from Crevier & Ryan for 22 News WWLP for John Remington Graham of the Minnesota Bar (#3664X) who can be reached here ( jack.graham@globetrotter.net ), counsel of record, for JAMES H. FETZER, PH. D., MARY MAXWELL, PH. D. LL. B., AND CESAR BARUJA, M. D who engaged in charity fraud ( https://www.fbi.gov/how-we-can-help-you/scams-and-safety/common-scams-and-crimes/charity-and-disaster-fraud ), through Frau Ritter-Blaser by means of Florence Bank and RB International; William McGinley Jay ( WJay@goodwinlaw.com ), counsel of record, from Goodwin Procter, LLP for The National Fraternal Order of Police; Jennifer Michelle Keighley ( jkeighley@orrick.com ), counsel of record, from Orrick Herrington & Sutcliffe LLP ( https://www.orrick.com/en/People/C/A/2/Jennifer-Keighley ) for Michael J.Z. Mannheimer; Stephen Michael Nickelsburg ( steve.nickelsburg@cliffordchance.com ) from Clifford Chance US LLP, counsel of record, for Shirin Bakhshay, Tarika Daftary-Kapur, Yael Danieli, Angela Jones, Margaret Bull Kovera, Steven Z. Penrod & Christine L. Ruva ; Kent S. Scheidegger ( briefs@cjlf.org ), counsel of record, from Criminal Justice Legal Fdtn.; Kannon K. Shanmugam from Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record, for Criminal Justice Legal Foundation ; Catherine Emily Stetson from Hogan Lovells US LLP ( cate.stetson@hoganlovells.com ), counsel of record, for American Civil Liberties Union, American Civil Liberties Union of Massachusetts, Inc., National Association of Criminal Defense Lawyers, and the Rutherford Institute ; Dean Arthur Strang, counsel of record, from StrangBradley, LLC for Interested Evidence and Sentencing Law Professors before the United States Supreme Court ( https://www.supremecourt.gov/about/about.aspx ) , having devised or intending to devise any scheme [through David E. Patton from Federal Defenders of New York as well as David I. Bruck, Judy Clarke from Clarke & Rice, APC, Miriam Conrad from The Federal Public Defender Office in Boston, Massachusetts, Timothy G. Watkins from Federal Public Defender Office, District of Massachusetts, William W. Fick from Fick & Marx LLP who all represent Jahar Tsarnaev and this scheme is for American Broadcasting Companies, Inc. as represented by Emma D. Hall and Jonathan M. Albano from Morgan, Lewis & Bockius LLP; Boston Globe Media Partners, LLC as represented by Emma D. Hall and Jonathan M. Albano from Morgan, Lewis & Bockius LLP; American Civil Liberties Union Foundation of Massachusetts as represented by Matthew Segal; Boston Globe Media Partners, LLC as represented by Emma D. Hall and Jonathan M. Albano from Morgan, Lewis & Bockius LLP; Cable News Network, Inc. as represented by Emma D. Hall and Jonathan M. Albano from Morgan, Lewis & Bockius LLP; CBS News as represented by Emma D. Hall and Jonathan M. Albano from Morgan, Lewis & Bockius LLP; Trustees of Boston University, as represented by Emma D. Hall and Jonathan M. Albano from Morgan, Lewis & Bockius LLP; Aloke Chakravarty from Snell & Wilmer LLP; Brendan T. Mockler from United States Attorney's Office MA; Donald L. Cabell from United States Attorney's Office MA; Nadine Pellegrini from United States Attorney's Office; Steven D. Mellin from United States Department of Justice; and William D. Weinreb from United States Attorney's Office before the Federal District Court in Boston, Massachusetts ( https://www.mad.uscourts.gov/general/judges.htm ) ] or artifice [to engage in fraudulent insurance claims ( https://www.mass.gov/doc/8400-fraudulent-insurance-claim-gl-c-266-s-111a/download) against 96 Hawks Circle through the abuse of a psychiatric section 12 transport against a party once in January 2017 at Providence Behavioral Health Hospital, twice in April 2020 at two hospitals that will go unmentioned, once in September 2020 at one hospital that will go unmentioned, once in May 2021 at one hospital that will go unmentioned, once in December 2021 at Holyoke Medical Center, and once in March 2023 at The Arbour Hospital; Larceny by Embezzlement ( https://www.mass.gov/doc/8480-larceny-by-embezzlement-gl-c-266-s-30/download ) against 96 Hawks Circle; Larceny by Stealing from a (person 60 years of age or older) (Disabled Person) ( https://www.mass.gov/doc/8525-larceny-by-stealing-from-a-person-60-or-older/disabled/download) theft by cheating and swindling ( https://www.mass.gov/doc/8900-cheating-and-swindling/download ) against 96 Hawks Circle; larceny by false pretenses ( https://www.mass.gov/doc/8500-larceny-by-false-pretenses-gl-c-266-ss-30/download ) against 96 Hawks Circle through Walmart Weighted Groceries Settlement (info@walmartweightedgroceriessettlement.com) ; Attorney Kim Donaldson Smith ( KimDonaldsonSmith@chimicles.com) ; Naomi G. Beer from Greenberg Traurig ( beem@gtlaw.com ) ; Honorable Virginia M. Hernandez Covington; Angeion Group as well as through Attorney Paul Moraski; Attorney Shea from Morisi & O'Connell; Attorney Canzano from Blumsack and Canzano; Attorney Lawrence Madden from the CPCS, and through Attorney Sam Rosenberg from the CPCS and Attorney Kayla Chapalonis from the CPCS] to defraud [Julia Kapinos from 96 Hawks Circle, Ernest Kapinos from 96 Hawks Circle, the heir of 96 Hawks Circle as well as any visitors to 96 Hawks Circle, and 96 Hawks Circle as insured by Quincy Mutual ( https://www.mass.gov/info-details/courts-serving-quincy ) as sold by The Dowd Agencies ( https://www.dowd.com/24-7-claims/ ) as represented by Lyon & Fitzpatrick in the City of Holyoke, Massachusetts ( https://www.mass.gov/info-details/courts-serving-holyoke) as represented by Sullivan, Hayes & Quinn, LLC; Brooks, Sanborn & Mulcahy, LLP; Robert W. Shute; and Peter F. Brady while the City of Holyoke has a law department as represented by Morrison & Mahoney who represent Kriendler & Kriendler ( https://www.kreindler.com/practices/terrorism) with outside counsel while Morrison & Mahoney who has outside counsel of Lisa G. Arrowood; Goulston & Storrs], or for obtaining money [through Rubin & Rothman ( https://www.rubinrothman.com/ ) for Capital One Bank North America with about $444.6 billion in total assets or Suttell and Hammer ( https://www.suttellandhammer.com/payment/ ) for Bank of America with about $3.1 billion in total assets] or property [like 96 Hawks Circle for Alan Morse, Christopher Winship, Daniel S. Medwed, Fernande R. V. Duffly, James Doyle, Mark S. Brodin Michael Meltsner, and Rober M. Bloom as represented by George H. Kendall, III and Timothy P. O'Toole from Miller & Chevalier, Chartered who also represent Wal-Mart; Brian A. Benczkowski from The US Dept of Justice; Donald Campbell Lockhart from The U.S. Attorney's Office; John C. Demers from The US Dept of Justice, National Security Division; Joseph Francis Palmer from The US Dept of Justice, National Security Division; Kenneth A. Polite from The US Dept of Justice; Matthew Olsen from The US Dept of Justice; Matthew S. Miner from The US Dept of Justice; Nadine Pellegrini from The US Attorney's Office; Steven D. Mellin from The U.S. Department of Justice; William A. Glaser from The US Dept of Justice, Criminal Division who protected the 264 or so "crisis actors" before the First Circuit Court of Appeals ( https://www.ca1.uscourts.gov/about-court ) ] by means of false or fraudulent pretenses [for the lawyers like Clifford Gardner from The Law Offices of Cliff Gardner ; Daniel Habib, David Patton, Deirdre von Dornum, and Mia Alyssa Eisner-Grynberg from The Federal Defenders of New York; Gail K. Johnson from Johnson & Klein PLLC; Ginger D. Anders; Judy Clarke; and before the First Circuit Court of Appeals to not engage in bank fraud in violation of 18 U.S. Code § 1344, fraud by wire (along with radio and television) in violation of 18 U.S. Code § 1343 , insurance fraud in violation of 18 U.S. Code § 1033, healthcare fraud in violation of 18 U.S. Code § 1347, mail fraud in violation of 18 U.S.C. Section 1341, charity fraud, arson racketeering , and racketeering ( https://www.justice.gov/jm/jm-9-110000-organized-crime-and-racketeering) against 96 Hawks Circle as insured by Quincy Mutual ( https://www.mass.gov/info-details/courts-serving-quincy) as sold by Lyon & Fitzpatrick for The Dowd Agencies ( https://www.dowd.com/24-7-claims/ ) as allowed by outside counsel for Quincy Mutual who are Doherty, Wallace, Pillsbury, & Murphy; Harvey Gladstein & Partners LLC; Garvey, Ballou, & Rogalski; Milton, Laurence & Dixon, LLP; Hassett & Donnelly, P.C., Carusone & Carusone; Traynor, Skehan and Marks; Van Tienhoven & Cotter, Limited; Hassett & Donnelly, P.C.; Brown Jacobson P.C.; Gordon, Muir and Foley, LLP; Gunning & LaFazia, Inc.; Britt, Hankins & Moughan; Hoefle, Phoenix, Gormley & Roberts, PLLC; Friedman, Hirschen & Miller, L.L.P.; Skelley Rottner P.C.; Behman Hambelton, LLP; Cohen & Lombardo, P.C. ], representations, or promises [to not burn insured property ( https://www.mass.gov/doc/8120-burning-insured-property-gl-c-266-s-10/download) and allow fraudulent insurance claims ( https://www.mass.gov/doc/8400-fraudulent-insurance-claim-gl-c-266-s-111a/download) ], transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds [for the $40 billion CBS/VIACOM Mega-merger as allowed by Cleary Gottlieb, Cravath, Paul Weiss, Latham & Watkins, Shearman & Sterling, Allen & Overy, and Mintz Levin with outside counsel of Choate, Hall, and Stewart who also represent The Arbour Hospital as owned by Universal Health Systems as traded on NASDAQ for the $760 million CBS Lot in New York sold to Harbor Group International , the $1.8 Billion CBS Lot in California sold to Hackman Capital Partners and Square Mile Capital Management LLC, the VIACOM Class Action Litigation in the State of Delaware] for the purpose of executing such scheme [for a stage house fire ( https://www.ojp.gov/ncjrs/virtual-library/abstracts/how-fight-arson-racketeer) as Burning of Insured Property ( https://www.mass.gov/doc/8120-burning-insured-property-gl-c-266-s-10/download) ,and Willful and Malicious Destruction of Property ( https://www.mass.gov/doc/8280-willful-and-malicious-destruction-of-property-gl-c-266-ss-127/download) for a proposed $2.7 billion data center in Massachusetts ( https://www.wwlp.com/news/focal-news/hampden-county/westfield-selected-as-location-for-2-7-billion-data-center-project/ ) for a $7.2 billion Tel Aviv Data Center ( https://www.ins.org/israel-news/amazon/23/8/2/307157/1); for the $1.1 billion Google Data Center in Finland ( https://www.bloomberg.com/news/articles/2024-05-20/google-plans-1-1-billion-expansion-at-data-center-in-finland) the $2.7 billion IAC's Dotdash's acquisition of Meredith Corporation's National Media Group; for the $75 Billion DISNEY/FOX Mega-merger as allowed by Hogan Lovells, Quinn Emanuel, Fried Frank, Cravath, Covington & Burling, Skadden Arps, Simpson Thacher, MacFarlanes, Allen & Overy, and others; for the DISCOVERY/WARNER Mega-merger at $40.4 billion as well as for the $26 billion bid by Sony and Apollo Global Management for PARAMOUNT] or artifice [to protect the 264 or so "crisis actors" at the Boston Marathon of the 15th of April 2013 that ran a "racketeering enterprise" ( https://www.justice.gov/jm/jm-9-110000-organized-crime-and-racketeering) and involved in RECEIVING SOMETHING OF VALUE FRAUDULENTLY OBTAINED BY CREDIT CARD ( https://www.mass.gov/doc/8810-receiving-something-of-value-fraudulently-obtained-by-credit-*

*card-gl-c-266-ss-37bj/download) through CHEATING AND SWINDLING (https://www.mass.gov/doc/8900-cheating-and-swindling/download )as allowed by Skadden, Arps, Slate, Meagher, & Flom and Sugarman, Rogers, Barshak, and Cohen through a "cartel" of about 90 lawyers and 264 or so "crisis actors" for the $101 million "The One Fund" as part of "Boston Strong" that was never addressed by Mullen & Coughlin; Cohen & Malad; Yurko Partners; Sugarman, Rogers, Barshak, and Cohen; and Branstetter, Stranch & Jennings, PLLC or others during Joyner versus Behavioral Health Network before Judge Karen Goodwin from Day Pitney for State Street with about $41.8 trillion in assets under custody and/or administration and $4.1 trillion\* in assets under management and Judge McDonough from Egan, Flanagnan, and Cohen on the Hampden County Superior Court ( https://www.mass.gov/locations/hampden-county-superior-court ) or by LamberdLaw and Hinshaw & Culbertson for Rego versus Midland Credit Management before the Bristol County Superior Court ( https://www.mass.gov/locations/bristol-county-superior-court-new-bedford ), that all racketeer ( https://www.justice.gov/jm/jm-9-110000-organized-crime-and-racketeering ) with Bulkley, Richardson, & Gelinas for The Bank of New York Mellon with about $45.7 trillion in assets under in assets under custody and management, Chase Bank, TJX Companies, AIG, Santander Bank, and MONSANTOJ, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.* https://www.law.cornell.edu/uscode/text/18/1343#

