# EXHIBIT E

Francis Coker
129 Druid St
Spartanburg, SC  29306
FCOKER08@gmail.com
( 864 ) 921- 6545

June 3, 2024

Walmart Inc.
Attn: Legal Department
702 SW 8th Street
Bentonville, AR 72716

Dear Sir/Madam,

Re: Demand for Settlement - Weighted Goods and/or Bagged Citrus

I am writing to formally address an issue regarding the purchase of weighted goods and/or bagged citrus from Walmart. It has come to my attention that there were discrepancies in the pricing and weight of these products, which has resulted in financial loss to me as a consumer.

Despite the settlement offered in the class-action lawsuit concerning this matter, I have decided to opt out of the settlement and reserve my right to seek legal remedies independently. The purpose of this letter is to seek an amicable resolution before pursuing further legal action.

## Background

On many occasions, I purchased weighted goods and/or bagged citrus from Walmart stores and/or Walmart.com. There were significant discrepancies, leading to overcharges and financial losses.

## Details of the Issue

- Item(s) Purchased: [Beef Chuck, Chicken Breast, Ham, Salmon, Shrimp, Tilapia, ]
- Date(s) of Purchase: [Mar 2004 - present]

JUN 0 5 2024

- Store Location: [Spartanburg,SC at Dorman Center and Spartanburg,SC on the East side ]

## Demand for Compensation

As a result of these discrepancies, I have incurred financial losses and inconvenience. Therefore, I am requesting the following:

1. Settlement Amount: A total compensation of $7,500.00 to cover the overcharged amount, additional damages for the inconvenience caused, and any related expenses.

## Conclusion

I expect Walmart to address this issue promptly and compensate me fairly for the discrepancies and the inconvenience caused. Please respond to this letter within 14 days from the date of receipt. Failure to do so will compel me to retain legal counsel and pursue all available legal remedies to recover the losses and ensure fair treatment.

I hope to resolve this matter amicably and look forward to your prompt response, My information is listed above if needed to discuss this matter further.

Thank you for your attention to this issue.

Sincerely,

*Francis Coker*

6/3/2024

Frank Coker
129 Druid St
Spartanburg, SC 29306

GREENVILLE SC 296

31 MAY 2024 PM 1 L

ATT: LEGAL DEPT
WALMART INC
702 SW 8TH STREET
BENTONVILLE, AR 72716

72716-