**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>      Defendant. | Case No. 8:22-cv-02402-VMC-TGW |

**SUPPLEMENTAL DECLARATION OF STEVEN WEISBROT, ESQ.**
**REGARDING CURRENT STATUS OF THE SETTLEMENT NOTICE PLAN, THE**
**SETTLEMENT WEBSITE AND TOLL-FREE NUMBER, CLAIM FORMS RECEIVED,**
**OPT-OUTS, AND OBJECTIONS**

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). Angeion specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans.

2.      My credentials were provided in my prior declaration describing the proposed notice plan ("Notice Plan Declaration") (Dkt. No. 71-4).

3.      Pursuant to this Court's Preliminary Approval Order (Dkt. No. 75), Angeion was appointed to serve as the Claims Administrator in connection with the above-captioned litigation. In that role, among other tasks, Angeion is responsible for (1) the implementation and effectuation of the Notice Plan; (2) receiving and processing Claim Forms; (3) receiving and maintaining any requests for exclusion from the Settlement; (4) administering settlement payments; and (5) performing other duties pursuant to the Preliminary Approval Order and the Settlement Agreement.

4.      Angeion submits this declaration to provide the Court with updated information regarding the Notice Plan, Claim Forms, exclusions, and objections received to date, pursuant to ¶ 15 of the Preliminary Approval Order.

## SETTLEMENT CLASS MEMBER DATA AND EMAIL NOTICE

5.      As reported in my prior declaration (Dkt. No. 100-2) ("Prior Declaration"), Angeion received from Walmart the list of persons who Walmart identified as having likely purchased at least one Weighted Good or Bagged Citrus product during the Settlement Class Period and for whom Walmart has an email address. Angeion sent Email Notice to the 81,429,284 primary email addresses associated with the identified Unique Records. The Email Notice campaign was completed on April 4, 2024.

## REMINDER EMAIL NOTICES

6.      Between April 8, 2024, and May 12, 2024, Angeion disseminated Reminder Email Notices to individuals whose Initial Email Notice was not a hard bounce, and who had not submitted a Claim Form. In total, 76,590,007 Reminder Email Notices were sent. Of these, 75,889,783 were delivered (99.1%) and 700,224 could not be delivered (0.9%). A true and accurate copy of the Reminder Email Notice is attached hereto as **Exhibit A**.

## DIGITAL MEDIA CAMPAIGN

7.      As reported in my Prior Declaration, on February 20, 2024, Angeion commenced the four-week digital banner ad campaign, social media campaign, and paid search campaign. The comprehensive media plan targeted potential Settlement Class Members via desktop and mobile devices to reach the most qualified audience on the websites where potential Settlement Class Members were likely to shop and browse. Settlement Class Members who saw the ads were able to click on the ads to be transferred directly to the Settlement Website. The online digital banner ad program concluded delivery serving approximately 181,630,264 impressions[1] with a 0.17% click through rate to the Settlement Website. True and accurate copies of the digital banner advertisements are attached hereto as **Exhibit B**.

8.      The social media ad campaign via Facebook, Instagram, X (formerly Twitter) and Reddit used an interest-based approach which focused on the interests that users exhibit while on these social media platforms. Settlement Class Members who saw the ads were able to click on the ads

---

[1] One million impressions were geotargeted to Puerto Rico.

to be transferred directly to the Settlement Website. The social media ad campaign served a total of 75,682,216 impressions with a 0.21% click through rate to the Settlement Website. True and accurate copies of the social media ads are attached hereto as **Exhibit C**.

9.      The paid search campaign on Google was designed to help drive Settlement Class Members who were actively searching for information about the Settlement to the dedicated Settlement Website. The paid search campaign served approximately115,201 impressions and had a 41.85% click through rate to the Settlement Website.

## REACH & FREQUENCY

10.      The comprehensive media notice plan, combined with the direct notice efforts, was designed to deliver an approximate 80.15% reach with an average frequency of 3.25 times. As of June 3, 2024, the Notice Plan exceeded expectations by achieving an approximate 81.43% reach with an average frequency of 3.47 times each. This approximate 81.43% reach is independent from and does not include the Settlement Website, toll-free telephone support or press release.

