UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VASSILIOS KUKORINIS,**
individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.                                                                         No. 8:22-CV-02402

**WALMART, INC.,**

    *Defendant.*

---

## NOTICE OF FILING THE SECOND SUPPLEMENTAL DECLARATION OF STEVEN WEISBROT, ESQ. REGARDING CURRENT STATUS OF THE OPT-OUTS

Class Counsel hereby files the attached Second Supplemental Declaration of Steven Weisbrot, Esq. Regarding the Current Status of the Opt-Outs and Exhibit D-1 thereto, which provides updated information on the opt-outs discussed in the June 5, 2024 Supplemental Brief in Further Support of Final Approval of the Class Action Settlement and Fee and Expense Award (ECF No. 124) and Supplemental Weisbrot Declaration (ECF No. 124-7).

Dated: June 10, 2024                            Respectfully submitted,

                                                    **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

                                                  <u>*By: /s/Kimberly M. Donaldson-Smith*</u>
                                                  Nicholas E. Chimicles
                                                  Kimberly M. Donaldson-Smith

        Zachary P. Beatty
361 West Lancaster Avenue
Haverford, PA 19041
Phone: 610-642-8500
Fax: 610-649-3633
nec@chimicles.com
kmd@chimicles.com
zpb@chimicles.com

***Counsel for Plaintiff and Settlement Class Counsel***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

Dated:  June 10, 2024                  */s/Kimberly M. Donaldson-Smith*
                                                                 Kimberly M. Donaldson-Smith