# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | Case No. 8:22-cv-02402-VMC-TGW |

## SECOND SUPPLEMENTAL DECLARATION OF STEVEN WEISBROT, ESQ. REGARDING CURRENT STATUS OF THE OPT-OUTS

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). Angeion specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans.

2. My credentials were provided in my prior declaration describing the proposed notice plan ("Notice Plan Declaration") (Dkt. No. 71-4).

3. Pursuant to this Court's Preliminary Approval Order (Dkt. No. 75), Angeion was appointed to serve as the Claims Administrator in connection with the above-captioned litigation. In that role, among other tasks, Angeion is responsible for (1) the implementation and effectuation of the Notice Plan; (2) receiving and processing Claim Forms; (3) receiving and maintaining any requests for exclusion from the Settlement; (4) administering settlement payments; and (5) performing other duties pursuant to the Preliminary Approval Order and the Settlement Agreement.

4. Angeion submits this declaration to provide the Court with an updated list of the names of individuals who have requested to be excluded from this Settlement.

## OPT-OUTS

5. Subsequent to the June 5, 2024 filing of my Supplemental Declaration of Steven Weisbrot, Esq. Regarding Current Status of the Settlement Notice Plan, the Settlement Website and Toll-Free Number, Claim Forms Received, Opt-Outs, and Objections ("Supplemental Declaration") (Dkt. No. 124-7), Angeion received 10 additional requests to opt-out. Of these, eight requests were timely postmarked and have been included in the updated opt-out list attached as **Exhibit D-1**. The remaining two opt-outs from Da Hee An and Ryan Neal B. Laforteza contained a late postmark, thus they are not included in the updated list.

6. One of the additional timely opt-out requests was from Francis Coker, who had previously sent a letter to Walmart referencing an opt-out request. My Supplemental Declaration at ¶24 indicated that we had not received an opt-out request from Mr. Coker at that time. Mr. Coker's situation was addressed in Class Counsel's Supplemental Brief at footnote 4. Mr. Coker has now been added to the updated opt out list.

7. The deadline for Settlement Class Members to request exclusion from the Settlement was May 22, 2024. As of June 10, 2024, Angeion received 160 timely requests for exclusion (or opt-out requests) which are referenced in the attached exhibit.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 10, 2024

_____
STEVEN WEISBROT

# Exhibit D-1



# Kukorinis v. Walmart, Inc.
## Requests for Exclusion

| # | First Name | Last Name |
|---|---|---|
| 1 | JOANN | PERNACI |
| 2 | CENTRAL PAINTING & SANDBLASTING INC | |
| 3 | DAVID WAYNE | SWORD |
| 4 | PETER | MONFREDA |
| 5 | JESSICA JADE | LAWSON |
| 6 | KATHLEEN B | CIKO |
| 7 | PATRICIA C | FRIEL |
| 8 | ELEANOR M | CAMPBELL |
| 9 | BOAH | LEE |
| 10 | JESSICA TALEEN | COLEMAN |
| 11 | CURT | CHERRY |
| 12 | DIANE | CHERRY |
| 13 | JOSEPH | KUBIAK |
| 14 | JENNIFER | REED |
| 15 | GORDON RICHARD | HAUGLIE |
| 16 | CHRIS F | NORDSTROM |
| 17 | JOEL | GUILHERME |
| 18 | GLENN V | KOWALSKI |
| 19 | BRIAN ALAN | EDWARDS |
| 20 | GREGORY J | GERBER |
| 21 | EDDIE D | SWOPE |
| 22 | RUTH A | SWOPE |
| 23 | IVAN | PRIKRYL |
| 24 | BONITA | SPINNER |
| 25 | DAVID | THREADGIL |
| 26 | ESTHER | THREADGIL |
| 27 | FAITH | PATTRIN |
| 28 | STEPHAN P | BRANEKY |
| 29 | SUSAN | SACCO |
| 30 | MICHAEL | DINKEL |
| 31 | MARY E | RABON |
| 32 | SYLVIA | HUMPHREY |
| 33 | KATHRYN J | BERGERON |
| 34 | HECTOR | RUBIO-GARCIA |
| 35 | BECKY | ANTOINE |

