**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:   8:22-cv-2402-VMC-TGW** | **DATE:**   June 12, 2024 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **VASSILIOS KUKORINIS**<br><br>         Plaintiff,<br><br>v.<br><br>**WALMART, INC.**<br><br>         Defendant | **PLAINTIFF COUNSEL**<br><br>Nicholas E. Chimicles<br>Kimberly Donaldson-Smith<br><br>**DEFENDANT COUNSEL**<br>Christopher Torres<br>Naomi G. Beer | |
| **COURT REPORTER:**  Susan Cayler | **DEPUTY CLERK:** | Magaly Justiniano |
| **TIME:**  10:06 AM – 11:53 AM<br>**TOTAL:**  1 hr, 47 mins | **COURTROOM:** | 14B |

**PROCEEDINGS:**     Motion for Final Approval of the Class Action Settlement

Court called to order.

Counsel state their appearances for the record.

The Court confirms the number of objections to the proposed settlement agreement (6) and opt outs (160) received.

The Court heard argument regarding the claim of attorney's fees in the amount of 9 million dollars.

Statements made by counsel.

The Court inquires of the individuals in the audience if they wish to speak.

The Plaintiff, Vassilios Kukorinis made statements to the Court.

Statements made by counsel.

The Court confirms the definition of the class settlement.

The objections received from Sheena McHenry, Mr. Pace, Mr. Wayne Anderson, Joan Johnson, Angela Taylor Sweet, Queen Montgomery Bay are overruled for the reasons stated on the record.

The Court approves the proposed settlement agreement for the reasons stated on the record.

The Court will retain jurisdiction until December 31, 2024. The Court will consider an extension past that date if need be.

The Court overrules the untimely filing of Dana Albrecht for the reasons stated on the record.

The Court will enter in order in roughly a week's time.

Court adjourned.