**EXHIBIT A: Requests for Exclusion**

1 JOANN PERNACI
2 CENTRAL PAINTING & SANDBLASTING INC
3 DAVID WAYNE SWORD
4 PETER MONFREDA
5 JESSICA JADE LAWSON
6 KATHLEEN B CIKO
7 PATRICIA C FRIEL
8 ELEANOR M CAMPBELL
9 BOAH LEE
10 JESSICA TALEEN COLEMAN
11 CURT CHERRY
12 DIANE CHERRY
13 JOSEPH KUBIAK
14 JENNIFER REED
15 GORDON RICHARD HAUGLIE
16 CHRIS F NORDSTROM
17 JOEL GUILHERME
18 GLENN V KOWALSKI
19 BRIAN ALAN EDWARDS
20 GREGORY J GERBER
21 EDDIE D SWOPE
22 RUTH A SWOPE
23 IVAN PRIKRYL
24 BONITA SPINNER
25 DAVID THREADGIL
26 ESTHER THREADGIL
27 FAITH PATTRIN
28 STEPHAN P BRANEKY
29 SUSAN SACCO
30 MICHAEL DINKEL
31 MARY E RABON
32 SYLVIA HUMPHREY
33 KATHRYN J BERGERON
34 HECTOR RUBIO-GARCIA
35 BECKY ANTOINE
36 DEBORAH MAE KURZHALS
37 DAVID KURZHALS
38 MARY M JAMES
39 CHARLES ANTHONY PICCIRILLO
40 DIANA HERNANDEZ
41 VERONICA WENKUS
42 SHERYL LYNN CLARK
43 CAROLE NOSS

```
44 TROY LEE STROTHER
45 JUDITH A GLAZIER
46 DELIO J FERNANDEZ
47 JESSICA STECHACHULTE
48 TERRY ROBINSON
49 EUGENIO SEDA
50 KALEEN COOPER
51 LISA VANWELSENAERS
52 DAVID WAYNE SICA
53 GARY AAGESEN
54 JENNIFER M PORTER
55 MONA BRYANT
56 KAREN SHACKLE
57 MILA SU
58 JANICE ANDIORIO
59 IVAN BECERRA JR
60 KAYLA SURANIE DOODNATH
61 PEGGY GEMBERLING
62 JOHANNA D VINER
63 ELLEN DOUGLASS
64 KELLI ESTES
65 BEVERLY GORMAN
66 ROBERT L SHICK JR
67 TIOSHA HAYES
68 KATHERINE JOHNS
69 DARRYL JOHNS
70 TED MALDONADO
71 HILDEGARD U MALDONADO
72 JENNIFER LORENE PRUITT
73 LYNNE G CASTRO
74 JASON E CASTRO
75 GARY CARLMARK
76 LYNNE G STARNER
77 GAVIN RANDALL HITCHINS
78 BRIAN CONREY
79 MELISSA CONREY
80 BARI JARREAU
81 KIMBERLY SUE STAUBS
82 DAVIN MORGAN
83 NEIL NYE
84 AMERICA GROSCHEL
85 STEVEN MENDEZ
86 TRACINA CONWAY
87 MARLA JUDITH SOTO-GONZALEZ
88 TRISTIAN STORMS
```

```
 89 CHRISTOPHER C NORTH
 90 DEANGELO JOHNSON
 91 ANNA MARIE PARSONS
 92 AYANA LOONEY
 93 LONALD TRAVIS SMALLEN
 94 DAWN RATACZAK
 95 CURT HARTER
 96 NANCY CHAPPEL
 97 TANIA CUESTA WAGNER
 98 JAMES J HARMAN
 99 JESSICA RENE COLEMAN
100 SUEANN RAYMOND
101 GAIL MAYARD
102 ZACHARY SMITH
103 ASHLEY M PACHECO
104 DARRELL BRIDGEWATER
105 JASON FOURIER
106 JOHN D TOSCANO
107 ALEXANDER YAKOVLEV
108 HUYNH VU
109 VIRGINIA SETLIFF
110 SUANN CAROL BURGIN
111 PAULA J NELSON
112 LORI COLL
113 ERIC EHMANN
114 TRUDIE ANN MOSER
115 TAMMY THOMPSON
116 ISAAC DOYLE KOCH
117 ADRIENNE REITSMA
118 LAUREN BOND
119 JULIE RAFAEL
120 NICHOLAS CHIN
121 MARLENA GAIL ROSS
122 BENNU A FOXBERRIES
123 KAREN HINDA
124 CHRISTOPHER A BOTELHO
125 LISA MARIE ADAMO
126 MARIE J FUENTES
127 MARY C WILLIAMS
128 SIN A KANG
129 GRACE OH
130 NORA L NAVAR
131 WILLIAM M SMITH
132 JENNIFER NOEL LEMLER
133 JULIA KAPINOS
```

```
134 KRISTEN PANELLI
135 MARY R GUILLORY
136 JOSEPH T JANESH
137 JOHN A MAIN
138 JOHN SILVRANOS
139 NICOLE C ADAMS
140 ANGELA A BENHAM
141 ROBERT E BENHAM JR
142 MISHAEL JOHANAN KODAY
143 CRYSTAL CAPOZZI
144 CAROLYN J LOPEZ
145 LINDA MCCULLEY
146 HENRY SUZUKI
147 JASON JAMES BONNEMA
148 JASON ERNEST KAPINOS
149 JAYNE LOUISE EDWARDS
150 KENNETH LEE EDWARDS
151 DOROTHEA SHORTER
152 ERNEST JOSEPH KAPINOS
153 FRANCIS COKER
154 MARK P EPSTEIN
155 REBECCA ANDERSON SALONE
156 REBEKAH GRACE YODER
157 ROBBI THOMAS
158 ROSELLA GROVES
159 SHELBY E BRANTLEY
160 WENDY LEA HEMPEL
```