Kathryn Leahy

5933 Walnut Ave

Orangevale, California 95662

Kukorinis V Walmart Inc

Case No. 8:22-cv-02402-VMC-TGW

US District Court for the Middle Districtt of Florida, Tampa Division

Tampa, Florida

I would like to be a plaintiff in the class action suit against Walmart. I do all my grocery shopping at the Walmart on the corner of Greenback and Hazel Ave in Orangevale, California, spending between $80.00 and $125.00 per week for all the years they have been located there, I have lived at my present address since May 2004. I believe Walmart may have built there at their Greenback location within five years of that or 2009. I believe for the amount of money, (I will be sending an example of my credit card expenditures proving the amount of money spent monthly at Walmart), I desire the $500.00 maximum paid out to an individual. I would like that money as a gift card to Walmart. I bought weighted goods and citrus, between 10/18/2018 through 01/19/2024 at the Greenback and Hazel Walmart location.

Sincerely,

*Kathryn Leahy*

Kathryn Leahy

Please detach and mail the coupon above with your payment.

**USAA**

USAA American Express® Card

**Statement Closing Date** 11/28/23

Account Number: [REDACTED]
**Credit limit** $12,000.00
**Available credit** $2,669.00

Questions?
Visit us at www.usaa.com
Questions? Call Customer Service (800) 531-9762
Lost or Stolen Card (800) 531-9762

Or write us at:
PO BOX 65020, SAN ANTONIO, TX 78265-5020

Remit payment to: USAA CREDIT CARD PAYMENTS
10750 MCDERMOTT FWY
SAN ANTONIO TX 78288-0509

### USAA Documents Online

Get statements faster, save paper, and reduce your risk of identity theft with USAA Documents Online. It's free, convenient, and helps us save you money. Log on to usaa.com and sign up today.

### Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $8,315.67 |
| Payments | − | $1,315.67 |
| Other Credits | − | $36.21 |
| New Purchases | + | $2,241.11 |
| New Cash Advances | + | $0.00 |
| New Balance Transfers | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $125.52 |
| New Balance | | $9,330.42 |
| Credit Limit | | $12,000.00 |
| Available Credit | | $2,669.00 |
| Days in Billing Cycle | | 30 |

### Payment Information

| | |
|---|---|
| New Balance | $9,330.42 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | 12/23/23 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

**Minimum Payment Warning:** If you make only the regular minimum payment* each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 27 years | $21,187.00 |
| $329.00 | 3 years | $11,834.00 (Savings = $9,353.00) |

If you would like information about credit counseling services, call 1-800-531-1291.

*See Important Account Information at end of statement. You may repay the total balance at any time.

### Rewards Summary

**USAA REWARDS PROGRAM**

FOR MORE INFORMATION ABOUT YOUR USAA REWARDS PROGRAM, GO TO YOUR ACCOUNT SUMMARY PAGE ON USAA.COM OR CALL (800)531-USAA(8722) MONDAY-FRIDAY 7 AM - 7 PM(CT), SATURDAY & SUNDAY 7AM - 4 PM(CT)

012577122

5550   0001 M8H      1    7  20  231128  0         PAGE 1 of 4        1 0  6340  3000  B164  01AB5550         52599

## Transactions

### Payments and Credits

| Trans Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 11/10 | 11/10 | F6340009U000OE314 | CORRECTIVE CREDIT-#000000023521 | $36.21- |
| 11/15 | 11/15 | P63400359H5P9FL84 | PAYMENT - THANK YOU | $1,315.67- |
|  |  |  | **Total Payments And Credits For This Period** | **$1,351.88-** |

