

Katharine Ship
5933 Walnut Ave
Orangevale, CA 95662

I love the U.S.A.



US District Court
Middle District of Florida
Tampa Division
Tampa, Florida

Case No 8:22-cv-02402-VMC-TGW