Gary Fishkin

82 Dix Hwy

Dix Hills, NY 11746

garyfi@alum.rit.edu

631-586-3294

631-586-1425

561-809-9553

December 12, 2024

Court Clerk:

Clerk, United States District Court Middle

District of Florida, Tampa Division

801 North Florida Avenue

Tampa, Florida 33602


Class Counsel:

Kimberly M. Donaldson-Smith

Chimicles Schwartz Kriner & Donaldson-Smith, LLP

One Haverford Centre

361 West Lancaster Avenue

Haverford, PA 19041


Re:

Kukorinis v. Walmart Inc.

Case No. 8:22-cv-02402-VMC-TGW

US District Court for the Middle District of Florida, Tampa Division

CLAIM #: WWGS9001370213-REJ


I Believe there is improper handling by the claims administrator or agents/companies employed by them, especially concerning the processing of my claim.

I submitted a claim via their website on April 5, 2024 and received the email confirmation attached on following sheets.

On December 5, 2024 I received the email Notice of Rejected Claim ( also attached on following sheets)

After calling and responding via the website

I received this response by email on 12/11/2024

Do Not Reply <support@angeion.zendesk.com>

Dec 11, 2024, 11:23 AM (1 day ago)

to Gary

Thank you for contacting the Walmart Weighted Groceries Settlement Claims Administrator.

You received this notice because there were inconsistencies in your claim submission. If you would like to resolve the issue, please log into your existing claim using the credentials provided at the top of the notice and follow the on screen process. The information you submit will be reviewed, and if it validates your claim, your Claim Form will be re-processed.

For more information, please visit www.WalmartWeightedGroceriesSettlement.com

Thank you,

Walmart Weighted Groceries Settlement

Claims Administrator

www.WalmartWeightedGroceriesSettlement.com

Neither that response or the original rejection Notice email indicates or explains what is wrong and/or needs to be corrected

Then on 12/12/2024 I received a call from ( an Agent whose name I did not get ) 888-504-7882 which caller ids as Core Logic

And He told me in response to my complaints and calls for help that my claim was OK except it had been rejected because the phone numbers did not match and I should login to the claim site with my claim number from the rejection email and make the phone numbers Match and resubmit and then it would be fine.

When I tried to do as he instructed I found the phone number field in the claim form was prefilled with the number I originally submitted, 631-586-3294 , a still valid number for me But it was a unmodifiable field and I could not edit or change it, So I went on, It then required me to select a Payment type and when I choose either Prepaid Debit card Or Mailed check, the site required me to enter a verify phone number. When I entered the unchangeable number from the prior part of the form the site responded back with an error saying that was not a Mobile number and was not acceptable. So I had no option but to again enter as I did in my original submission of the claim my cell phone mobile number which was accepted and I got a text with a verify code that I entered into the revised claim. I then got the response ( below) that the claim was submitted successfully. But that is the same info as I originally submitted and was rejected – because, according to that agent from Core logic the phone numbers are not the same – But I can not make them the same.

I then called back that Core Logic number and left another message with the above complaint.

I first got a call back from David who I retold all this to and he said he would look into it and get back to me. Instead I received a call back from Tyler who was telling me the different phone numbers were not the problem and I should just resubmit the same info I originally did and it "should" be OK. I explained that if it was rejected again as I expected because all the info was the same it would then be to late to do anything because as it says on the website:

Please note that this portal is scheduled to close on December 28, 2024 at 11:59:59 P.M. Pacific Time

Which means if/when they reject my claim for the same unidentified reasons previously used it will be to late for me to do anything thru them.

I requested a written response from him/them confirming his info and/or that my submission was OK but he refused.

He had no further answer/help other then to repeat what he already said.

I am sure that "they" ( the Claim Administrator and their agents ) are pulling this on other claimants as well but I can only address the issue for myself.

Please also note that As required in section 22 of the Order Granting Preliminary Approval. Inc below:

22. Once the Claims Administrator has considered a timely submitted Claim Form, it shall determine whether such Claim is valid, deficient, or rejected. For each Claim determined to be either deficient or rejected, the Claims Administrator shall <u>notify the Settlement Class Member of the deficiencies</u> ("Deficiency Notice") and give the Settlement Class Member twenty-one (21) Days to cure the deficiencies by informing the Claims Administrator of the reasons the Claimant contests the rejection along with supporting documentation. The Deficiency Notice shall be sent via e-mail, unless the Claimant did not provide an e-mail address, in which case it shall be sent via U.S. mail. If the Settlement Class Member attempts to cure the deficiencies but, at the sole discretion and authority of the Claims Administrator, fails to do so, the Claims Administrator shall notify the Settlement Class Member of that determination within a reasonable time. The Settlement Administrator may consult jointly with Class Counsel and Defense Counsel in making such determinations. <u>The Deficiency Notice will inform the Claimant that if an issue concerning a Claim cannot otherwise be resolved, the Claimant may thereafter present the request for review to the Court</u>.

