MR. GARY FISHKIN
82 DIX HWY
DIX HILLS, NY 11746

MID-ISLAND NY 117
13 DEC 2024 PM 4 L

FOREVER USA PURPLE HEART

Court Clerk:

Clerk, United States District Court Middle District of Florida, Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

Case 8:22-cv-02402-VMC-TGW    Document 139-1    Filed 12/18/24    Page 2 of 2 PageID 1675