**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| VASSILIOS KUKORINIS, on behalf of himself and any others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | Case No. 8:22-cv-02402-VMC-TGW |

**DECLARATION OF DENISE EARLE**
**REGARDING STATUS OF CLAIMS PROCESSING**

1. I, Denise Earle, hereby declare the following pursuant to 28 U.S.C. §1746: I am a Senior Project Manager with Angeion Group ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. Angeion is the Court-appointed Settlement Administrator in the above captioned action. I am over 21 years of age and am not a party to this action and I have personal knowledge of the facts set forth herein.

2. The purpose of this declaration is to provide the Parties and the Court an update on the current status of claims processing.

**CLAIM FORM SUBMISSIONS**

3. The deadline for Settlement Class Members to submit a Claim Form was June 5, 2024.

4. Through December 4, 2024, Angeion has received a total of approximately 3,997,434 Claim Form submissions ("Claim Form Submissions"). Of these, 3,987,935 were submitted through the Settlement Website, and approximately 9,499 were submitted by mail or through Class Counsel. Angeion has reviewed all Claim Form Submissions.

**APPROVED CLAIMS**

5. Out of the 3,997,434 Claim Form Submissions, Angeion has approved 1,468,051 claims for payment.

6. The remaining 2,529,383 Claim Form Submissions are comprised of:

1

  (a) 2,372,248 Initially Rejected Claims and Supplemental Initially Rejected Claims;

  (b) 63,688 Deficient Claims;

  (c) 50,690 Duplicate Claims;

  (d) 37,529 Household Claims;

  (e) 5,201 Denied Claims; and,

  (f) 27 Withdrawn Claims.

Each of these categories is discussed in the following paragraphs:

## INITIALLY REJECTED CLAIMS

7. 2,372,068 were flagged by AngeionAffirm, or through internal reviews, and were considered initially rejected due to unverifiable information ("Initially Rejected Claims (or Claimants)"). The Declaration of Steven Weisbrot, Esq. Re: Angeion Group Qualifications & The Proposed Notice Plan at ¶¶61-64 [Dkt. 71-4], discussed AngeionAffirm in more detail. AngeionAffirm was developed to combat and overcome the increasingly ever-evolving challenge of identifying fraudulent claim submissions while administering class action Settlements.[1] In recent times, cyber criminals and fraudulent actors have utilized a variety of increasingly sophisticated technologies and techniques in their attempt to perpetuate fraud in class action settlements. Many of these criminals may be state-sponsored or otherwise instigated by nefarious domestic or international cartels. Combating and identifying fraudulent claims is necessary to uphold and augment the integrity of the class action claims process, ensuring fair compensation for bona fide claimants, effectively eliminating most meaningful distances of fraud.

8. The Supplemental Declaration of Steven Weisbrot, Esq. Regarding Current Status of the Settlement Notice Plan, The Settlement Website and Toll-Free Number, Claim Forms Received, Opt-Outs, and Objections at ¶20 [Dkt. 124-7] preliminarily identified 1,240,998 potentially fraudulent claims, and after subjecting all Claim Form Submissions to further

---

[1] *See* https://www.law,com/newvorklawioumal/2023/07/26/the-increasing-danger-of-fraudulent-claims-in-classactionsettlements/

      review, Angeion identified an additional 1,131,070 potentially fraudulent claims, resulting in the above identified total of 2,372,068 Initially Rejected Claims.

9. As a percentage of the Claim Form Submissions, the Initially Rejected Claims identified in this matter (approximately 59%) is comparable to or less than what Angeion has seen in other recent settlements it has administered:

| Case | Total Claims | Claims Identified as Potentially Fraudulent | Percentage of Potentially Fraudulent Claims | Non-Fraudulent Claims |
|---|---|---|---|---|
| A | 5,310,950 | 4,965,590 | 93% | 345,360 |
| B | 5,402,484 | 4,846,287 | 90% | 556,197 |
| C | 945,536 | 856,822 | 91% | 88,714 |
| D | 8,987,980 | 8,892,603 | 99% | 95,377 |
| E | 3,798,415 | 3,446,286 | 91% | 352,129 |
| F | 668,975 | 372,207 | 56% | 296,667 |
| G | 677,570 | 323,949 | 48% | 353,621 |

10. The Initially Rejected Claimants are being given the opportunity to verify their claim through a simple, one-time-password ("OTP") verification process.

11. Therefore, between December 2, 2024 and December 6, 2024, Angeion sent Rejection Notices via email to the affected Initially Rejected Claimants. Prior to sending such email notices to the Initially Rejected Claims, Angeion conducted an email validation process which identified that 393,807 of the Initially Rejected Claims had invalid email addresses. Therefore, 1,978,261 Initially Rejected Claims were sent a further notice, and 393,807 Initially Rejected Claims were not and those claims are deemed to be finally rejected.

