| | |
|---|---|
| **From:** | Derrick Harris |
| **To:** | CHAMBERS FLMD COVINGTON |
| **Subject:** | Fwd: Notice of Rejected Claim in the Walmart Weighted Goods Settlement |
| **Date:** | Friday, January 3, 2025 7:26:49 AM |

**CAUTION - EXTERNAL:**

Judge,

These people are not acting in good faith. They sent me this email to make corrections to information I submitted for the settlement however, their website and phone number is an endless loop. I was unable to contact anyone or correct my submission due to an incorrect phone number that was entered incorrectly.

I'm reaching in hopes that you could help me.

Regards,

Curtis Taylor

---------- Forwarded message ---------
From: **Claims Administrator** <donotreply@walmartweightedgroceriessettlement.com>
Date: Fri, Dec 6, 2024 at 11:12 AM
Subject: Notice of Rejected Claim in the Walmart Weighted Goods Settlement
To:

**WALMART WEIGHTED GOODS SETTLEMENT**
**CLAIM REJECTION NOTICE**

**CLAIM #: WWGS9002605012-REJ**
**CONFIRMATION CODE: 2x3xZh3LLP98**

**Curtis Taylor:**

We received your Claim Form in the *Kukorinis v. Walmart, Inc.* Settlement. However, the information that was provided on your Claim Form could not be validated. As such, your Claim has been rejected.

If you disagree with this determination, you may log back in to your existing claim through the Submit Claim page at www.WalmartWeightedGroceriesSettlement.com within **21 days from the date of this notice**. Simply use the Claim Number and Confirmation Code located above your name to login and complete the on-screen process. We will review the information you submit, and if it validates your claim, we will re-process your Claim Form. All Denials will be final after **21 days from the date of this notice**.

For more information about this Settlement, you may view the Settlement Agreement and FAQs by visiting the website www.WalmartWeightedGroceriesSettlement.com or calling 1-833-987-9998.

Sincerely,

Walmart Weighted Goods Settlement

Claims Administrator

www.WalmartWeightedGroceriesSettlement.com

---

Unsubscribe

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.