UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS,
individually and on behalf of all
others similarly situated,

       *Plaintiff,*

v.                                                                              No. 8:22-cv-02402

WALMART, INC.,

       *Defendant.*

---

## CLASS COUNSEL'S RESPONSE TO DKT. 147

Class Counsel hereby responds to Ms. Perrin's correspondence filed at Dkt. 147. Ms. Perrin states that her claim form was "successfully completed 2025-01-18 10:21:34" for Claim # WWGS9001877089 (the "Claim"). Class Counsel has discussed the status of the Claim with Angeion, the Claims Administrator. Angeion's records confirm that: (1) Ms. Perrin submitted an Option 1 Claim; and, (2) she successfully verified the Claim through the OTP Process on January 18, 2025.[1] Consistent with the procedures for Option 1 claims, Ms. Perrin was not asked to provide receipts; and, after completion of the OTP process she was not informed that her Claim was rejected. Angeion confirms that Ms. Perrin's Claim is approved.

---

[1] The Declaration of Denise Earle Regarding Settlement Administration, Dkt. 146-1, details the claim fraud detection process (at ¶¶18-23) and the Rejection Notices that were sent to claimants (which included Ms. Perrin) due to unverifiable information in their claims and informing them how to complete the OTP Process (at ¶¶26-32). *See also,* Dkt. 146, Class Counsel's Responses to Correspondence, at pgs. 5-6.

1

Dated: February 6, 2025               Respectfully submitted,

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

*By: /s/Kimberly M. Donaldson-Smith*
Nicholas E. Chimicles
Kimberly M. Donaldson-Smith
Zachary P. Beatty
361 West Lancaster Avenue
Haverford, PA 19041
Phone: 610-642-8500
Fax: 610-649-3633
nec@chimicles.com
kmd@chimicles.com
zpb@chimicles.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF, and on Diana L. Perrin via the email she provided in Dkt. 147.

Dated: February 6, 2025	*/s/ Kimberly M. Donaldson-Smith*
	Kimberly M. Donaldson-Smith