# Gavin V. Carolan

219 Pat Street
Levelland, Texas 79336

Telephone: (806) 810-0219 | Facsimile: (806) 853-9067 | E-Mail: Gavin68@protonmail.ch | www.GavinCarolan.com

---

January 26, 2025

US District Court – Middle District of Florida
801 North Florida Avenue
Tampa, Florida 33602                                          **via USPS First Class Mail**
Tel: (813) 301 - 5400

**RE: Complaint RE Case No. 8:22-cv-02402-VMC-TGW (Kukorinis v. Walmart Inc)
Settlement Process Handling**

To Whom It May Concern:

I hope this finds you well. I am contacting you as a class member in a case recently settled in your court, which is Case # 8:22-cv-02402-VMC-TGW, otherwise known as Kukorinis v. Walmart, Inc. I recently filed a claim for damages as an affected member of this class action suit. The law firm handling the escrow to disperse the settlement funds, which is Chimicles Schwartz Kriner & Donaldson-Smith, LLP, is operating a website to process settlement claims via their website at https://www.walmartweightedgroceriessettlement.com/.

I was recently informed that my claim was rejected for non-specified reason(s) and was advised to resubmit my claim. However, upon doing so, I was prompted to enter a mobile number and could not proceed without doing so. I do not have a cell phone number to provide. I have repeatedly contacted the settlement administrator for help with this. My communications were met with unhelpful responses, and the most recent response suggests the individual replying to my email did not actually read it.

Accordingly, I wish to file a grievance against the settlement administrator in this case, as they are clearly in violation of the terms of the settlement by refusing to accept a valid claim filing via their website. I must respectfully request that the court intervene in this matter and require the settlement administrator to provide meaningful assistance in getting my claim processed.

Please let me hear from you at your earliest convenience. Thank you for your time and assistance in this matter.

Sincerely,

*Gavin V. Carolan*

Enclosure(s):
- E-Mail Correspondence with Claim Administrator, Various Dates.

# Re: Claim Form - [www.walmartweightedgroceriessettlement.com]

**From**  Gavin V. Carolan <gavin68@protonmail.ch>

**To**  Do Not Reply <support+id1DW7G1-5E6ZD@angeion.zendesk.com>

**Date**  Friday, January 24th, 2025 at 4:20 PM

---

Walmart Claim Settlement,

Sorry, the previously response is unclear on the status of my claim. Do you mean that you resubmitted my claim?

Thank you,
Gavin Carolan

*Sent from ProtonMail, encrypted email based in Switzerland.*

On Tuesday, January 21st, 2025 at 7:15 AM, Do Not Reply <support@angeion.zendesk.com> wrote:

> Thank you for contacting the Walmart Weighted Groceries Settlement Claims Administrator.
>
> Claims processing is currently ongoing. You will be notified if further information is required to complete your claim. If you need to update your address or contact information, you may do so by sending an email to this address. Further updates regarding this case will be available once distribution is set. We do not have an exact date when distribution will occur, however, we estimate it will be by the end of the first quarter 2025. Please be patient and check the Settlement Website for updates.
>
> For more information, please visit www.WalmartWeightedGroceriesSettlement.com
>
> Thank you,
> Walmart Weighted Groceries Settlement
> Claims Administrator
> www.WalmartWeightedGroceriesSettlement.com
>
>
> On January 20, 2025 at 1:00:19 PM UTC, gavin68@protonmail.ch wrote:
>
>> Walmart Claim Settlement,
>>
>> I have not yet received a response, and time is running out. Please provide an update on this.
>>
>> Thank you,
>> Gavin Carolan
>>
>> *Sent from ProtonMail, encrypted email based in Switzerland.*
>>
>> On Monday, December 30th, 2024 at 1:25 PM, Do Not Reply <support@angeion.zendesk.com> wrote:

Thank you for contacting the Walmart Weighted Groceries Settlement Claims Administrator.

Your inquiry has been escalated for further review. We will return with more feedback as soon as it is available; thank you for your patience.

For more information, please visit www.WalmartWeightedGroceriesSettlement.com

Thank you,
Walmart Weighted Groceries Settlement
Claims Administrator
www.WalmartWeightedGroceriesSettlement.com

> On December 29, 2024 at 1:30:10 PM UTC, gavin68@protonmail.ch wrote:
>
> Walmart Claim Settlement,
>
> This inquiry is still unresolved. I will file a complaint with the bankruptcy court if this remains unresolved. Please provide a meaningful response.
>
> Thank you,
> Gavin Carolan
>
> *Sent from ProtonMail, encrypted email based in Switzerland.*
>
> > On Friday, December 13th, 2024 at 12:00 PM, Gavin V. Carolan <gavin68@protonmail.ch> wrote:
> >
> > Walmart Claim Settlement,
> >
> > Yes, I read your e-mail. Please read my inquiry and offer a resolution to the issue I described. Copy-and-pasting the initial e-mail is not a sufficient response.
> >
> > Thank you,
> > Gavin Carolan
> >
> > *Sent from ProtonMail, encrypted email based in Switzerland.*
> >
> > > On Friday, December 13th, 2024 at 12:20 AM, Do Not Reply <support@angeion.zendesk.com> wrote:
> > >
> > > Thank you for contacting the Walmart Weighted Groceries Settlement Claims Administrator.
> > >
> > > You received this notice because there were inconsistencies in your claim submission. If you would like to resolve the issue, please log into your existing claim using the credentials provided at the top of the notice and follow the on screen process. The information you submit will be reviewed, and if it validates your claim, your Claim Form will be re-processed.
> > >
> > > For more information, please visit www.WalmartWeightedGroceriesSettlement.com

Thank you,
Walmart Weighted Groceries Settlement
Claims Administrator
www.WalmartWeightedGroceriesSettlement.com

On December 13, 2024 at 4:26:39 AM UTC, gavin68@protonmail.ch wrote:
> Hi,
>
> Any update on This?
>
> Thank you,
> Gavin Carolan
>
> Sent from ProtonMail, encrypted email based in Switzerland.
>
> On Friday, December 6th, 2024 at 12:15 AM, Do Not Reply <support@angeion.zendesk.com> wrote:
>
>> This ticket was created on your behalf.
>>
>> To add additional comments, reply to this email.
>>
>> Hello. I tried re-filing the claim form after a wrongful 'Notice of Rejected Claim' e-mail I received today. I cannot proceed because, no matter what payment option I opt for, it insists that I provide it a cell phone number. I do not have a cell number to provide, and there is no apparent way to move forward. Please indicate how I should proceed.
>>
>> Phone Number: 8068100219
>> Contact Form: www.walmartweightedgroceriessettlement.com

[1DW7G1-5E6ZD]

[1DW7G1-5E6ZD]

[1DW7G1-5E6ZD]

[1DW7G1-5E6ZD]

Gavin V. Carolan
219 Pat Street
Levelland, Texas 79336-2827

LUBBOCK TX 794
3 FEB 2025  PM 2  L

US District Court - Middle District of Florida
801 North Florida Avenue
Tampa, Florida 33602

33602-386030