UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS,
individually and on behalf of all
others similarly situated,

        *Plaintiff,*

v.

WALMART, INC.,

        *Defendant.*

No. 8:22-cv-02402

**CLASS COUNSEL'S RESPONSE TO DKT. 150**

Class Counsel hereby responds to Gavin V. Carolan's correspondence filed at Dkt. 150 concerning the status of his settlement claim ("GVC Claim"). Class Counsel has discussed the status of the GVC Claim with Angeion, the Claims Administrator. Angeion's records confirm that Mr. Carolan submitted an Option 1 Claim, and received both the early-December 2024 Rejection Notice (referenced in Mr. Carolan's filing) as well as the subsequent January 17, 2025 Reminder Rejection Notice.[1] Mr. Carolan was not able to finish the online OTP Process due to his not having a cell phone number; however, with the contact information Mr. Carolan provided in Dkt. 150, the Claims Administrator has verified his Claim, and confirms that Mr. Carolan's Option 1 Claim is approved. Class Counsel will serve this filing on Mr. Carolan at the

---

[1] The Declaration of Denise Earle Regarding Settlement Administration, Dkt. 146-1, details the claim fraud detection process (at ¶¶18-23) and the Rejection Notices that were sent to claimants due to unverifiable information in their claims and informing them how to complete the OTP Process (at ¶¶26-32). *See also,* Dkt. 146, Class Counsel's Responses to Correspondence, at pgs. 5-6.

1

email address provided, notifying him of the same.

Dated: February 25, 2025          Respectfully submitted,

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

*By: /s/ Kimberly M. Donaldson-Smith*
Nicholas E. Chimicles
Kimberly M. Donaldson-Smith
Zachary P. Beatty
361 West Lancaster Avenue
Haverford, PA 19041
Phone: 610-642-8500
Fax: 610-649-3633
nec@chimicles.com
kmd@chimicles.com
zpb@chimicles.com

***Class Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF, and on Gavin V. Carolan via the email provided in Dkt. 150.

Dated: February 25, 2025  /s/ *Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith