UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VASSILIOS KUKORINIS,**
individually and on behalf of all
others similarly situated,

    *Plaintiff,*

v.   No. 8:22-cv-02402

**WALMART, INC.,**

    *Defendant.*

### CLASS COUNSEL'S UNOPPOSED MOTION FOR UNREDACTED COPIES OF CERTAIN CLAIM FORMS SENT TO THE COURT (ECF Nos. 77, 79, 80, 81, 86) BUT NOT TO THE CLAIMS ADMINISTRATOR

Class Counsel, on behalf of the Settlement Class,[1] respectfully moves for the Court to grant access or send to Class Counsel unredacted copies of the following five Claim Forms that were sent to the Court and filed publicly on the docket with all contact information and Notice ID numbers redacted at ECF Nos. 77 (Spann), 79 (Miller), 80 (Brown), 81 (Blair), 86 (Oxley) (collectively, the "Relevant Claim Forms"). Unredacted copies were filed under seal at ECF No. 77-1 (Span), 79-1 (Miller), 80-1 (Brown), 81-1 (Blair), 86-1 (Oxley), to which Class Counsel does not have access. Despite the Court's Orders instructing these Claimants to send their

---

[1] Unless otherwise noted, all capitalized terms used herein have the definitions provided in the Stipulation and Agreement of Settlement ("Settlement" or "SA ¶ _") filed at ECF No. 71-2.

1

Claim Form to the Claims Administrator, neither Class Counsel nor the Claims Administrator have received the Relevant Claims Forms. Thus, absent Class Counsel's access to unredacted versions of the Relevant Claim Forms, these Claims cannot be processed pursuant to the Settlement. Walmart does not oppose this motion.

In support of this motion, Class Counsel states as follows:

1. Claimants mailed the Relevant Claim Forms directly to the Court, and the Court entered them on the docket at the ECF numbers noted above. Only redacted copies of the Relevant Claim Forms are publicly available on the docket, which redacted Claimants' contact information and the Notice ID numbers. Therefore, neither Class Counsel nor the Claims Administrator can access the redacted information on the Relevant Claim Forms, and such information is necessary to process the Relevant Claim Forms.

2. In response to each of the Relevant Claims Forms, the Court ordered, among other things, that the Clerk mail the Relevant Claim Forms back to the Claimants and attach a copy of the relevant Orders directing each Claimant to file his or her Claim with the Claims Administrator according to the instructions on the Settlement Website. ECF Nos. 78, 82, 87.

3. Neither Class Counsel nor the Claims Administrator have received the Relevant Claim Forms.

4. Therefore, in order to process the Relevant Claim Forms, Class Counsel requests that the Court either: **(a)** grant Class Counsel access to the following sealed docket entries ECF No. 77-1 (Span), 79-1 (Miller), 80-1 (Brown), 81-1 (Blair), 86-1

(Oxley); or **(b)** email or mail Class Counsel unredacted copies of the Relevant Claims Forms docketed at ECF Nos. 77 (Spann), 79 (Miller), 80 (Brown), 81 (Blair), 86 (Oxley).

5. Class Counsel and the Claims Administrator will treat the unredacted Relevant Claim Forms, as all Claim Forms, with the requisite confidentiality.

Dated: March 21, 2025

Respectfully submitted,
*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith
Kimdonaldsonsmith@chimicles.com
Nicholas E. Chimicles
Nick@chimicles.com
Zachary P. Beatty
zpb@chimicles.com
**Chimicles Schwartz Kriner & Donaldson-Smith LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633

*Attorneys for the Settlement Class*

## LOCAL RULE 3.01(g) CERTIFICATION

This certifies that Plaintiff's counsel conferred with Walmart's counsel regarding this Motion, and Walmart's counsel does not oppose the relief requested herein.

*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, the foregoing document was served on Defendant's counsel by the Court's electronic filing system.

*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith
