UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASSILIOS KUKORINIS,
*etc.*

v.   Case No. 8:22-cv-2402-VMC-TGW

WALMART, INC.

**ORDER**

THIS CAUSE came on for consideration upon Class Counsel's Unopposed Motion for Unredacted Copies of Certain Claims Forms Sent to the Court but not to the Claims Administrator (Doc. 153). The court ordered five claimants, who filed their Claims Forms with the Court, to send their Claims Forms to the Claims Administrator. The claimants have not done so.

It is, therefore, upon consideration,

ORDERED:

That Class Counsel's Unopposed Motion for Unredacted Copies of Certain Claims Forms Sent to the Court but not to the Claims Administrator (Doc. 153) is **GRANTED**. The Clerk's Office is **DIRECTED** to mail to Class Counsel unredacted versions of the Claims Forms for claimants Spann, Miller, Brown, Blair, and Oxley. These unredacted copies are filed under seal at Docs. 77-1; 79-1; 80-1; 81-1; 86-1.

DONE and ORDERED at Tampa, Florida, this 24th day of March, 2025.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE