November 9, 2025

NOV 17 2025 PM 1:38
FILED - USDC - FLMD - TPA

Honorable Virginia M. Hernandez Covington
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, Florida 33602

### Kukorinis v. Walmart Inc. Case No. 8:22-CV-02402-VMC-TGW

Honorable Judge Hernandez Covington:

I write to you today hoping you and your staff may be able to provide some assistance with regard to the settlement in this class action suit.

I'm experiencing a great deal of difficulty in resolving an issue with the administrator charged with carrying out the court's ruling.

The essence of the problem is this.  My experience with class action lawsuits is that once the court renders its decision and the decision is final, the settlement administrator will issue checks to class members for whatever the settlement entitlement is for those class members.  This administrator, however, has chosen to issue a "virtual prepaid card" via email with the instructions that the card may be used for on-line purchases, anywhere Mastercard is accepted.  The email was sent around the end of September.

From the attached email exchange you will find I attempted to pursue alternative methods of receiving the settlement and was referred to the "FAQ" section of the settlement website.  In reviewing that FAQ the only alternative listed is to request an actual debit card at a cost of $6.00, which is almost 24% of the settlement.

Not wanting to go that route I attempted to use the "virtual prepaid card" as partial payment for an order through Amazon November 7.  The card was declined and Amazon instead charged my American Express credit card for the order.

I can understand the administrator is wanting to reduce expenses to the lowest possible dollar amount; and sending an email with a "virtual prepaid card" is certainly consistent with that.

Page 2
Honorable Virginia M. Hernandez Covington

At the same time, I have to believe the court would want the administrator to responsibly execute the court's decision to properly and effectively disburse settlements to class members and the court would hold the administrator responsible to carry out the court's ruling. I do not believe that is being accomplished here. The administrator effectively issued a useless "virtual prepaid card" and the only alternative is to forfeit 24% of the class settlement. The administrator is demonstrating a complete disregard for settlements to class members, and dare I say, an indifference to the court's ruling to effectively settle claims.

I have had experiences with e-cards in the past and not had an issue but in this case the electronic card sent by this administrator is absolutely worthless.

Any assistance you or your staff could provide would be greatly appreciated.

Thank you!

Jim Zimanek
14021 Lavender Street
Huntley, IL 60142
920-858-2228

Identification Information Provided By Administrator:

Notice ID:  WWG10036813602
Confirmation Code:  5HCFwU2j8amM
Correlation Code:  ID8973b3f3-faa2-4d1d-8b53-ff9ef32c08fc
Redemption Code:  EHMJDDFMTK3E

 **Gmail**

Jim Zimanek <jimzimanek@gmail.com>

## Virtual Prepaid Card
8 messages

---

**Jim Zimanek** <jimzimanek@gmail.com>  Wed, Oct 1, 2025 at 9:28 AM
To: info@walmartweightedgroceriessettlement.com

The card email page references a "card details page" located at the virtual card page describing alternative methods for redeeming the card. This page does not exist on the virtual card page. Please advise on alternative redemption methods.
Thank you!
Jim Zimanek

---

**Walmart Weighted Goods Settlement** <info@walmartweightedgroceriessettlement.com>  Wed, Oct 1, 2025 at 9:28 AM
Reply-To: Walmart Weighted Goods Settlement <info@walmartweightedgroceriessettlement.com>
To: James Zimanek <jimzimanek@gmail.com>

Your email (1973561) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

[Y1J0PK-X0ZEK]

---

**Walmart Weighted Goods Settlement** <info@walmartweightedgroceriessettlement.com>  Fri, Oct 3, 2025 at 11:15 AM
Reply-To: Walmart Weighted Goods Settlement <info@walmartweightedgroceriessettlement.com>
To: James Zimanek <jimzimanek@gmail.com>

Thank you for contacting the Walmart Weighted Groceries Settlement Claims Administrator.

Please reply to this email with your Claim ID and a detailed inquiry so that we may further assist you.

For more information, please visit www.WalmartWeightedGroceriesSettlement.com

Thank you,
Walmart Weighted Groceries Settlement
Claims Administrator
www.WalmartWeightedGroceriesSettlement.com
[Quoted text hidden]
[Y1J0PK-X0ZEK]

---

**Jim Zimanek** <jimzimanek@gmail.com>  Sat, Oct 4, 2025 at 10:06 AM
To: Walmart Weighted Goods Settlement <info@walmartweightedgroceriessettlement.com>

I do not have a "Claim ID." Here's what I have:

Notice ID: WWG10036813602
Confirmation Code: 5HCFwU2j8amM
Correlation ID 8973b3f3-faa2-4d1d-8b53-ff9ef32c08fc
Redemption Code: EHMJDDFMTK3E

jimzimanek@gmail.com
James M Zimanek
14021 Lavender Street
Huntley, IL 60142

The virtual prepaid card email page references "alternative methods of redemption." There is no explanation anywhere as to what those alternative methods of redemption are. Please advise as to the alternative methods of redemption for the virtual prepaid card.