I, Julia Kapinos, was told that likely none of this will be discussed in any of the lawsuits brought against President Trump by Manhattan District Attorney Alvin Bragg ( https://manhattanda.org ) ; Fulton County District Attorney Fani Willis ( https://fultoncountyga.gov/districtattorney ) ; Special Counsel Jack Smith ( https://www.justice.gov/sco-smith ) before Judge Tanya Chutkan ( https://www.dcd.uscourts.gov/content/district-judge-tanya-s-chutkan ) ; or by Judge Cannon ( https://www.flsd.uscourts.gov/content/judge-aileen-m-cannon ) in the Classified Documents Case. I, Julia Kapinos, was told that the three incoming phone calls from 215-563-4116 (Angeion Group)on the 20th of May 2024 at 3:18pm; the 20th of May 2024 at 2:46pm; and the 14th of May 2024 at 9:53 am EST are wire fraud ( https://www.justice.gov/archives/jm/criminal-resource-manual-941-18-usc-1343-elements-wire-fraud ) against 96 Hawks Circle through 413-642-3687, a Comcast Landline ( https://corporate.comcast.com/news-information/leadership-overview/thomas-j-reid ) . I, Julia Kapinos, was told that it was apparently Samuel W. Apicelli ( https://www.duanemorris.com/attorneys/samuelwapicelli.html ) who signed for this item: https://tools.usps.com/go/TrackConfirmAction?tLabels=9472411105500345610574. I, Julia Kapinos, was told that Samuel W. Apicelli is apparently involved in Mail Fraud (https://www.justice.gov/archives/jm/criminal-resource-manual-940-18-usc-section-1341-elements-mail-fraud) to obstruct justice ( https://www.law.cornell.edu/wex/obstruction_of_justice ) concerning Tamerlan Tsarnaev's pre-meditated murder by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) as a kidnapping and torture plot as allowed by Ruslan Tsarni ( https://www.madcowprod.com/2013/04/22/was-boston-bombers-uncle-ruslan-with-the-cia/ ) for the Estate of Jeffrey Epstein ( https://www.vicourts.org/worksroaces/One.aspx?objectid=1597899&contextid=1597898885 ) ; Jeff Bezos' Estate in Florida ( https://www.bloomberg.com/news/articles/2024-04-02/bezos-pays-90-million-for-third-mansion-in-florida-buying-spree ) while Jeff Bezos has a net worth of about $203 billion; Bill Gates ( https://www.businessinsider.com/bill-gates-made-a-huge-mistake-meeting-with-jeffrey-epstein-2022-5 ) , a Friend of Jeffrey Epstein, who is a net worth of about $130 billion; Ghislaine Maxwell ( https://nypost.com/2020/07/02/powerful-men-are-scared-about-what-ghislaine-maxwell-will-say/) , a confidant of Jeffrey Epstein; Goga Ashkenazi ( https://www.thetimes.co.uk/article/prince-and-oligarch-s-mansion-deal-hflfbq0dg ) , a socialite with Nat Rothschild ( https://www.ft.com/content/07238b43-48e6-4e7b-96d2-d50a4ada4645 ) as well as Prince Andrew . I, Julia Kapinos, was told that Bibi Netanyahu ( https://www.thedailybeast.com/benjamin-netanyahus-ultra-luxurious-hawaii-vacation-is-a-total-legal-shitstorm ) is complicit in this premeditated murder for Larry Ellison ( https://nypost.com/2022/06/09/life-on-larry-ellisons-hawaiian-island-is-only-for-the-super-rich/ ) with a net worth of about $153 billion and his son, David Ellison ( https://www.bloomberg.com/news/articles/2024-04-28/redstones-ellison-seek-to-appease-paramount-investors-in-deal ) , for the law firms of Cooley Shrair and Halloran & Sage ( https://halloransage.com/news/halloran-sage-expands-into-massachusetts-welcomes-cooley-shrair/ ) . I, Julia Kapinos, was told to refer to: France backs ICC after it seeks arrest warrants for Israel's Netanyahu, Hamas leaders https://www.reuters.com/world/france-backs-icc-after-prosecutor-seeks-arrest-warrants-israels-netanyahu-2024-05-21/

I, Julia Kapinos, was told that Samuel W. Apicelli appears to be adverse to Capital One Bank North America ( https://www.nasdaq.com/market-activity/stocks/cof/institutional-holdings ) and Bank of America ( https://www.nasdaq.com/market-activity/stocks/bac/institutional-holdings ) while Bank of America is involved in organized crime to steal intellectual property from the heir to 96 Hawks Circle that went from the Beth Israel Deaconess Medical Center to the City of Westfield, Massachusetts Police ( https://www.cityofwestfield.org/department/police ) and then to the City of Westfield, Massachusetts Police ( https://www.cityofwestfield.org/563/Detective-Bureau) on the 10th of January 2013 as represented by Parker & O'Grady who represent also Barclay's Bank ( https://cards.barclaycardus.com/banking/subpoena-legal-information/ ) that enabled Jeffrey Epstein ( https://www.justice.gov/usao-sdny/pr/jeffrey-epstein-charged-manhattan-federal-court-sex-trafficking-minors ) and while I, Julia Kapinos, was told Parker & O'Grady represent Easthampton Savings Bank, Munich RE that allowed ARAG to receive Das Legal Insurance Canada and UK, Elm Electrical where Mark Kapinos, an estranged family member works and where Richard Clark ( https://www.facebook.com/richard.clark.5836 ) , an estranged family member works, and others. I, Julia Kapinos, was told that it was Lorettajo Kapinos, an estranged family member as well as Robert Kapinos, an estranged family member who were involved in organized crime with Lorettajo Kapinos concerning Tamerlan Tsarnaev's pre-meditated murder by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) as a kidnapping and torture plot for Carol Kapinos, an estranged family member. I, Julia Kapinos, was told that this case ( https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers ) can be the precedent against them. I, Julia Kapinos, was told that the parties who are involved in the first degree murder of Tamerlan Tsarnaev by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) violated 18 U.S. Code § 373, Solicitation to commit a crime of violence https://www.law.cornell.edu/uscode/text/18/373#

I, Julia Kapinos, own 96 Hawks Circle, Westfield, Massachusetts and was told that Walmart Weighted Groceries Settlement; Attorney Kim Donaldson Smith; Naomi G. Beer from Greenberg Traurig ( https://www.gtlaw.com/en/locations ) ; Honorable Virginia M. Hernandez Covington; Angeion Group have stolen billions from 96 Hawks Circle for Cleary Gottlieb, Cravath, Paul Weiss, Latham & Watkins, Allen & Overy, and Shearman & Sterling for the $40 Billion CBS/VIACOM Mega-merger, the VIACOM Class Action Litigation in the State of Delaware, the $760 Million CBS Lot in New York, and the $1.8 Billion CBS Lot in California as allowed by all 94 US Attorneys ( https://www.justice.gov/usao/us-attorneys-listing ) and 56 FBI Field Offices ( https://www.fbi.gov/contact-us/field-offices ) . I, Julia Kapinos, was told that Greenberg Traurig ( https://www.gtlaw.com/en/locations ) also represents CNN ( https://cnnpressroom.blogs.cnn.com/2024/05/15/cnn-to-host-2024-election-presidential-debate-between-president-joe-biden-and-former-president-donald-j-trump-on-june-27/ ) and the CNN has yet to prove the Boston Marathon as a "hoax". Tsarnaeva earlier told CNN that she believed that the Boston marathon atrocity was a 'really big play' with 'paint instead of blood'. 'It wasn't blood... it was PAINT: Boston bombers' defiant mother launches bizarre defense of her 'framed' sons https://www.dailymail.co.uk/news/article-2314663/Boston-bombers-crazed-mother-Zubeidat-Tsarnaeva-says-marathon-carnage-play-paint-instead-blood.html I, Julia Kapinos, was told that it is either Zubediat Tsarnaeva is involved in fraud or rather Greenberg Traurig for CNN. I, Julia Kapinos, was told that publicly available reports of Doctor Lorraine Jeanette Day ( https://goodnewsaboutgod.com/studies/political/newworld_order/boston_marathon.htm ) as located at BOX 8, THOUSAND PALMS CA 92276, RIVERSIDE COUNTY with a license number of A 23834 who is a graduate of UNIVERSITY OF CALIFORNIA SAN FRANCISCO SCHOOL OF MEDICINE in the year 1969; Doctor Stanley Kimball Monteith ( https://www.reddit.com/r/conspiracy/comments/339a93/dr_stan_monteith_a_35year_orthopedic_surgeon_on/ ) with a medical license # of A 15387 who was located at PO BOX 999, SOQUEL CA 95073, SANTA CRUZ County and is a graduate of UNIVERSITY OF CALIFORNIA SAN FRANCISCO SCHOOL OF MEDICINE in the year 1952 ; Doctor Cesar Luis Baruja ( https://www.paulcraigroberts.org/2018/07/20/appeal-court-intervention/ ) with a California Medical License # of C 175307 who is located at 706 PEACH ST, CORNING, CA 96021-3355, TEHAMA COUNTY and is a graduate of NATIONAL UNIVERSITY OF ASUNCION FACULTY OF MEDICAL SCIENCES in the year 1980 ; Doctor Jason Peter Pujo ; and the denial of the claims of Doctor Scott Weisberg ( https://law.justia.com/cases/federal/district-courts/alabama/alndce/2:2016cv00568/158493/70/) by Metlife ( https://www.metlife.com/support-and-manage/contact-us/ ) , Guardian Life ( https://www.guardianlife.com/leadership/kermitt-brooks ) , and Berkshire Life support the claims of Zubediat Tsarnaeva. I, Julia Kapinos, was told that all 5,847 Commercial Banks in the United States of America allowed this fraud in the year 2013 in violation of 18 U.S. Code § 1344 as well as all newspaper, radio, and TV outlooks across the entire planet in violation of 18 U.S. Code § 1343 in the year 2013 and ongoing in addition to every insurance company in violation of 18 U.S. Code § 1033/

I, Julia Kapinos, was told that 114 5th Ave, New York, NY 10011 houses both *The Intercept* ( https://theintercept.com/about/ ) and Capital One Labs ( https://www.capitalone.com/digital/subpoena-policy/ ) that both allowed Tamerlan Tsarnaev's premeditated murder by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) and that Zolan Kanno Youngs on CNN ( https://twitter.com/kannoyoungs?lang=en ) is defending these parties to spare his reputation at *The Boston Globe* ( https://www.bostonglobemedia.com/people/dan-krockmalnic/ ) , *The New York Times* ( https://www.nytco.com/person/diane-brayton/ ) , *USA Today* ( https://cm.usatoday.com/team/ ) , the *Wall Street Journal* ( https://www.wsj.com/policy/legal-policies ) , and elsewhere like MSNBC ( https://corporate.comcast.com/news-information/leadership-overview/thomas-j-reid ) and CTV ( https://www.ctv.ca/supportforms-and-conditions-62108718 ) . I was told that Tamerlan Tsarnaev ( https://www.arlingtoncardinal.com/2013/04/zubeidat-tsarnaeva-mother-of-boston-bombers-america-took-my-kids-away-from-me/ ) as well as Ibragim Todashev ( https://www.boston.com/tag/national-news/2017/05/24/ibragim-todashevs-family-sues-agents-over-his-death/ ) have both fallen victim to wrongful death ( https://www.mass.gov/doc/superior-court-model-civil-jury-instructions-tort-wrongful-damages-pdf/download ) . Ernest J. Kapinos owns 96 Hawks Circle as well, and we have been told that 96 Hawks Circle has fallen victim to "inverse condemnation" ( https://www.law.cornell.edu/wex/inverse_condemnation ) for the benefit of any financial institution that processed a credit card transaction for "The One Fund" as part of "Boston Strong" for Skadden, Arps, Slate, Meagher & Flom LLP ( https://www.skadden.com/-/media/files/publications/2014/04/bostonbarjournal.pdf ) along with Sugarman, Rogers, Barshak & Cohen, P.C ( https://www.bizjournals.com/boston/news/2014/06/20/mass-bar-comes-out-swinging-against-one-fund.html ) for what I, Julia Kapinos, was told was a "cartel" of about 90 lawyers ( https://www.shefflaw.com/wp-content/uploads/2017/06/boston_business_journal-one_fund-_6-20-14.pdf ) for the $101 million "The One Fund" for the 264 or so "crisis actors" for which I, Julia Kapinos, have been told this case ( https://www.justice.gov/opa/pr/national-health-care-fraud-and-opioid-takedown-results-charges-against-345-defendants ) can be the precedent against them. I, Julia Kapinos, was told that President Trump is represented by Cooper Levenson, LLP ( https://www.cooperlevenson.com/team/ ) and Blank & Rome who both represent Verizon ( https://info.publicintelligence.net/VerizonLawEnforcementResourceTeam.pdf ) and Trump Towers, Resorts, Hotels, and Casinos ( https://www.trumphotels.com/ ) while President Trump has a net worth of 7.4 billion USD .

I, Julia Kapinos, was told that an inhabitant at 96 Hawks Circle has fallen victim to Defamation liability private person ( https://www.mass.gov/doc/superior-court-model-civil-jury-instructions-defamation-liability-private-person-pdf/download) ; General negligence ( https://www.mass.gov/doc/superior-court-model-civil-jury-instructions-gross-negligence-pdf/download ) ; Medical Malpractice ( https://www.mass.gov/doc/superior-court-model-civil-jury-instructions-tort-medical-malpractice-pdf/download ) ; Breach of fiduciary duty ( https://www.mass.gov/doc/superior-court-model-civil-jury-instructions-breach-of-fiduciary-duty-pdf/download ) ; Conversion ( https://www.mass.gov/doc/superior-court-model-civil-jury-instructions-conversion-pdf/download ) ; Professional negligence (https://www.mass.gov/doc/superior-court-model-civil-jury-instructions-professional-negligence-pdf/download ) ; Tortious interference with contractual or advantageous relationship ( https://www.mass.gov/doc/superior-court-model-civil-jury-instructions-tortious-interference-with-contractual-or-advantageous-relationship-pdf/download) ; assault ( https://www.mass.gov/doc/superior-court-model-criminal-jury-instructions-assault-pdf/download ) ; Assault and battery by means of a dangerous weapon (with supplemental charges) ( https://www.mass.gov/doc/superior-court-model-criminal-jury-instructions-ab-by-means-of-a-dangerous-weapon-pdf/download) ; kidnapping ( https://www.mass.gov/doc/superior-court-model-criminal-jury-instructions-kidnapping-pdf/download ) ; and other crimes. I, Julia Kapinos, have been told that this is not all inclusive.

**Inverse condemnation is a remedy for property owners** [*like Julia Kapinos and Ernest Kapinos who have owned 96 Hawks Circle since 1998*] **when a government** [*like the City of Westfield* ( https://www.cityofwestfield.org/176/Law ) , *County of Hampden* ( https://hcsoma.org/about-us/sheriff-cocchi/* , *State of Massachusetts* ( https://www.mass.gov/info-details/legal-department ) , *and the Federal Government* ( https://www.justice.gov/olc ) ] **takes or damages a property** [*like 96 Hawks Circle through the abuse of a psychiatric section 12 transport, section 12(a), and section 12(b) against an inhabitant at 96 Hawks Circle*] **for public use** [*like the Boston "Hoax" Bombings of the 15th of April 2013*] **without having brought an eminent domain proceeding** [*through Parker & O'Grady for the City of Westfield, The Royal Law Firm for the City of Westfield, Mirick & O'Connell for the City of Westfield, Morisi & O'Connell for Westfield Gas & Electric, Welch Campbell for Westfield Gas & Electric and Doherty, Wallace, Pillsbury, & Murph for the City of Westfield, Massachusetts*]. **To successfully bring an action for inverse condemnation, the property owner must show that the a government's taking has failed to promote substantial governmental interests** [*as it would not be in the public interest to allow the Boston Marathon Bombings of the 15th of April 2013 or to dismember Muslims like Tamerlan Tsarnaev by a bone saw as can be seen here* ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) *to harvest his human organs to produce a snuff film as can be seen here* (https://educate-yourself.org/cn/tszopjidbw02may13.shtml) *for cardiac science as acquired by Zoll* ( https://www.zoll.com/news-releases/2019/08/27/zoll-medical-completes-acquisition-of-cardiac-science ) ] **or has deprived the owner** [*who happens to be Ernest Kapinos and Julia Kapinos* ] **of the economic value of their property** [*like EG Group's acquisition of Cumberland Farms at about $6 billion; Amazon's acquisition of MGM at $8.5 billion; the DISCOVERY/WARNER Mega-merger at $40.4 Billion; the CBS/VIACOM Mega-merger at $40 billion; the DISNEY/FOX Mega-merger at $75 billion; IAC's Dotdash acquisition of Meredith Group at $2.7 billion; the sale of The Boston Globe at $1 billion; the Lionsgate Lot in Yonkers, New York; the at least $2.7 billion for the Hawks Circle Data Center* ( https://www.wwlp.com/news/local-news/hampden-county/westfield-selected-as-location-for-2-7-billion-data-center-project/ ) *as the NSA* ( https://www.nsa.gov/Culture/General-Counsel/Overview/ ), *CIA* ( https://www.cia.gov/about/organization/general-counsel/ ) , *and FBI* ( https://www.fbi.gov/about/leadership-and-structure/jones ) *all failed to stop 9/11/2001* ( https://www.ae911truth.org/evidence/videos) , *Sandy Hook, the Boston Marathon Bombings, and COVID-19* ( https://www.newsweek.com/china-hits-back-donald-trumps-demand-they-pay-10-trillion-causing-pandemic-1598526 ) , *and so forth*]. https://www.law.cornell.edu/wex/inverse_condemnation