## SETTLEMENT WEBSITE & TOLL-FREE TELEPHONE SUPPORT NUMBER

11.      On February 16, 2024, Angeion established the following website devoted to this Settlement:   www.walmartweightedgroceriessettlement.com   ("Settlement Website").   The Settlement Website was designed to be informative and user-friendly, prominently identifying and containing: important Settlement-related deadlines and information on the Home page; key documents (including the Notice, Summary Notice and Claim Form (all available in both English and Spanish), the Preliminary Approval Order, the Settlement Stipulation, and the Amended Complaint); and, answers to a series of "FAQs" (frequently asked questions).

12.      The Settlement Website also provides an online claim filing portal whereby Settlement Class Members can complete and submit their Claim Form electronically through the Settlement Website. Settlement Class Members can also download a PDF version of the Claim Form (in both English and Spanish) to complete and submit by mail, in the alternative.[2]

---

[2] Instruction No. 1 on the Claim Form stated that mailed Claim Forms were to be sent "by U.S. Mail to the following address: *Walmart Weighted Groceries Settlement*, c/o Claims Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103." Also, at various places in the Notice, Email Notice, and Settlement Website the Claimants are told not to contact the Court or the Court Clerk about the Notice and Claim Form. Class Counsel provided us with

13.     In addition, the Settlement Website includes examples (*e.g.* FAQ #2) and searchable lists of the Weighted Goods and Bagged Citrus that are the subject of the proposed Settlement, and also features a customized chatbot designed to assist users navigating the Settlement Website and assist with submitting claims. Approximately 20,115 visitors to the website have engaged with the chatbot. The Settlement Website also includes a "Contact Us" page whereby Settlement Class Members can send an email with any additional questions to a dedicated Angeion-monitored email address.

14.     Through June 3, 2024, the Settlement Website has had 20,097,078 page views and 15,037,327 sessions by 13,279,943 unique users.

15.     On February 13, 2024, Angeion implemented the toll-free hotline devoted to this Settlement. The toll-free hotline apprises Settlement Class Members of their rights and options pursuant to the terms of the Settlement, utilizing an interactive voice response ("IVR") system that is available in both English and Spanish. Settlement Class Members can listen to responses to frequently asked questions and other essential information regarding the Settlement. Settlement Class Members are also able to leave a voicemail to request a call back from a live agent or to request a copy of the Notice or Claim Form be mailed to them.

16.     Through June 3, 2024, the toll-free hotline has received over 21,454 incoming calls, totaling over 85,065 minutes. Additionally, potential Settlement Class Members have left over 2,280 voicemails totaling over 2,770 minutes.

## CLAIM FORM SUBMISSIONS

17.     The deadline for Settlement Class Members to submit a Claim Form is June 5, 2024.

18.     Through June 3, 2024, Angeion has received a total of approximately 3,905,158 Claim Form submissions, with 3,897,860 Claim Forms submitted via the Settlement Website and approximately 7,298 Claim Forms received by mail (or through Class Counsel).

---

the Court's March 28, 2024 Order regarding the Claim Forms that were sent to the Court. We reviewed all instructions on or associated with the Claim Form on the Settlement Website and documents to confirm that there was no instruction being given that the Claim Form should be mailed to the Court.

19.     Of the Claim Forms submitted and reviewed as of June 2, 2024, approximately 3,803,563 Claim Forms have been preliminarily identified as Option 1 claims (indicating receipts *are not* included) and 86,652 Claim Forms have been preliminarily identified as Option 2 claims (indicating receipts *are* included with the claim).[3] These Claim Form submissions remain subject to audit and verification by Angeion for (among other things) deduplication, validity, completeness, deficiencies, fraud, and grouping by household.

| Option 1 Categories | Count |
| --- | --- |
| up to 50 Weighted Goods and/or Bagged Citrus to receive $10.00 | 239,842 |
| between 51 and 75 Weighted Goods and/or Bagged Citrus to receive $15.00 | 242,589 |
| between 76 and 100 Weighted Goods and/or Bagged Citrus to receive $20.00 | 433,961 |
| 101 or more Weighted Goods and/or Bagged Citrus to receive $25.00 | 2,887,108 |
| Option type not yet reviewed/determined | 63 |
| Total: | 3,803,563 |

20.     Additionally, of the 3,905,158 total Claim Form submissions received; 435,891 Claim Forms were submitted using the Unique Notice ID from the Emailed Notice. Approximately 1,240,998 Claim Form submissions have been preliminarily identified by AngeionAffirm and/or Angeion's internal review as suspected fraud.[4]

**Correspondence with Queen Akhenaten II Montgomery Bey**

21.     Potential claimant Queen Akhenaten II Montgomery Bey contacted both Class Counsel and Angeion. Given Angeion was unclear as to the intention of Queen Akhenaten II Montgomery Bey's initial correspondence, Angeion provided information on how to file a claim, and additionally included details on how to object to the Settlement and how to opt out. Angeion, on a later occasion, again provided information on how to file a claim.