| # | First | Last |
|---|---|---|
| 36 | DEBORAH MAE | KURZHALS |
| 37 | DAVID | KURZHALS |
| 38 | MARY M | JAMES |
| 39 | CHARLES ANTHONY | PICCIRILLO |
| 40 | DIANA | HERNANDEZ |
| 41 | VERONICA | WENKUS |
| 42 | SHERYL LYNN | CLARK |
| 43 | CAROLE | NOSS |
| 44 | TROY LEE | STROTHER |
| 45 | JUDITH A | GLAZIER |
| 46 | DELIO J | FERNANDEZ |
| 47 | JESSICA | STECHACHULTE |
| 48 | TERRY | ROBINSON |
| 49 | EUGENIO | SEDA |
| 50 | KALEEN | COOPER |
| 51 | LISA | VANWELSENAERS |
| 52 | DAVID WAYNE | SICA |
| 53 | GARY | AAGESEN |
| 54 | JENNIFER M | PORTER |
| 55 | MONA | BRYANT |
| 56 | KAREN | SHACKLE |
| 57 | MILA | SU |
| 58 | JANICE | ANDIORIO |
| 59 | IVAN | BECERRA JR |
| 60 | KAYLA SURANIE | DOODNATH |
| 61 | PEGGY | GEMBERLING |
| 62 | JOHANNA D | VINER |
| 63 | ELLEN | DOUGLASS |
| 64 | KELLI | ESTES |
| 65 | BEVERLY | GORMAN |
| 66 | ROBERT L | SHICK JR |
| 67 | TIOSHA | HAYES |
| 68 | KATHERINE | JOHNS |
| 69 | DARRYL | JOHNS |
| 70 | TED | MALDONADO |
| 71 | HILDEGARD U | MALDONADO |
| 72 | JENNIFER LORENE | PRUITT |
| 73 | LYNNE G | CASTRO |
| 74 | JASON E | CASTRO |
| 75 | GARY | CARLMARK |
| 76 | LYNNE G | STARNER |
| 77 | GAVIN RANDALL | HITCHINS |
| 78 | BRIAN | CONREY |
| 79 | MELISSA | CONREY |
| 80 | BARI | JARREAU |
| 81 | KIMBERLY SUE | STAUBS |
| 82 | DAVIN | MORGAN |

| # | First | Last |
|---|---|---|
| 83 | NEIL | NYE |
| 84 | AMERICA | GROSCHEL |
| 85 | STEVEN | MENDEZ |
| 86 | TRACINA | CONWAY |
| 87 | MARLA JUDITH | SOTO-GONZALEZ |
| 88 | TRISTIAN | STORMS |
| 89 | CHRISTOPHER C | NORTH |
| 90 | DEANGELO | JOHNSON |
| 91 | ANNA MARIE | PARSONS |
| 92 | AYANA | LOONEY |
| 93 | LONALD TRAVIS | SMALLEN |
| 94 | DAWN | RATACZAK |
| 95 | CURT | HARTER |
| 96 | NANCY | CHAPPEL |
| 97 | TANIA CUESTA | WAGNER |
| 98 | JAMES J | HARMAN |
| 99 | JESSICA RENE | COLEMAN |
| 100 | SUEANN | RAYMOND |
| 101 | GAIL | MAYARD |
| 102 | ZACHARY | SMITH |
| 103 | ASHLEY M | PACHECO |
| 104 | DARRELL | BRIDGEWATER |
| 105 | JASON | FOURIER |
| 106 | JOHN D | TOSCANO |
| 107 | ALEXANDER | YAKOVLEV |
| 108 | HUYNH | VU |
| 109 | VIRGINIA | SETLIFF |
| 110 | SUANN CAROL | BURGIN |
| 111 | PAULA J | NELSON |
| 112 | LORI | COLL |
| 113 | ERIC | EHMANN |
| 114 | TRUDIE ANN | MOSER |
| 115 | TAMMY | THOMPSON |
| 116 | ISAAC DOYLE | KOCH |
| 117 | ADRIENNE | REITSMA |
| 118 | LAUREN | BOND |
| 119 | JULIE | RAFAEL |
| 120 | NICHOLAS | CHIN |
| 121 | MARLENA GAIL | ROSS |
| 122 | BENNU A | FOXBERRIES |
| 123 | KAREN | HINDA |
| 124 | CHRISTOPHER A | BOTELHO |
| 125 | LISA MARIE | ADAMO |
| 126 | MARIE J | FUENTES |
| 127 | MARY C | WILLIAMS |
| 128 | SIN A | KANG |
| 129 | GRACE | OH |

| #   | First           | Last             |
|-----|-----------------|------------------|
| 130 | NORA L          | NAVAR            |
| 131 | WILLIAM M       | SMITH            |
| 132 | JENNIFER NOEL   | LEMLER           |
| 133 | JULIA           | KAPINOS          |
| 134 | KRISTEN         | PANELLI          |
| 135 | MARY R          | GUILLORY         |
| 136 | JOSEPH T        | JANESH           |
| 137 | JOHN A          | MAIN             |
| 138 | JOHN            | SILVRANOS        |
| 139 | NICOLE C        | ADAMS            |
| 140 | ANGELA A        | BENHAM           |
| 141 | ROBERT E        | BENHAM JR        |
| 142 | MISHAEL JOHANAN | KODAY            |
| 143 | CRYSTAL         | CAPOZZI          |
| 144 | CAROLYN J       | LOPEZ            |
| 145 | LINDA           | MCCULLEY         |
| 146 | HENRY           | SUZUKI           |
| 147 | JASON JAMES     | BONNEMA          |
| 148 | JASON ERNEST    | KAPINOS          |
| 149 | JAYNE LOUISE    | EDWARDS          |
| 150 | KENNETH LEE     | EDWARDS          |
| 151 | DOROTHEA        | SHORTER          |
| 152 | ERNEST JOSEPH   | KAPINOS          |
| 153 | FRANCIS         | COKER            |
| 154 | MARK P          | EPSTEIN          |
| 155 | REBECCA         | ANDERSON SALONE  |
| 156 | REBEKAH GRACE   | YODER            |
| 157 | ROBBI           | THOMAS           |
| 158 | ROSELLA         | GROVES           |
| 159 | SHELBY E        | BRANTLEY         |
| 160 | WENDY LEA       | HEMPEL           |