### Transactions

**KATHRYN L LEAHY - 3743 XXXXXX X1251**

| Trans Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 10/28 | 10/30 | 73743GFMGV200YGJA | TWO MEN AND A TRUCK 0264 SACRAMENTO CA | $1,151.50 |
| 10/30 | 10/30 | 73743GFMHSA00YGJA | BURGER KING #1450 0145 SACRAMENTO CA | $6.47 |
| 10/30 | 10/30 | 73743GFMHSA00YGJA | WAL-MART SUPERCENTER 4309 ORANGEVALE CA | $28.53 |
| 10/30 | 10/30 | 73743GFMHSA00YGJA | ORANGEVALE GAS N GO ORANGEVALE CA | $50.00 |
| 11/02 | 11/02 | 73743GFMMPA00YGJA | GOODWILL ORANGEVALE 06888 ORANGEVALE CA | $11.98 |
| 11/03 | 11/03 | 73743GFMMPA00YGJA | TACO BELL 3821 3821 ORANGEVALE CA | $6.45 |
| 11/05 | 11/05 | 73743GFMPMS00YGJA | GOODWILL ORANGEVALE 06888 ORANGEVALE CA | $7.48 |
| 11/05 | 11/05 | 73743GFMPMS00YGJA | ORANGEVALE GROCERY OUTLE ORANGEVALE CA | $62.05 |
| 11/08 | 11/08 | 73743GFMSKJ00YGJA | GOODWILL ORANGEVALE 06888 ORANGEVALE CA | $19.77 |
| 11/08 | 11/08 | 73743GFMSKJ00YGJA | ORANGEVALE GROCERY OUTLE ORANGEVALE CA | $34.31 |
| 11/10 | 11/10 | 73743GFMWJ200YGJA | WAL-MART SUPERCENTER 4309 ORANGEVALE CA | $89.80 |
| 11/12 | 11/12 | 73743GFMYGJ00YGJA | ORANGEVALE GROCERY OUTLE ORANGEVALE CA | $34.81 |
| 11/12 | 11/12 | 73743GFMYGJ00YGJA | GOODWILL ORANGEVALE 06888 ORANGEVALE CA | $10.00 |
| 11/13 | 11/13 | 73743GFMZFS00YGJA | ORANGEVALE GAS N GO ORANGEVALE CA | $60.00 |
| 11/13 | 11/13 | 73743GFMZFS00YGJA | TACO BELL 3821 3821 ORANGEVALE CA | $6.45 |
| 11/15 | 11/15 | 73743GFN1EA00YGJA | GOODWILL ORANGEVALE 06888 ORANGEVALE CA | $8.98 |
| 11/15 | 11/15 | 73743GFN1EA00YGJA | ORANGEVALE GROCERY OUTLE ORANGEVALE CA | $45.97 |
| 11/17 | 11/17 | 73743GFN3QS00YGJA | CENTURY THEATRES 416 FOLSOM CA | $6.50 |
| 11/17 | 11/17 | 73743GFN3QS00YGJA | WAL-MART SUPERCENTER 4309 ORANGEVALE CA | $131.06 |
| 11/17 | 11/17 | 73743GFN3QS00YGJA | WAL-MART SUPERCENTER 4309 ORANGEVALE CA | $5.37 |
| 11/17 | 11/17 | 73743GFN3QS00YGJA | BURGER KING #9252 0000 FOLSOM CA | $5.39 |
| 11/19 | 11/19 | 73743GFN5BA00YGJA | DEL TACO 0129 000000129 FAIR OAKS CA | $5.20 |
| 11/20 | 11/20 | 73743GFN5BA00YGJA | WAL-MART 1760 1760 FOLSOM CA | $54.63 |
| 11/20 | 11/20 | 73743GFN6AJ00YGJA | BURGER KING #9252 0000 FOLSOM CA | $5.39 |
| 11/20 | 11/20 | 73743GFN6AJ00YGJA | WAL-MART SUPERCENTER 4393 NORTH HIGHLAN CA | $86.14 |
| 11/20 | 11/20 | 73743GFN6AJ00YGJA | DENNY'S #8028 00000000065 SACRAMENTO CA | $28.62 |
| 11/20 | 11/20 | 73743GFN6AJ00YGJA | CENTURY THEATRES 416 FOLSOM CA | $10.50 |
| 11/23 | 11/23 | 73743GFN89200YGJA | WORLD WILDLIFE FND WASHINGTON DC | $12.00 |
| 11/24 | 11/24 | 73743GFNA7J00YGJA | ORANGEVALE GAS N GO ORANGEVALE CA | $60.00 |
| 11/24 | 11/24 | 73743GFNA7J00YGJA | WAL-MART SUPERCENTER 4309 ORANGEVALE CA | $100.05 |
| 11/24 | 11/24 | 73743GFNA7J00YGJA | WAL-MART SUPERCENTER 4309 ORANGEVALE CA | $7.39 |
| 11/24 | 11/24 | 73743GFNA7J00YGJA | CENTURY THEATRES 416 FOLSOM CA | $6.50 |
| 11/24 | 11/24 | 73743GFNA7J00YGJA | TACO BELL 23875 2387 CITRUS HEIGHT CA | $11.84 |
| 11/25 | 11/25 | 73743GFNA7J00YGJA | WIKIPEDIA GIFT     SAN FRANCISCO | $1.40 |
| 11/26 | 11/26 | 73743GFNB6S00YGJA | WAL-MART SUPERCENTER 4309 ORANGEVALE CA | $68.58 |
|  |  |  | **Total Transactions For KATHRYN L LEAHY** | **$2,241.11** |

### Fees

| Trans Date | Post Date | Card Reference Number | Description | Amount |
|---|---|---|---|---|
|  |  |  | **Total Fees For This Period** | **$0.00** |

### Interest Charged

| Trans Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 11/28 | 11/28 |  | Interest Charge on Purchases | $125.52 |
| 11/28 | 11/28 |  | Interest Charge on Cash Advances | $0.00 |
| 11/28 | 11/28 |  | Interest Charge on Balance Transfers | $0.00 |
|  |  |  | **Total Interest For This Period** | **$125.52** |

### 2023 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2023 | $0.00 |
| Total interest charged in 2023 | $1,473.06 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate * | Interest Charge |
|---|---|---|---|
| Regular Purchases (v) | 16.15% | $9,325.50 | $125.52 |

Interest Charge Calculation continues on next page.