The Deficiency Notice gave no clear, identified or correctable indication of specific deficiencies.

And The Deficiency Notice did not indicate that "the Claimant may thereafter present the request for review to the Court" or how.

This is the response for the latest Resubmission of the claim form – But this was the same response as for the original submission of the claim which was followed by the rejection email attached.

Your form has been submitted successfully.

THIS IS A COPY OF YOUR FORM

Please print this page for your records.

Your Form Details

FORM INFORMATION

| | |
|---|---|
| First Name | Gary |
| Last Name | Fishkin |
| Street Address 1 | 82 Dix Hwy |
| City | Dix Hills |
| State | NY |
| Zip Code | 11746 |
| Country | USA |
| Email Address | garyfi@alum.rit.edu |
| Confirm Email Address | garyfi@alum.rit.edu |
| Phone 1 | 631-586-3294 |
| Signature | Gary Fishkin |
| Date | 2024-12-12 12:44:32 |

Gary Fishkin

garyfi@alum.rit.edu

631-586-1425

 Gmail

gar fish <galumfw08v62@gmail.com>

## Notice of Rejected Claim in the Walmart Weighted Goods Settlement
1 message

**Claims Administrator** <donotreply@walmartweightedgroceriessettlement.com>  
Reply-To: Claims Administrator <donotreply@walmartweightedgroceriessettlement.com>  
To: garyfi@alum.rit.edu

Thu, Dec 5, 2024 at 11:20 AM

### WALMART WEIGHTED GOODS SETTLEMENT
### CLAIM REJECTION NOTICE

**CLAIM #: WWGS9001370213-REJ**  
**CONFIRMATION CODE: 41KnL29kF498**

**Gary Fishkin:**

We received your Claim Form in the *Kukorinis v. Walmart, Inc.* Settlement. However, the information that was provided on your Claim Form could not be validated. As such, your Claim has been rejected.

If you disagree with this determination, you may log back in to your existing claim through the Submit Claim page at www.WalmartWeightedGroceriesSettlement.com within **21 days from the date of this notice**. Simply use the Claim Number and Confirmation Code located above your name to login and complete the on-screen process. We will review the information you submit, and if it validates your claim, we will re-process your Claim Form. All Denials will be final after **21 days from the date of this notice**.

For more information about this Settlement, you may view the Settlement Agreement and FAQs by visiting the website www.WalmartWeightedGroceriesSettlement.com or calling 1-833-987-9998.

Sincerely,

Walmart Weighted Goods Settlement

Claims Administrator

www.WalmartWeightedGroceriesSettlement.com

Unsubscribe

 Gmail

gar fish <galumfw08v62@gmail.com>

## Confirmation for the Walmart Weighted Goods Settlement
1 message

**Confirmation Email** <confirmation@walmartweightedgroceriessettlement.com>  Fri, Apr 5, 2024 at 12:52 PM
To: garyfi@alum.rit.edu

**This email address is not monitored, therefore please do not reply to it. If you need to contact us, please email us at info@walmartweightedgroceriessettlement.com.**

Dear **Gary Fishkin**,

You have successfully submitted a Claim Form on April 5, 2024 at 12:52:51 P.M..

YOUR CLAIM DETAILS
Submitted Claim ID: **WWGS9001370213**
Confirmation Code: **41KnL29kF498**

You will need the above Submitted Claim ID and Confirmation Code if you would like to edit your Claim at a later time.

NAME AND CONTACT INFORMATION
First Name: **Gary**
Last Name: **Fishkin**
Street Address 1: **82 Dix Hwy**
City: **Dix Hills**
State: **NY**
Zip Code: **11746**
Country: **USA**
Email Address: **garyfi@alum.rit.edu**
Phone 1: **631-586-3294**

ADDITIONAL FIELDS
OPTIONS: **OPTION 1: I do not have receipts, proof of purchase, or other documentation but attest to having Purchased the following number of Weighted Goods and/or Bagged Citrus, listed below, in-person in a Walmart Store from October 19, 2018 through January 19, 2024.**
Number of Weighted Goods and/or Bagged Citrus in-person in a Walmart Store from October 19, 2018 through January 19, 2024:: **101 or More**

Signature: **Gary Fishkin**
Date: **4/5/2024 12:52:51**

If you have any questions regarding your Claim, please provide the Submitted Claim ID listed above and email us at: info@walmartweightedgroceriessettlement.com.

Thank You,
Walmart Weighted Goods Settlement
Claims Administrator
Walmart Weighted Goods
www.walmartweightedgroceriessettlement.com