12. The Rejection Notices stated that the Initially Rejected Claimants have 21 days to log into their existing claim via the Settlement Website and complete the required OTP verification process. The 21-day response period ended on December 27, 2024, which Angeion will now review the submitted information and re-process the validated claims, including to review for duplication.

13. During final Claim review and audits, Angeion identified an additional 180 Claims that were also determined to be initially rejected claims ("Supplemental Initially Rejected Claims"). Angeion sent Rejection Notices to these 180 affected claimants via email or mail on or about December 20, 2024. These 180 Claimants will have 21 days to log into their existing claim via the Settlement Website and complete the required OTP verification process. The 21-day response period for the Supplemental Initially Rejected Claims ends on January 10, 2024, after which Angeion will review the submitted information and re-process the validated claims, including review for duplication.

### **DEFICIENT CLAIMS**

14. 63,688 were found to be partially or fully deficient for at least one of the following reasons: (1) the Claim Form did not provide the correct total amount paid for the goods and/or bagged citrus, (2) supporting documentation was not provided with an Option 2 claim, (3) both Option 1 and Option 2 benefits were selected on the Claim Form, (4) the documentation submitted for an Option 2 claim was illegible, (5) the supporting documents for an Option 2 claim did not verify the total number of goods and/or citrus claimed or the total amount paid for them, (6) the amount claimed as the total paid for goods and/or citrus does not justify an Option 2 claim amount over $25, or (7) the Option 1 claim lacked a specific tier selection to indicate the number of goods and/or bagged citrus.

15. Angeion sent Deficiency Notices to the 63,688 partially or fully deficient claims. In accordance with the Preliminary Approval Order and Notice, Claimants are allowed 21 days to respond to the Deficiency Notice and to attempt to cure the identified deficiency with their Claim Form Submission. Claimants have the convenient option to log into their existing claim via the Settlement Website and provide the necessary information. Alternatively, claimants can email or mail their responses to Angeion.

16. The Deficiency Notices were sent out via email or mail on or about December 20, 2024, thus the 21-day response period will end on *approximately* January 10, 2024, after which Angeion will review the information submitted by the Claimants and re-process the claims

4

as corrected and/or supplemented.

## DUPLICATE CLAIMS

17. 50,690 were identified as duplicative of another submission(s). These duplicate claims were denied, and no further action will be taken on them.

## HOUSEHOLD CLAIMS

18. 37,529 claims have been identified as potentially improper claims coming from the same household from another unique Claimant. Angeion sent Household Notices to the 37,529 claims where multiple claims were submitted from the same household. Claimants are allowed 21 days to respond to the Household Notice and to attempt to cure the identified issue of multiple claims per same household. Claimants have the convenient option to log into their existing claim via the Settlement Website and provide the necessary information. Alternatively, Claimants can email or mail their responses to Angeion.

19. The Household Notices were sent out via email or mail on or about December 20, 2024, thus the 21-day response period will end on *approximately* January 10, 2024, after which Angeion will review the information submitted by the Claimants and re-process the claims as corrected and/or supplemented.

## DENIED CLAIMS

20. 5,201 claims were determined to be denied for one or more of the following reasons: (1) the Claim Form was not postmarked by the submission deadline, (2) no eligible products were claimed, (3) the purchases claimed were ineligible (e.g., not made in-store), or (4) the purchases were made outside of the Settlement Class Period. Claimants are allowed 21 days to respond to the Denial Notice and to attempt to clarify the identified denial issue. Claimants can email or mail their responses to Angeion.

21. Denial Notices were sent out via email or mail on or about December 20, 2024, thus the 21-day response period will end on *approximately* January 10, 2024, after which Angeion will review the information submitted by the Claimants and re-process the claims if the reason for the denial is resolved.

## WITHDRAWN CLAIMS

22. 27 claims have been formally withdrawn by claimants.

## DISTRIBUTION

23. After each of the 21-day deadlines for the Claimants to respond have passed (*i.e.* December 27, 2024 for the Initially Rejected Claims and *approximately* January 10, 2024 for the Deficient Claims and Supplemental Initially Rejected Claims), Angeion will review all rejection and deficiency responses, complete document review and deduplication for any additional approved claims (where applicable), make final Claim determinations, calculate *pro rata* Settlement payments, then move to distribution.

24. Angeion reasonably estimates that, subject to Court approval, the distribution can occur approximately the end of the first quarter of 2025.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: December 30, 2024

_____
Denise Earle