Jim
[Quoted text hidden]

---

**Jim Zimanek** <jimzimanek@gmail.com>   Thu, Oct 16, 2025 at 6:49 AM
To: Walmart Weighted Goods Settlement <info@walmartweightedgroceriessettlement.com>

Still waiting for a response to this inquiry.
[Quoted text hidden]

---

**Walmart Weighted Goods Settlement** <info@walmartweightedgroceriessettlement.com>   Tue, Oct 21, 2025 at 8:43 AM
Reply-To: Walmart Weighted Goods Settlement <info@walmartweightedgroceriessettlement.com>
To: James Zimanek <jimzimanek@gmail.com>

Thank you for contacting the Walmart Weighted Groceries Settlement Claims Administrator.

If you need further information or assistance regarding your E-Mastercard payment, please review FAQ #25 on the Settlement website at www.WalmartWeightedGroceriesSettlement.com.

To request the E-Mastercard email be resent, you can call the support team at 1-844-340-1929. You will need to provide the account name and email address associated with your account.

For more information, please visit www.WalmartWeightedGroceriesSettlement.com

Thank you,
Walmart Weighted Groceries Settlement
Claims Administrator
www.WalmartWeightedGroceriesSettlement.com

On October 16, 2025 at 11:50:23 AM UTC, jimzimanek@gmail.com wrote:
> Still waiting for a response to this inquiry.
>
> On Sat, Oct 4, 2025 at 10:06 AM Jim Zimanek <jimzimanek@gmail.com> wrote:
>> I do not have a "Claim ID." Here's what I have:

Notice ID: WWG10036813602
Confirmation Code: 5HCFwU2j8amM
Correlation ID 8973b3f3-faa2-4d1d-8b53-ff9ef32c08fc
Redemption Code: EHMJDDFMTK3E

jimzimanek@gmail.com
James M Zimanek
14021 Lavender Street
Huntley, IL 60142

The virtual prepaid card email page references "alternative methods of redemption." There is no explanation anywhere as to what those alternative methods of redemption are. Please advise as to the alternative methods of redemption for the virtual prepaid card.

Jim

On Fri, Oct 3, 2025 at 11:15 AM Walmart Weighted Goods Settlement <info@walmartweightedgroceriessettlement.com> wrote:
[Quoted text hidden]

[Y1J0PK-X0ZEK]

---

**Jim Zimanek** <jimzimanek@gmail.com>    Fri, Nov 7, 2025 at 9:50 AM
To: Walmart Weighted Goods Settlement <info@walmartweightedgroceriessettlement.com>

The prepaid debit card I was provided was declined by Amazon as partial payment for an order I placed yesterday.

Please provide contact information for the court which issued the settlement so that I may contact them for resolution.

Thank you!

Jim Zimanek
[Quoted text hidden]

---

**Walmart Weighted Goods Settlement** <info@walmartweightedgroceriessettlement.com>    Fri, Nov 7, 2025 at 9:52 AM
Reply-To: Walmart Weighted Goods Settlement <info@walmartweightedgroceriessettlement.com>
To: James Zimanek <jimzimanek@gmail.com>

Thank you for contacting the Walmart Weighted Groceries Settlement Claims Administrator.

If you need further information or assistance regarding your E-Mastercard payment, please review FAQ #25 on the Settlement website at www.WalmartWeightedGroceriesSettlement.com.

To request the E-Mastercard email be resent, you can call the support team at 1-844-340-1929. You will need to provide the account name and email address associated with your account.

For more information, please visit www.WalmartWeightedGroceriesSettlement.com

Thank you,
Walmart Weighted Groceries Settlement
Claims Administrator
www.WalmartWeightedGroceriesSettlement.com

On November 7, 2025 at 3:50:26 PM UTC, jimzimanek@gmail.com wrote:
The prepaid debit card I was provided was declined by Amazon as partial payment for an order I placed yesterday.

Please provide contact information for the court which issued the settlement so that I may contact them for resolution.

Thank you!

Jim Zimanek

[Quoted text hidden]
[Y1J0PK-X0ZEK]

Customer Service 1-844-340-1929

Account Number
**5447 6857 9097 8025** debit

CVC2
**543**

Good Thru
**09/2027**

James Zimanek

For Electronic Commerce Use
Card issued by Pathward®, N.A., Member FDIC,
pursuant to license by Mastercard International.



25.97



James Zimanek
14021 Lavender St
Huntley, IL 60142-6320

CAROL STREAM IL 601

12 NOV 2025 PM 5 L

Clerk, United States District Court
Middle District of Florida, Tampa Division
801 North Florida Avenue
Tampa, Florida 33602

33602-384802