**A government that takes private property for public use** [*like on the 23rd of September 2020 during a proceeding before the Westfield District Court or in January 2017 through the abuse of a psychiatric section 12 against an inhabitant at 96 Hawks, April 2020 through the abuse of a psychiatric section 12 through the abuse of a psychiatric section 12 against an inhabitant at 96 Hawks, September 2020 through the abuse of a psychiatric section 12 against an inhabitant at 96 Hawks, May 2021 through the abuse of a psychiatric section 12 against an inhabitant at 96 Hawks, December 2021 through the abuse of a psychiatric section 12 against an inhabitant at 96 Hawks, March 2023 through April 2023 through a hospitalization against an inhabitant at 96 Hawk Circle, and September 2023 through December 2023 through a hospitalization against an inhabitant at 96 Hawk Circle*] **may be required to provide just compensation even when there is no physical invasion of property, such as in regulatory taking where a government permanently deprives the property owner of all beneficial uses of their property. Fair market value of the property is generally used to assess damages for inverse condemnation actions.** https://www.law.cornell.edu/wex/inverse_condemnation

I, Julia Kapinos, was told that this is the party ( https://www.duanemorris.com/attorneys/samuelwapicelli.html ) who apparently signed on the 20th of May 2024 at 6:48 pm for the Exclusion Letter with a Tracking Number of " 9472411105500345610574 as can be seen here https://tools.usps.com/go/TrackConfirmAction?tLabels=9472411105500345610574 . I, Julia Kapinos, was told that The Vanguard Group ( https://corporate.vanguard.com/content/corporatesite/us/en/corp/subpoena-guidelines.html ) as located at 100 Vanguard Blvd Malvern, PA, 19355-2331 was aware of the pending wrongful conviction and execution of Jahar Tsarnaev as publicly known here ( https://www.paulcraigroberts.org/2015/08/17/fbi-evidence-proves-innocence-accused-boston-marathon-bomber-dzhokhar-tsarnaev/ ) while The Vanguard Group is represented by Ropes & Gray who represent hospitals across Massachusetts ( https://en.wikipedia.org/wiki/List_of_hospitals_in_Massachusetts ) . I, Julia Kapinos, have been told that none of the following has been addressed by Rubin & Rothman ( https://www.rubinrothman.com/aboutus.html ) concerning a Capital One Lawsuit ( https://www.capitalone.com/digital/subpoena-policy/ ) that was dismissed before the Westfield District Court on the 7th of July 2020 or so that had been dismissed without prejudice or by Suttell and Hammer ( https://www.suttelandhammer.com/disclaimer ) concerning a Bank of America lawsuit before the Westfield District Court ( https://www.mass.gov/info-details/courts-serving-westfield ) that had been dismissed on the 7th of April 2022. I, Julia Kapinos, was told that this case ( https://www.justice.gov/usao-edva/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers) can be the precedent against Blank & Rome and the Jessen & Mitchell torture doctors from Guantanamo Bay who are involved in Fraud by wire, radio, or television ( https://www.law.cornell.edu/uscode/text/18/1343# ) in violation of 18 U.S. Code § 1343 concerning the Boston Marathon Bombings of the 15th of April

2013 : Pennsylvania Man Sentenced to Prison for Torture and Illegally Exporting Weapons Parts and Related Services to Iraq https://www.justice.gov/opa/pr/pennsylvania-man-sentenced-prison-torture-and-illegally-exporting-weapons-parts-and-related

I, Julia Kapinos, was told that 96 Hawks Circle has fallen victim to illegal property theft ( https://www.fbi.gov/file-repository/intellectual-property-protection-brochure.pdf/view ) as allowed by this individual ( https://www.linkedin.com/in-xxxx-yyyyy-156237167 ) and as allowed by (#1) Walmart Weighted Groceries Settlement; (#2) Attorney Kim Donaldson Smith; (#3) Naomi G. Beer from Greenberg Traurig; (#4) Honorable Virginia M. Hernandez Covington; and (#6) Angeion Group are involved in mail fraud ( https://www.justice.gov/archives/jm/criminal-resource-manual-940-18-usc-section-1341-elements-mail-fraud ) and wire fraud ( https://www.justice.gov/archives/jm/criminal-resource-manual-941-18-usc-1343-elements-wire-fraud ) against 96 Hawks Circle,Westfield, Massachusetts. I, Julia Kapinos, was told that none of this material was addressed by Mullen & Coughlin ( https://www.mullen.law/people/ ) ; Yurko Partners ( https://yurkopartners.com/our-team ) ; Branstetter, Stranch & Jennings, PLLC ( https://www.bsjfirm.com/ ) ; Cohen & Malad ( https://www.cohenandmalad.com/attorneys/ ) ; and Sugarman, Rogers, Barshak & Cohen, P.C. for Joyner versus Behavioral Health Network ( http://www.behavioralhealthsettlement.com/frequently-asked-questions.aspx ) before the Hampden County Superior Court ( https://www.mass.gov/locations/hampden-county-superior-court) or by LambergLaw ( https://lamberglaw.com ) and Hinshaw & Culbertson ( https://www.hinshawlaw.com/professionals.html ) before the Bristol County Superior Court ( https://www.mass.gov/locations/bristol-county-superior-court-new-bedford ) nor by the Supreme Judicial Court for the Commonwealth of Massachusetts (https://www.mass.gov/info-details/supreme-judicial-court-justices) I, Julia Kapinos, was told that none of this was addressed during the Capital One Class Action Exclusion ( https://www.capitaloneclassaction.settlement.com/en/Home/Documents ) before The United States District Court for the Eastern District of Virginia Alexandria Division ( https://www.vaed.uscourts.gov/Alexandria ) ; the BCBS Settlement ( https://www.bcbssettlement.com/documents ) before the United States District Court for the Northern District of Alabama ( https://www.alnd.uscourts.gov/court-info/court-locations/ ) concerning Doctor Scott Weisberg ( https://www.linkedin/in/scott-weisberg-b9889055 ) who purportedly faked his hearing injuries at the Boston Marathon of the 15th of April 2013 as exposed by MetLife ( https://law.justia.com/cases/federal/district-courts/alabama/alndce/2:2016cv00568/158493/70/ ) , Guardian Life, and Berkshire Bank; the T-Mobile Settlement ( https://www.t-mobilesettlement.com/contact-us ) before United States District Court for the Western District of Missouri ( https://www.mow.uscourts.gov/contact-us ) ; or during other relevant class actions concerning the frauds at the Boston Marathon of the 15th of April 2013. I, Julia Kapinos, was told that likely none of this will be discussed during Goodrow v. Citrix Systems, Inc. et al that was transferred from US District Court for the Southern District of Florida ( https://www.flsd.uscourts.gov/court-info/court-locations ) in Docket # 0:2024cv60100 to Eastern District of Pennsylvania ( https://www.paed.uscourts.gov/judges-info ) as case 2:24-cv-01129. I, Julia Kapinos, was told that likely none of this will be discussed in any of the lawsuits brought against President Trump by Manhattan District Attorney Alvin Bragg ( https://manhattanda.org/district-attorney-bragg-announces-34-count-felony-indictment-of-former-president-donald-j-trump/ ) ; Fulton County District Attorney Fani Willis ( https://www.fultonclerk.org/DocumentCenter/View/2092/MOTION-08-16-2023-151715-39070073-1C86D04A-9755-4D11-B5B2-0C36FAC21C70) ; Special Counsel Jack Smith ( https://www.justice.gov/sco-smith/speech/special-counsel-jack-smith-delivers-statement-0 ) before Judge Tanya Chutkan or The Classified Documents Case ( https://www.justice.gov/storage/US-v-Trump-Nauta-De-Oliveira-23-80101.pdf ) .

I, Julia Kapinos, was told that this ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) is how Nathaniel Rothschild, 5th Baron Rothschild through the law firm of Fried Frank ( https://friedfrank.com/offices ) for Lazard Asset Management ( https://www.lazard.com/our-people/chris-weideman/ ) allowed the pre-meditated murder of Tamerlan Tsarnaev by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) for Jacob Rothschild, 4th Baron Rothschild from The BlackStone Group ( https://www.blackstone.com/the-firm/our-people) at 345 Park Avenue in the City of New York ( https://en.wikipedia.org/wiki/345_Park_Avenue ) as well as from RIT Capital Partners ( https://www.ritcap.com/about-us ) for EG Group's and TDR Capital's acquisition of Cumberland Farms as allowed by Deloitte, KPMG, PriceWaterHouseCoopers, Morgan Stanley, Bank of America, Rothschild & Company, Goldman Sachs, Barclays, RPS Gaiatech, WilmerHale, Latham & Watkins, and Allen & Overy. https://csnews.com/eg-group-completes-acquisition-cumberland-farms I, Julia Kapinos, was told that the Homicide Unit for the Massachusetts State Police ( https://www.mass.gov/state-police-detective-unit ) is privy to this material in September 2020 as well as Sergeant Shawn LeBlanc from the Plymouth State Police in Summer 2022.

I, Julia Kapinos, was told that it is Attorney Paul H. Rothschild from Bacon & Wilson ( https://www.baconwilson.com/attorney/rothschild-paul-h/ ) for Behavioral Health Network who is obstructing justice over Tamerlan Tsarnaev's premeditated murder by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) as he represents Western New England University School of Law ( https://www.law/law/about/departmental-staff.cfm ) . I, Julia Kapinos, was told that the 130,000 or so patients at Behavioral Health Network and the 2,600 or so providers at Behavioral Health Network are a Subversive organization https://maleglsature.gov/Laws/GeneralLaws/PartIV/TitleI/Chapter264/Section19 I, Julia Kapinos, was told that Bacon & Wilson ( https://www.baconwilson.com/attorney/smith-philip-r/ ) represent Westfield Bank ( https://www.nasdaq.com/market-activity/stocks/wneb/institutional-holdings ) , Chicopee Savings Bank, and Toronto Dominion Bank through Attorney Justin Dion ( https://www.baconwilson.com/attorney/dion-justin-h/ ) while Bacon & Wilson has outside counsel of Morrison & Mahoney ( https://morrisonmahoney.com/locations/ ) ; Robinson & Donovan ( https://robinsondonovan.com/the-firm/ ) ; and Cain, Hibbard, & Myers ( https://cainhibbard.com/contact/) while Bacon & Wilson racketeers ( https://www.justice.gov/jm/jm-9-110000-organized-crime-and-racketeering ) with Day Pitney ( https://www.daypitney.com/about/offices ) for State Street ( https://www.daypitney.com/about/offices/ ) with about $40.0 trillion under custody and administration that racketeers ( https://www.justice.gov/jm/jm-9-110000-organized-crime-and-racketeering ) with Bulkley, Richardson, & Gelinas for The Bank of New York Mellon with about $45.7 trillion in assets under management as well as the purported $40 trillion in Saudi Oil Reserves. I, Julia Kapinos, was told that PEDIATRIC GASTROENTEROLOGY AND NUTRITION OF WESTERN MASSACHUSETTS, P.C. is involved in genocide ( https://www.justice.gov/archives/jm/criminal-resource-manual-19-genocide-18-usc-1091 ) against persons with genetic disorders like Celiac Disease, Crohn's Disease, and Autism through Attorney Gary L. Fialky ( https://www.baconwilson.com/attorney/fialky-gary-l/ ) as well as through Cohen, Rosenthal, Price, Mirkin, Jennings & Berg, P.C. for Hampden County Physicians Associates as allowed by Day Pitney ( https://www.daypitney.com/professionals/ ) for Quest Diagnostics ( https://www.questdiagnostics.com/contact-us/compliance-representative) through the law firm of Parker & O'Grady ( https://www.parkerandogrady.com/) .

**In a qui tam action, a relator** [like Julia Kapinos and Ernest Kapinos as well as 96 Hawks Circle and its heir through the law firm of McLane & McLane & ] **brings an action against a person or company** [like Attorney Susan Abbott from Goodwin Procter as well as against the purported 5,847 banks across the United States of America] **on the government's behalf. The government, not the relator, is considered the plaintiff. If the government succeeds, the relator** [like Julia Kapinos and Ernest Kapinos as well as 96 Hawks Circle and its heir] **bringing the suit receives a share of the award** [against all banks that never blocked the transactions to the 264 or so "crisis actors" at the Boston Marathon of the 15th of April 2013 as well as against the member of a Sheriff Association vehicle with a license plate of 5ZF999 at Starbucks in Westfield, Massachusetts as located at 280A E Main St, Westfield, MA 01085 that allowed COVID-19 to leave the Wuhan Province in Fall 2019]. **This is also called a popular action.** https://www.law.cornell.edu/wex/qui_tam_action

I, Julia Kapinos, was told that Attorney Paul Moranski ( https://www.massdefense.com/attorney-paul-moranski/ ) from the ARAG Network as represented by Allen & Overy and Hogan Lovells who represent Wachtell, Lipton, Rosen, and Katz ( https://www.wlrk.com/attorneys/ ) who represent Cleary Gottlieb Steen & Hamilton LLP ( https://www.clearygottlieb.com/about-us/where-we-work/ ) ; Attorney Shea from Morisi & O'Connell ( http://www.morisi-oconnell.com/our-attorneys.html ) ; Attorney Lawrence Madden from the Committee for Public Counsel Services ( https://www.publiccounsel.net/dir/springfield-dist-pd/ ) as well as Attorney Kayla Chaplonis from the CPCS in addition to Attorney Sam Rosenberg from the CPCS are involved in bank fraud ( https://www.law.cornell.edu/uscode/text/18/1344 ) , wire fraud ( https://www.law.cornell.edu/uscode/text/18/1343 ) , insurance fraud ( https://www.law.cornell.edu/uscode/text/18/1033 ) , healthcare fraud ( https://www.justice.gov/jm/jm-9-44000-health-care-fraud ) , mail fraud ( https://www.justice.gov/archives/jm/criminal-resource-manual-940-18-usc-section-1341-elements-mail-fraud ) , charity fraud, and other frauds and swindles ( https://www.law.cornell.edu/uscode/text/18/1341 ) against 96 Hawks Circle as insured by Quincy Mutual ( https://www.mass.gov/info-details/courts-serving-quincy ) for Attorney David B. Crevier from Crevier & Ryan ( http://crevierandryan.com/attorney-david-b-crevier/ ) for 22 News WWLP as owned by NexStarMediaGroup as represented by Covington & Burling. I, Julia Kapinos, was told that these bank frauds are allowed by WESTERN NEW ENGLAND BANCORP, INC. ( https://www.nasdaq.com/market-

activity/stocks/wneb/institutional-holdings ) as represented by Velis & Ziter, P.C. ( https://www.lawyers.com/westfield/massachusetts/velis-and-ziter-p-c-696502-f/ ) ; Attorney Richard Schaberg from Hogan Lovells ( https://www.hoganlovells.com/en/richard-schaberg ) ; Gold & Vanaria, P.C.; Sapirstein & Sapirstein, P.C. ( https://sandslaw.com/attorneys.html ) ; Ferriter & Ferriter LLC; James T. Donahue ( https://www.martindale.com/attorney/james-t-donahue-696901/ ) ; Dennis E. Tully ( https://www.dtully.net/attorney-profile/ ) ; Bacon Wilson, P.C. ( https://www.baconwilson.com/attorney/smith-philip-r/ ) ; Crevier & Ryan, LLP; Egan, Flanagan and Cohen, P.C. ( https://www.eganflanagan.com/our-attorneys/ ) ; and Shatz, Schwartz and Fentin, P.C. ( https://www.ssfpc.com/attorneys/ ).