## OPT-OUTS AND OBJECTIONS

---

[3] These figures consider the claims for which the Claim "Option" could be determined at this point in the review process.
[4] AngeionAffirm, internal review and Class List Email Matching figures are preliminary and contain overlap.

22.     The deadline for Settlement Class Members to request exclusion from the Settlement was May 22, 2024.  As of June 2, 2024, Angeion has received 152 Requests for exclusions (or Opt-Out requests). Attached hereto as **Exhibit D** is a list of the names of the 152 individuals who have requested to be excluded from this Settlement.

23.     The opt out requests for Julia Kapinos, Jason Kapinos and Ernest Kapinos were received timely.[5] In consultation with Class Counsel, we confirm all three opt out requestors are notated on the Exhibit as having opted out.

24.     Angeion received one untimely, non-compliant opt out request from Francis Coker that appeared in a letter sent to Walmart and was postmarked after the deadline. According to Angeion's records, there was no correspondence or otherwise received from Coker.

25.     The deadline for Settlement Class Members to object to the Settlement was May 22, 2024. As of June 2, 2024, Angeion has received five timely Objections to the Settlement that were also filed with the Court: Anderson, Johnson, Pace, McHenry and Sweet,[6] and one that was not filed with the Court (Bey) but is being filed with the Court today by Class Counsel with their Supplemental Brief.

26.     Objector Lerandle Pace alleged issues with the Settlement Website and toll-free telephone support line. According to Angeion's records, our team spoke with Mr. Pace on April 25, 2024, and again on April 30, 2024, the latter on which we confirmed receipt of his Claim Form submitted through the Settlement Website. After further review at the time, Angeion did not identify any technical issues with the Settlement Website or the toll-free telephone system.

## NOTICE & ADMINISTRATION COSTS

27.     Through April 30, 2024, Angeion has incurred $1,425,365.70 in costs to provide notice and administration services.

## CONCLUSION

28.     The Notice Plan implemented in this Settlement provided for direct email notice, dissemination of reminder notices via email, as well as the implementation of a comprehensive

---

[5] Timely receipt of which was signed for by A. Samuels, who represents Angeion and handles such needs.
[6] The Court ruled McHenry was not a valid Objection (Dkt. No. 107).

media notice campaign. These notice efforts exceeded expectations by delivering an approximate 81.43% reach with an average frequency of 3.47 times each. The reach percentage exceeds the guidelines as set forth in the Federal Judicial Center's Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide to effectuate a notice program which reaches a high degree of class members.

29.     The Notice Plan also included the implementation of a dedicated Settlement Website and toll-free telephone support, and issuance of a press release to further provide Settlement Class Members with information about their rights and options pursuant to the terms of the Settlement.

30.     It remains my professional opinion that the Notice Plan described herein provided full and proper notice to Settlement Class Members before the claims, opt-out, and objection deadlines, providing the best notice practicable under the circumstances, fully compliant with due process and Fed. R. Civ. P. 23.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 5, 2024

_____
STEVEN WEISBROT

# Exhibit A

| | |
|---|---|
| **From:** | Claims Administrator <donotreply@walmartweightedgroceriessettlement.com> |
| **Sent:** | Monday, April 8, 2024 10:51 AM |
| **To:** | |
| **Subject:** | Reminder Notice: File your Claim in the Kukorinis v. Walmart, Inc. Class Action Settlement |

**Notice ID:**

**Confirmation Code:**

### Claim Deadline Approaching for Walmart Class Action Settlement

The purpose of this notice is to remind you that if you Purchased Weighted Goods and/or Bagged Citrus in person, at a Walmart Store, in the United States or Puerto Rico, from October 19, 2018 through January 19, 2024, you may be eligible for a cash payment from this class action settlement.