I, Julia Kapinos, was told that this is how Vuthy Chhum from the Hampshire County Jail ( https://www.hampshiresheriffs.com/contact-us/employee-directory ) for the benefit of Wal-Mart in Westfield, Massachusetts through conniving at the offense ( https://code.dccouncil.gov/us/dc/council/code/sections/22-1805 ) of his participation in criminal street gangs ( https://www.justice.gov/criminal/criminal-vcrs/gallery/criminal-street-gangs ) had murdered Tamerlan Tsarnaev by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) for "animal welfare advocates" ( https://www.fbi.gov/news/testimony/animal-rights-extremism-and-ecoterrorism ) and harvested his human organs in violation of 42 U.S. Code § 274e concerning Prohibition of organ purchases ( https://www.law.cornell.edu/uscode/text/42/274e ) as part of organized crime as "Conspiracy Against Rights" in violation of Title 18, U.S.C., Section 241 for criminals within Servicenet ( https://www.servicenet.org/about-us/our-locations/ ) , Elms College, and Smith College as a kidnapping and torture plot for which I, Julia Kapinos, have been told that this case ( https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers ) can be the precedent against Vuthy Chhum from the Hampshire County Jail ( https://www.hampshiresheriffs.com/ ) , David E. Sullivan from the Northwestern District Attorney's Office ( https://www.northwesternda.org/about-us/pages/meet-dave-sullivan ) as well as against Lorettajo Kapinos, Mark Kapinos from Elm Electrical as represented by Parker & O'Grady ( https://www.parkerandogrady.com/ ) , Carol Kapinos from Kozikowski Funeral Home, Robert Kapinos from MassLive as well as what is now Berkshire Bank ( https://www.berkshirebank.com/Personal/Wealth-Management/Contact-Us ) , the Westfield Public Schools ( https://www.schoolsofwestfield.org/page/schools ) , and the Greater Westfield Chamber of Commerce ( https://westfieldbiz.org/about/get-the-chamber-directory ) in addition to Lynn Clarke ( https://www.facebook.com/lynne.clark.773/friends_all ) who works at Wal-Mart in Westfield, Massachusetts, and Richard Clarke ( https://www.facebook.com/richard.clark.5836 ) from Springdale Road in Westfield, Massachusetts. I, Julia Kapinos, was told that Orrick ( https://www.orrick.com/Locations ) who represent Warburg Pincus that acquired Qualifacts ( https://warburgpincus.com/2019/09/qualifacts-announces-investment-from-warburg-pincus/ ) , the medical records system for Behavioral Health Network ( https://www.bhninc.org/locations ) ; Gandara Clinic ( https://www.gandaracenter.org/location-map ) ; and Clinical Support Options ( https://www.csoinc.org/locations ) harbored the premeditated murderers of Tamerlan Tsarnaev by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) so that Within The Ruins ( https://en.wikipedia.org/wiki/Within_the_Ruins ) could promote "Feeding Frenzy" ( https://www.youtube.com/results?search_query=feeding+frenzy+within+the+ruins ) for Eone Entertainment out of the City of Toronto in the Country of Canada. I, Julia Kapinos, was told that an apparent member of a Sheriff Association with a Massachusetts License Plate of 5ZF999 at Starbucks in Westfield, Massachusetts as located at 280A E Main St, Westfield, MA 01085 is complicit in these crimes. I, Julia Kapinos, was told that this is how Tamerlan Tsarnaev was murdered as a hate crime by Lorettajo Kapinos who I, Julia Kapinos, was told had foreshadowed Tamerlan Tsarnaev's premeditated murder on the 29th of September 2011 for DISNEY/FOX and then on the 15th of April 2013 as well as throughout the week of the 15th of April 2013.

One can only surmise, based upon the photo, that the psychopaths who [happen to be Mark Kapinos, Carol Kapinos, Robert Kapinos, Lorettajo Kapinos, Lynn Clarke who works at Wal-Mart in Westfield, Massachusetts and Richard Clarke who] were responsible for murdering this man [Tamerlan Tsarnaev] while he was in their custody [through their participation in criminal street gangs ( https://www.justice.gov/criminal/criminal-vcrs/gallery/criminal-street-gangs ) with the cooperation of the City of Watertown, Massachusetts Police ( https://www.watertown-ma.gov/1021/Police-Department ) and City of Boston, Massachusetts Police ( https://www.boston.gov/departments/police )], may also have subjected him to a Satanic ritual in which his heart may have been removed from his chest. This is a well known element of Satanic human "sacrifice" rituals [as indicated by the criminal street gangs ( https://www.justice.gov/criminal/criminal-vcrs/gallery/criminal-street-gangs ) of "Satanic Ritualistic Abusers" and "Snuff Film Makers" to produce a snuff film for cardiac science as acquired by Zoll ( https://www.zoll.com/news-releases/2019/08/27/zoll-medical-completes-acquisition-of-cardiac-science ) to run LGBTQ removal programs ( https://www.hrw.org/news/2023/05/08/polish-activists-win-cases-against-lgbt-free-zones ) and Gunzenhausen, Free of Jews ( https://jl-gunzenhausen.de/en/geschichte-bis-1933-263.html ) for Attorney Richard Sypek from Ross & Ross ( https://www.facebook.com/RossandRossPC/ ) and now Sypek Law ( https://sypeklaw.com/about-us ) who works for Chick Fil-A ( https://www.masslive.com/business-news/2013/02/chic-fil-a_coming_to_chicopee.html ) in the City of Chicopee, Massachusetts ( https://www.mass.gov/info-details/courts-serving-chicopee ).] https://educate-yourself.org/cn/tszopjidbw02may13.shtml

Please refer to: 1729. Protection Of Government Processes -- Tampering With Victims, Witnesses, Or Informants -- 18 U.S.C. 1512 ( https://www.justice.gov/archives/jm/criminal-resource-manual-1729-protection-government-processes-tampering-victims-witnesses-or ) . I, Julia Kapinos was told that John Remington Graham of the Minnesota Bar (#3664X) who resides at 180 Haut de la Paroisse, St-Agapit (LOTB), Quebec G0S 1Z0 Canada ( https://www.fbi.gov/investigate/public-corruption/international-corruption ) claims that, per the reports of Doctor Lorraine Jeanette Day as publicly known here ( https://goodnewsaboutgod.com/studies/political/newworld_order/boston_marathon.htm ) ; Doctor Stanley Kimball Monteith from Radio Liberty ( https://en.wikipedia.org/wiki/Stan_Monteith ) ; and Doctor Cesar Luis Baruja Baquer as publicly known here ( https://gumshoenews.com/open-letter-president-trump-concerning-jahar/ ) that those were "crisis actors" at the Boston Marathon of the 15th of April 2013 per the reports of Doctor James H. Fetzer ( https://www.moonrockbooks.com/and-nobody-died-in-boston-either ) . I, Julia Kapinos, was told that John Remington Graham of the Minnesota Bar (#3664X) could never reach a written retainer agreement by means of Attorney Zarrow from Lian Zarrow ( https://www.lianzarrow.com/about/attorneys ) with the heir to 96 Hawks Circle and, instead, protected Toronto Dominion Bank ( https://www.td.com/ca/en/about-td/customer-care/legal-notices-and-disclaimers ) with about $2 trillion in total assets, The Royal Bank of Canada ( https://www.rbcroyalbank.com/legalforms/ ) with about $1.4 trillion in total assets, and The Bank of Montreal ( https://www.bmo.com/main/personal/legal/ ) with about $1.3 trillion in total assets, competitors to the "powers of high finance" on Wall Street, to borrow the parlance of John Remington Graham of the Minnesota Bar (#3664X). I, Julia Kapinos, was told that John Remington Graham of the Minnesota Bar (#3664X) is staunchly opposed to The Federal Reserve ( https://www.federalreserve.gov/aboutthefed/federal-reserve-system.htm ) as publicly known here: Blood Money: The Civil War and the Federal Reserve ( https://www.amazon.com/Blood-Money-Civil-Federal-Reserve/dp/1569803981 ) . However, I, Julia Kapinos, was told that John Remington Graham of the Minnesota Bar (#3664X) protected all 5,847 or so Commercial Banks as none of the security officers at any of the banks ( https://www.icba.org/education/banker-training-a-z/bank-security-training ) blocked the transactions to the 264 or so "crisis actors" for the $101 million "The One Fund" as allowed by Attorney Susan Abbott from Goodwin Procter along with Skadden, Arps, Slate, Meagher, & Flom and Sugarman, Rogers, Barshak & Cohen, P.C. as well as 90 lawyers .

I, Julia Kapinos, was told that per Doctor James H. Fetzer, the Boston Bombings were "Hoax" Bombings, apparently through the Massachusetts National Guardsmen and were part of the GCHQ ( https://www.gchq.gov.uk/section/governance/legal-framework ) Cyber-magic program for the magic circle and the silver circle law firms ake Attorney Geoff Howell from DLA Piper ( https://www.dlapiper.com/en-us/people/h/howell-geoff ) for the Beth Israel Deaconess Medical Center as well as the Canadian-run JTRIG Program as allowed by General Counsel for the NSA ( https://www.nsa.gov/Culture/General-Counsel/Overview/ ) , CIA ( https://www.cia.gov/about/organization/general-counsel/ ) , and FBI ( https://www.fbi.gov/about/leadership-and-structure/jiones ) . I, Julia Kapinos, was told that Matthew Fontaine from the Springfield FBI at 1441 Main Street ( https://www.mass.gov/info-details/courts-serving-springfield ) is privy to some of these matters as well as Sergeant Shawn LeBlanc from the Plymouth State Police Barracks ( https://www.mass.gov/locations/state-police-bourne-barracks ) who can be reached here ( shawn.leblanc@pol.state.ma.us ) and Miller & Chevalier, Chartered ( https://www.millerchevalier.com/about-us ) through Timothy P. O'Toole ( https://www.millerchevalier.com/professional/timothy-p-otoole ) had intervened as a "friend of the court" ( https://www.law.cornell.edu/wex/amicus_curiae ) in favor of Jahar Tsarnaev but protected the 264 or so "crisis actors" at the Boston Marathon of the 15th of April 2013. I, Julia Kapinos, was told Miller & Chevalier, Chartered represents Wal-Mart. I, Julia Kapinos, was told that Zolan Kanno-Youngs is complicit in these crimes for The Boston Globe which was sold by The New York

Times ( https://www.nytimes.com/by/zolan-kanno-youngs ) at a billion dollar loss ( https://www.forbes.com/sites/jeffbercovici/2013/08/03/new-york-times-co-eats-billion-dollar-plus-loss-in-sale-of-boston-globe/ ) as well as for CNN as represented by Cravath, Swaine, & Moore and Cleary Gottlieb Steen & Hamilton LLP .

I, Julia Kapinos, was told that Honorable Virginia M. Hernandez Covington ( https://www.flmd.uscourts.gov/judges/virginia-covington ) is involved in perversion of the course of justice ( https://www.jpmillersolicitors.co.uk/services/serious-prosecutions/perverting-the-course-of-justice/ ) and obstruction of justice ( https://www.law.cornell.edu/wex/obstruction_of_justice ) for the Bush Administration as well as for Covington & Burling who represent Zoom ( https://www.zoommeetingsclassaction.com/Home/Documents ) , Linkedin, the Central Intelligence Agency ( https://www.cia.gov/about/organization/general-counsel/ ) and its Deep Dive Program ( https://www.cia.gov/static/8c2c9109f7b0c4fadc2681cfedfecccc/OPCL-Potential-QAs-for-Deep-Dives.pdf ) that allowed not only Tamerlan Tsarnaev's premeditated murder by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) but also the Boston Marathon Bombings, Sandy Hook ( https://www.supremecourt.gov/DocketPDF/21/21-7916/225820/20220519155908006_20220519-153941-00002936-00009746.pdf ) , and 9/11/2001 ( https://www.ae911truth.org/evidence/videos ) as I, Julia Kapinos, was told were the Boston Bombings were "hoaxes" on the 15 of April 2013.

I, Julia Kapinos, was told that  Honorable Virginia M. Hernandez Covington is involved in Honest services fraud against 96 Hawks Circle in violation of 18 U.S.C. § 1346 ( https://www.law.cornell.edu/uscode/text/18/1346 )  and Honorable Virginia M. Hernandez Covington  is doing so for Attorney General Eric Holder  ( https://www.cov.com/en/professionals/h/eric-holder)from Covington & Burling ( https://www.cov.com/en/offices ) . I, Julia Kapinos, was told that this party ( https://www.linkedin.com/in/xxxx-yyyyyy-156237167 ) who is both a Sheriff under color of office ( https://www.law.cornell.edu/wex/color_of_office )  and under color of law ( https://www.law.cornell.edu/wex/color-of-law ) as well as municipal police officer under color of office ( https://www.law.cornell.edu/wex/color_of_office ) and color of law ( https://www.law.cornell.edu/crt/deprivation-rights-under-color-law ) is involved in billions of dollars of intellectual property theft ( https://www.fbi.gov/investigate/white-collar-crime ) against the rightful heir to 96 Hawks Circle. I, Julia Kapinos, was told that the name Covington is a "code word" ( https://www.merriam-webster.com/dictionary/cipher ), or a Cipher, for Covington & Burling who not only represent the Department of Correction for the State of South Carolina ( https://www.doc.sc.gov/ ) but also Zoom, Linkedin, and NexStarMediaGroup that owns 22 News WWLP. I, Julia Kapinos, was told that Tamerlan Tsarnaev's premeditated murder was foreshadowed in an episode of Family Guy known as "Turban Cowboy" that aired on the 17th of March 2013 courtesy of FuzzyDoorProductions as located at 5700 Wilshire Blvd, Suite 325, Los Angeles, CA 90036

I, Julia Kapinos, was told that Angeion Group ( https://www.angeiongroup.com/contact/ )  at 215-563-4116 apparently engaged in wire fraud ( https://www.justice.gov/archives/jm/criminal-resource-manual-941-18-usc-1343-elements-wire-fraud ) against 96 Hawks Circle on the 20th of May 2024 around 2:46 as an apparently bogus phone number was provided . I, Julia Kapinos, was told that  Angeion Group at 215-563-4116 apparently engaged in wire fraud against 96 Hawks Circle again around 3:18 since  Angeion Group provided false assurances that the exclusion letter had been delivered and that Walmart Weighted Goods Settlement engaged in wire fraud on the 21st of May 2024 as Walmart Weighted Goods Settlement claimed that a member of the class had not mailed his exclusion letter to the correct address of  Walmart Weighted Groceries Settlement; Attn: Exclusions; P.O. Box 58220 Philadelphia, PA 19102 when, in actuality, he had.