The Settlement website, www.WalmartWeightedGroceriesSettlement.com, contains product descriptions and a searchable list of UPC Codes for the Weighted Goods and Bagged Citrus and examples of those products can be viewed in the FAQs and in the Plaintiff's Amended Complaint, both on the Settlement website: www.WalmartWeightedGroceriesSettlement.com.

In order to share in the distribution of the Net Settlement Fund, you **must** timely submit a Claim Form online, or, if mailed, postmarked **no later than June 5, 2024.**

No supporting documentation is required to be eligible to receive a payment: You may submit a Claim even if you no longer have receipts.

You can submit your Claim online at www.WalmartWeightedGroceriesSettlement.com. You may also download the Claim Form from the Settlement Website, or call the Claims Administrator toll-free 1-833-987-9998 to get a paper copy of the Claim Form, and mail your Claim Form to the Claims Administrator at the following address: *Walmart Weighted Groceries Settlement, c/o Claims Administrator,* 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. Do not mail your Claim Form to the Court, Counsel or Walmart.

Unless the deadline is extended, your failure to submit your Claim by **_June 5, 2024_** will preclude you from receiving any payment from the Settlement.

Unsubscribe

2

# Exhibit B

**Legal Notice**: If you purchased certain **bagged citrus products** in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

LEARN MORE



-VMC-TGW Document 124-7 Filed 06/05/24 Page 13

in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

LEARN MORE

**Legal Notice:**
If you purchased
certain **bagged
citrus products**
in a **Walmart**
store, you may
be eligible to
receive a payment
from a class action
settlement.

**LEARN MORE**



**Legal Notice**: If you purchased certain **bagged citrus products** in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

LEARN MORE



in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

LEARN MORE

**Legal Notice:** If you purchased certain **bagged citrus products** in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

**LEARN MORE**

**Legal Notice:** If you purchased certain **meat, poultry, pork and seafood** products in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

CLICK HERE TO LEARN MORE >>



Legal Notice: If you purchased certain meat, poultry, pork product you may be eligible to receive a payment from a class action settlement.

CLICK HERE TO LEARN MORE >>



**Legal Notice:**
If you purchased certain **meat, poultry, pork and seafood** products in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

CLICK HERE TO LEARN MORE >>



**Legal Notice:**
If you purchased certain **meat, poultry, pork and seafood** products in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

CLICK HERE TO LEARN MORE >>

Legal Notice: If you purchased certain meat, poultry, pork and seafood products at a Walmart store, you may be eligible to receive payment from a class action settlement.

CLICK HERE TO LEARN MORE >>

**Legal Notice:** If you purchased certain **meat, poultry, pork and seafood** products in a **Walmart** store, you may be eligible to receive a payment from a class action settlement.

CLICK HERE TO LEARN MORE >>

Exhibit C

**Crew Group**
Sponsored · 🌐

Legal Notice: If you purchased certain bagged citrus products in a Walmart store, you may be eligible to receive a payment from a class action settlement.



WALMARTWEIGHTEDGROCERIESSETTLEMENT.COM
**Walmart Weighted Groceries Settlement**
Click here for more information.

Learn more

 Like       Comment      Share

**Angelon Group**
Sponsored · 🌐

Legal Notice: If you purchased certain bagged citrus products in a Walmart store, you may be eligible to receive a payment from a class action settlement.



walmartweightedgroceriesset…
**Walmart Weighted Groceries Settlement**

Learn more

 Like    Comment    Share



Legal Notice: If you purchased certain bagged citrus products in a Walmart store, you may be eligible to receive a payment from a class action settlement.



WalmartWeightedGroceriesSettleme...
**Walmart Weighted Groceries Settlement**

   

 Promoted



**Angelon Group**
Sponsored · 🌐

Legal Notice: If you purchased certain meat, poultry, pork and seafood products in a Walmart store, you may be eligible to receive a payment from a class action settlement.

WALMARTWEIGHTEDGROCERIESSETTLEMENT.COM

**Walmart Weighted Groceries Settlement**
Click here for more information.

Learn more

 Like    Comment    Share



**Angelon Group**
Sponsored · 🌐

Legal Notice: If you purchased certain meat, poultry, pork and seafood products in a Walmart store, you may be eligible to receive a payment from a class action settlement.

walmartweightedgroceriesset...

**Walmart Weighted Groceries Settlement**

Learn more

👍 Like     💬 Comment     ↪ Share



Legal Notice: If you purchased certain meat, poultry, pork and seafood products in a Walmart store, you may be eligible to receive a payment from a class action settlement.