I, Julia Kapinos, was told that (#1) Walmart Weighted Groceries Settlement ( https://www.walmartweightedgroceriessettlement.com ) as located at Walmart Weighted Goods Settlement, c/o Claims Administrator 1650 Arch Street, Suite 2210, Philadelphia, PA19103 ( https://www.phillypolice.com/about/contact/index.html ) ; (#2) Naomi G. Beer from Greenberg Traurig ( https://www.gtlaw.com/en/professionals/b/beer-naomi-g ) as located at 1144 15th Street, Suite 3300, Denver, CO 80202 ( https://www.denverda.org/report-a-crime/ ) for Wal-Mart ( https://corporate.walmart.com/about/leadership/kerry-kotouc ) ; (#3) Chimicles Schwartz Kriner & Donaldson-Smith LLP ( https://chimicles.com/kimberly-donaldson-smith/ ) as located  at  361 West Lancaster Ave, One Haverford Centre, and Haverford, PA 19041 ( https://www.haverfordtownship.org/Police_Department.htm ) as well as Delaware Office, 2711 Centreville Rd, Suite 201, Wilmington, DE 19808 ( https://www.wilmingtonde.gov/government/city-departments/department-of-police ) ; (#4) Angeion Group as located at  Angeion Group. 1650 Arch Street, Suite 2210. Philadelphia, PA 19103; and (#5) Sam M. Gibbons United States Courthouse 801 North Florida Avenue Tampa, Florida 33602 ( https://www.flmd.uscourts.gov/sam-m-gibbons-united-states-courthouse ) are all involved in mail fraud ( https://www.justice.gov/archives/jm/criminal-resource-manual-940-18-usc-section-1341-elements-mail-fraud ) , bank fraud ( https://www.law.cornell.edu/uscode/text/18/1344 ) , insurance fraud ( https://www.law.cornell.edu/uscode/text/18/1033 ) , healthcare fraud ( https://www.justice.gov/jm/jm-9-44000-health-care-fraud ) , wire fraud ( https://www.justice.gov/archives/jm/criminal-resource-manual-941-18-usc-1343-elements-wire-fraud ) , and charity fraud ( https://www.law.cornell.edu/uscode/text/18/1341 ) against 96 Hawks Circle as well as the heir ( https://mrolawyers.com/what-is-tortious-interference-with-inheritance-rights/ ) of 96 Hawks Circle that is worth purportedly $600,000 or so as insured by Quincy Mutual ( https://www.quincymutual.com/claims.htm ) with about $2 billion in total assets as the exclusion letter was mailed to the correct address on the 17th of May 2024.

I, Julia Kapinos, was told that Attorney Susan Abbott from Goodwin Procter  ( https://www.goodwinlaw.com/en/locations ) that used to be located at 53 State Street where Hinshaw & Culbertson is located involved in racketeering ( https://www.justice.gov/jm/jm-9-110000-organized-crime-and-racketeering ) enterprise with Skadden, Arps, Slate, Meagher, & Flom ( https://www.skadden.com/-/media/files/publications/2014/04/bostonbarjournal.pdf ) and Sugarman, Rogers, Barshak & Cohen, P.C. ( https://www.massbar.org/publications/ejournal/ejournal-article/ejournal-2013-april-04-25 ) ran a "racketeering enterprise" ( https://www.justice.gov/jm/jm-9-110000-organized-crime-and-racketeering ) through a "cartel" of about 90 lawyers ( https://www.shefflaw.com/wp-content/uploads/2017/06/boston_business_journal-one_fund-_6-20-14.pdf ) and 264 or so "crisis actors" for which I, Julia Kapinos, was told that this case ( https://www.justice.gov/opa/pr/national-health-care-fraud-and-opioid-takedown-results-charges-against-345-defendants ) can be the precedent against them at the Boston Marathon of the 15th of April 2013, abusing 96 Hawks Circle through inverse condemnation ( https://www.law.cornell.edu/wex/inverse_condemnation) against 96 Hawks Circle to run this racketeering enterprise ( https://www.justice.gov/jm/jm-9-110000-organized-crime-and-racketeering)for Ropes & Gray ( https://www.ropesgray.com/en/locations ) who represent The Vanguard Group ( https://corporate.vanguard.com/content/corporatesite/us/en/corp/subpoena-guidelines.html ) that was aware of many of these matters in January 2017 while The Vanguard Group ( https://corporate.vanguard.com/content/corporatesite/us/en/corp/subpoena-guidelines.html ) has about  $7.7 trillion in assets under management (AUM) globally, hospitals across Massachusetts, and while Egan, Flanagan, & Cohen ( https://www.eganflanagan.com/our-attorneys/ ) represent Mercy Medical Center ( https://www.jointrinityne.org/About-Us/Locations/mercy-medical-center ) , a member of Trinity Health New England ( https://www.trinityhealthofne.org/ ) as owned by Trinity Health ( http://www.trinity-health.org/) the Sheriff's Office for Hampden County ( https://hcsoma.org/current-job-openings-applications/ ) that falsely imprisoned the heir to 96 Hawks Circle in December 2023. I, Julia Kapinos, was told to refer to  §11.404 False imprisonment. https://www.law.cornell.edu/wex/false_imprisonment . I, Julia Kapinos, was told that Hinshaw & Culbertson LLP represent Midland Credit Management ( https://www.midlandcredit.com/payment-options/ ) as owned by Encore Capital Group ( https://www.encorecapital.com/leadership/ ) in the City of San Diego  ( https://www.sandiego.gov/police ) in the State of California where Clarke, Johnston, Thorp & Rice are located.

I, Julia Kapinos, was told that these racketeering enterprise ( https://www.justice.gov/jm/jm-9-110000-organized-crime-and-racketeering ) were allowed by Morgan, Brown, and Joy ( https://www.morganbrown.com/our-attorneys/ ) and Stoneman, Chandler, & Miller ( https://www.scmllp.com/attorneys ) who represent the City of Boston, Massachusetts ( https://www.mass.gov/info-details/courts-serving-boston) , the Beth Israel Deaconess Medical Center ( https://bilh.org/about/leadership/executive-team/jamie-katz-jd) who destroyed evidence that had exculpate the two Chechen Mulsims ( https://gumshoenews.com/hospital-personnel-assumed-tsarnaevs-guilty-even-as-his-wounds-were-treated/ ) ; and the Four Seasons Hotels and Resorts ( https://www.fourseasons.com/legal/ ) that harbored Bibi Netanyahu ( https://www.thedailybeast.com/benjamin-netanyahus-ultra-luxurious-hawaii-vacation-is-a-total-legal-shitstorm) during a case in which Mr. Shea from Morisi & O'Connell  ( http://www.morisi-oconnell.com/our-attorneys.html ) had represented a criminal defendant whose case had been dismissed.

I, Julia Kapinos, was told that John Remington Graham of the Minnesota Bar (#3664X) as publicly known here ( https://www.paulcraigroberts.org/2015/08/17/fbi-evidence-proves-innocence-accused-boston-marathon-bomber-dzhokhar-tsarnaev/ ) was rewarded with

money from Frau Ritter Blaser ( https://www.facebook.com/people/Elisabeth-Ritter-Blaser/100005359726192/) through RB International ( https://www.rbinternational.com/en/raiffeisen/legal/disclaimer.html ) with about $220 billion USD in total assets as a reward for defending the premeditated murderers of Tamerlan Tsarnaev by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopijdbw02may13.shtml ) in spite of this ( https://www.supremecourt.gov/DocketPDF/20/20-443/178345/20210505121859989_40904%20pdf%20Graham%20app.pdf ) and that Attorney Maret Tsarnaeva ( marettsar@gmail.com ) had gone along with it as well as Afshin Zand, a graduate of MIT ( https://ogc.mit.edu/about/attorneys-and-staff ) and Harvard University ( https://ogc.harvard.edu/people ) in addition to Jose Lepine and Paula Simon from Veritatem Quaerens from Lawrence, New York ( https://www.taxexemptworld.com/organizations/lawrence-ny-new-york.asp ) and Bulat Betalgiry ( https://www.linkedin.com/in/bulat-betal/ .

I, Julia Kapinos, was told that Jahar Tsarnaev's court appointed counsel, from Judy Clare Clarke from Clarke, Johnston, Thorp & Rice at Trial was never effective assistance of counsel ( https://www.law.cornell.edu/wex/effective_assistance_of_counsel#: for Jahar Tsarnaev and neither was Attorney William Fick from Fick & Marx LLP ( https://www.fickmarx.com/who_we_are_fick.html) at Trial. I, Julia Kapinos, was told that  Clifford Gardner from Law Offices of Cliff Gardner ( https://cliffgardner.com/); Daniel Habib from The Federal Defenders of New York ( https://www.federaldefendersny.org/daniel-habib ); David Patton from The Federal Defenders of New York; Deirdre von Dornum from  The Federal Defenders of New York ( https://www.federaldefendersny.org/deirdre-von-dornum#: ) and Mia Alyssa Eisner-Grynberg from The Federal Defenders of New York ( https://www.federaldefendersny.org/mia-eisnergrynberg ) were all ineffective assistance of counsel as they protected the white collar crimes of Attorney Susan Abbott from Goodwin Procter ( https://www.goodwinlaw.com/en/people/a/abbott-susan ) , and so too did Attorney Ginger D. Anders ( https://www.mto.com/lawyers/ginger-d-anders/ ) from Munger, Tolles, and Olson while Munger, Tolles, and Olson represent Bill Gates with about $103 billion in net work, Jeff Bezos with about $203 billion in net worth, Jahar Tsarnaev, the County of San Francisco, Bank of America with about $3.1 in total assets, UBER with about $30 billion in annual revenue, and TARGET with about $106 billion in annual revenue.

I, Julia Kapinos, was told that Attorney Gail Johnson from Johnson & Klein, PLLC ( https://johnsonklein.com/our-attorneys/gail-k-johnson/ ) on Appeals was never effective assistance of counsel nor was Attorney David Patton from Sullivan & Cromwell ( https://www.kaplanhecker.com/our-talent/david-patton ) that has a known history of genocide. I, Julia Kapinos, was told to refer to: The CIA and the Guatemalan genocide: For the uninformed. https://www.reddit.com/r/history/comments/5sf6ns/the_cia_and_the_guatemalan_genocide_for_the/ I, Julia Kapinos, was told that Doctor Cesar Luis Baruja Baquer is aware of the innocence of the two Chechen Muslims as publicly known here: The Soul of Boston and the Marathon Bombing https://gumshoenews.com/wp-content/uploads/2020/03/TheSoulOfBoston2020.pdf I, Julia Kapinos, was told that the law firms that intervene as a friend of the court in favour of Jahar Tsarnaev like George H. Kendall, III ( https://www.squirepattonboggs.com/en/professionals/k/kendall-george-h ) ; Squire Patton Boggs ( https://www.squirepattonboggs.com/en/professionals/k/kendall-george-h ) ; Squire Patton Boggs ( https://www.squirepattonboggs.com/ ) ; David A. Ruhnke from Ruhnke & Barrett ( https://fdprc.capdefnet.org/project-staff/david-ruhnke ) ; Megan Wall-Wolff from Wall-Wolff LLC ( https://www.wallwolff.com/ ) ; and Michael J. Iacopino from  Brennan Lenehan Iacopino & Hickey ( https://www.brennanlenehan.com/attorneys/michael-j-iacopino/ ) all protected the 264 or so "crisis actors" at the Boston Marathon of the 15th of April 2013 and the premeditated murderers of Tamerlan Tsarnaev by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopijdbw02may13.shtml ) who are Nathan Osowski; Jeffrey Baillargeon ( https://www.linkedin.com/in/jeffrey-baillargeon-0299b9174 ) ; Thomas Cusack ( https://thewestfieldnews.com/officer-resigns-officer-hired/ ) ; John Blascak, and others like Michael McCabe who is now the mayor of Westfield, Massachusetts in addition to Doctor George Michael from Westfield State University. I, Julia Kapinos, was told that Seth MacFarlane was rewarded with a $200 million contract on the 10th of January 2020 ( https://www.hollywoodreporter.com/tv/tv-news/seth-macfarlane-inks-200m-deal-nbcuniversal-1260123/ ) as allowed by Venable, LLP; Katten ( https://katten.com/katten-helps-seth-macfarlane-media-rights-capital-and-universal-studios-win-copyright-case ) ; and Loeb & Loeb, LLP ( https://www.loeb.com/en/experience/twentieth-century-fox-and-creators-of-family-guy__ ) for murdering Tamerlan Tsarnaev by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopijdbw02may13.shtml ) for Blank & Rome for the Jessen & Mitchell torture doctors.

I, Julia Kapinos, was told that MiraVesta Behavioral Health acquired Providence Behavioral Health Hospital ( https://businesswest.com/blog/health-partners-new-england-acquires-providence-behavioral-health-hospital ) as allowed by Cooley Shrair ( https://halloransage.com/news/halloran-sage-expands-into-massachusetts-welcomes-cooley-shrair/) as a reward for falsely imprisoning ( https://www.law.cornell.edu/cfr/text/25/11.404 ) the heir to 96 Hawk Circle in January 2017 for his beliefs that it was "fake blood" ( https://www.moonrockbooks.com/and-nobody-died-in-boston-either ) at the Boston Marathon of the 15th of April 2013 and that of Attorney Peter T. Lane from Fierst Bloomberg Ohm LLP ( https://www.fierstbloomberg.com/lane ) had gone along with this as well as Attorney Thomas Marrion from Hinckley Allen ( https://www.hinckleyallen.com/people/thomas-s-marrion/ ) . I, Julia Kapinos, was told that Attorney Peter T. Lane from Fierst Bloomberg Ohm LLP ( https://www.fierstbloomberg.com/lane) had received $3,500 from the heir of 96 Hawks Circle through the firm of McClane & McClane ( https://mclanelaw.com/contact-us/ ) as underwritten by CitiGroup ( https://www.citigroup.com/global/about-us/leadership/brent-mcintosh) in January 2017 as a reward for this false imprisonment ( https://egattorneys.com/federal-kidnapping ) while Fierst Bloomberg Ohm LLP is located in the City of Northampton, Massachusetts ( https://www.mass.gov/info-details/courts-serving-northampton ) as represented by Annino, Draper & Moore, P.C.; Marianne G. Zurn; and  Etheredge & Steuer, P.C. ( https://www.ssfpc.com/news/shatz-schwartz-and-fentin-p-c-announces-firm-growth-new-northampton-location/ ) who also represents Smith College ( https://www.smith.edu/your-campus/offices-services/risk-management ) that I, Julia Kapinos, was told lied that the two Chechen Muslims were terrorists at the Boston Marathon of the 15th of April 2013. I, Julia Kapinos, was told that Attorney Kevin Maltby ( https://www.mass.gov/info-details/district-court-judges ) from Bacon & Wilson ( https://www.baconwilson.com/videos/help-im-about-to-get-fired-what-can-i-do/ ) was aware of many of these matters and rewarded with a job as a Judge on the Northampton District Court. I, Julia Kapinos, was told that Attorney John P. McKenna was aware of many of these matters and rewarded with a job on the Westfield District Court and that the same can be said about Attorney William J. O'Grady from Parker & O'Grady ( https://www.parkerandogrady.com/ ) who was friends with Attorney Susan Conlon Phillips ( https://www.corridanfuneral.com/obituary/susan-phillips ) .