WalmartWeightedGroceriesSettleme...
**Walmart Weighted Groceries Settlement**

   

 Promoted

**Angerion Group**
Sponsored · 🌐

Legal Notice: If you purchased certain meat, poultry, pork and seafood products in a Walmart store, you may be eligible to receive a payment from a class action settlement.



WALMARTWEIGHTEDGROCERIESSETTLEMENT.COM

**Walmart Weighted Groceries Settlement**
Click here for more information.

Learn more

 Like      Comment      Share



**Angelion Group**
Sponsored · 🌐

Legal Notice: If you purchased certain meat, poultry, pork and seafood products in a Walmart store, you may be eligible to receive a payment from a class action settlement.

walmartweightedgroceriesset...
**Walmart Weighted Groceries Settlement**

Learn more

 Like    Comment       Share



Legal Notice: If you purchased certain
meat, poultry, pork and seafood products
in a Walmart store, you may be eligible to
receive a payment from a class action
settlement.



WalmartWeightedGroceriesSettleme...
Walmart Weighted Groceries
Settlement

   

 Promoted

Exhibit D



## Kukorinis v. Walmart, Inc.
### Requests for Exclusion

| | First Name | Last Name |
|---|---|---|
| 1 | JOANN | PERNACI |
| 2 | CENTRAL PAINTING & SANDBLASTING INC | |
| 3 | DAVID WAYNE | SWORD |
| 4 | PETER | MONFREDA |
| 5 | JESSICA JADE | LAWSON |
| 6 | KATHLEEN B | CIKO |
| 7 | PATRICIA C | FRIEL |
| 8 | ELEANOR M | CAMPBELL |
| 9 | BOAH | LEE |
| 10 | JESSICA TALEEN | COLEMAN |
| 11 | CURT | CHERRY |
| 12 | DIANE | CHERRY |
| 13 | JOSEPH | KUBIAK |
| 14 | JENNIFER | REED |
| 15 | GORDON RICHARD | HAUGLIE |
| 16 | CHRIS F | NORDSTROM |
| 17 | JOEL | GUILHERME |
| 18 | GLENN V | KOWALSKI |
| 19 | BRIAN ALAN | EDWARDS |
| 20 | GREGORY J | GERBER |
| 21 | EDDIE D | SWOPE |
| 22 | RUTH A | SWOPE |
| 23 | IVAN | PRIKRYL |
| 24 | BONITA | SPINNER |
| 25 | DAVID | THREADGIL |
| 26 | ESTHER | THREADGIL |
| 27 | FAITH | PATTRIN |
| 28 | STEPHAN P | BRANEKY |
| 29 | SUSAN | SACCO |
| 30 | MICHAEL | DINKEL |
| 31 | MARY E | RABON |
| 32 | SYLVIA | HUMPHREY |
| 33 | KATHRYN J | BERGERON |
| 34 | HECTOR | RUBIO-GARCIA |
| 35 | BECKY | ANTOINE |

| | | |
|---|---|---|
| 36 | DEBORAH MAE | KURZHALS |
| 37 | DAVID | KURZHALS |
| 38 | MARY M | JAMES |
| 39 | CHARLES ANTHONY | PICCIRILLO |
| 40 | DIANA | HERNANDEZ |
| 41 | VERONICA | WENKUS |
| 42 | SHERYL LYNN | CLARK |
| 43 | CAROLE | NOSS |
| 44 | TROY LEE | STROTHER |
| 45 | JUDITH A | GLAZIER |
| 46 | DELIO J | FERNANDEZ |
| 47 | JESSICA | STECHACHULTE |
| 48 | TERRY | ROBINSON |
| 49 | EUGENIO | SEDA |
| 50 | KALEEN | COOPER |
| 51 | LISA | VANWELSENAERS |
| 52 | DAVID WAYNE | SICA |
| 53 | GARY | AAGESEN |
| 54 | JENNIFER M | PORTER |
| 55 | MONA | BRYANT |
| 56 | KAREN | SHACKLE |
| 57 | MILA | SU |
| 58 | JANICE | ANDIORIO |
| 59 | IVAN | BECERRA JR |
| 60 | KAYLA SURANIE | DOODNATH |
| 61 | PEGGY | GEMBERLING |
| 62 | JOHANNA D | VINER |
| 63 | ELLEN | DOUGLASS |
| 64 | KELLI | ESTES |
| 65 | BEVERLY | GORMAN |
| 66 | ROBERT L | SHICK JR |
| 67 | TIOSHA | HAYES |
| 68 | KATHERINE | JOHNS |
| 69 | DARRYL | JOHNS |
| 70 | TED | MALDONADO |
| 71 | HILDEGARD U | MALDONADO |
| 72 | JENNIFER LORENE | PRUITT |
| 73 | LYNNE G | CASTRO |
| 74 | JASON E | CASTRO |
| 75 | GARY | CARLMARK |
| 76 | LYNNE G | STARNER |
| 77 | GAVIN RANDALL | HITCHINS |
| 78 | BRIAN | CONREY |
| 79 | MELISSA | CONREY |
| 80 | BARI | JARREAU |
| 81 | KIMBERLY SUE | STAUBS |
| 82 | DAVIN | MORGAN |