United States Postal Inspection Service can be contacted here:
Criminal Investigations Service Center
Attn: Mail Fraud
433 W.Harrison Street, Room 3255
Chicago, Il 60699-3255

I, Julia Kapinos, was told that the Jessen & Mitchell torture doctors from Guantanamo Bay ( https://www.cvt.org/what-we-do/advocating-for-change/legacy-of-us-torture/guantanamo-bay-detention-facility-an-overview/ ) through the law firm of Blank & Rome ( https://www.vanityfair.com/news/daily-news/2014/12/psychologists-cia-torture-report ) were behind the pre-meditated murder by a bone saw of Tamerlan Tsarnaev ( https://www.arlingtoncardinal.com/2013/04/cris-dead-tsarnaeva-mother-of-boston-bombers-america-took-my-kids-away-from-me/ ) as can be seen here ( https://educate-yourself.org/cn/tszopijdbw02may13.shtml ) for the law firm of Bulkley, Richardson, & Gelinas ( https://bulkley.com/professionals/ ) who represent The Bank of New York Mellon ( https://www.bnymellon.com/ca/en/legal-regulatory.html ) with about $45.7 trillion in assets under in assets under custody and management;  Chase Bank ( https://www.chase.com/digital/resources/legal-paper-service ) ; AIG; Santander Bank; Monsanto ( https://www.bayer.com/media/en-us/bayer-closes-monsanto-acquisition/ ) ; the City of Springfield, the Springfield Public Schools ( https://www.springfieldpublicschools.com/schools ) , and others. I, Julia Kapinos, was told to refer to: Senate overwhelmingly bans torture across U.S. government https://www.cnn.com/2015/06/16/politics/senate-torture-bill-cia/index.html . Also, I, Julia Kapinos, was told to refer to: An Act prohibiting the participation of healthcare professionals in the torture and abuse of prisoners

**Test subjects** *[like the heir to 96 Hawks Circle who has Autism, a genetic disorder ( https://medlineplus.gov/genetics/condition/autism-spectrum-disorder ) ; Celiac Disease ( https://www.justice.gov/archives/jm/criminal-resource-manual-19-genocide-18-usc-1091 ) ; a genetic disorder as publicly known here ( https://celiac.org/about-celiac-disease/what-is-celiac-disease/ ; Crohn's Disease, a genetic disorder; and perhaps a Jewish Genetic Disorder ( https://www.healthlinkbc.ca/health-topics/ashkenazi-jewish-genetic-panel-ajgp ) , an unfinished form of familial dysautonomia, as well as other undesirables] were gathered from the surrounding population [by Murphy & Riley ( https://www.murphyriley.com/professionals/ ) for*

*Behavioral Health Network's Crisis Services ( https://www.bhninc.org/crisis ) and sometimes euphemistically referred to as "logs" (丸太, maruta), used in such contexts as "How many logs fell?" This term originated as a joke on the part of the staff [at Behavioral Health Network ( https://www.bhninc.org/locations ) who abuse Comcast Business IP addresses ( https://business.comcast.com/terms-conditions-smb ) in Beaverton, Oregon ( https://www.beavertonpolice.org/152/Contact-Us ) because the official cover story for the facility given to local authorities was that it was a lumber mill [like Asplundh, AB Tree Services, and Lewis Tree Services because this ( https://educate-yourself.org/cn/tszopijdbw02may13.shtml ) is how Lorettajo Kapinos as depicted here ( https://www.linkedin.com/in/lorettajokapinos), here ( https://www.facebook.com/lorettajo ), and here ( https://www.facebook.com/AuthorLorettajo ); Mark Kapinos from Elm Electrical as represented by Parker & O'Grady, Carol Kapinos from Kozikowski Funeral Home ( https://www.kozikowskifuneralhome.com/about/ ) , and Robert Kapinos from MassLive, the Greater Westfield Chamber of Commerce, what is now Berkshire Bank, and the Westfield Public Schools ( https://www.schoolsofwestfield.org/page/human-resources ) as represented by Doherty, Wallace, Pillsbury, & Murphy ( https://dwpm.com/members/ ) with outside counsel of Arent Fox ( https://www.afslaw.com/perspectives/press-releases/arent-fox-continues-national-expansion-merges-bostons-posternak ) as represented by Foley Lardner ( https://www.foley.com/offices/ ) as represented by Morrison & Foerster ( https://www.mofo.com/offices ) murdered Tamerlan Tsarnaev as opposed to the hero of 96 Hawks Circle in violation of 18 U.S. Code § 373 . Solicitation to commit a crime of violence ( https://www.law.cornell.edu/uscode/text/18/373 ) ]; https://en.wikipedia.org/wiki/Unit_731*

I, Julia Kapinos, was told that there was a staged house fire for Attorney David B. Crevier from Crevier & Ryan ( http://crevierandryan.com/attorney-david-b-crevier/ ) in the City of Springfield, Massachusetts ( https://www.mass.gov/info-details/courts-serving-springfield ) for 22 News WWLP in the City of Chicopee, Massachusetts ( https://www.mass.gov/info-details/courts-serving-chicopee ) while 22 News WWLP ( https://www.wwlp.com/about-us/contact-us/ ) is owned by NexStarMediaGroup ( https://www.nexstar.tv/stations ) with about $10 billion in total assets as well as for WesternMassNews ( https://www.westernmassnews.com/about-us/contact-us ) as was owned by Dotdash Meredith ( https://www.prnewswire.com/news-releases/iacs-dotdash-announces-close-of-meredith-transaction-301435581.html ) and now Gray Media ( https://gray.tv/about) for Wal-Mart in Westfield, Massachusetts as located at 141 Springfield Rd, Westfield, MA 01085 ( https://www.mass.gov/info-details/courts-serving-westfield ) and Country Bank (as represented by Sapirstein & Sapirstein ( https://sandslaw.com/attorneys.html ) , Goodwin Procter ( https://www.goodwinlaw.com/en/locations ) , and Bozenhard Socha & Ely ( https://lawyers.findlaw.com/profile/view/2056778_1 ) while Country Bank ( https://www.countrybank.com/customer-service/locations-atms/ ) is advertised on CNN as represented by Greenberg Traurig. I, Julia Kapinos, was told that Wal-Mart with more than 10,500 stores and clubs in 19 countries ( https://corporate.walmart.com/about/location-facts ) allowed its Westfield, Massachusetts location to stage a house fire for Bacon & Wilson in Westfield, Massachusetts ( https://www.baconwilson.com/westfield/ ) ; Gold & Diamond Buyer in Westfield ( https://goldanddiamondbuyer.com/ ) ; and Giftology Westfield ( https://giftology.com/pages/contact-us ) to convert Tamerlan Tsarnaev into a "blood diamond" ( https://www.britannica.com/topic/blood-diamond) for sale by Springfield FBI office, Supervisory Special Agent Matthew Fontaine ( https://www.masslive.com/news/2020/10/it-does-us-no-good-to-hold-a-grudge-springfield-police-department-fbi-work-to-repair-relationship-after-years-at-odds-over-police-corruption-investigation.html ) , from the Springfield, Massachusetts FBI at 1441 Main Street in the City of Springfield, Massachusetts in what was the Toronto Dominion Bank building ( https://www.masslive.com/news/2023/09/balise-auto-moves-headquarters-to-td-bank-center.html ) now owned by Balise Motors ( https://www.baliseauto.com/western-massachusetts-locations/ ) . I, Julia Kapinos, was told that the staged house fire was for an Israeli-run IP address in Matam, Haifa ( https://en.wikipedia.org/wiki/Matam,_Haifa ) as well as for an upcoming $2.7 billion data center ( https://www.wwlp.com/news/local-news/hampden-county/westfield-selected-as-location-for-2-7-billion-data-center-project/). Matam Park, located at the southern entrances of Haifa, is the largest, leading and oldest high-tech and business park in Israel. ( https://www.matam.co.il/en/ )

I, Julia Kapinos, was told that the staged house fire was for "Pine Eleven" on *The Daily Show* as well as "Tegridy Farms Burnt Down" for Matt Stone and Trey Parker from South Park Studios, LLC in the City of New York ( https://www.nyc.gov/site/nypd/index.page ) as located at 1515 Broadway, New York, NY, United States and in the City of Los Angeles, California ( https://www.lapdonline.org/lapd-organization-chart ) as located at 12910 Culver Blvd, Los Angeles, CA 90066 for the $30 to $40 Billion CBS/VIACOM Mega-merger ( https://www.npr.org/2019/08/14/751027825/in-a-30-billion-deal-viacom-and-cbs-are-joining-forces ) as allowed by Cleary Gottlieb ( https://www.clearygottlieb.com/news-and-insights/news-listing/national-amusements-in-30-5-billion-merger-of-cbs-and-viacom ) , Cravath ( https://www.cravath.com/news/viacom-s-combination-with-cbs.html ) , Paul Weiss ( https://www.paulweiss.com/practices/transactional/mergers-acquisitions/news/cbs-to-merge-with-viacom-creating-40-billion-company?id=29137 ) , Latham & Watkins ( https://www.lw.com/en/news/2019/08/latham-watkins-represents-financial-advisors-special-committee-of-viacom-board-of-directors-cbs ) , Shearman & Sterling ( https://www.shearman.com/en/news-and-events/news/2019/08/viacom-combination-with-cbs ) , and Allen & Overy ( https://www.shearman.com/en/news-and-events/news/2023/10/a-and-o-shearman-merger-approved ) for the sale of the $760 million CBS Lot in New York ( https://www.bloomberg.com/news/articles/2021-08-16/viacomcbs-sells-manhattan-office-skyscraper-in-760-million-deal ) , the $1.8 Billion CBS Lot in California ( https://nypost.com/2021/11/16/viacomcbs-selling-its-cbs-studio-for-1-8-billion-report/ ) . I, Julia Kapinos, told that the DISNEY/FOX merger as allowed by Skadden Arps ( https://www.skadden.com/-/media/files/professionals/white-gavin-a/white_gavin.pdf ) , Cravath ( https://www.cravath.com/news/the-walt-disney-company-s-85-billion-acquisition-of-twenty-first-century-fox-inc.html ) , Quinn Emmanuel, Covington & Burling ( https://www.cov.com/-/media/files/corporate/publications/2020/01/media-entertainment-group-of-the-year-covington.pdf ) , Fried Frank ( https://www.friedfrank.com/uploads/siteFiles/Publications/MALOCT19FINAL.pdf ) , MacFarlanes, Simpson Thacher & Bartlett ( https://www.thelawyermag.com/au/news/general/here-are-the-big-name-advisers-behind-disneys-fox-acquisition/203797 ) , Allen & Overy ( https://www.law.com/international-edition/2017/12/15/ao-and-macfarlanes-among-big-name-adviser-line-up-on-disneys-52-4bn-21st-century-fox-acquisition/ ) , Hogan Lovells ( https://finance.yahoo.com/news/big-law-helping-homer-mickey-084625662.html) . was over Tamerlan Tsarnaev's pre-meditated murder by a bone saw as can be seen here (https://educate-yourself.org/cn/tszopijdbw02may13.shtml ) as a kidnapping and torture plot for which I, Julia Kapinos, have been told this case ( https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers) can be the precedent against these parties.

I, Julia Kapinos, was told that the staged house fire ( https://www.law.cornell.edu/uscode/text/18/1961 ) as part of a racketeering enterprise ( https://www.justice.gov/jm/jm-9-110000-organized-crime-and-racketeering ) was for Parker & O'Grady ( https://www.parkerandogrady.com/ ) ; Bacon & Wilson ( https://www.baconwilson.com/ ) for Westfield Bank ( https://www.nasdaq.com/market-activity/stocks/wneb/institutional-holdings ) that acquired Chicopee Savings Bank and Toronto Dominion Bank with about $2 trillion in total assets while Bacon & Wilson has outside counsel of Morrison & Mahoney ( https://morrisonmahoney.com/locations/ ) as well as Cain, Hibbard, & Myers ( https://cainhibbard.com/attorneys/ ) and Robinson & Donovan ( https://robinsondonovan.com/contact/ ) ; Winston, Strawn, Smith, and Patterson ( https://www.winston.com/en/locations ) for Bank of America ( https://campus.bankofamerica.com/teams/legal.html ) ; Morisi & O'Connell ( http://www.morisi-oconnell.com/our-attorneys.html ) ; and Welch, Campbell, and Barba ( https://www.buzzfile.com/business/Welch,-Campbell,And,Barba-PC-413-734-6734 ) for Westfield Gas & Electric ( https://www.wgeld.org/category-pages/payments/) as well as for Attorney Scott Horton from DLA Piper ( https://www.dlapiper.com/en/news/2022/05/dla-piper-secures-victory-for-the-republic-of-guinea ) whose private client is George Soros ( https://www.opensocietyfoundations.org/grants ) and that this staged house fire ( https://www.law.gov/cjrs/virtual-library/abstracts/how-fight-arson-racketeer ) was for Florence Bank ( https://www.florencebank.com/florence ) with about $2 billion in total assets while Florence Savings Bank is represented by Cooley Shrair, Halloran & Sage ( https://halloransage.com/news/halloran-sage-expands-into-massachusetts-welcomes-cooley-shrair/ ) , Attorney Richard Schaberg from Hogan Lovells ( https://www.hoganlovells.com/en/richard-schaberg ) . I, Julia Kapinos, was told to refer to: 18 U.S. Code § 880 - Receiving the proceeds of extortion https://www.law.cornell.edu/uscode/text/18/880# I, Julia Kapinos, was told that these parties are involved in collection on debt as a racketeering enterprise ( https://www.justice.gov/jm/jm-9-110000-organized-crime-and-racketeering ) : 18 U.S. Code § 1962 - Prohibited activities https://www.law.cornell.edu/uscode/text/18/1962# I, Julia Kapinos, was told that Florence Bank is represented by Benjamin A. Barnes, P.C. Cooley Shrair, Halloran & Sage; Doherty, Wallace, Pillsbury, & Murphy; Attorney Richard Schaberg from Hogan Lovells; Green, Miles, Lipton & Fitz-Gibbon; Burrows, Weiss & Bloomberg; Zurn, Sharp & Heyman, LLP; Brownell, Washburn & Truswell; Weiner & Lange, P.C.; Timothy F. Washburn; and St. James & Dougal. I, Julia Kapinos, was told that COCC ( https://www.cocc.com/contact-us/ ) , the Banking software for Florence Bank, harbors the premeditated murderers of Tamerlan Tsarnaev by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopijdbw02may13.shtml ) for "animal welfare advocates". I, Julia Kapinos, was told to refer to: Animal Rights Extremism and Ecoterrorism https://www.fbi.gov/news/testimony/animal-rights-extremism-and-ecoterrorism

I, Julia Kapinos, was told that the staged house fire that Wal-Mart in Westfield, Massachusetts is aware ( https://www.walmart.com/store/2174-westfield-ma ) of was for Amazon's ( https://d1.awsstatic.com/certifications/Amazon_LawEnforcement_Guidelines.pdf ) acquisition of MGM ( https://www.cnbc.com/2022/03/17/amazon-closes-deal-to-acquire-hollywood-studio-mgm.html ) as allowed by Paul Weiss ( https://www.paulweiss.com/practices/transactional/mergers-acquisitions/news/mgm-completes-845-billion-sale-to-amazon?id=42614 ) ; Latham & Watkins ( https://www.lw.com/en/news/2021/05/latham-watkins-advises-mgm-acquisition-amazon ) ; and Cravath, Swaine, & Moore ( https://www.cravath.com/news/amazons-dollar845-billion-acquisition-of-mgm.html ) . I, Julia Kapinos, was told that Paul C. Picknelly from One Monarch Place ( http://www.monarch-place.com/tenants.htm ) as represented by Murphy & McCoubrey ( http://www.murphymccoubrey.com/attorneys ) has vested financial interests in MGM Springfield while an ARAG member had been referred to Attorney Jason L. Levine in January 2019 to dispute Santander Bank credit card debt but Attorney Jason Levine from Murphy & McCoubrey who left for Jason L. Levine Law, P.C.( https://jasonllevine.com ) . I, Julia Kapinos, was told that per Doctor Angela Peterson from Indian Orchard, Massachusetts ( https://www.psychologytoday.com/us/therapists/angela-m-peterson-indian-orchard-ma/270379 ) , purportedly Jason L. Levine is part of the FBI's "CrossFire Hurricane" Investigation ( https://vault.fbi.gov/crossfire-hurricane-part-01 ) as well as Operation FOX Hunt ( https://www.fbi.gov/news/press-releases/fbi-director-christopher-wrays-remarks-at-press-conference-regarding-chinas-operation-fox-hunt ) . I, Julia Kapinos, was told that Attorney Jason Levine  never purportedly worked on this person's debt dispute case against Santander Bank ( https://www.santanderus.com/team_member/brian-yoshida/)and neither did Attorney Canzano from Blumsack and Canzano ( https://www.richardcanzanolaw.com/bankruptcy/1821418 ) appear in judicial proceedings before the Westfield District Court even though he was paid three $250 ARAG retainer fees for a Bank of America case while Bank of America has about $3.1 trillion in total assets as Bank of America through Attorney Susan Abbott from Goodwin Procter underwrote the $101 million "The One Fund" as part of "Boston Strong". I, Julia Kapinos, was told that Attorney Deana Ahn ( https://www.dwt.com/people/a/ahn-deana ) ; Attorney Lynn Loacker ( https://www.dwt.com/people/l/loacker-lynn-j ) ; Zachary Beetham ( https://www.linkedin.com/in/zachary-beetham-a9a454156 ) ; Ms. Santiago; Donna Crawford, and the Privacy Department at Davis, Wright, and Tremaine obstructed justice concerning Tamerlan Tsarnaev's premeditated murder by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopijdbw02may13.shtml ) and that this was for REALTOR.COM as indicated in this commercial ( https://www.youtube.com/results?search_query=REALTOR.COM+TROLLS ) ; Redfin ( https://www.youtube.com/results?search_query=redfin+goldilocks ) ; Deep Sentinel ( https://www.deepsentinel.com/blogs/news/why-flashbang/ ) ; Etsy ( https://www.youtube.com/results?search_query=Etsy+Big+Game+Commercial ) ; and other white collar criminals within Universal Music Group as indicated here ( https://www.youtube.com/results?search_query=sadder+badder+cooler+love+lo) and Universal Pictures ( https://www.youtube.com/results?search_query=The+Hunt+2020 ) .