| | | |
|---|---|---|
| 83 | NEIL | NYE |
| 84 | AMERICA | GROSCHEL |
| 85 | STEVEN | MENDEZ |
| 86 | TRACINA | CONWAY |
| 87 | MARLA JUDITH | SOTO-GONZALEZ |
| 88 | TRISTIAN | STORMS |
| 89 | CHRISTOPHER C | NORTH |
| 90 | DEANGELO | JOHNSON |
| 91 | ANNA MARIE | PARSONS |
| 92 | AYANA | LOONEY |
| 93 | LONALD TRAVIS | SMALLEN |
| 94 | DAWN | RATACZAK |
| 95 | CURT | HARTER |
| 96 | NANCY | CHAPPEL |
| 97 | TANIA CUESTA | WAGNER |
| 98 | JAMES J | HARMAN |
| 99 | JESSICA RENE | COLEMAN |
| 100 | SUEANN | RAYMOND |
| 101 | GAIL | MAYARD |
| 102 | ZACHARY | SMITH |
| 103 | ASHLEY M | PACHECO |
| 104 | DARRELL | BRIDGEWATER |
| 105 | JASON | FOURIER |
| 106 | JOHN D | TOSCANO |
| 107 | ALEXANDER | YAKOVLEV |
| 108 | HUYNH | VU |
| 109 | VIRGINIA | SETLIFF |
| 110 | SUANN CAROL | BURGIN |
| 111 | PAULA J | NELSON |
| 112 | LORI | COLL |
| 113 | ERIC | EHMANN |
| 114 | TRUDIE ANN | MOSER |
| 115 | TAMMY | THOMPSON |
| 116 | ISAAC DOYLE | KOCH |
| 117 | ADRIENNE | REITSMA |
| 118 | LAUREN | BOND |
| 119 | JULIE | RAFAEL |
| 120 | NICHOLAS | CHIN |
| 121 | MARLENA GAIL | ROSS |
| 122 | BENNU A | FOXBERRIES |
| 123 | KAREN | HINDA |
| 124 | CHRISTOPHER A | BOTELHO |
| 125 | LISA MARIE | ADAMO |
| 126 | MARIE J | FUENTES |
| 127 | MARY C | WILLIAMS |
| 128 | SIN A | KANG |
| 129 | GRACE | OH |

| 130 | NORA L | NAVAR |
| 131 | WILLIAM M | SMITH |
| 132 | JENNIFER NOEL | LEMLER |
| 133 | JULIA | KAPINOS |
| 134 | KRISTEN | PANELLI |
| 135 | MARY R | GUILLORY |
| 136 | JOSEPH T | JANESH |
| 137 | JOHN A | MAIN |
| 138 | JOHN | SILVRANOS |
| 139 | NICOLE C | ADAMS |
| 140 | ANGELA A | BENHAM |
| 141 | ROBERT E | BENHAM JR |
| 142 | MISHAEL JOHANAN | KODAY |
| 143 | CRYSTAL | CAPOZZI |
| 144 | CAROLYN J | LOPEZ |
| 145 | LINDA | MCCULLEY |
| 146 | HENRY | SUZUKI |
| 147 | JASON JAMES | BONNEMA |
| 148 | JASON ERNEST | KAPINOS |
| 149 | JAYNE LOUISE | EDWARDS |
| 150 | KENNETH LEE | EDWARDS |
| 151 | DOROTHEA | SHORTER |
| 152 | ERNEST JOSEPH | KAPINOS |