I, Julia Kapinos, was told that ARAG with a total revenue of about $2.6 billion USD while ARAG is represented by Hogan Lovells ( https://www.hoganlovells.com/en/lolli-silvia ) and Allen & Overy was rewarded with Das Legal Insurance Canada ( https://www.arag.ca/en/company-news/arag-acquires-das-operations-in-canada/ ) and Das Legal Insurance UK for allowing this staged house fire for Attorney Canzano from Blumsack and Canzano from 36 Commerce Way, Woburn, MA 01801 ( https://www.mass.gov/info-details/courts-serving-woburn ) . I, Julia Kapinos, was told that Kevin Smyth from Stikeman Elliot ( https://www.stikeman.com/en-ca/people/s/kevin-smyth ) allowed ARAG to receive Das Legal Insurance Canada and UK as a reward for the non-renewal of a ARAG member's contract in or around Winter or Spring 2021. I, Julia Kapinos, was told that this was for Munich RE ( https://www.munichre.com/company/about-munich-re/group-history/a-second-seismic-shift-munich-re-under-national-socialism-1933-1945.html ) , a private client of Parker & O'Grady ( https://www.parkerandogrady.com) who represent not only Easthampton Savings Bank ( https://bankesb.com/about/hours-and-locations/ ) but also Barclay's Bank that had enabled Jeffrey Epstein ( https://www.reuters.com/legal/barclays-is-sued-over-ex-ceos-ties-jeffrey-epstein-2023-11-03/ ) . I, Julia Kapinos, was told  that  Thoma Bravo's Imprivata; Barracuda Networks; and ProofPoint were behind the staged house fire.

I, Julia Kapinos, was told that Murphy & Riley  ( https://www.murphyriley.com/professionals ) as located at 100 Franklin Street, Suite 500 Boston, MA 02110 ( https://www.mass.gov/info-details/courts-serving-boston) ; 859 Willard Street, Suite 310 Quincy, MA 02169 ( https://www.mass.gov/info-details/courts-serving-quincy ) ; 99 Rosewood Drive, Suite 280 Danvers, MA 01923 ( https://www.mass.gov/info-details/courts-serving-danvers ) ; and 10 Dorrance Street, Suite 700 Providence, RI 02903 had retaliated ( https://www.justice.gov/jm/criminal-resource-manual-1733-scope-18-usc-1513 ) against the heir to 96 Hawks Circle through the abuse of a psychiatric section 12 transport ( https://malegislature.gov/Laws/GeneralLaws/PartI/TitleXVII/Chapter123/Section12 ) as BREAKING & ENTERING A (BUILDING) IN THE NIGHTTIME WITH INTENT TO COMMIT A FELONY ( https://www.mass.gov/doc/8100-breaking-and-entering-a-building-ship-vessel-vehicle-in-the-nighttime-with-intent-to-commit-a-felony-gl-c-266-s-16-part-1/download ) ; BREAKING & ENTERING A (BUILDING) WITH INTENT TO COMMIT A FELONY PUTTING A PERSON THEREIN IN FEAR ( https://www.mass.gov/doc/8102-breaking-and-entering-a-building-ship-vessel-vehicle-with-intent-to-commit-a-felony-putting-a-person-therein-in-fear-gl-c-266-ss-17-part-i/download); BREAKING & ENTERING A (BUILDING) WITH INTENT TO COMMIT A MISDEMEANOR ( https://www.mass.gov/doc/8106-breaking-and-entering-daytime-or-nighttime-with-intent-to-commit-a-misdemeanor-gl-c-266-ss-16a/download); ENTERING (WITHOUT BREAKING) A (BUILDING) IN THE NIGHTTIME WITH INTENT TO COMMIT A FELONY PUTTING A PERSON THEREIN IN FEAR( https://www.mass.gov/doc/8108-entering-without-breaking-a-building-ship-vessel-vehicle-in-the-nighttime-with-intent-to-commit-a-felony-putting-a-person-therein-in-fear-gl-c-266-ss-17-part-i/download ) once in January 2017; twice in April 2020; once in September 2020; once in May 2021; once in December 2021; and once in March 2023.

I, Julia Kapinos, was told that the heir to 96 Hawks Circle had been retaliated in violation of 18 U.S. Code § 1513 against by Providence Behavioral Health Hospital ( https://www.masslive.com/news/2021/02/new-owners-of-providence-behavioral-health-hospital-in-holyoke-plan-to-resume-inpatient-psychiatric-care.html ) in January 2017 over his beliefs about the Boston Marathon of the 15th of April as conveyed to Lionsgate Films, CBS Films, PARAMOUNT, AMC Theaters, Janus Capital, and others; by Holyoke Medical Center ( https://www.holyokehealth.com/contact-us/ ) in December 2021 over his beliefs about Sandy Hook similar to Doctor James H. Fetzer ( https://www.supremecourt.gov/DocketPDF/21/21-7916/225820/20220519155908006_20220519-153941-00002936-00009746.pdf) ; in March 2023 at The Arbour Hospital as owned by Universal Health Systems ( https://uhs.com/our-communities/) in West Roxbury, Massachusetts ( https://www.mass.gov/locations/west-roxbury-division-boston-municipal-court ) over his beliefs about a staged house fire as part of a racketeering enterprise ( https://www.ojp.gov/ncjrs/virtual-library/abstracts/how-fight-arson-racketeer ) and again in September 2023 by The Worcester Recovery Center and Hospital ( https://www.mass.gov/locations/worcester-recovery-center-and-hospital-wrch ) over his beliefs about a staged house fire as a racketeering enterprise ( https://www.justice.gov/jm/jm-9-110000-organized-crime-and-racketeering ) . I, Julia Kapinos, was told that Lionsgate was rewarded with a lot in Yonkers, New York ( https://greatpointstudios.com/studios/wells-avenue-campus) for protecting the premeditated murderers of Tamerlan Tsarnaev by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopijdbw02may13.shtml ) , and that premeditated murderer happens to be Judge Jeanine Pirro from FOX News as well as Michael McCabe, .

Sincerely
Julia Kapinos
96 Hawks Circle
Westfield, Massachusetts 01085-1576
413-642-3587 (Comcast Landline)

CC:
kimdonaldsmith@chimicles.com; beem@gtlaw.com

--

This message is covered by the Electronic Communications Privacy Act, Title 18, U.S. Code §2510-2512. This e-mail message and any attached files are the exclusive property of Julia Kapinos and 96 Hawks Circle and are subject to copyright. Please be aware that this communication is deemed privileged and confidential and is intended only for the person or entity to which it is addressed. Any unauthorized review, use, disclosure, or distribution is most certainly prohibited. Therefore, if you are not the intended recipient,  contact the sender by reply e-mail. Also, please be aware of 18 U.S. Code § 1519 - Destruction, alteration, or falsification of records in Federal investigations and bankruptcy.

| From: | Kimberly Donaldson Smith |
|---|---|
| To: | Julia Kapinos |
| Subject: | RE: Exclusion |
| Date: | Wednesday, May 15, 2024 12:34:00 PM |

Ms. Kapinos,

To exclude yourself from the Settlement, you must send a written request for exclusion to:

> *Walmart Weighted Groceries Settlement*
> Attn: Exclusions
> P.O. Box 58220
> Philadelphia, PA 19102

Your request for exclusion must be **postmarked no later than May 22, 2024**. Your request for exclusion must (i) be signed; (ii) state your full name, current address, email address, and telephone number; and (iii) contain a statement that you request to be excluded from the Settlement Class. If you submit a timely and valid request for exclusion, the Court will exclude you from the Class.

**If you exclude yourself: you cannot submit a Claim Form and you will not be able to receive any benefits of the Settlement; you cannot object to the Settlement; and, you will not be legally bound by anything that happens in this lawsuit.**

As to your question below, what you wrote is not required to be included in a request for exclusion. You exclusion request in this Action will be valid as long as you follow the above instructions.  It is your decision if you want to include the other information you put in your email to me, but that information is not going to be acted on or responded as part of this Action and proposed Settlement.


**From:** Julia Kapinos <juliakapinos1945@gmail.com>
**Sent:** Wednesday, May 15, 2024 6:40 AM
**To:** Kimberly Donaldson Smith <kimdonaldsonsmith@chimicles.com>
**Subject:** Exclusion


Wal-Mart Weighted Groceries Settlement and Kimberly Donaldson Smith:

**_Would it be appropriate to include the following in an exclusion?_**


I, Julia Kapinos, was told that Miller & Chevalier Chartered represents Wal-Mart with about $243 billion in total assets and that Miller & Chevalier Chartered  also intervened as a friend of the court in favor of Jahar Tsarnaev who, per John Remington Graham of the Minnesota Bar (#3664X) is pending a "judicial murder" ( https://www.paulcraigroberts.org/2017/01/05/murdering-the-innocent-in-order-to-support-the-lie-paul-craig-roberts ) for what I was told were the 264 or so "crisis actors" for which I, Julia Kapinos, have been told that this case ( https://www.justice.gov/opa/pr/national-health-care-fraud-and-opioid-takedown-results-charges-against-345-defendants ) can be the

precedent against them at the Boston Marathon of the 15th of April 2013. I, Julia Kapinos, was told that those were "crisis actors" per the reports of Doctor Lorraine Jeanette Day, Doctor Stanley Kimball Monteith, and Doctor Cesar Luis Baruja Baquer, MetLife, GuardianLife, BerkshireLife, and other insurance companies. I, Julia Kapinos, was told that all 94 US Attorneys and 56 FBI Field Offices support Tamerlan Tsarnaev's premeditated murder by a bone saw for "animal welfare advocates" ( https://www.fbi.gov/news/testimony/animal-rights-extremism-and-ecoterrorism ) as well as for Matthew Fontaine from the Springfield, Massachusetts FBI at 1441 Main Street who I, Julia Kapinos, have been told is involved in: 18 U.S. Code § 373 - Solicitation to commit a crime of violence . I, Julia Kapinos, was told that Attorney Richard Sypek from Ross & Ross and now Sypek Law who works for Chick Fil-A is running LBGTQ removal programs over Tamerlan Tsarnaev's premeditated murder by a bone saw that he was behind for Lorettajo, Mark, Carol, and Robert Kapinos as well as for Richard Clarke and Lynn Clarke. I, Julia Kapinos, was told that Tamerlan Tsarnaev's premeditated murder by a bone saw was for the Royal Bank of Canada with about $2 trillion in total Canadian Assets, the Bank of Montreal with about $1.3 billion USD in total assets, and Toronto Dominion Bank with about $2 trillion in total assets.

I, Julia Kapinos, was told that Morrison & Mahoney, Robinson & Donovan, and Cain Hibbard & Myers PC were behind Tamerlan Tsarnaev's premeditated murder by a bone saw for Attorney Paul H. Rothschild from Bacon & Wilson for Behavioral Health Network, Cardiac Science/Zoll, Western New England University School of Law. I, Julia Kapinos, was told that Tamerlan Tsarnaev's premeditated murder by a bone saw was for Attorney Kathryn Crouss, Attorney Kenneth Albano, Attorney Paul H. Rothschild, and others for Behavioral Health Network with about 130,000 "patients" and 2,600 or so "providers". I, Julia Kapinos, was told that Attorney Timothy M. Netkovick was behind a staged house fire for IAC with about $10 billion in total assets while IAC Interactive acquired Meredith Group as owned WesternMassNews as now owned by Gray Media with about $10 billion in total assets for Attorney Brian R. Rucki from Baystate Title and Escrow as well as for Attorney Phlip R. Smith from Bacon & Wilson for The Creative Kids and Westfield Bank with about $2 billion in total assets. I, Julia Kapinos, was told that the parties who are involved in Tamerlan Tsarnaev's premeditated murder by a bone saw are involved in: 18 U.S. Code § 880 - Receiving the Proceeds of Extortion. I, Julia Kapinos, was told that Tamerlan Tsarnaev's premeditated murder by a bone saw was for Attorney Fialky who represents Baystate Pediatric Gastroenterology.

I, Julia Kapinos, was told that Attorney Paul Moraski from the ARAG Network that acquired Das Legal Insurance Canada and Das Legal Insurance UK;  Attorney Shea from Morisi & O'Connell who represent WG&E; Attorney Richard Canzano from Blumsack and Canzano in addition to Attorney Lawrence Madden, Attorney Sam Rosenberg, and Attorney Kayla Chapalonis from the Committee for Public Counsel Services all support Tamerlan Tsarnaev's premeditated murder by a bone saw for "animal welfare advocates" as well as lighting a house on fire. I, Julia Kapinos, was told that this case ( https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers) can be the precedent against them. I, Julia Kapinos, was told to refer to https://www.fbi.gov/news/testimony/animal-rights-extremism-and-ecoterrorism. I, Julia Kapinos, was told that Morgan & Morgan as well as Bulkley, Richardson, & Gelinas for the

Bank of New York Mellon, Chase Bank, AIG, Santander Bank, MONSANTO, the Springfield Public Schools, and the City of Springfield, Massachusetts, support Tamerlan Tsarnaev's premeditated murder by a bone saw. I, Julia Kapinos, was told that REALTOR.COM as owned by ; Universal Pictures; Universal Music Group; Deep Sentinel; REDFIN; Etsy; and others support Tamerlan Tsarnaev's premeditated murder by a bone saw for Mark Kapinos, Lorettajo Kapinos, Carol Kapinos, and Robert Kapinos as well as for Richard Clarke and Lynn Clarke.

I, Julia Kapinos, was told that Bulkley, Richardson, and Gelinas for The Bank of New York Mellon, with about $48.8 trillion in total assets under custody and management, were behind Tamerlan Tsarnaev's premeditated murder by a bone saw for "animal welfare advocates" for the law firm of Murphy & Riley who represent Tyson Foods. I, Julia Kapinos, was told that the vanity license plate of 5ZF999 at Starbucks in Westfield, Massachusetts on the 19th of September 2019 indicated that COVID-19 was allowed to leave the Wuhan Province on purpose. I, Julia Kapinos, was told that Starbucks has a total revenue of about $36 billion and assets of about $30 billion.

> **For example, the federal False Claims Act authorizes qui tam actions against parties who have defrauded the federal government. If successful, a relator** [*like 96 Hawks Circle as well as the owner and the heir of 96 Hawks Circle*] **in a False Claims Act qui tam action may receive up to 30% of the government's award** [*against any of the matters mentioned in this emai*l]. https://www.law.cornell.edu/wex/qui_tam_action

I, Julia Kapinos, was told that Wal-Mart; Greenberg Traurig for Wal-Mart and CNN as well Florida Bar Association, Whole Foods; and Chimicles Schwartz Kriner & Donaldson-Smith LLP should build a "pattern and practice" case against the City of Westfield, Massachusetts for "criminal harassment" since the City of Westfield, Massachusetts, has staged controlled demolitions like on 9/11/2001 ( https://www.ae911truth.org ) , at the Boston Marathon of the 15th of April 2013, here (https://www.wwlp.com/news/local-news/hampden-county/police-complete-controlled-explosions-in-westfield/) , here (https://www.wwlp.com/news/local-news/hampden-county/police-controlled-explosions-in-westfield-thursday-night/), and here (https://www.wwlp.com/news/local-news/hampden-county/police-controlled-explosions-in-westfield/ ) as well as on the 14th of May 2024. I, Julia Kapinos, was told that Attorney Richard Sypek from Ross & Ross and now Sypek Law, who works for Chick-fil-A with about a total revenue of $8 billion, was behind Tamerlan Tarnaev's pre-meditated murder by a bone saw as a kidnapping and torture plot as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) for the law firm of Lyon & Fitzpatrick who represent The Dowd Agencies that sells Quincy Mutual Homeowner's Insurance to 96 Hawks Circle .

I, Julia Kapinos, was told that Barack Obama was behind Tamerlan Tsarnaev's premeditated murder by a bone saw as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml) in violation of An Act extending the statute of limitations for certain actions involving international human rights abuses ( https://malegislature.gov/Bills/193/S1062 ) as well as An Act prohibiting the participation of

healthcare professionals in the torture and abuse of prisoners
( https://malegislature.gov/Bills/193/H3619 ) . I, Julia Kapinos, was told to refer to:  Senate
overwhelmingly bans torture across US government. I, Julia Kapinos, was told that Seth
MacFarlane was rewarded with a $200 million contract on the 10th of January 2020 for
murdering Tamerlan Tsarnaev by a bone saw as can be seen here ( https://educate-
yourself.org/cn/tszopjidbw02may13.shtml ) for Judge Jeanine Pirro from FOX News that I,
Julia Kapinos, was told split on the 27th of June 2013 over Tamerlan Tsarnaev's premeditated
murder by a bone saw .

I, Julia Kapinos, was told that Miller & Chevalier Chartered represents Wal-Mart and also
intervened as a friend of the court in favor of Jahar Tsarnaev who, per John Remington
Graham of the Minnesota Bar (#3664X) is pending a "judicial murder". I, Julia Kapinos, was
told that Munger, Tolles, and Olson represent Bill Gates with a net worth of about $130
billion, Jeff Bezos with a net worth of about $203 billion, Jahar Tsarnaev, the County of San
Francisco with a GDP of $654 billion, TARGET with a total annual revenue of $107 billion that
framed the two Chechen Muslims for terrorism at the Boston Marathon of the 15th of April
2013 and while Munger, Tolles, and Olson also represent UBER with about $10 billion in
annual revenue and Bank of America with about $3.1 trillion in total assets. I, Julia Kapinos,
was told that Cooper Levenson for Verizon ( as well as Trump Hotels & Casinos in addition to
Blank & Rome for Trump Hotels & Casinos ) were behind Tamerlan Tsarnaev's
premeditated murder by a bone saw as can be seen here (https://educate-
yourself.org/cn/tszopjidbw02may13.shtml ) for 114 5th Ave, New York, NY 10011 that
houses *The Intercept* as well as Capital One Labs, allowed Tamerlan Tsarnaev's pre-
meditated murder by a bone saw as a kidnapping and torture plot for Bonita Joyner who
obstructed justice ( https://www.law.cornell.edu/wex/obstruction_of_justice )  concerning
Tamerlan Tsarnaev's pre-meditated murder by a bone saw as a kidnapping and torture plot
for which I, Julia Kapinos, have been told this case (https://www.justice.gov/usao-
edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-
brothers ) can be the precedent as the first degree murder by a bone saw was to run LGBTQ
removal programs as well as Gunzenhausen, Free of Jews, for criminal street gangs
( https://www.justice.gov/archives/jm/criminal-resource-manual-114-criminal-street-gangs )
like *FeelsLikeDeathRow*.

I, Julia Kapinos, was told that this first-degree murder by a bone saw was for the law firm of
Blanke & Rome for the Jessen & Mitchell torture doctors from Guantanamo Bay who were
behind Tamerlan Tsarnaev's pre-meditated murder by a bone saw as a kidnapping and torture
plot for Lorettajo Kapinos , Mark Kapinos, and Robert Kapinos on Springdale Road in
Westfield, Massachusetts. I, Julia Kapinos, was told that this case
( https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-
plot-which-resulted-death-two-brothers ) can be the precedent against Lorettajo, Mark, Carol,
and Robert Kapinos as well as against the Jessen & Mitchell torture doctors from Guantanamo
Bay. I, Julia Kapinos, was told that this case (https://www.justice.gov/opa/pr/pennsylvania-
man-sentenced-prison-torture-and-illegally-exporting-weapons-parts-and-related) can be the
precedent against parties in Pennsylvania like Blank & Rome as well as Mullen & Coughlin who
were behind Tamerlan Tsarnaev's premeditated murder for Comcast in Pennsylvania as well

as for Cohen & Malad; Mullen & Coughlin; Yurko Partner; Sugarman, Rogers, Barshak, and Cohen; and Branstetter, Stranch & Jennings, PLLC for *Joyner* versus *Behavioral Health Network*.

I, Julia Kapinos, was told that Wal-Mart, Greenberg Traurig, LLP for both Wal-Mart and CNN; and Chimicles Schwartz Kriner & Donaldson-Smith LLP are involved in organized crime to stage a house fire for the $40 Billion CBS/VIACOM Mega-merger for Cleary Gottlieb, Cravath, Paul Weiss, Latham & Watkins, Allen & Overy, and Shearman & Sterling as well as for the $760 million CBS Lot in New York, the $1.8 Billion CBS Lot in California, and the VIACOM Class Action Litigation in the State of Delaware for Egan, Flanagan, & Cohen who represent the Sheriff's Office for Hampden County while Rope & Gray is a private client of Egan, Flanagan, & Cohen. I, Julia Kapinos, was told that the staged house fire was for the $75 billion DISNEY/FOX Mega-merger as well as for the $40 billion DISCOVERY/Warner Mega-merger.

I, Julia Kapinos, was told that this staged house fire was for Florence Bank with about $2 billion in total assets while Florence Bank is represented by Attorney Richard Schaberg from Hogan Lovells; Cooley Shrair; Halloran & Sage; Green, Miles, Lipton & Fitz-Gibbon; Doherty, Wallace, Pillsbury and Murphy, P.C.; Burrows, Weiss & Bloomberg ; Zurn, Sharp & Heyman, LLP; Benjamin A. Barnes, P.C.; Brownell, Washburn & Truswell ; Weiner & Lange, P.C.; Timothy F. Washburn; St. James & Dougal.

I, Julia Kapinos, was told that the staged house fire was for EG Group and TDR Capital's acquisition of Cumberland Farms as allowed by Deloitte, KPMG, TDR Capital, PricewaterhouseCoopers, Morgan Stanley, Goldman Sachs, Barclay's Bank, Rothschild & Company, Allen & Overy, Latham & Watkins, and WilmerHale. I, Julia Kapinos, was told that this staged house fire was for Paul Weiss, Latham & Watkins, and Cravath, Swaine, & Moore concerning Amazon's acquisition of MGM at $8.5 billion as well as for Winston, Strawn, Smith, and Patterson for Bank of America; Parker & O'Grady for Barclay's Bank and Easthampton Savings Bank; Bacon & Wilson for Western New England University School of Law, Cardiac Science, Behavioral Health Network, Westfield Bank, Chicopee Savings Bank, and Toronto Dominion Bank as well as for Morisi & O'Connell and Welch, Campbell, and Barba for Westfield Gas & Electric that receives its energy from EVERSOURCE as represented by Cooley Shrair and Halloran & Sage. I, Julia Kapinos, was told that the staged house fire was for Rubin & Rothman for Capital One Bank North America with about $444 in total assets as well as for Suttell and Hammer for Bank of America while Hinshaw and Culbertson represent Midland Credit Management as owned by Encore Capital Group that collects on credit card debt for Capital One Bank North America while none of this was addressed by LambergLaw or Hinshaw and Culbertson during *Rego* versus *Midland Credit Management* before the Bristol County Superior Court. I, Julia Kapinos, was told that Cohen & Malad, Mullen & Coughlin, Yurko Partners, Sugarman, Rogers, Barshak & Cohen, and Branstetter, Stranch & Jennings, PLLC allowed a "racketeering enterprise" at the Boston Marathon of the 15th of April 2013 and that they never addressed how Sugarman, Rogers, Barshak & Cohen, P.C. and  Skadden, Arps, Slate, Meagher & Flom LLP criminally conspired with a "cartel" of about 90 lawyers ( https://www.shefflaw.com/wp-content/uploads/2017/06/boston_business_journal-one_fund-_6-20-14.pdf ) and 264 "crisis actors" ( https://www.justice.gov/opa/pr/national-

health-care-fraud-and-opioid-takedown-results-charges-against-345-defendants ) to frame the two Chechen Muslims for terrorism at the Boston Marathon on the 15th of April 2013 for Morgan, Brown, and Joy and Stoneman, Chandler, & Miller who represent the City of Boston, Massachusetts, the Beth Israel Deaconess Medical Center, and The Four Seasons Hotels and Resorts. I, Julia Kapinos, was told that Burns & Levenson, LLP, allows these white-collar crimes for the Suffolk County Sheriff's Office and for Harvard University. I, Julia Kapinos, was told that Tamerlan Tsarnaev's pre-meditated murder by a bone saw as a kidnapping and torture plot was for the GCHQ Cyber-magic program as well as for the Canadian-run JTRIG program as well as the Magic Circle and the Silver Circle Law Firms. I, Julia Kapinos, was told that Tamerlan Tsarnaev's pre-meditated murder by a bone saw as a kidnapping and torture plot so that Within The Ruins could promote a "Feeding Frenzy" for EOne Entertainment out of the City of Toronto in the Country of Canada for eco-terrorists and animal welfare extremists. I, Julia Kapinos, was told that this case can be the precedent against *Within The Ruins* who foreshadowed Tamerlan Tsarnaev's premeditated murder by a bone saw in "Feeding Frenzy" as part of the "Moral Side of Murder" and "Case for Cannibalism": https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers I, Julia Kapinos, was told that Tamerlan Tsarnaev's pre-meditated murder by a bone saw as a kidnapping and torture plot was for ORRICK, who represents Warburg Pincus that acquired Qualifacts, the medical records system for Gandara Clinic; Behavioral Health Network; and Clinical Support Options. I, Julia Kapinos, was also told that TherapyNotes supports Tamerlan Tsarnaev's premeditated murder by a bone saw as well as Holyoke Medical Center, Providence Behavioral Health Hospital, Mercy Medical Center (a member of Trinity Health New England), The Arbour Hospital (a member of Universal Health Systems), and The Worcester Recovery Center and Hospital. I, Julia Kapinos, was told that the Shirley State Prison, Worcester County Jail, and the Hampden County Jail all support Tamerlan Tsarnaev's premeditated murder by a bone saw.

I, Julia Kapinos, was told that Florence Bank, with about $2 billion in total assets, was involved in a staged house fire for a proposed $2.7 billion data center, a $7.2 billion Tel Aviv Data Center, Amazon's acquisition of MGM as allowed by Paul Weiss; Latham & Watkins; and Cravath, Swaine, & Moore at $8.45 billion as well as for the Amazon Distribution Center in the City of Holyoke, Massachusetts as represented by Sullivan, Hayes & Quinn, LLC;  Brooks, Sanborn & Mulcahy, LLP; Robert W. Shute; Peter F. Brady. I, Julia Kapinos, was told that the City of Holyoke Law Department is represented by Morrison & Mahoney with outside counsel of Murtha Cullina LLP as well as Susan J. Baronoff. I, Julia Kapinos, was told that these hate crimes ( https://www.justice.gov/crt/matthew-shepard-and-james-byrd-jr-hate-crimes-prevention-act-2009-0 ) are for EG Group's and TDR Capital's acquisition of Cumberland Farms as allowed by Deloitte, KPMG, PricewaterhouseCoopers, Morgan Stanley, Barclay's Bank, Rothschild & Company, Bank of America, WilmerHale; Goldman Sachs; Latham & Watkins;  Allen & Overy; and others. I, Julia Kapinos, was told that Tamerlan Tsarnaev's premeditated murder by a bone saw is why NewsCorporation split on the 27th of June 2013 and DISNEY merged with FOX for $75 billion, why *The Boston Globe* sold *The New York Times* at a billion-dollar loss; why CBS Films became defunct, why *The Boston Herald* became defunct, why a Lionsgate lot was opened in Yonkers New York; why DISCOVERY and Warner Brothers merged at $40.4 billion; why CBS/VIACOM merged with PARAMOUNT for about $40

billion; and why Capital One Bank North America purchased DISCOVER for $35 billion. I, Julia Kapinos, was told this is why SONY/Apollo submitted a $26 billion bid for PARAMOUNT. I, Julia Kapinos, was also told that this is why SkyDance is interested in PARAMOUNT. I, Julia Kapinos, was told that Attorney Richard Sypek from Ross & Ross and now Sypek Law, who works for Chick-Fil-A was behind Tamerlan Tarnaev's pre-meditated murder by a bone saw as a kidnapping and torture plot.


Sincerely,
Julia Kapinos
96 Hawks Circle
Westfield, Massachusetts 01085-1576
413-642-3587 (Comcast Landline)
413-562-7351 (Verizon Landline)

CC:
KimDonaldsonSmith@chimicles.com ;


--
This message is covered by the Electronic Communications Privacy Act, Title 18, U.S. Code §2510-2512. This e-mail message and any attached files are the exclusive property of Julia Kapinos and 96 Hawks Circle and are subject to copyright. Please be aware that this communication is deemed privileged and confidential and is intended only for the person or entity to which it is addressed. Any unauthorized review, use, disclosure, or distribution is most certainly prohibited. Therefore, if you are not the intended recipient,  contact the sender by reply e-mail. Also, please be aware of 18 U.S. Code § 1519 - Destruction, alteration, or falsification of records in Federal investigations and bankruptcy.